FILED
LODGED
RECEIVED    MAIL

JUN 1 3 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Hon. Lauren King

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT A. BENSHOOF, *et al.*,

Plaintiffs,

v.

MARSHALL FERGUSON, *et al.*,

Defendants.

No.  2:24-cv-00808-LK

PLAINTIFF'S MOTION FOR
DISQUALIFICATION OF
JUDGE LAUREN KING

NOTE ON MOTION CALENDAR:
June 17, 2024

## I.    INTRODUCTION

Plaintiff Kurt Benshoof ("Benshoof") moves for the disqualification of Judge Lauren King from the instant case, pursuant to 28 U.S. Code § 455.

Pursuant to LCR 7(d)(1) this Motion is noted for June 17, 2024.

## II.    VERIFIED STATEMENTS OF FACT

1.    On June 7, 2024, Benshoof filed suit in WAWD No. 2:24-cv-00808-LK.

2.    Jamal N. Whitehead ("Whitehead") is a named defendant in WAWD No. 2:24-cv-00808-LK.

PLAINTIFF'S MOTION FOR DISQUALIFICAITON
OF JUDGE LAUREN KING
WAWD No. 2:24-cv-00808-LK
Page 1 of 7

Kurt Benshoof, Co-Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

3.    Whitehead has conspired with individuals working in the U.S. District Court Office of the Clerk to deny Benshoof the issuance of summons to defendants KING COUNTY and Magalie Lerman in WAWD No. 2:23-cv-1829-JNW.

4.    Benshoof petitioned for writ of mandamus (9th Cir. No. 24-1958) to compel Whitehead to adjudicate Benshoof's Fifth TRO (WAWD No. 2:23-cv-1392-JNW, Dkt. #129), which sought to enjoin Defendant Magalie Lerman from fraudulently attempting to extort or imprison Benshoof under color of law of the void ab initio "Order Restricting Abusive Litigation" that was issued by Judge Marshall Ferguson.

5.    Marshall Ferguson is a defendant in WAWD No. 2:24-cv-00808-LK and works as a King County Superior Court Judge.

6.    Benshoof petitioned for writ of mandamus (9th Cir. No. 24-3053) to compel Whitehead to adjudicate Benshoof's Sixth TRO (WAWD No. 2:23-cv-1392-JNW, Dkt. #158), which sought to enjoin KING COUNTY and Defendant David S. Keenan ("Keenan") from setting in motion a series of events by which Benshoof would be unlawfully imprisoned under the void *ab initio* Final Restraining Order granted by Keenan in King County Superior Court case no. 21-5-00680-6 SEA.

Kurt Benshoof, Co-Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

7.      On June 7, 20242, Eric A. Benshoof, presented properly completed summons to the U.S. District Court clerk for individual Defendants Ferguson, Russ, Skelton, Tracy, Turner, and Whitehead. (See Appendix 1a-6a)

8.      The clerk withheld the summons and refused to issue the summons, stating that she was "busy."

9.      On the morning of June 10, 2024, Eric A. Benshoof presented six more properly completed summons to the U.S. District Court clerk for individual Defendants Ferguson, Russ, Skelton, Tracy, Turner, and Whitehead.

10.      The clerk refused to issue the summons to Eric A. Benshoof and stated that the summons would be held in chambers until further notice.

11.      On the morning of June 10, 2024, Benshoof telephoned the U.S. District Court clerk's office, and spoke with Marsha. Marsha confirmed to Benshoof that the judge was preventing the issuance of summons to individual Defendants Ferguson, Russ, Skelton, Tracy, Turner, and Whitehead.

## III.    ARGUMENT FOR DISQUALIFICATION

### A. Impartiality Questioned

12.      Judge Lauren King is acting *ultra vires* to deny Benshoof the issuance of summons to individual Defendants Ferguson, Russ, Skelton, Tracy, Turner, and

OF JUDGE LAUREN KING
WAWD No. 2:24-cv-00808-LK
Page 3 of 7

1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

Whitehead. This ministerial command that clerks violate Fed.R.Civ.P. 4(b) is one of the causes of action which Benshoof is suing Whitehead for.

13.    As Judge Lauren King is now perpetrating the same conspiracy to deny Benshoof the issuance of summons, in violation of Fed.R.Civ.P. 4(b) and the First Amendment, Judge Lauren King's impartiality might reasonably be questioned.

14.    Therefore, Judge Lauren King's impartiality might reasonably be questioned, and 28 U.S.C. §455(a) states that a judge "*shall* disqualify himself in any proceeding in which his impartiality might reasonably be questioned."

**B. Conflict of Interest**

15.    Pursuant to 28 U.S.C. § 455(b)(5)(iii), a judge "*shall* also disqualify himself" if he "is known by the judge to have an interest that could be substantially affected by the outcome of the proceeding."

16.    As Judge Lauren King is now perpetrating the same conspiracy to deny Benshoof the issuance of summons to individual Defendants Ferguson, Russ, Skelton, Tracy, Turner, and Whitehead, in violation of Fed.R.Civ.P. 4(b). the First Amendment, and the Fifth Amendment, Judge Lauren King is "known to have an interest that could be substantially affected by the outcome of the proceedings."

PLAINTIFF'S MOTION FOR DISQUALIFICAITON
OF JUDGE LAUREN KING
WAWD No. 2:24-cv-00808-LK
Page 4 of 7

Kurt Benshoof, Co-Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

17.    In other words, if the outcome of the instant case determines that Jamal Whitehead acted *ultra vires* to violate Benshoof's right to petition for redress or right to due process through the ministerial denial of the issuance of summons, this would implicitly confirm that Judge Lauren King has also violated Benshoof's right to petition for redress or right to due process through the ministerial denial of the issuance of summons to individual Defendants Ferguson, Russ, Skelton, Tracy, Turner, and Whitehead in the instant case.

18.    Thus, Judge Lauren King is known to have an interest that could be substantially affected by the outcome of WAWD No. 2:24-cv-00808-LK.

19.    Therefore, 28 U.S.C. § 455 requires that Judge Lauren King be disqualified.

## IV.    REQUESTED RELIEF

Plaintiff Kurt Benshoof moves for the immediate disqualification of Judge Lauren King from WAWD No. 2:24-cv-00808-LK.

## VERIFICATION

I, Kurt Benshoof, do hereby declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury in the State of Washington. Executed this 11th day of June in the year 2024, in the city of Seattle, in the county of King, in the state of Washington.

PLAINTIFF'S MOTION FOR DISQUALIFICAITON
OF JUDGE LAUREN KING
WAWD No. 2:24-cv-00808-LK
Page 5 of 7

Kurt Benshoof, Co-Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

This motion has less than 2,100 words in compliance with LCR 7(d)(1).

By: _____

Kurt Benshoof *Pro Se*
1716 N 128th Street
Seattle, WA 98133
Phone: (206) 460-4202
Email: kurtbenshoof@gmail.com

PLAINTIFF'S MOTION FOR DISQUALIFICAITON
OF JUDGE LAUREN KING
WAWD No. 2:24-cv-00808-LK
Page 6 of 7

Kurt Benshoof, Co-Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

**CERIFICATION OF SERVICE**

Plaintiff Kurt Benshoof hereby certifies that on June 11, 2024, he did mail by USPS first class mail the foregoing document to the Clerk of Court, and he did send a notice by email to the email address listed below.

**Defendant Sarah Turner**
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1120
Email: sturner@grsm.com

**Defendant Marshall Ferguson**
Email: marshall.ferguson@kingcounty.gov

**Defendant Michael Tracy**
Email: mtracy@grsm.com

**Defendant Jessica Skelton**
Email: jessica.skelton@pacificalawgroup.com

**Defendant Blair Russ**
1000 Second Ave, Suite 3660
Seattle, WA 98104
Phone: (206) 621-1871
Email: bmr@tbr-law.com

**Defendant Jamal Whitehead**
Email: jamal.whitehead@gmail.com
Email: jwhitehead@gsblaw.com

DATED:  June 11, 2024

Signed: _Kurt A Benshoof_

Kurt Benshoof, *Pro Se*
1716 N 128th Street
Seattle, WA 98133
Phone: (206) 460-4202
Email: kurtbenshoof@gmail.com

Kurt Benshoof, Co-Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

1716 N 128th ST
SEATTLE WA 98133

U.S. DISTRICT COURT
MR. RAVI SUBRAMANIAN
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

FILED
LODGED
RECEIVED    MAIL

JUN 13 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY





Retail

UNITED STATES
POSTAL SERVICE ®

RDC 99

98101

$1.87
R2304M111701-06

U.S. POSTAGE PAID
FCM LG ENV
SEATTLE, WA 9813
JUN 11, 2024

