Hon. Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT A. BENSHOOF, *et al.*,

                        Plaintiffs,

v.

MARSHALL FERGUSON, *et al.*,

                        Defendants.

No. 2:24-cv-00808-LK

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DISQUALIFICATION OF JUDGE LAUREN KING

NOTE ON MOTION CALENDAR:
June 17, 2024

THIS MATTER, having come before the Court on Plaintiff Kurt Benshoof's ("Plaintiff") Motion for Disqualification of Judge Lauren King, and the Court having considered the records and files herein, including:

1. Plaintiffs' Motion for Disqualification of Judge Lauren King;

2. _____; and

3. _____.

Being otherwise fully advised on the matter, the **COURT HEREBY**

**ORDERS:**

[PROPOSED] ORDER GRANTING PLNTF. MOTION FOR
DISQUALIFICATION OF JUDGE LAUREN KING
WAWD No. 2:24-cv-00808-LK
Page 1 of 2

Kurt Benshoof, Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

1.  Plaintiff's Motion for Disqualification of Judge Lauren King, is **GRANTED**;

2.  _____; and

3.  _____.


DATED this _____ day of _____ 2024.


                                                    _____
                                    The Hon. _____


Dated this 11th day of June 2024

*Presented By:*

*[signature]*

Kurt Benshoof, Plaintiff Pro Se
1716 N 128th Street
Seattle, WA 98133

[PROPOSED] ORDER GRANTING PLNTF. MOTION FOR
DISQUALIFICATION OF JUDGE LAUREN KING
WAWD No. 2:24-cv-00808-LK
Page 2 of 2

Kurt Benshoof, Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com