UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARSHALL FERGUSON; J DOE; BLAIR M RUSS; JESSICA SKELTON; MICHAEL TRACY; SARAH TURNER; JAMAL WHITEHEAD,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-00808-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

Plaintiff's Motion for Disqualification of Judge Lauren King, Dkt. # 7, is moot as Judge King is no longer assigned to the case. *See generally* Dkt. Thus, the motion is STRICKEN.

Dated this 20th day of June, 2024.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　*/s/Ashleigh Drecktrah*
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1