```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

JUL 15 2024  KS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT BENSHOOF,

    Plaintiff,

v.

MARSHALL FERGUSON, et al.,

    Defendants.

Case No. 2:24-cv-00808-JHC

Emergency Notice of Plaintiff's Status: Detained, Lack of Access to the Courts.

TO: HONORABLE JOHN H. CHUN, U.S District Court Judge;

    I, DAMON WHITE, a friend of the Court, enter to inform the Court regarding the detainment of the Plaintiff, Kurt Benshoof, in the King County Jail. The Plaintiff is being detained under the following cases:

1. Seattle Municipal Court:[1]

    - 671384

    - 676175

    - 676207

---

[1] Accessible at https://courtrecords.seattle.gov/portal/search/case

Page 1 of 5
Emergency Notice of Plaintiff's Status: Detained, Lack of Access to the Courts
Case no. 2:24-cv-00808-JHC                              Damon White, (206)601-1126

1. - 675405
2. - 656748
3. - 656749
4. - 669329
5. - 676463
6. - 676492
7. - 676216

2. King County Superior Court:[2]
   - 24-1-02680-7 SEA

The Plaintiff's bail is a staggering $750,000, which is the combined total between the collection of cases from Seattle municipal court, totaling in $250,000, and the King County Superior Court case, which has a bail of $500,000. Due to the excessive bail, Plaintiff has no means to post bond. Since his detainment on July 3rd, Plaintiff has not had access to any of his ongoing cases nor required Pro Se materials in the Jail; which consists of paper, printer, computer, and pacer access. Additionally, when Detectives and Swat officers executed search warrant #24-0-62121-3, Plaintiff's Apple laptop, and Del desktop computer were seized and logged into evidence. *Washington v. Benshoof*, No. 24-1-02680-7, Dkt. 1 at 16, (King County Sup. Ct., July 8, 2024). Due to these circumstances, Plaintiff has total lack of access to the court and is unable to fairly respond to Defendant's motion to dismiss, Dkt. 29. Plaintiff has not been able to even see Dkt. 29 due to his detainment.

I, a friend of the court, provide the above information so that the court may judicially notice the above referenced court records under ER 201, so the court can make a decision in the pursuit of equitable justice. The court can take "judicial notice of undisputed matters of public record, *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), including documents on file in federal

---

[2] Accessible at: https://dja-prd-ecexap1.kingcounty.gov/?q=node/501

Page 2 of 5
Emergency Notice of Plaintiff's Status: Detained, Lack of Access to the Courts
Case no. 2:24-cv-00808-JHC                                    Damon White, (206)601-1126

or state courts. *See Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n. 2 (9th Cir.2002)." *Harris v. County of Orange*, 682 F. 3d 1126, 1132 (9th Cir. 2012)

Respectively submitted, on this 15th day of July, 2024

By: *[signature]*

Damon White, *Friend of the Court*

Page 3 of 5
Emergency Notice of Plaintiff's Status: Detained, Lack of Access to the Courts
Case no. 2:24-cv-00808-JHC                                        Damon White, (206)601-1126

1 | VERIFICATION OF EMERGENCY NOTICE OF PLAINTIFF'S STATUS: DETAINED,
2 | LACK OF ACCESS TO THE COURTS
3 | STATE OF WASHINGTON
4 | WESTERN DISTRICT OF WASHINGTON
5 | COUNTY OF ___KING___

BEFORE ME personally appeared Damon White who, being by me first duly sworn and identified in accordance with Washington law, deposes and says:

1. My name is Damon White, Friend of the Court herein.
2. I have read and understood the attached foregoing notice filed herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
Damon White, Affiant

SWORN TO and subscribed before me this 15th day of ~~January~~ July, 2024.

_____
Notary Public

Notary Public
State of Washington
JACOB KOISTINEN
LICENSE # 21026808
MY COMMISSION EXPIRES
AUGUST 4, 2025

My commission expires: __8/4/2025__

Page 4 of 5
Emergency Notice of Plaintiff's Status: Detained, Lack of Access to the Courts
Case no. 2:24-cv-00808-JHC                              Damon White, (206)601-1126

# CERTIFICATE OF SERVICE

I, Damon White, certify that I, a friend of the court, initiated service pursuant to LCR 5(b) by filing the following Documents to the court clerk. Service was initiated on July 14th, 2024. I am over the Age of eighteen.

Documents:

- Emergency Notice of Plaintiff's Status: Detained, Lack of Access to the Courts.

Parties:
- Peggy C Wu, *Attorney for Marshall Feguson*
  King County Prosecuting Attorney's Office (Fifth Ave)
  701 Fifth Ave, Ste 600
  Seattle, WA 98104
  206-263-4008
  Email: pwu@kingcounty.gov

- Sarah Spierling Mack, *Attorney for Doe, et al.*
  Pacifica Law Group LLP
  1191 Second Avenue, Suite 2000
  Seattle, WA 98101
  206-245-1700
  Email: sarah.mack@pacificalawgroup.com

Respectively submitted, on this 15th day of July, 2024

By: _____
Damon White

Page 5 of 5
Emergency Notice of Plaintiff's Status: Detained, Lack of Access to the Courts
Case no. 2:24-cv-00808-JHC                                    Damon White, (206)601-1126