Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF, ARW. By and Through His Father, KURT A. BENSHOOF,<br><br>Plaintiffs,<br><br>v.<br><br>MARSHALL FERGUSON, *et al.*,<br><br>Defendants. | No. 2:24-cv-00808-JHC<br><br>DEFENDANT JESSICA SKELTON'S REPLY IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS AND PRE-FILING RESTRICTIONS<br><br>NOTE ON MOTION CALENDAR: August 9, 2024 |

Defendant Jessica A. Skelton ("Defendant or "Skelton") acknowledges that Plaintiff Kurt Benshoof is currently incarcerated and that a "Next Friend," on behalf of Plaintiff, has asked that this matter be stayed until Plaintiff can resume his adjudication of this matter. Dkt. #34. However, in an abundance of caution, Ms. Skelton submits this timely Reply, asking this Court to impose sanctions on Mr. Benshoof under Federal Rule of Civil Procedure 11 and pursuant to 28 U.S.C. § 1927.

As discussed in her motion, Ms. Skelton seeks attorney's fees and an order imposing pre-filing restrictions on Mr. Benshoof to curb his repetitious and frivolous litigation against Seattle School District (the "District") and its counsel, including Gregory Narver, Ms. Skelton, and the undersigned counsel. Dkt. #32. In this matter, one of several involving the District and its counsel, Mr. Benshoof has named Ms. Skelton as a Defendant without any valid legal basis and for

SKELTON'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS - 1
No. 2:24-cv-00808-JHC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

improper purposes. Moreover, under Local Civil Rule 7(b)(2), "Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." LCR 7(b)(2). Should this Court decline to stay these proceedings, Ms. Skelton asks the Court to consider that Plaintiff has failed to respond to this motion and therefore that such failure is an admission of merit. As a result, sanctions should be imposed.

I certify that this memorandum contains 236 words, in compliance with the Local Civil Rules.

DATED this 9th day of August, 2024.

PACIFICA LAW GROUP LLP

By: */s/ Sarah S. Mack*
     Sarah S. Mack, WSBA #33853
     *Attorney for Defendant Jessica A. Skelton*

SKELTON'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS - 2
No. 2:24-cv-00808-JHC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750