Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF; A.R.W. by and through his father, KURT A. BENSHOOF,<br><br>Plaintiffs,<br><br>v.<br><br>MARSHALL FERGUSON, J. DOE, BLAIR RUSS, JESSICA SKELTON, MICHAEL TRACY, SARAH TURNER, JAMAL WHITEHEAD,<br><br>Defendants. | No. 2:24-cv-00808-JHC<br><br>[PROPOSED]<br><br>ORDER GRANTING DEFENDANT MARSHALL FERGUSON'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) |

This matter came before the Court on Defendant Marshall Ferguson's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). The Court, having considered the files and records herein, including:

1. Defendant Marshall Ferguson's Motion to Dismiss;

2. Plaintiff Kurt Benshoof's Response, if any; and

3. Defendant Marshall Ferguson's Reply in support of Motion to Dismiss.

Being fully advised on the matter, the COURT HEREBY ORDERS that Defendant Marshall Ferguson's Motion to Dismiss is GRANTED. Plaintiff's complaint against Marshall Ferguson is DISMISSED WITH PREJUDICE and without leave to amend.

ORDER GRANTING FERGUSON'S MOTION TO DISMISS - 1
2:24-CV-00808-JHC

Leesa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

DATED this _____ day of _____, 2024.

_____
HONORABLE JOHN H. CHUN

Presented by:

LEESA MANION (she/her)
Prosecuting Attorney

By: _*s/ Peggy Wu*_____
Peggy Wu, WSBA #35941
Senior Deputy Prosecuting Attorney
King County Prosecuting Attorney's Office
701 5th Ave, Suite 600
Seattle, WA 98104
Email: pwu@kingcounty.gov
*Attorney for Marshall Ferguson*

ORDER GRANTING FERGUSON'S MOTION TO DISMISS - 2
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191