UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF; A.R.W. by and through his father, KURT A. BENSHOOF,<br><br>Plaintiffs,<br><br>v.<br><br>MARSHALL FERGUSON, J. DOE, BLAIR RUSS, JESSICA SKELTON, MICHAEL TRACY, SARAH TURNER, JAMAL WHITEHEAD,<br><br>Defendants. | No. 2:24-cv-00808-JHC<br><br>ORDER |

Before the Court is Plaintiffs' motion for a stay. Dkt. # 41. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Defendants at Dkt. ## 42 and 43, the Court DENIES the motion.

DATED this 1st day of October, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1
2:24-CV-00808-JHC