UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARSHALL FERGUSON; J DOE; BLAIR M RUSS; JESSICA SKELTON; MICHAEL TRACY; SARAH TURNER; JAMAL WHITEHEAD,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-00808-JHC<br><br>ORDER |

Before the Court is Plaintiff's second request for a stay. Dkt. # 46. For the reasons presented by Defendant Marshall Ferguson, Dkt. # 47, the Court DENIES the request.

Dated this 7th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　*John H. Chun*
　　　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1