Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, et al.,<br><br>                       Plaintiffs,<br>  v.<br><br>MARSHALL FERGUSON, J. DOE, BLAIR RUSS, JESSICA SKELTON, MICHAEL TRACY, SARAH TURNER, JAMAL WHITEHEAD,<br><br>                       Defendants. | No. 2:24-cv-00808-JHC<br><br>DEFENDANT MARSHALL FERGUSON'S MOTION TO SEAL<br><br>NOTED ON MOTION CALENDAR:<br>December 10, 2024 |

## I.    INTRODUCTION AND RELIEF REQUESTED

Defendant Marshall Ferguson ("Defendant") files this motion to seal pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5(g), and respectfully asks the Court to seal the summons containing his home address filed under Dkt. Nos. 6-1 and 8. Defendant is a judge at the King County Superior Court, and as a public figure and a judicial officer, his privacy and personal security interests in keeping his home address confidential outweigh the public's interest in access to the summons.

## II.    FACTUAL BACKGROUND

This case is one of many that Plaintiff Kurt Benshoof has filed against various defendants – including public officials, judges, and opposing counsels from previous cases – arising out of lawsuits

DEFENDANT FERGUSON'S MOTION TO SEAL - 1
2:24-CV-00808-JHC

Leesa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

1  and court decisions that have been entered in the context of a state child custody matter between Mr. Benshoof and the mother of his child. Mr. Benshoof filed this action on June 7, 2024, naming King County Superior Court Judge Marshall Ferguson in his personal capacity as one of the defendants. Dkt. No. 1. Even though Plaintiffs made a point of suing the Defendant in his personal capacity, they nevertheless sued the Defendant in connection with his role and actions taken as a trial judge in the King County Superior Court. In the proposed and issued summonses, Benshoof listed the home address of Judge Ferguson. Dkt Nos. 6-1 and 8.

### III.   LEGAL STANDARD

Federal Rule of Civil Procedure 5.2 governs the "Privacy Protection for Materials Filed with the Court" and requires the redaction of certain personally identifying information from electronic filings; subsection (e) of Rule 5.2. allows for the redaction of information "for good cause shown." Fed. R. Civ. P. 5.2(e).

A motion to seal a document must include: (A) a certification that the party has met and conferred with all other parties…..to explore redaction and other alternatives to filing under seal; (B) an explanation of: (i) the legitimate private or public interest that warrant the relief sought; (ii) the injury that will result if the relief sought is not granted; and (iii) why a less restrictive alternative to the relief sought is not sufficient. LCR 5(g)(3)(A)-(B).

Although there is a strong presumption of public access to the court's files, "access to judicial records is not absolute." LCR 5(g); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The strong presumption in favor of access to court records can be overridden given sufficiently compelling reasons for doing so. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). The court must conscientiously balance the competing interests of the public and the party who seeks to keep certain judicial records secret. *Kamakana,* 447 F.3d at 1179.

DEFENDANT FERGUSON'S MOTION TO SEAL - 2
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

"In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such court files might have become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179.

## IV.    ARGUMENT

Defendant respectfully requests that the Court waive the requirement to meet and confer with Mr. Benshoof due to impracticability given that Mr. Benshoof has been in custody at the King County Correctional Facility since July 3, 2024.

There is a significant security and privacy interest for judicial officers to keep their home addresses confidential. As a judge, Defendant has an obvious and critical need to maintain privacy because of the potential threat to judicial safety and security. Physical injury and harm can result from the threat posed by dissatisfied litigants or others. On the other hand, there is little to no discernable public interest in publishing a judge's home address on the court's docket, particularly when the home address of the judge at issue in no way relates to the merit of the case.

Although the least restrictive alternative in this case is to redact the Defendant's home address from the summons, summons is generally presented by the plaintiff. As Mr. Benshoof is currently in-custody, he is likely unable to file a redacted summons. If the Court is unwilling to seal the summons, Defendant requests that the Court order Dkt No.s 6-1 and 8 be sealed, and allow the Defendant to re-file the summons with the judge's home address redacted.

## V.    CONCLUSION

Defendant's privacy and security interests in keeping his home address confidential outweigh the public's interest in access to the summons, particularly when the summons does not relate to the

DEFENDANT FERGUSON'S MOTION TO SEAL - 3
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

merit of the case. Defendant has met the compelling reason standard to seal the court record and respectfully request this Court to grant this motion to seal.

I certify that this memorandum contains 777 words, in compliance with Local Civil Rules.

DATED this 15th day of November 2024.

                                            LEESA MANION (she/her)
                                            King County Prosecuting Attorney

                                            By: *s/ Peggy Wu*
                                                   PEGGY WU, WSBA #35941
                                                   Senior Deputy Prosecuting Attorney
                                                   King County Prosecuting Attorney's Office, Civil Division
                                                   701 5th Avenue, Suite 600
                                                   Seattle, WA 98104
                                                   pwu@kingcounty.gov
                                                   *Attorney for Marshall Ferguson*

DEFENDANT FERGUSON'S MOTION TO SEAL - 4
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on November 15, 2024, I electronically filed Defendant Marshall Ferguson's Motion to Seal with the Clerk of the Court using the electronic filing system and sent the same through the e-service application to the following:

Kurt A. Benshoof
1716 N 128TH ST
SEATTLE, WA 98133
206-460-4202
Email: kurtbenshoof@gmail.com
*Pro Se*

I also hereby certify that on November 15, 2024, I sent the same via US Postal Service to the following:

| | |
|---|---|
| Kurt Benshoof<br>B/A 2024-008067<br>King County Correctional Facility<br>500 Fifth Avenue<br>Seattle, WA  98104 | Howard Brown<br>1003 W. Michigan St.<br>Hammond, LA  70401 |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 15th day of November 2024.

By: *s/ Katie Wilson*
KATIE WILSON
Paralegal, Civil Division
King County Prosecuting Attorney's Office

DEFENDANT FERGUSON'S MOTION TO SEAL - 5
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191