UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT A. BENSHOOF; A.R.W. by and through his father, KURT A. BENSHOOF,

Plaintiffs,

v.

MARSHALL FERGUSON, J. DOE, BLAIR RUSS, JESSICA SKELTON, MICHAEL TRACY, SARAH TURNER, JAMAL WHITEHEAD,

Defendants.

No. 2:24-cv-00808-JHC

ORDER

Before the Court is pro se Plaintiffs' "Motion for Reconsideration of Court Orders Issued on October 1, 2024, and October 7, 2024, and Motion for Finding of Fact and Conclusion of Law and Motion for Jurisdictional Discovery Under FRCP 26(d)(1) . . . and Motion to Strike Esponse [*sic*] by Peggy Wu." Dkt. # 50.

Plaintiffs' motion for reconsideration is denied for two reasons. First, it is untimely under LCR 7(h)(2), which requires filing within 14 days of the order at issue. Second, even if it were timely, it neither shows "manifest error" nor "new facts or legal authority" that would make a difference in the prior rulings.

Plaintiffs' request for "Finding of Fact and Conclusion of Law" is denied. Findings of fact and conclusions of law were not required with respect to the Orders at Dkt. ## 45 or 48.

ORDER - 1
2:24-CV-00808-JHC

Furthermore, those Orders make clear that the requests for stay at issue were denied for reasons presented by Defendants.

Plaintiffs' request for jurisdictional discovery is denied. Plaintiffs do not explain that there is a jurisdictional issue for which discovery would be appropriate. In any event, it does not appear that any Defendant is presently seeking a dismissal on jurisdictional grounds.

Finally, the request to strike all filings by Peggy Wu, an attorney at the King County Prosecuting Attorney's Office who represents King County Superior Court Judge Marshall Ferguson, is patently without merit and is denied.

For the foregoing reasons, the Court DENIES the motions.

DATED this 18th day of November, 2024.

                                          JOHN H. CHUN
                                        UNITED STATES DISTRICT JUDGE