| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 19 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KURT BENSHOOF, individually and on behalf of minor A.R.W.,

    Plaintiff - Appellant,

 v.

MARSHALL FERGUSON, King County Superior Court Judge; et al.,

    Defendants - Appellees.

No. 24-7298

D.C. No. 2:24-cv-00808-JHC
Western District of Washington, Seattle

ORDER

Before: S.R. THOMAS, SILVERMAN, and TALLMAN, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order disposing of fewer than all claims against all parties not immediately appealable unless district court directs entry of judgment pursuant to Fed. R. Civ. P. 54(b)). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**