Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT BENSHOOF, ARW. By and Through
His Father, KURT A. BENSHOOF,

                            Plaintiffs,

      v.

MARSHALL FERGUSON, *et al.*,

                          Defendants.

No. 2:24-cv-00808-JHC

DEFENDANT JESSICA A.
SKELTON'S RESPONSE TO
PLAINTIFFS' MOTION TO AMEND
COMPLAINT

NOTED ON MOTION CALENDAR:
January 6, 2025

## I.    INTRODUCTION

This matter has come before the Court on Plaintiff's Motion to Amend Complaint. Dkt. #57. While styled as a motion for leave to file a First Amended Complaint, it appears that Plaintiff is actually seeking to amend a Petition for Habeas Corpus in another case that is currently assigned to Judge Whitehead. *See Dkt. #57, Ex. 1 and Case No. 24-cv-01110-JNW.* It is not clear how Ms. Skelton is related to that action; however, Plaintiff states in his motion, "[c]urrent defendants – who are all attorneys – Blair Russ, **Jessica Skelton**, Michael Tracy, and Sarah Turner have engaged in parallel acts to render criminal assistance to the kidnapping of A.R.W., and to prevent Benshoof from seeking redress in violation of 18 U.S.C. § 1512(b), a predicate act under Civil

DEFENDANT JESSICA A. SKELTON'S
OPPOSITION TO PLAINTIFFS' MOTION TO
AMEND COMPLAINT - 1
Cause No. 2:24-cv-00808-JHC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

RICO." Dkt. #57 at 2 (emphasis added). Accordingly, to the extent that Plaintiff is seeking to amend his Complaint or Petition against Ms. Skelton, and for the reasons discussed herein, Ms. Skelton asks the Court to deny the motion. Further, Ms. Skelton asks that all claims against her now be dismissed with prejudice.

## II.    FACTUAL BACKGROUND

This Court is familiar with the history of these proceedings, and therefore Ms. Skelton does not repeat it here. For purposes of this motion, the following facts are relevant.

On August 9, 2024, this Court issued an Order granting, *inter alia*, Ms. Skelton's motion to dismiss the claims against her, but informing Plaintiff that he may seek leave to amend the complaint with respect to those claims. Dkt. #40. Specifically, that Order stated:

> For the reasons set forth in Skelton's motion, the Court DISMISSES the claims against Skelton without prejudice. As presented thus far, the claims clearly lack any merit. Plaintiff may seek leave to amend the complaint with respect to the claims against Skelton.

Dkt. #40 at 2.

Plaintiff was incarcerated at the time that Order was issued, and he subsequently filed a Motion to Stay the proceedings "indefinitely." Dkt. #41 at 1-2. Ms. Skelton also interpreted that motion as a request for additional time to amend his claims against her and opposed the request. The Court denied the motion without prejudice. Dkt. #45. Plaintiff then filed another motion for an emergency stay, which the Court also denied. Dkts. #46 and #48. Plaintiff filed a motion for reconsideration of several of the Court's Orders, which was denied. Dkts. #50 and #53. In the meantime, the Court also granted a motion to dismiss Defendant Ferguson with prejudice. Dkt. #51.

DEFENDANT JESSICA A. SKELTON'S
OPPOSITION TO PLAINTIFFS' MOTION TO
AMEND COMPLAINT - 2
Cause No. 2:24-cv-00808-JHC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Plaintiff then filed an appeal with the Ninth Circuit Court of Appeals. Dkt. #54. On December 19, 2024, the Court of Appeals found that it lacked jurisdiction over the appeal and dismissed it. Dkt. #58. The instant motion followed.

### III.    LEGAL STANDARD

Pursuant to Local Civil Rule 15(a):

> A party who moves for leave to amend a pleading must attach a copy of the proposed amended pleading as an exhibit to the motion. The party must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added. The proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits. . . .

Local Civil Rule 15(a).

### IV.    ARGUMENT

As an initial matter, Plaintiff has failed to comply with the Court's Local Rule. Rather than attaching a copy of a proposed amended complaint to his motion, Plaintiff has attached a 145-page Amended Petition for Writ of Habeas Corpus which names "Warden," City of Seattle, and King County as Defendants. Dkt. #57, Exhibit 1. There is no mention of Ms. Skelton in that Petition. *Id.* Likewise, Plaintiff has attached 640 pages of exhibits to the Petition, and Ms. Skelton is not named in any of those exhibits. Dkt. #57, Exhibit 2. Because Plaintiff has failed to file a proposed amended complaint indicating how it differs from the original pleading, nor has he included Ms. Skelton in the proposed pleadings, his motion must fail. Local Civil Rule 15(a).

Moreover, it has been four months since Plaintiff's original allegations against Ms. Skelton in this matter were dismissed, and Plaintiff has made no effort to amend his allegations against her. *See* Dkt. #40. Plaintiff clearly knows how and is able to file such a motion, as evidenced by the instant one. Yet, even a brief review of the current filings demonstrates no ability to cure any

DEFENDANT JESSICA A. SKELTON'S
OPPOSITION TO PLAINTIFFS' MOTION TO
AMEND COMPLAINT - 3
Cause No. 2:24-cv-00808-JHC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

defects in the claims against Ms. Skelton. Allowing more time to amend would be futile. *Smart Apparel (U.S.), Inc. v. Nordstrom, Inc.,* 720 F. Supp.3d 1070, 1080 (W.D. Wash. 2024). Further, failing to dismiss the claims with prejudice creates uncertainty for Ms. Skelton as to the future potential of new or amended claims against her, requiring her to continue to retain legal counsel and incur legal costs by actively participating in a matter in which the claims against her have been dismissed. This Court has already determined that Plaintiff's claims against Ms. Skelton lack "any merit." Dkt. #40. Plaintiff has now had the opportunity to seek leave to file an amended complaint, but has failed to properly do so. Accordingly, the claims against Ms. Skelton should now be dismissed with prejudice for the reasons set forth above and in her prior motion. *See* Dkt. #27.

## V.    CONCLUSION

Ms. Skelton respectfully requests that Plaintiff's motion for leave to file an amended complaint be denied and asks that all claims against her be dismissed with prejudice.

I certify that this memorandum contains 916 words, in compliance with the Local Civil Rules.

DATED this 30th day of December, 2024.

PACIFICA LAW GROUP LLP


By: */s/ Sarah S. Mack*
   Sarah S. Mack, WSBA #32853
   *Attorneys for Defendant Jessica A. Skelton*

DEFENDANT JESSICA A. SKELTON'S
OPPOSITION TO PLAINTIFFS' MOTION TO
AMEND COMPLAINT - 4
Cause No. 2:24-cv-00808-JHC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**CERTIFICATE OF SERVICE**

I am and at all times hereinafter mentioned was a citizen of the United States, a resident of the State of Washington, over the age of 21 years and not a party to this action.  On the 30th day of December, 2024, I caused to be served a true copy of the foregoing document upon:

Mr. Howard Brown
1003 W. Michigan St.
Hammond, LA 70401

☐ via facsimile
☐ via overnight courier
☒ via first-class U.S. mail
☐ via email
☐ via electronic court filing
☐ via hand delivery

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 30th day of December, 2024.

_____
Dawn M. Taylor

DEFENDANT JESSICA A. SKELTON'S
OPPOSITION TO PLAINTIFFS' MOTION TO
AMEND COMPLAINT - 5
Cause No. 2:24-cv-00808-JHC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750