1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT BENSHOOF, ARW. By and Through
His Father, KURT A. BENSHOOF,

                    Plaintiffs,

     v.

MARSHALL FERGUSON, *et al.*,

                    Defendants.

No. 2:24-cv-00808-JHC

ORDER

15

16

17

18

19

20

21

     This matter comes before the Court on Plaintiff's Motion for Leave to File First Amended Complaint. Dkt. # 57. The Court has considered the materials filed in connection with the motion, the rest of the file, and the governing law. For the reasons argued by Defendant Skelton, Dkt. # 59, the Court DENIES the motion and DISMISSES all claims against Defendant Skelton with prejudice.

     DATED this 7th day of January, 2025.

22

23

24

25

26

27

John H. Chun
United States District Judge

ORDER - 1
Cause No. 2:24-cv-00808-JHC