|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 10 2025 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

Mr. KURT BENSHOOF, individually and on behalf of minor A.R.W.,

        Plaintiff - Appellant,

 v.

MARSHALL FERGUSON, King County Superior Court Judge; et al.,

        Defendants - Appellees.

No. 24-7298

D.C. No. 2:24-cv-00808-JHC

Western District of Washington, Seattle

MANDATE

The judgment of this Court, entered December 19, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT