Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>MARSHALL FERGUSON, *et al.*,<br><br>                              Defendants. | No. 2:24-cv-00808-LK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>January 24, 2025 |

THIS MATTER, having come before the Court on Co-Plaintiff Kurt Benshoof's ("Benshoof") Motion for Leave to File First Amended Complaint, and the Court having considered the records and files herein, including:

1. Plaintiffs' Motion for Leave to File First Amended Complaint:

2. Plaintiffs' First Amended Complaint;

3. Order Restricting Abusive Litigation by Kurt Benshoof;

4. Order Finding of Contempt Against Kurt Benshoof;

5. _____; and

[PROPOSED] ORDER GRANTING PLNTF. MOTION
FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
WAWD No. 2:24-cv-00808-JHC

Page 1 of 2

Kurt Benshoof, Co-Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com

6. _____.

Being otherwise fully advised on the matter, the **COURT HEREBY ORDERS:**

1. Plaintiffs' Motion for Leave to File First Amended Complaint, is **GRANTED;**

2. _____; and

3. _____.

DATED this _____ day of _____ 2025.

_____
The Hon. John H. Chun

Dated this 10th day of January 2025

*Presented By:*

\_\_\_s/ Kurt Benshoof\_\_\_\_\_
Kurt Benshoof, Plaintiff *Pro Se*
22701 42nd Place West
Mountlake Terrace, WA 98043

[PROPOSED] ORDER GRANTING PLNTF. MOTION
FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
WAWD No. 2:24-cv-00808-JHC
Page 2 of 2

Kurt Benshoof, Co-Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com