WAWD – Praecipe (Revised 6/2021)

1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Plaintiff(s),

v.

Defendant(s).

CASE NO.

PRAECIPE

To the Clerk of the above-entitled court:
You will please:

Dated

Sign or use an "s/" and your name

Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1