AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:24-CV-00808-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Blair M. Russ**
was recieved by me on **2/14/2025:**

[X]  I personally served the summons on the individual at **2215 234th Ave NE, Sammamish, WA 98074** on **02/16/2025 at 2:23 PM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

**Hillary Hitz**
Printed name and title

**11410 NE 124th St
#711
Kirkland, WA 98034**

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; FIRST AMENDED COMPLAINT, to Blair M. Russ with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.  A man answered the door and identified himself as the subject.  I told him I had Legal documents for him.  I presented and he accepted.**




Tracking #: **0158797065**