UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARSHALL FERGUSON; J DOE; BLAIR M RUSS; JESSICA SKELTON; MICHAEL TRACY; SARAH TURNER; JAMAL WHITEHEAD,<br>　　　　　　Defendants. | CASE NO. 2:24-cv-00808-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

Defendant City of Seattle has filed a Motion for Reconsideration. Dkt. # 74. Pursuant to LCR 7(b)(3), the Court requests that Plaintiff file a response to the motion by **March 3, 2025**. Defendants may file their reply by **March 7, 2025**. The Court DIRECTS the Clerk to re-note the motion for reconsideration for March 7, 2025.

Filed and entered this 24th day of February 2025.

MINUTE ORDER - 1

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2