The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, A.R.W. by and through his father, KURT A. BENSHOOF, BRETT FOUNTAIN, URVE MAGGITTI,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREA CHIN, et al.<br><br>Defendant. | Case No. 2:24-cv-00808-JHC<br><br>DEFENDANTS' MICHAEL FOX, TYLER GOSLIN, AND STEVEN MITCHELL'S JOINDER IN THE CITY OF SEATTLE'S MOTION FOR RECONSIDERATION AND MOTION TO SEAL |

Defendants' Michael Fox, Tyler Goslin, and Steven Mitchell ("Defendants") file this Joinder in Defendant City of Seattle's Motion for Reconsideration and Motion to Seal against Plaintiff Kurt A. Benshoof, A.R.W., by and through his father Kurt A. Benshoof, and state in support thereof as follows:

The Defendants join in the City of Seattle's Motion and incorporate the same as if fully stated herein. For the reasons stated in the City of Seattle's Motion, Defendants respectfully request that this Court enter the City of Seattle's [Proposed] Order on City of Seattle's Motion for Reconsideration and Motion to Seal against Kurt A. Benshoof, Dkt. 74-1.

Dated this 24th day of February 2025.

DEFENDANTS' MICHAEL FOX, TYLER GOSLIN, AND STEVEN MITCHELL'S JOINDER IN THE CITY OF SEATTLE'S MOTION FOR RECONSIDERATION AND MOTION TO SEAL 1
*Benshoof, et al. v. Chin, et al.*, Case No. 2:24-cv-00808-JHC

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

                              Respectfully submitted,

                              S<small>EBRIS</small> B<small>USTO</small> J<small>AMES</small>

                              <u>s/Darren A. Feider</u>
                              Darren A. Feider, WSBA #22430
                              Monica Ghosh, WSBA #56589
                              15375 SE 30th Pl., Suite 310
                              Bellevue, Washington 98007
                              (425) 454-4233
                              dfeider@sbj.law
                              mghosh@sbj.law
                              Attorneys for Defendants Michael Fox, Tyler Goslin, and Steven Mitchell

DEFENDANTS' MICHAEL FOX, TYLER GOSLIN, AND STEVEN MITCHELL'S JOINDER IN THE CITY OF SEATTLE'S MOTION FOR RECONSIDERATION AND MOTION TO SEAL 2
*Benshoof, et al. v. Chin, et al.*, Case No. 2:24-cv-00808-JHC

S<small>EBRIS</small> B<small>USTO</small> J<small>AMES</small>
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233

# CERTIFICATE OF SERVICE

I, Darren A. Feider, certify under penalty of perjury under the laws of the State of Washington that, on February 24, 2025, I caused to be served the attached document to the individuals listed below in the manner shown next to their names:

*Pro Se Plaintiff:*
Kurt A. Benshoof
1716 N 128th St
Seattle, Washington 98133
Phone: (206) 460-4202
kurtbenshoof@gmail.com

☐ By U.S. Mail
☐ By Federal Express
☐ By Facsimile
☐ By ABC Messenger
☐ By Electronic Mail
☒ By E-service

*Defendant City of Seattle*:
Catherine E. Riedo, WSBA #50418
Carson W. Canonie, WSBA #62464
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200
Catherine.Rideo@seattle.gov
Carson.Canonie@seattle.gov

☐ By U.S. Mail
☐ By Federal Express
☐ By Facsimile
☐ By ABC Messenger
☐ By Electronic Mail
☒ By E-service

Howard Brown
1003 West Michigan Street
Hammon, LA 70401
*[Pro Se Interested Party]*

☐ By U.S. Mail
☐ By Federal Express
☐ By Facsimile
☐ By ABC Messenger
☐ By Electronic Mail
☒ By E-service

s/ Darren A. Feider
Darren A. Feider

DEFENDANTS' MICHAEL FOX, TYLER GOSLIN, AND STEVEN MITCHELL'S JOINDER IN THE CITY OF SEATTLE'S MOTION FOR RECONSIDERATION AND MOTION TO SEAL 3
*Benshoof, et al. v. Chin, et al.*, Case No. 2:24-cv-00808-JHC

**SEBRIS BUSTO JAMES**
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233