HONORABLE JOHN H. CHUN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KURT A. BENSHOOF, A.R.W. by and through his father, KURT A. BENSHOOF, BRETT FOUNTAIN, URVE MAGGITTI,<br>Plaintiffs,<br>v.<br>ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, in their individual capacities, CITY OF SEATTLE, KING COUNTY,<br>Defendants. | Case No. 2:24-CV-00808-JHC<br><br>DEFENDANTS BLAIR RUSS AND NATHAN CLIBER'S JOINDER OF DEFENDANT CITY OF SEATTLE'S MOTION FOR RECONSIDERATION AND MOTION TO SEAL<br><br>NOTE ON MOTION CALENDAR:<br><br>MARCH 7, 2025 |

DEFENDANTS RUSS AND CLIBER'S JOINDER
OF DEFENDANT CITY OF SEATTLE'S MOTION
FOR RECONSIDERATION AND TO SEAL - 2:24-CV-00808-JHC

1

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, Washington 98104
(206) 695-5100

Comes now Defendants Blair Russ and Nathan Cliber ("Defendants") and file this Joinder of Defendant City of Seattle's Motion for Reconsideration and Motion to Seal (the "Motion"), Dkt. 74, and states in support thereof as follows:

Defendants join in Defendant City of Seattle's Motion and incorporate the same as if fully stated herein. For the reasons stated in City of Seattle's Motion, Defendants respectfully requests that this Court grant Defendant City of Seattle's Motion in full. With respect to the City of Seattle's Motion to Seal, Defendants request that the same relief be granted with respect to their addresses and the addresses of the undersigned counsel, who are also defendants in this action but have not yet been served.

The undersigned certifies that this memorandum contains 119 words, in compliance with the Local Civil Rules.

Dated: February 28, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By:   *s/ Sarah N. Turner*
        Sarah N. Turner, WSBA No. 37748

By:   *s/ Michael C. Tracy*
        Michael C. Tracy, WSBA No. 51226

701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5178
Fax: (206) 689-2822

Email: sturner@grsm.com
Email: mtracy@grsm.com

Attorneys for Defendants
Blair Russ and Nathan Cliber

DEFENDANTS RUSS AND CLIBER'S JOINDER
OF DEFENDANT CITY OF SEATTLE'S MOTION
FOR RECONSIDERATION AND TO SEAL - 2:24-CV-00808-JHC

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, Washington 98104
(206) 695-5100

2

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States and the State of Washington that on February 28, 2025, the foregoing document was served upon the following parties in the manner indicated below:

| | |
|---|---|
| Kurt Benshoof<br>22701 42nd Place W<br>Mount lake Terrace, WA 98043<br>Tel: (206) 460-4202<br>Email:  kurtbenshoof@gmail.com<br>         Kurtbenshoof1@gmail.com<br><br>Pro Se Plaintiff | ☑  U.S. Mail, Postage Prepaid<br>☐  Legal Messenger<br>☐  E-Mail<br>☑  CM/ECF |
| Monica Ghosh<br>Darren Anthony Feider<br>Sebris Busto James<br>15375 SE 30th Place, Suite 310<br>Bellevue, WA 98007<br>Tel: (425) 450-3382<br><br>Attorneys for Defendants Michael Fox, Tyler Goslin, and Steven Mitchell | ☑  U.S. Mail, Postage Prepaid<br>☐  Legal Messenger<br>☐  E-Mail<br>☑  CM/ECF |
| Howard Brown<br>1003 West Michigan Street<br>Hammon, LA 70401<br><br>Pro Se Interested Party | ☑  U.S. Mail, Postage Prepaid<br>☐  Legal Messenger<br>☐  E-Mail<br>☑  CM/ECF |
| Catherine E. Riedo<br>Carson W. Canonie<br>Assistant City Attorneys<br>Email:    catherine.riedo@seattle.gov<br>          Carson.canonie@seattle.gov<br><br>Attorneys for Defendant City of Seattle | ☑  U.S. Mail, Postage Prepaid<br>☐  Legal Messenger<br>☐  E-Mail<br>☑  CM/ECF |

Dated: February 28, 2025

*s/ Marry Marze*
Marry Marze, Legal Assistant

DEFENDANTS RUSS AND CLIBER'S JOINDER
OF DEFENDANT CITY OF SEATTLE'S MOTION
FOR RECONSIDERATION AND TO SEAL - 2:24-CV-00808-JHC

3

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, Washington  98104
(206) 695-5100