Hon. John H. Chun

1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON

8

9   Mr. Kurt A. Benshoof, A.R.W. By and Through
    His Father, Mr. Kurt A. Benshoof, Brett
10  Fountain, Urve Maggitti,                              No.    2:24-CV-00808-JHC

11                          Plaintiffs,                   CITY OF SEATTLE'S REPLY TO
                                                          PLAINTIFF'S RESPONSE TO CITY OF
12            vs.                                         SEATTLE'S MOTION FOR
                                                          RECONSIDERATION & MOTION TO
13  ANDREA CHIN, ANTHONY BELGARD,                         SEAL
    DONOVAN BROUSSARD, NATHAN
14  CLIBER, CATHERINE CORNWALL,
    GREGG CURTIS, JANE DOE, JENNY
15  DURKAN, JOHN DUUS, NICHOLAS
    EVANS, PASCAL HERZER, RYAN ELLIS,
16  MICHAEL FOX, TYLER GOSLIN, JULIE
    KLINE, ERNEST JENSEN, JONATHAN
17  KIEHN, SPENCER KURZ, MAGALIE
    LERMAN, RICHARD LIMA, ADAM
18  LOSLEBEN, YVES LUC, SARAH
    MACDONALD, JACOB MASTERSON,
19  GRANT MAYER, STEVEN MITCHELL,
    JOHNATHAN MUSSEAU, BREHON NESS,
20  LILIYA NESTERUK, STEPHEN
    OKRUHLICA, KATRINA OUTLAND,
21  JESSICA OWEN, SARAH PENDLETON,
    DWAYNE PIRAK, BRIAN REES, BLAIR
22  RUSS, JULIE SALLE, DANIEL SCHILLING,
    TY SELFRIDGE, NATHAN SHOPAY,
23  STEVEN STONE, MICHAEL TRACY,

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S
RESPONSE TO CITY OF SEATTLE'S MOTION FOR
RECONSIDERATION & MOTION TO SEAL - 1
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1  MELANIE TRATNIK, SARAH TURNER,
   TREVOR TYLER, MICHAEL VIRGILIO,
2  ANDREW WEST, CHAD ZENTNER, In Their
   Individual Capacities, CITY OF SEATTLE,
3  KING COUNTY,

4                              Defendants.

5

6        The City of Seattle ("the City") respectfully submits this Reply in support of its Motion for

7  Reconsideration and Motion to Seal. Dkt. #74.

8                      **I.    ARGUMENT & AUTHORITY**

9     **A.  The City has standing.**

10       The City has standing because it is a named party. Standing is a requirement that plaintiffs

11 must establish; named defendants need not prove standing. *See Lujan v. Defs. of Wildlife*, 504 U.S.

12 555, 561, 112 S. Ct. 2130, 2136, 119 L. Ed. 2d 351 (1992) ("The party invoking federal jurisdiction

13 [Plaintiff] bears the burden of establishing these elements [of standing]."). Further, the City has

14 accepted the jurisdiction of the Court and is not raising personal jurisdiction, which is an affirmative

15 defense that may be waived. *Benny v. Pipes*, 799 F.2d 489, 492 (9th Cir. 1986) (noting that an

16 appearance is an affirmative act "by which the party comes into court and submits to the jurisdiction

17 of the court."). As such, the City has standing and this Court has personal jurisdiction over the City

18 to hear its motion.

19    **B.  The City complied with the Local Civil Rules.**

20       The City complied with the requirements of Local Civil Rule (LCR) 7(h) in filing its Motion

21 for Reconsideration. The City was not an original party to the lawsuit. Dkt. #'s 1; 68. Judge

22 Whitehead's order could not have been brought to this Court's attention earlier. *See Order Declaring*

23 Plaintiff Benshoof a Vexatious Litigant at 13, Benshoof v. Admon, No. 2:23-cv-1392 JNW (W.D.

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S
RESPONSE TO CITY OF SEATTLE'S MOTION FOR
RECONSIDERATION & MOTION TO SEAL - 2
2:24-CV-00808-JHC

Ann Davison
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Wash. Feb. 11, 2025). The facts and circumstances of this case are "highly unusual." The City has met the requirements for reconsideration under LCR 7(h).

The City complied with the requirements of Local Civil Rule (LCR)(A) and (B) in filing its Motion to Seal. The City attempted to meet and confer with Plaintiff prior to filing the motion but was unsuccessful. Dkt. # 75. The City is seeking to have the home addresses of the individual Defendants redacted from the court record. Filing individual Defendants' home addresses in the public court record serves no legitimate purpose.

## C. The City is acting in good faith.

The City's motion is neither procedurally improper nor made in bad faith. The City is bringing to the Court's attention a contemporaneous order declaring Plaintiff a vexatious litigant in this District, which is new information and should be considered in redetermining Plaintiff's Motion for Leave to Amend.

## II. CONCLUSION

The City respectfully requests that this Court grant the Motion for Reconsideration and Motion to Seal, denies Plaintiff's Motion to Amend, and seals or redacts the named Defendants' home addresses from the court record.

///

///

///

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S
RESPONSE TO CITY OF SEATTLE'S MOTION FOR
RECONSIDERATION & MOTION TO SEAL - 3
2:24-CV-00808-JHC

1

## <u>CERTIFICATE OF COMPLIANCE</u>

2      I certify that this City's Reply to Plaintiff's Response to City's Motion for Reconsideration &

3   Motion to Seal contains 401 words in compliance with the Local Civil Rules of the King County Superior

4   Court as amended September 1, 2024.

5

6      DATED this 7th day of March, 2025.

7                          ANN DAVISON
                           Seattle City Attorney
8

9                   By:   */s/Catherine E. Riedo*
                          Catherine E. Riedo, WSBA# 50418
10                         Carson W. Canonie, WSBA# 62464
                          Assistant City Attorney
11                         E-Mail:  Catherine.Riedo@seattle.gov
                          E-Mail:  Carson.Canonie@seattle.gov
12
                          Seattle City Attorney's Office
13                         701 Fifth Avenue, Suite 2050
                          Seattle, WA 98104
14                         Phone: (206) 684-8200

15                         *Attorneys for Defendant City of Seattle*

16

17

18

19

20

21

22

23

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S
RESPONSE TO CITY OF SEATTLE'S MOTION FOR
RECONSIDERATION & MOTION TO SEAL - 4
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of March, 2025, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| | |
|---|---|
| Kurt Benshoof<br>22701 42nd Place W,<br>Mountlake Terrace, WA 98043<br>206-460-4202<br><br>*[Pro Se Plaintiff]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email:<br>kurtbenshoof@gmail.com;<br>kurtbenshoof1@gmail.com |
| Brett Fountain<br>2100 W NW HWY, 114 #1115<br>Grapevine, TX 76051-7808<br><br>*[Pro Se Plaintiff]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: |
| Urve Maggitti<br>244 BLACKBURN DR<br>Berwyn, PA 19312<br>917-340-0561<br><br>*[Pro Se Plaintiff]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email:<br>urve.maggitti@gmail.com |
| Darren A Feider<br>Monica Ghosh<br>Darren Anthony Feider<br>SEBRIS BUSTO JAMES<br>15375 SE 30TH Pl, Ste 310<br>Bellevue, WA 98007<br>425-450-3382<br><br>*[Attorney for Fox, Goslin, Mitchell]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email:<br>dfeider@sbj.law<br>mghosh@sbj.law |
| Michael C Tracy<br>Sarah N Turner<br>GORDON REES SCULLY<br>MANSUKHANI LLP (SEATTLE)<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>206-659-5135<br><br>*[Attorney for Cliber, Russ]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email:<br>mtracy@grsm.com<br>sturner@grsm.com |

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S
RESPONSE TO CITY OF SEATTLE'S MOTION FOR
RECONSIDERATION & MOTION TO SEAL - 5
2:24-CV-00808-JHC

| | |
|---|---|
| Peggy C Wu<br>KING COUNTY PROSECUTING<br>ATTORNEY'S OFFICE (FIFTH AVE)<br>701 Fifth Avenue, Suite 600<br>Seattle, WA 98104<br>206-263-4008<br><br>*[Attorney for Cornwall, Herzer, Salle, and King County]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email:<br>pwu@kingcounty.gov |
| Howard Brown<br>1003 West Michigan Street<br>Hammon, LA 70401<br><br>*[Pro Se Interested Party]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: |

*/s/ Grace Selsor*
Grace Selsor, Legal Assistant

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S
RESPONSE TO CITY OF SEATTLE'S MOTION FOR
RECONSIDERATION & MOTION TO SEAL - 6
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200