HONORABLE JOHN H. CHUN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, A.R.W. by and through his father, KURT A. BENSHOOF, BRETT FOUNTAIN, URVE MAGGITTI,<br>Plaintiffs,<br>v.<br>ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, in their individual capacities, CITY OF SEATTLE, KING COUNTY,<br>Defendants. | Case No. 2:24-CV-00808-JHC<br><br>ORDER GRANTING DEFENDANTS NATHAN CLIBER AND BLAIR RUSS'S MOTION TO DISMISSAL OF ALL CLAIMS AGAINST THEM PURSUANT TO FRCP 12(b)(6)<br><br>[PROPOSED] |

[PROPOSED] ORDER GRANTING DEFENDANTS
NATHAN CLIBER AND BLAIR RUSS'S MOTION TO DISMISS
2:24-CV-00808-JHC

1

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, Washington  98104
(206) 695-5100

1   THIS MATTER having come before the Honorable John H. Chin for hearing upon
2   Defendants Nathan Cliber and Blair Russ's Motion to Dismiss all Claims Against Them Pursuant
3   to FRCP 12(b)(6) (the "Motion"), and after the Court having examined the records and files to wit:

4   1.   Defendants' Motion to Dismiss;

5   2.   Plaintiffs' Opposition, if any;

6   3.   _____; and,

7   4.   _____.

8   And being fully advised in the premises; now therefore:

9   IT IS HEREBY ORDERED as follows:

10  1.   All of Plaintiffs' claims against Defendants Nathan Cliber and Blair Russ are
11       dismissed with prejudice and Nathan Cliber and Blair Russ are dismissed from
12       this action;

13  2.   Plaintiffs A.R.W., Brett Fountain, and Urve Maggitti are dismissed from this
14       action, as well as all of their causes of action.

15  Dated: _____, 2025.

16
                                    _____
17                                  Honorable John H. Chun

18  Presented by:

19  GORDON REES SCULLY MANSUKHANI, LLP

20  By:   *s/ Sarah N. Turner*
          Sarah N. Turner, WSBA No. 37748
21

22  By:   *s/ Michael C. Tracy*
          Michael C. Tracy, WSBA No. 51226

23  701 5th Avenue, Suite 2100
    Seattle, WA 98104
24  Phone: (206) 695-5178
    Email: sturner@grsm.com
25  Email: mtracy@grsm.com

26

PROPOSED ORDER GRANTING DEFENDANTS
NATHAN CLIBER AND BLAIR RUSS'S MOTION DISMISS
2:24-CV-00808-JHC

2

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, Washington 98104
(206) 695-5100