1

Honorable John H. Chun

2

3

4

5

6                     UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON AT SEATTLE
7

8   KURT A. BENSHOOF, A.R.W. by and through
    his father, KURT A. BENSHOOF, BRETT          No. 2:24-cv-00808-JHC
    FOUNTAIN, URVE MAGGITTI,
9
                                                 DEFENDANTS CORNWALL,
                            Plaintiffs,          HERZER, SALLE, AND KING
10                                               COUNTY'S OPPOSITION TO
         v.                                      BRETT FOUNTAIN'S MOTION FOR
                                                 JUDICIAL NOTICE OF FACTS
11  ANDREA CHIN, ANTHONY BELGARD,
    DONOVAN BROUSSARD, NATHAN CLIBER,
12  CATHERINE CORNWALL, GREGG CURTIS,
    JANE DOE, JENNY DURKAN, JOHN DUUS,           NOTED ON MOTION CALENDAR:
13  NICHOLAS EVANS, PASCAL HERZER, RYAN          March 31, 2025
    ELLIS, MICHAEL FOX, TYLER GOSLIN,
14  JULIE KLINE, ERNEST JENSEN, JONATHAN
    KIEHN, SPENCER KURZ, MAGALIE
15  LERMAN, RICHARD LIMA, ADAM
    LOSLEBEN, YVES LUC, SARAH
16  MACDONALD, JACOB MASTERSON, GRANT
    MAYER, STEVEN MITCHELL, JOHNATHAN
17  MUSSEAU, BREHON NESS, LILIYA
    NESTERUK, STEPHEN OKRUHLICA,
18  KATRINA OUTLAND, JESSICA OWEN,
    SARAH PENDLETON, DWAYNE PIRAK,
19  BRIAN REES, BLAIR RUSS, JULIE SALLE,
    DANIEL SCHILLING, TY SELFRIDGE,
20  NATHAN SHOPAY, STEVEN STONE,
    MICHAEL TRACY, MELANIE TRATNIK,
21  SARAH TURNER, TREVOR TYLER,
    MICHAEL VIRGILIO, ANDREW WEST, CHAD
22  ZENTNER, in their individual capacities, CITY
    OF SEATTLE, KING COUNTY,
23                          Defendants.

DEFENDANTS KING COUNTY, CORNWALL, HERZER,
AND SALLE'S OPPOISITION TO BRETT FOUNTAIN'S
MOTION FOR JUDICIAL NOTICE OF FACTS - 1
2:24-cv-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

## I.    INTRODUCTION AND RELIEF REQUESTED

Defendants King County, Catherine Cornwall, Pascal Herzer, and Julie Salle ("Defendants") file this opposition to Brett Fountain's Motion for Judicial Notice of Facts (Dkt #87). Brett Fountain's requested facts are improper for judicial notice under Federal Rules of Evidence 201(b). Defendants respectfully request that this Court deny Brett Fountain's motion for judicial notice of facts.

## II.    FACTUAL BACKGROUND

Plaintiff Kurt Benshoof filed his original complaint on behalf of himself and his son, A.R.W., against six defendants. Dkt. #1. In his First Amended Complaint ("FAC"), Mr. Benshoof added two new plaintiffs, Brett Fountain and Urve Maggitti, who were alleged to be his assistants of counsel, and increased the total number of defendants to 50. Dkt. #69. According to the FAC, Brett Fountain is a resident of Texas who attempted to help Mr. Benshoof filed court documents beginning in July of 2024. Dkt. #69 at p.9, 123. The propriety of Mr. Fountain and Ms. Maggiti as additional plaintiffs in this lawsuit is in dispute, and is a legal issue raised in defendants Cliber and Russ's Motion to Dismiss, filed on March 17, 2025. Dkt. #90 at p.8.

On March 10, 2025, Mr. Fountain filed the motion for judicial notice of facts in which he asked this Court to take judicial notice of the following facts per Federal Rules of Evidence 201(b), and to instruct the jury to accept the noticed facts as conclusive per Federal Rules of Evidence 201(f):

1. Fact: I am one of the plaintiffs in this case.
2. Fact: Magalie Lerman is one of the defendants in this case.
3. Fact: Jessica Owen is one of the defendants in this case.
4. As a co-plaintiff, I am not only authorized to serve defendants with the summons and complaint, but also I share in the responsibility to perform such service. Fed. R. Civ. Proc. 4(c)(1).

> "The plaintiff is responsible for having the summons and complaint served … and must furnish the necessary copies to the person who makes service."

DEFENDANTS KING COUNTY, CORNWALL, HERZER,
AND SALLE'S OPPOISITION TO BRETT FOUNTAIN'S
MOTION FOR JUDICIAL NOTICE OF FACTS - 2
2:24-cv-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

   5.   Defendants Magalie Lerman and Jessica Owen have both been so served. See
        attached proofs of service on Lerman (Exhibit A) and Owen (Exhibit B).

Dkt. #87.

### III.    ARGUMENT

Under Rule 201 of the Federal Rules of Evidence, a court may take judicial notice of facts that are "not subject to reasonable dispute" because they either are (1) generally known within the trial court's territorial jurisdiction, or (2) can be accurately and readily determine from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b).  "'[A] high degree of indisputability is the essential prerequisite' to taking judicial notice of adjudicative facts and … 'the tradition [of taking judicial notice] has been one of caution in requiring that the matter be beyond reasonable controversy.' 'Because the effect of judicial notice is to deprive a party of an opportunity to use rebuttal evidence, cross-examination, and argument to attack contrary evidence, caution must be used in determining that a fact is beyond controversy under Rule 201(b).'"  *Rivera v. Philip Morris, Inc.,* 395 F.3d 1142, 1151 (9th Cir. 2005).

Examples of facts that courts may take judicial notice include scientific principles, authoritative treatises, the court's own record, official government documents, maps, published compilations, and geographic and historical facts…etc. *See* 2 Handbook of Fed. Evid. § 201:3 (9th ed.).

The facts proffered in Mr. Fountain's motion are not matters appropriate for judicial notice. The facts in question are not matters generally known throughout the Western District of Washington, nor are they facts that can be determined from a source whose accuracy cannot reasonably be questioned. *See e.g. Holland v. King County Adult Detention,* 2013 WL 1192763 (W.D. Wash. March 22, 2013) (declining to take judicial notice of letters presented by the plaintiff because the letters are

DEFENDANTS KING COUNTY, CORNWALL, HERZER,
AND SALLE'S OPPOISITION TO BRETT FOUNTAIN'S
MOTION FOR JUDICIAL NOTICE OF FACTS - 3
2:24-cv-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

1    declarations not proper subjects for judicial notice).  On the contrary, defendants Cliber and Russ have

2    filed a pending motion to dismiss in which they raised the question of whether Brett Fountain is a

3    proper plaintiff and whether Lerman and Owen are proper defendants in this lawsuit.

4                                   **IV.    CONCLUSION**

5          The facts proffered in Brett Fountain's motion for judicial notice of facts are not appropriate

6    for judicial notice and the Court should therefore deny Mr. Fountain's motion.

7

8          I certify that this memorandum contains 701 words, in compliance with the Local Civil Rules.

9          DATED this 25th day of March 2025.

10

11                                           LEESA MANION (she/her)
                                             Prosecuting Attorney

12                                           By:    _s/ Peggy Wu_____
                                             Peggy Wu, WSBA #35941

13

14                                           Senior Deputy Prosecuting Attorney
                                             King County Prosecuting Attorney's Office, Civil
                                             Division
15                                           701 5th Ave, Suite 600
                                             Seattle, WA  98104
16                                           Phone: (206) 477-1120
                                             pwu@kingcounty.gov
17                                           *Attorney for King County, Catherine Cornwall,*
                                             *Pascal Herzer, and Julie Salle*

18

19

20

21

22

23

DEFENDANTS KING COUNTY, CORNWALL, HERZER,
AND SALLE'S OPPOISITION TO BRETT FOUNTAIN'S
MOTION FOR JUDICIAL NOTICE OF FACTS - 4
2:24-cv-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

1

## CERTIFICATE OF FILING AND SERVICE

2          I hereby certify under penalty of perjury under the laws of the State of Washington that

3    on March 25, 2025, I electronically filed the foregoing document with the Clerk of the Court

4    using the CM/ECF electronic filing system and sent the same to the following:

5

6    *Pro Se Plaintiff*                                      *Attorneys for Defendant City of Seattle*
     Kurt Benshoof                                          Catherine Riedo, WSBA #50418
     22701 42nd Place W.                                    Email: Catherine.Riedo@seattle.gov
7    Mountlake Terrace, WA  98043                           Carson Canonie, WSBA #62464
     Ph: 206-460-4202                                       Email: Carson.Canonie@seattle.gov
8    Email: kurtbenshoof@gmail.com                          City of Seattle Attorney's Office
           Kurtbenshoof1@gmail.com                          701 5th Avenue, Suite 2050
9                                                           Seattle, WA 98104
                                                            Ph: (206) 684-8200
10

11   *Pro Se Plaintiff*                                      *Pro Se Plaintiff*
     Brett Fountain                                         Urve Maggitti
     2100 W NW HWY                                          244 Blackburn DR
12   114 #1115                                              Berwyn, PA 19312
     Grapevine, TX 76051-78708                              917-340-0561
13   **Via US Mail**                                        Email: urve.maggitti@gmail.com

14   *Attorneys for Fox, Goslin, Mitchell*                  Howard Brown
     Darren A. Feider, WSBA #22430                          1003 West Michigan Street
15   Email: dfeider@sbj.law                                 Hammond, LA  70401
     Monica Ghosh, WSBA #56589                              *[Pro Se Interested Party]*
16   Email: mghosh@sbj.law                                  **Via US Mail**
     SEBRIS BUSTO JAMES
17   15375 SE 30th Place, Suite 310
     Bellevue, WA  98007
18   (425) 454-4233

19   *Attorneys for Blair Russ and Nathan Cliber*
     Sarah Turner, WSBA #37748
20   Email: sturner@grsm.com
     Michael Tracy, WSBA #51226
21   Email: mtracy@grsm.com
     Gordon Rees Scully Mansukhani LLP
22   701 5th Avenue, Suite 2100
     Seattle, WA  98104
23   (206) 695-5100

DEFENDANTS KING COUNTY, CORNWALL, HERZER,
AND SALLE'S OPPOISITION TO BRETT FOUNTAIN'S
MOTION FOR JUDICIAL NOTICE OF FACTS - 5
2:24-cv-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

1    DATED this 25th day of March 2025.

2

3                                    s/ Katie Wilson
                                     Katie Wilson, Paralegal

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANTS KING COUNTY, CORNWALL, HERZER,
AND SALLE'S OPPOISITION TO BRETT FOUNTAIN'S
MOTION FOR JUDICIAL NOTICE OF FACTS - 6
2:24-cv-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191