UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Mr. Kurt A. Benshoof, A.R.W. By and Through His Father, Mr. Kurt A. Benshoof, Brett Fountain, Urve Maggitti,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, | No.    2:24-CV-00808-JHC<br><br>ORDER |

ORDER - 1
2:24-CV-00808-JHC

| | |
|---|---|
| 1 | MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, In Their Individual Capacities, CITY OF SEATTLE, KING COUNTY, |
| 2 | |
| 3 | |
| 4 |                          Defendants. |

This matter comes before the Court on Plaintiff's motion for judicial notice. Dkt. # 87. For the reasons presented in the opposition brief at Dkt. # 91, the Court DENIES the motion.

DATED this 1st day of April, 2025.

_____
John H. Chun
United States District Judge

ORDER - 2
2:24-CV-00808-JHC