UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Mr. Kurt A. Benshoof,
A.R.W. By and Through His Father, Mr. Kurt A. Benshoof, Brett Fountain, Urve Maggitti,

                  Plaintiffs,

v.

ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, In Their Individual Capacities, CITY OF SEATTLE, KING COUNTY,

                  Defendants.

Case No. 2:24-cv-00808-JHC

AFFIDAVIT
FIRST AMENDED COMPLAINT
DEMAND FOR TRIAL BY JURY

## AFFIDAVIT OF URVE MAGGITTI
## REF: "FIRST AMENDED COMPLAINT DEMAND FOR TRIAL BY JURY"

I, Urve Maggitti, hereby attest that I am Co-Plaintiff in the Case No. 2:24-cv-00808-JHC, and that I have attached my signature to the document entitled "FIRST AMENDED COMPLAINT DEMAND FOR TRIAL BY JURY".

### VERIFICATION

I, Urve Maggitti, do hereby declare that the foregoing facts are true and correct to the best of my knowledge, under penalty of perjury of the laws of the United States. Executed this Twelfth day of February in the year 2025, in the Commonwealth of Pennsylvania.

Signature: _____    Date: February 12, 2025

URVE MAGGITTI, Co-Plaintiff

244 Blackburn Drive, Berwyn, PA 19312
urve.maggitti@gmail.com, 917-340-0561

# ACKNOWLEDGMENT
# AFFIDAVIT
# (Verification)

STATE OF PENNSYLVANIA  )
COUNTY OF CHESTER  )

I, Urve Maggitti, the undersigned Affiant hereto, do hereby declare under penalties of perjury under the laws of the Commonwealth of Pennsylvania and the United States of America, that the foregoing accounting of facts are true and correct to the best of my current knowledge and belief.

I am over the age of 18 years of age, am a resident of the Commonwealth of Pennsylvania, have personal knowledge of the matters of this affidavit, and am capable of making such affidavit.

Pursuant to 28 U.S. Code § 1746 (1) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, /2025.

Signed: _____
Urve Maggitti

Notary as JURAT CERTIFICATE
State of Pennsylvania  Philadelphia
BEFORE ME personally appeared Urve Maggitti who, being by me first duly sworn, executed the foregoing in my presence and stated to me that the facts alleged therein are true and correct according to her own personal knowledge.

_____

Notary Public,
My commission expires: 08/20/28

Commonwealth of Pennsylvania - Notary Seal
Richard A. Martinez, Notary Public
Philadelphia County
My commission expires August 20, 2028
Commission number 1444107
Member, Pennsylvania Association of Notaries

Page 3 of 3