UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Mr. Kurt A. Benshoof,
A.R.W. By and Through His Father, Mr.
Kurt A. Benshoof, Brett Fountain, Urve
Maggitti,

                Plaintiffs,

v.                               Case No. 2:24-cv-00808-JHC

ANDREA CHIN, et al.

                Defendants.

## JUDICIAL NOTICE

### REF: "Response To Opposition To Judicial Notice Of Facts" filed by Co-Plaintiff Brett Fountain

1. On March 26, 2024, Co-Plaintiff Brett Fountain filed into Case No. 2:24-CV-00808-JHC document entitled: "RESPONSE TO OPPOSITION TO JUDICIAL NOTICE OF FACTS " via fax to following:

    •Clerk, United States District Court, Washington Western District at Seattle, via fax (206) 553-0882
    •Co-Plaintiff Urve Maggitti, via fax (610) 947-5116
    •Co-Plaintiff Kurt Benshoof c/o KCCF, via fax (206) 296-0168
    •Defendants c/o Leesa Manion, via fax (206) 296-0191

2. On March 26, 2024, Co-Plaintiff Urve Maggitti received the said fax, see attached EXHIBIT A.

**WHEREFORE**, As per Fed. R. Evid. 201, this Court must take judicial notice that " RESPONSE TO OPPOSITION TO JUDICIAL NOTICE OF FACTS" filed by Co-Plaintiff Brett Fountain, on March 26, 2025, via fax was properly and timely filed.

RESPECTFULLY SUBMITTED,

Signature: _____  Date: March 27, 2025

/URVE MAGGITTI /  urve.maggitti@gmail.com

1

# ACKNOWLEDGMENT
# AFFIDAVIT
## (Verification)

STATE OF PENNSYLVANIA  )
COUNTY OF CHESTER   )

I, Urve Maggitti, the undersigned Affiant hereto, do hereby declare under penalties of perjury under the laws of the Commonwealth of Pennsylvania and the United States of America, that the foregoing accounting of facts are true and correct to the best of my current knowledge and belief.

I am over the age of 18 years of age, am a resident of the Commonwealth of Pennsylvania, have personal knowledge of the matters of this affidavit, and am capable of making such affidavit.

Pursuant to 28 U.S. Code § 1746 (1) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _March 27 /2025_

Signed: _____
            Urve Maggitti

Notary as JURAT CERTIFICATE

State of Washington_____
BEFORE ME personally appeared Urve Maggitti who, being by me first duly sworn, executed the foregoing in my presence and stated to me that the facts alleged therein are true and correct according to her own personal knowledge.

_____
Notary Public,
My commission expires: 01/10/2026

**Notary Public**
**State of Washington**
**AMIT K. PATEL**
Lic. No. 147047
MY COMMISSION EXPIRES
January 10, 2026

Page 2