HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, A.R.W. by and through his father, KURT A. BENSHOOF, BRETT FOUNTAIN, URVE MAGGITTI, <br> Plaintiffs, <br> v. <br> ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, in their individual capacities, CITY OF SEATTLE, KING COUNTY, <br> Defendants. | NO.  2:24-cv-00808-JHC <br><br> ORDER DENYING PLAINTIFFS' MOTION TO DISQUALIFY COUNSEL <br><br> [PROPOSED] |

ORDER DENYING PLAINTIFFS' MOTION TO
DISQUALIFY COUNSEL - 1
2:24-cv-00808-JHC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

...

1    THIS MATTER having come before the Honorable John H. Chun for hearing upon

2  Plaintiffs' Motion to Disqualify Counsel (the "Motion"), and after the Court having examined

3  the records and files to wit:

4        1.      Plaintiffs' Motion to Disqualify Counsel;

5        2.      Defendants' Nathan Cliber and Blair Russ's Opposition to Plaintiffs' Motion to

6  Disqualify;

7        3.      Declaration of Blair Russ in Support of Defendants' Opposition to Plaintiffs'

8  Motion to Disqualify;

9        4.      Declaration of Nathan Cliber in Support of Defendants' Opposition to Plaintiffs'

10  Motion to Disqualify;

11        5.      Declaration of Michael Tracy in Support of Defendants' Opposition to Plaintiffs'

12  Motion to Disqualify;

13        6.      Plaintiffs' Reply, if any;

14        7.      _____; and,

15        8.      _____.

16    And being fully advised in the premises; now therefore:

17    IT IS HEREBY ORDERED as follows:

18        1.      That Plaintiffs' Motion to Disqualify Counsel is denied.

19    Dated: _____, 2025.

20

21

                                        _____
22                                        Honorable John H. Chun

23  Presented by:

24  GORDON REES SCULLY MANSUKHANI, LLP

25  By:    *s/ Sarah N. Turner*
         Sarah N. Turner, WSBA No. 37748

ORDER DENYING PLAINTIFFS' MOTION TO
DISQUALIFY COUNSEL - 2
2:24-cv-00808-JHC

1   By:    *s/ Michael C. Tracy*
           Michael C. Tracy, WSBA No. 51226

2
           701 5th Avenue, Suite 2100
3          Seattle, WA 98104
           Phone: (206) 695-5178
4          Email: sturner@grsm.com
           Email: mtracy@grsm.com
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


ORDER DENYING PLAINTIFFS' MOTION TO
DISQUALIFY COUNSEL - 3
2:24-cv-00808-JHC

**GORDON REES SCULLY**
**MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822