HONORABLE JOHN H. CHUN

1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9 KURT A. BENSHOOF, A.R.W. by and
through his father, KURT A. BENSHOOF,
10 BRETT FOUNTAIN, URVE MAGGITTI,
Plaintiffs,
11 v.

12 ANDREA CHIN, ANTHONY BELGARD,
DONOVAN BROUSSARD, NATHAN
13 CLIBER, CATHERINE CORNWALL,
GREGG CURTIS, JANE DOE, JENNY
14 DURKAN, JOHN DUUS, NICHOLAS
EVANS, PASCAL HERZER, RYAN ELLIS,
15 MICHAEL FOX, TYLER GOSLIN, JULIE
KLINE, ERNEST JENSEN, JONATHAN
16 KIEHN, SPENCER KURZ, MAGALIE
LERMAN, RICHARD LIMA, ADAM
17 LOSLEBEN, YVES LUC, SARAH
MACDONALD, JACOB MASTERSON,
18 GRANT MAYER, STEVEN MITCHELL,
JOHNATHAN MUSSEAU, BREHON NESS,
19 LILIYA NESTERUK, STEPHEN
OKRUHLICA, KATRINA OUTLAND,
20 JESSICA OWEN, SARAH PENDLETON,
DWAYNE PIRAK, BRIAN REES, BLAIR
21 RUSS, JULIE SALLE, DANIEL
SCHILLING, TY SELFRIDGE, NATHAN
22 SHOPAY, STEVEN STONE, MICHAEL
TRACY, MELANIE TRATNIK, SARAH
23 TURNER, TREVOR TYLER, MICHAEL
VIRGILIO, ANDREW WEST, CHAD
24 ZENTNER, in their individual capacities,
CITY OF SEATTLE, KING COUNTY,
25 Defendants.

NO.  2:24-cv-00808-JHC

DECLARATION OF MICHAEL TRACY
IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION
TO DISQUALIFY

NOTE ON MOTION CALENDAR:

APRIL 7, 2025

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

I, Michael Tracy, declare under penalty of perjury pursuant to the laws of the United States and the State of Washington, as follows:

1.      I am over the age of 18 and am competent to testify to the facts stated in this declaration. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.      I virtually attended the sentencing hearing for Plaintiff Kurt Benshoof in Seattle Municipal Court Case Nos. 671384, 676175, 676207, 676216, 676463, and 676492 on Februar 24, 2025. During the hearing, Seattle Municipal Court Judge Andrea Chin announced from the bench that she had been served during the hearing.

3.      Sarah Turner and I began representing Mr. Cliber as appellate counsel for Mr. Benshoof's first state court appeal of KCSC 22-2-15958-8 in 2023, and our representation has led to the dismissal of every claim filed against Mr. Cliber, as well as the rejection of every appeal filed by Mr. Benshoof, with the except of Ninth Circuit Case No. 24-5188, which is still pending after Mr. Benshoof seeking multiple extensions to file his open brief, which is due April 1, 2025.

4.      I made Mr. Cliber and Mr. Russ aware of the potential conflicts inherit in their joint representation by Ms. Turner and myself, including that we have been named as defendants in Plaintiffs' latest frivolous lawsuit, and they understood and consented to the same.

5.      I believe that Mr. Cliber, Mr. Russ, Ms. Turner and my interests in defending against and dismissing Mr. Benshoof's meritless claims are aligned. Ms. Turner and I have retained our own counsel for our defense in this matter, and though we have not yet been served, we plan to file our own Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DECLARATION OF MICHAEL TRACY IN
SUPPORT OF DEFENDANTS' OPPOSITION
TO MOTION TO DISQUALIFY - 2
2:24-cv-00808-JHC

**GORDON REES SCULLY**
**MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

1

Signed on this 1st day of April, 2025, at Seattle, King County, Washington.

2

3

4

*s/ Michael Tracy*
Michael Tracy, WSBA #51226

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the United States and the State of Washington that on April 1, 2025, the foregoing document was served upon the following parties in the manner indicated below:

Kurt Benshoof                          ☐ U.S. Mail, Postage Prepaid
22701 42nd Place W                ☐ Legal Messenger
Mount lake Terrace, WA 98043           ☐ E-Mail
Tel: (206) 460-4202                    ☒ CM/ECF
Email:   kurtbenshoof@gmail.com
             Kurtbenshoof1@gmail.com

Pro Se Plaintiff

Monica Ghosh                           ☐ U.S. Mail, Postage Prepaid
Darren Anthony Feider                  ☐ Legal Messenger
Sebris Busto James                     ☐ E-Mail
15375 SE 30th Place, Suite 310    ☒ CM/ECF
Bellevue, WA 98007
Tel: (425) 450-3382

Attorneys for Defendants Michael Fox, Tyler
Goslin, and Steven Mitchell

Howard Brown                           ☐ U.S. Mail, Postage Prepaid
1003 West Michigan Street              ☐ Legal Messenger
Hammon, LA 70401                       ☐ E-Mail
                                       ☒ CM/ECF
Pro Se Interested Party

Catherine E. Riedo                     ☐ U.S. Mail, Postage Prepaid
Carson W. Canonie                      ☐ Legal Messenger
Assistant City Attorneys               ☐ E-Mail
701 5th Avenue, Suite 2050        ☒ CM/ECF
Seattle, WA 98104
Email:     catherine.riedo@seattle.gov
               Carson.canonie@seattle.gov

Attorneys for Defendant City of Seattle

Dated:  April 1, 2025

                                       _s/ Marry Marze_____
                                       Marry Marze, Legal Assistant

DECLARATION OF MICHAEL TRACY IN            **GORDON REES SCULLY**
SUPPORT OF DEFENDANTS' OPPOSITION          **MANSUKHANI, LLP**
TO MOTION TO DISQUALIFY - 4                701 5th Avenue, Suite 2100
2:24-cv-00808-JHC                          Seattle, WA  98104
                                           Telephone: (206) 695-5112
                                           Facsimile: (206) 689-2822