HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, A.R.W. by and through his father, KURT A. BENSHOOF, BRETT FOUNTAIN, URVE MAGGITTI,<br>Plaintiffs,<br>v.<br>ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, in their individual capacities, CITY OF SEATTLE, KING COUNTY,<br>Defendants. | NO. 2:24-cv-00808-JHC<br><br>DECLARATION OF NATHAN CLIBER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO DISQUALIFY<br><br>NOTE ON MOTION CALENDAR:<br><br>APRIL 7, 2025 |

DECLARATION OF NATHAN CLIBER IN
SUPPORT OF DEFENDANTS' OPPOSITION
TO MOTION TO DISQUALIFY - 1
2:24-cv-00808-JHC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

I, Nathan Cliber, declare under penalty of perjury pursuant to the laws of the United States and the State of Washington, as follows:

1. I am over the age of 18 and am competent to testify to the facts stated in this declaration. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. I am a family law attorney based in Seattle, Washington. I represented Jessica Owen in a parentage action in King County, Washington, KCSC 21-5-00680-6 SEA, involving Plaintiff Kurt Benshoof and Ms. Owen and Mr. Benshoof's son, A.R.W., in 2022. Mr. Benshoof has sued me personally in many lawsuits across state and federal courts due to my representation of Mr. Owen.

3. I am aware of the potential conflicts inherit in my and Blair Russ's joint representation by Michael Tracy and Sarah Turner, including that they have been named as defendants in this lawsuit, and understand and have consented to their joint representation.

4. I retained Mr. Tracy and Ms. Turner in the present lawsuit, in part, because of the now years of experience they have gained in responding to and dismissing Mr. Benshoof's baseless claims and abusive litigation tactics, and I would be severely prejudiced if the Court were to grant Plaintiffs' Motion and force me to retain new counsel.

5. I believe that my, Mr. Russ's, and Mr. Tracy and Ms. Turner's interests in defending against and dismissing Mr. Benshoof's meritless claims are aligned.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Signed on this 1st day of April, 2025, at Seattle, King County, Washington.

_____
Nathan Cliber

DECLARATION OF NATHAN CLIBER IN
SUPPORT OF DEFENDANTS' OPPOSITION
TO MOTION TO DISQUALIFY - 2
2:24-cv-00808-JHC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the United States and the State of Washington that on April 1, 2025, the foregoing document was served upon the following parties in the manner indicated below:

| | |
|---|---|
| Kurt Benshoof<br>22701 42nd Place W<br>Mount lake Terrace, WA 98043<br>Tel: (206) 460-4202<br>Email:   kurtbenshoof@gmail.com<br>            Kurtbenshoof1@gmail.com<br><br>Pro Se Plaintiff | ☐  U.S. Mail, Postage Prepaid<br>☐  Legal Messenger<br>☐  E-Mail<br>☒  CM/ECF |
| Monica Ghosh<br>Darren Anthony Feider<br>Sebris Busto James<br>15375 SE 30th Place, Suite 310<br>Bellevue, WA 98007<br>Tel: (425) 450-3382<br><br>Attorneys for Defendants Michael Fox, Tyler Goslin, and Steven Mitchell | ☐  U.S. Mail, Postage Prepaid<br>☐  Legal Messenger<br>☐  E-Mail<br>☒  CM/ECF |
| Howard Brown<br>1003 West Michigan Street<br>Hammon, LA 70401<br><br>Pro Se Interested Party | ☒  U.S. Mail, Postage Prepaid<br>☐  Legal Messenger<br>☐  E-Mail<br>☒  CM/ECF |
| Catherine E. Riedo<br>Carson W. Canonie<br>Assistant City Attorneys<br>701 5th Avenue, Suite 2050<br>Seattle, WA 98104<br>Email:   catherine.riedo@seattle.gov<br>            Carson.canonie@seattle.gov<br><br>Attorneys for Defendant City of Seattle | ☐  U.S. Mail, Postage Prepaid<br>☐  Legal Messenger<br>☐  E-Mail<br>☒  CM/ECF |

Dated:  March 31, 2025

*s/ Marry Marze*
Marry Marze, Legal Assistant

DECLARATION OF NATHAN CLIBER IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO DISQUALIFY - 3
2:24-cv-00808-JHC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822