UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Mr. Kurt A. Benshoof,
A.R.W. By and Through His Father, Mr.
Kurt A. Benshoof, Brett Fountain, Urve
Maggitti,

                  Plaintiffs,

v.

ANDREA CHIN, et al.

                  Defendants.

Case No. 2:24-cv-00808-JHC

## MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

    Plaintiffs respectfully move this Court for an Order extending the time to complete service of process upon Defendants who have not yet been served in this action. This motion is based on good cause as set forth below.

### Procedural History

1. On February 11, 2025, this Court issued an Order [Dkt. # 68] granting Plaintiffs leave to amend their complaint [Dkt. # 63].

2. On February 12, 2025, Plaintiffs filed the First Amended Complaint.

3. The 90-day deadline under Federal Rule of Civil Procedure 4(m) for completing service of process is May 12, 2025.

### Basis for Motion

4. On February 24, 2025, Co-Plaintiff Kurt Benshoof was taken into custody during his sentencing hearing in Seattle Municipal Court, before the said hearing was over, despite the the fact that the court of limited jurisdiction had no statutory authority to prosecute Co-Plaintiff Benshoof, had no statutory authority to sentence him and clearly have no statutory authority to incarcerate Benshoof who was immediately placed into solitary confinement, without proper administrative procedure in violation of due process, and continues to be held in the solitary

1

confinement incommunicado in the King County Correctional facility in Seattle, WA. Benshoof's incarceration has significantly limited Plaintiffs' ability to coordinate service.

5. Co-Plaintiffs Brett Fountain and Urve Maggitti reside out of state and are continuing efforts to locate accurate addresses for all named defendants. This has also delayed the process of service.

6. Good cause exists for an extension of time. The Plaintiffs are actively attempting to effectuate proper service but require additional time due to circumstances outside their control.

7. Under Federal Rule of Civil Procedure 4(m), if good cause is shown, the Court must grant an appropriate extension.

## Legal Authority

**Federal Rules of Civil Procedure Rule 4 (m):**

**Time Limit for Service.** If a defendant is not served within **90 days** after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

8. Service of process is the method by which federal courts assert their authority over the defendants. ***Omni Capital Intern., Ltd. v. Rudolf Wolff & Co., Ltd.***, 484 U.S. 97, 104, 108 S. Ct. 404, 98 L. Ed. 2d 415, 9 Fed. R. Serv. 3d 691 (1987)

9. The trial court's decision about whether or not good cause exists is reviewed for abuse of discretion. ***Ayres v. Jacobs & Crumplar, P.A.***, 99 F.3d 565, 568, 35 Fed. R. Serv. 3d 1125 (3d Cir. 1996).

10. ***In re Sheehan***, 253 F.3d 507, 513 (9th Cir.2001) is a key case in the Ninth Circuit that affirms the court's discretion to extend the time for service even without a showing of good cause (U.S. v. 2,164 Watches, More or Less Bearing a Registered Trademark of Guess?, Inc., 366 F.3d 767 (2004). A district court may, for instance, extend time for service retroactively after the 120-day service period has expired. Mann v. American Airlines, 324 F.3d 1088, 1090 (9th Cir.2003)

11. The Ninth Circuit's approach aligns with the standards referenced in ***Omni Capital Intern., Ltd. v. Rudolf Wolff & Co., Ltd***. and ***Ayres v. Jacobs & Crumplar, P.A.***, where courts are required to extend time for service if good cause is shown and have discretion to extend time even absent good cause (***In re Barr***, 217 B.R. 626 (1998)

2

## CONCLUSION

Plaintiffs respectfully move the Court to grant a 60-day extension of time, up to and including July 10, 2025, to complete service of process on all remaining Defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

A proposed order is submitted herewith for the Court's convenience.

Respectfully submitted,    April 1, 2025

_____

Urve Maggitti, Co-Plaintiff
244 Blackburn drive, Berwyn, PA 19312,
urve.maggitti@gmail.com   917-340-0561


_____

Brett Fountain, Plaintiff
c/o 2100 W NW HWY 114 #1115
Grapevine, TX 76051-7808
kb407@exposelegalcorruption.com

3

## ACKNOWLEDGMENT
## AFFIDAVIT
### (Verification)

STATE OF PENNSYLVANIA  )
COUNTY OF CHESTER  )

I, Urve Maggitti, the undersigned Affiant hereto, do hereby declare under penalties of perjury under the laws of the Commonwealth of Pennsylvania and the United States of America, that the foregoing accounting of facts are true and correct to the best of my current knowledge and belief.

I am over the age of 18 years of age, am a resident of the Commonwealth of Pennsylvania, have personal knowledge of the matters of this affidavit, and am capable of making such affidavit.

Pursuant to 28 U.S. Code § 1746 (1) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  April  / 1 /2025

Signed: _____
Urve Maggitti

Notary as JURAT CERTIFICATE

State of Washington  County of King
BEFORE ME personally appeared Urve Maggitti who, being by me first duly sworn, executed the foregoing in my presence and stated to me that the facts alleged therein are true and correct according to her own personal knowledge.

_____
Notary Public,
My commission expires:  04-01-2029

[Notary Seal: EVE J VALSVIG, COMMISSION EXPIRES, NOTARY PUBLIC, 21016881, 4-01-29, STATE OF WASHINGTON]

Page 4

## CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| **Aric S Bomsztyk**<br>TOMLINSON BOMSZTYK RUSS<br>1000 SECOND AVENUE<br>STE 3660<br>SEATTLE, WA 98104<br>206-621-1871<br>asb@tbr-law.com | representing | **Jessica Owen**<br>*(Defendant)* |
| **Carson Welsh Canonie**<br>SEATTLE CITY ATTORNEY'S OFFICE<br>701 FIFTH AVENUE<br>SUITE 2050<br>SEATTLE, WA 98104-7097<br>206-733-9239<br>carson.canonie@seattle.gov | representing | **City of Seattle**<br>*(Defendant)* |
| **Darren Anthony Feider**<br>SEBRIS BUSTO JAMES<br>15375 SE 30TH PL<br>STE 310<br>BELLEVUE, WA 98007<br>425-450-3388<br>dfeider@sbj.law | representing | **Michael Fox**<br>*(Defendant)*<br><br>**Steven Mitchell**<br>*(Defendant)*<br><br>**Tyler Goslin**<br>*(Defendant)* |
| **Monica Ghosh**<br>SEBRIS BUSTO JAMES<br>15375 SE 30TH PL<br>STE 310<br>BELLEVUE, WA 98007 | representing | **Michael Fox**<br>*(Defendant)* |

5

425-454-4233
mghosh@sbj.law

**Steven Mitchell**
*(Defendant)*

**Tyler Goslin**
*(Defendant)*

**Sarah Spierling Mack**
PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WA 98101
206-245-1700
sarah.mack@pacificalawgroup.com

representing

**Jessica Skelton**
*TERMINATED: 08/09/2024*
*(Defendant)*

**Catherine E Riedo**
SEATTLE CITY ATTORNEY'S OFFICE
701 FIFTH AVENUE
SUITE 2050
SEATTLE, WA 98104-7097
206-684-7782
catherine.riedo@seattle.gov

representing

**City of Seattle**
*(Defendant)*

**Michael C Tracy**
GORDON REES SCULLY MANSUKHANI LLP (SEATTLE)
701 FIFTH AVE STE 2100
SEATTLE, WA 98104
206-659-5135
mtracy@grsm.com

representing

**Blair Russ**
*(Defendant)*

**Nathan Cliber**
*(Defendant)*

| | | |
|---|---|---|
| Sarah N Turner<br>GORDON REES SCULLY MANSUKHANI<br>LLP (SEATTLE)<br>701 FIFTH AVE STE 2100<br>SEATTLE, WA 98104<br>206-695-5100<br>sturner@grsm.com | representing | **Blair Russ**<br>*(Defendant)*<br><br>**Nathan Cliber**<br>*(Defendant)* |
| Peggy C Wu<br>KING COUNTY PROSECUTING<br>ATTORNEY'S OFFICE (FIFTH AVE)<br>701 FIFTH AVE<br>STE 600<br>SEATTLE, WA 98104<br>206-263-4008<br>pwu@kingcounty.gov | representing | **Marshall Ferguson**<br>*TERMINATED: 11/15/2024*<br>*(Defendant)*<br><br>**King County**<br>*(Defendant)*<br><br>**Catherine Cornwall**<br>*(Defendant)*<br><br>**Julie Salle**<br>*(Defendant)*<br><br>**Pascal Herzer**<br>*(Defendant)* |