UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

---

Mr. Kurt A. Benshoof,
A.R.W. By and Through His Father, Mr. Kurt A. Benshoof, Brett Fountain, Urve Maggitti,

                        Plaintiffs,

v.                                    Case No. 2:24-cv-00808-JHC

ANDREA CHIN, et al.

                        Defendants.

---

## **PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS**

This matter comes before the Court on Plaintiffs' Motion for Extension of Time to Serve Defendants. Having reviewed the motion and the records on file, and finding good cause shown, the Court hereby ORDERS as follows:

1. Plaintiffs' Motion for Extension of Time to Serve Defendants is GRANTED.
2. The deadline for Plaintiffs to complete service of process on all remaining Defendants is extended to July 10, 2025.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____

The Honorable John H. Chun
United States District Judge