UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, A.R.W. by and through his father, KURT A. BENSHOOF, BRETT FOUNTAIN, URVE MAGGITTI,<br><br>Plaintiffs,<br>v.<br><br>ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, in their individual capacities, CITY OF SEATTLE, KING COUNTY,<br>Defendants. | NO. 2:24-cv-00808-JHC<br><br>ORDER DENYING PLAINTIFFS' MOTION TO DISQUALIFY COUNSEL |

ORDER DENYING PLAINTIFFS' MOTION TO
DISQUALIFY COUNSEL - 1
2:24-cv-00808-JHC

1
2
3   THIS MATTER comes before the Court on "Plaintiffs' Motion to Disqualify Counsel
4   (Conflict of Interest)." Dkt. # 89.  The Court has reviewed the materials filed in support of and
5   in opposition to the motion, the rest of the file, and the governing law.  Based on the arguments
6   presented in the opposition brief at Dkt. # 96, the Court DENIES the motion.
7       Dated this 8th day of April, 2025.
8
9
10                                          _____
                                            John H. Chun
11                                          United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25