IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KURT A. BENSHOOF, A.R.W. by and through his father, KURT A. BENSHOOF, BRETT FOUNTAIN, URVE MAGGITTI,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, in their individual capacities, CITY OF SEATTLE, KING COUNTY,<br><br>Defendants. | Case No. 2:24-CV-00808-JHC<br><br>NOTICE OF APPEARANCE |

NOTICE OF APPEARANCE - 1
Case No. 2:24-CV-00808-JHC

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, Washington 98104
(206) 695-5100

1  YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Todd Bowers of Gordon Rees Scully Mansukhani, LLP, hereby enters his appearance as counsel of record for defendants SARAH N. TURNER and MICHAEL C. TRACY, reserving all defenses and waiving none, for all purposes in the above-captioned proceeding.

Dated: May 13, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Todd Bowers*
Todd Bowers, WSBA No. 24638

701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5178
Fax: (206) 689-2822

Email: tbowers@grsm.com

*Attorneys for Defendants
Sarah N. Turner and Michael C. Tracy*

NOTICE OF APPEARANCE - 2
Case No. 2:24-CV-00808-JHC

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, Washington 98104
(206) 695-5100

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States and the State of Washington that the foregoing document was served upon the following parties in the manner indicated below:

| | |
|---|---|
| Kurt Benshoof<br>22701 42nd Place W<br>Mount lake Terrace, WA 98043<br>Tel: (206) 460-4202<br>Email: kurtbenshoof@gmail.com<br>        Kurtbenshoof1@gmail.com<br><br>Pro Se Plaintiff | ☑ U.S. Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ E-Mail<br>☑ CM/ECF |
| Monica Ghosh<br>Darren Anthony Feider<br>Sebris Busto James<br>15375 SE 30th Place, Suite 310<br>Bellevue, WA 98007<br>Tel: (425) 450-3382<br><br>Attorneys for Defendants Michael Fox, Tyler Goslin, and Steven Mitchell | ☑ U.S. Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ E-Mail<br>☑ CM/ECF |
| Howard Brown<br>1003 West Michigan Street<br>Hammon, LA 70401<br><br>Pro Se Interested Party | ☑ U.S. Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ E-Mail<br>☑ CM/ECF |
| Catherine E. Riedo<br>Carson W. Canonie<br>Assistant City Attorneys<br>Email: catherine.riedo@seattle.gov<br>        Carson.canonie@seattle.gov<br><br>Attorneys for Defendant City of Seattle | ☑ U.S. Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ E-Mail<br>☑ CM/ECF |

Dated: May 13, 2025

*s/ Marry Marze*
Marry Marze, Legal Assistant

NOTICE OF APPEARANCE - 3
Case No. 2:24-CV-00808-JHC

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, Washington 98104
(206) 695-5100