UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA CHIN et al.,<br><br>Defendants. | CASE NO. 2:24-cv-00808-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' "Renewed Emergency Motion for Extension of Time to Serve Defendants." Dkt. # 116. The Court construes this motion as a motion for reconsideration because it has already denied Plaintiffs' prior two motions for an extension of time to serve Defendants. Dkt. # 115. The Court has considered Plaintiffs' motion, the case file, and governing law.

"Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1).

ORDER - 1

Plaintiffs clearly do not make either showing. They do not identify any new legal authority that requires the Court to reach a different conclusion. Nor do Plaintiffs show the Court made any error in its prior ruling, much less a manifest error. Instead, Plaintiffs re-raise the same legal arguments and purported factual disputes the Court has already considered and addressed.

Thus, the Court DENIES the motion.

Dated this 13th day of May, 2025.

John H. Chun
United States District Judge

ORDER - 2