# JUDICIAL NOTICE EXHIBIT M-1

Archive USPS Tracking Plus™ Statement
As of May 17, 2025

Tracking Number: 9505514178694178148326
Destination Address: 17353 92ND AVE NE

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 26, 2024 1:34 pm | ACCEPT OR PICKUP | 981339998 |
| Jun 26, 2024 9:37 pm | PROCESSED THROUGH USPS FACILITY | KENT, WA 98035 |
| Jun 26, 2024 9:37 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 27, 2024 12:47 am | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 27, 2024 12:47 am | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 27, 2024 1:16 am | DEPART USPS FACILITY | KENT, WA 98035 |
| Jun 27, 2024 1:43 am | ARRIVE USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 1:47 am | ARRIVE USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 2:08 am | DEPART USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 2:15 am | DEPART USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 2:55 am | ARRIVE USPS FACILITY | 980526744 |
| Jun 27, 2024 6:39 am | ARRIVAL AT UNIT | BOTHELL, WA 98011 |
| Jun 27, 2024 6:40 am | SORTING/PROCESSING COMPLETE | BOTHELL, WA 98011 |
| Jun 27, 2024 6:50 am | OUT FOR DELIVERY | BOTHELL, WA 98011 |
| Jun 27, 2024 3:24 pm | DELIVERED | BOTHELL, WA 98011 |

# JUDICIAL NOTICE EXHIBIT M-2

**UNITED STATES**
**POSTAL SERVICE** ®

Archive USPS Tracking Plus™ Statement
As of May 17, 2025

Tracking Number: 9505514178694178148401

Destination Address: 2215 234TH AVE NE

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 26, 2024 1:37 pm | ACCEPT OR PICKUP | 981339998 |
| Jun 26, 2024 8:58 pm | PROCESSED THROUGH USPS FACILITY | KENT, WA 98035 |
| Jun 26, 2024 8:58 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 26, 2024 9:32 pm | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 26, 2024 9:32 pm | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 26, 2024 9:46 pm | DEPART USPS FACILITY | KENT, WA 98035 |
| Jun 26, 2024 10:09 pm | DEPART USPS FACILITY | KENT, WA 98035 |
| Jun 26, 2024 10:16 pm | ARRIVE USPS FACILITY | SEATTLE, WA 98168 |
| Jun 26, 2024 10:26 pm | ARRIVE USPS FACILITY | SEATTLE, WA 98168 |
| Jun 26, 2024 10:33 pm | DEPART USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 12:28 am | DEPART USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 1:06 am | ARRIVE USPS FACILITY | 980526744 |
| Jun 27, 2024 1:06 am | ARRIVE USPS FACILITY | 980526744 |
| Jun 27, 2024 1:27 am | ARRIVE USPS FACILITY | 980526744 |
| Jun 27, 2024 2:22 am | PROCESSED THROUGH USPS FACILITY | REDMOND, WA 98052 |
| Jun 27, 2024 6:23 am | ARRIVAL AT UNIT | REDMOND, WA 98052 |
| Jun 27, 2024 6:24 am | SORTING/PROCESSING COMPLETE | SAMMAMISH, WA 98074 |
| Jun 27, 2024 6:34 am | OUT FOR DELIVERY | SAMMAMISH, WA 98074 |
| Jun 27, 2024 11:03 am | DELIVERED | SAMMAMISH, WA 98074 |

# JUDICIAL NOTICE EXHIBIT M-3

**UNITED STATES POSTAL SERVICE** ®

Archive USPS Tracking Plus™ Statement
As of May 17, 2025

Tracking Number: 9505514178694178148340

Destination Address: 2230 PRESCOTT AVE SW

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 26, 2024 1:35 pm | ACCEPT OR PICKUP | 981339998 |
| Jun 26, 2024 8:59 pm | PROCESSED THROUGH USPS FACILITY | KENT, WA 98035 |
| Jun 26, 2024 8:59 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 26, 2024 9:32 pm | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 26, 2024 9:32 pm | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 26, 2024 11:08 pm | DEPART USPS FACILITY | KENT, WA 98035 |
| Jun 27, 2024 12:10 am | ARRIVE USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 12:49 am | PROCESSED THROUGH USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 12:49 am | MAIL PIECE NESTED TO CONTAINER | |
| Jun 27, 2024 1:03 am | CONTAINER CLOSE | SEATTLE, WA 98168 |
| Jun 27, 2024 3:26 am | DEPART USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 3:50 am | ARRIVE USPS FACILITY | 981269998 |
| Jun 27, 2024 3:50 am | ARRIVE USPS FACILITY | 981269998 |
| Jun 27, 2024 4:15 am | ARRIVAL AT UNIT | SEATTLE, WA 98126 |
| Jun 27, 2024 6:00 am | SORTING/PROCESSING COMPLETE | SEATTLE, WA 98126 |
| Jun 27, 2024 6:10 am | OUT FOR DELIVERY | SEATTLE, WA 98126 |
| Jun 27, 2024 4:53 pm | DELIVERED | SEATTLE, WA 98126 |

# JUDICIAL NOTICE EXHIBIT M-4

**UNITED STATES POSTAL SERVICE** ®

Archive USPS Tracking Plus™ Statement
As of May 17, 2025

Tracking Number: 9505514178694178148364
Destination Address: 9180 MORAN RD NE

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 26, 2024 1:36 pm | ACCEPT OR PICKUP | 981339998 |
| Jun 26, 2024 8:58 pm | PROCESSED THROUGH USPS FACILITY | KENT, WA 98035 |
| Jun 26, 2024 8:58 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 26, 2024 9:32 pm | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 26, 2024 9:32 pm | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 26, 2024 11:08 pm | DEPART USPS FACILITY | KENT, WA 98035 |
| Jun 27, 2024 12:10 am | ARRIVE USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 6:48 am | ARRIVAL AT UNIT | BAINBRIDGE ISLAND, WA 98110 |
| Jun 27, 2024 6:49 am | SORTING/PROCESSING COMPLETE | BAINBRIDGE ISLAND, WA 98110 |
| Jun 27, 2024 6:59 am | OUT FOR DELIVERY | BAINBRIDGE ISLAND, WA 98110 |
| Jun 27, 2024 11:47 am | DELIVERED | BAINBRIDGE ISLAND, WA 98110 |

# JUDICIAL NOTICE EXHIBIT M-5

**UNITED STATES POSTAL SERVICE** ®

Archive USPS Tracking Plus™ Statement
As of May 17, 2025

Tracking Number: 9505514178694178148388
Destination Address: 700 STEWART ST

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 26, 2024 1:36 pm | ACCEPT OR PICKUP | 981339998 |
| Jun 27, 2024 4:27 am | ARRIVAL AT UNIT | SEATTLE, WA 98101 |
| Jun 27, 2024 6:00 am | SORTING/PROCESSING COMPLETE | SEATTLE, WA 98101 |
| Jun 27, 2024 6:10 am | OUT FOR DELIVERY | SEATTLE, WA 98101 |
| Jun 27, 2024 8:51 am | ON ROUTE | SEATTLE, WA 98101 |
| Jun 27, 2024 2:38 pm | DELIVERED | SEATTLE, WA 98101 |

# JUDICIAL NOTICE EXHIBIT M-6

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:24-CV-00808-JHC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Blair M. Russ**

was recieved by me on  **2/14/2025:**

[X]    I personally served the summons on the individual at **2215 234th Ave NE, Sammamish, WA 98074** on **02/16/2025 at 2: 23 PM**; or

[ ]    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]    Other *(specify)*

My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.

Date:  02/16/2025

_____
*Server's signature*

**Hillary Hitz**
*Printed name and title*

**11410 NE 124th St**
**#711**
**Kirkland, WA 98034**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; FIRST AMENDED COMPLAINT,  to Blair M. Russ with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.  A man answered the door and identified himself as the subject.  I told him I had Legal documents for him.  I presented and he accepted.**





Tracking #: **0158797065**

# JUDICIAL NOTICE EXHIBIT M-7

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **2:24-CV-00808-JHC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Nathan L. Cliber**
was recieved by me on  **2/14/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒    I left the summons at the individual's residence or usual place of abode with **Jane Doe**, a person of suitable age and
discretion who resides at **11008 Crestwood Dr S, Seattle, WA 98178**, on **02/24/2025 at 2:05 PM**, and mailed a copy to
the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name
of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.

Date:   02/24/2025

_____
*Server's signature*

**Keegan Lewis**
*Printed name and title*

**312 2nd ave west
unit 527
Seattle, WA 98119**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; FIRST AMENDED COMPLAINT,  to an individual who refused to give their
name who identified themselves as the co-resident. The individual accepted service with direct delivery. The
individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140
lbs.**



Tracking #: **0159702957**



# JUDICIAL NOTICE EXHIBIT M-9

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **2:24-CV-00808-JHC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Jessica Rae Owen**
was recieved by me on  **2/17/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because **No contact** after attempting service at **849 NE 130th St, Seattle, WA 98125**; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.

Date:  02/26/2025

_____
*Server's signature*

**David Gardoni**
*Printed name and title*

**7511 32 Ave NW
Seattle, WA 98117**

_____
*Server's address*

Additional information regarding attempted service, etc:

**2/17/2025 10:33 AM: There was no answer at the address.
2/18/2025 5:30 PM: There was no answer at the address.
2/20/2025 2:55 PM: There was no answer at the address.
2/21/2025 2:10 PM: There was no answer at the address.
2/22/2025 12:07 PM: There was no answer at the address.
2/24/2025 1:56 PM: There was no answer at the address.
2/26/2025 6:00 PM: There was no answer at the address.**





Tracking #: **0160042435**

# JUDICIAL NOTICE EXHIBIT M-10

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:24-CV-00808-JHC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Magalie E. Lerman**
was recieved by me on  **2/17/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because **No contact** after attempting service at **849 NE 130th St, Seattle, WA 98125**; or

☐    Other *(specify)*


My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.


Date:  02/26/2025

_____
*Server's signature*

**David Gardoni**
*Printed name and title*

**7511 32 Ave NW
Seattle, WA 98117**

_____
*Server's address*


Additional information regarding attempted service, etc:

**2/17/2025 10:33 AM: There was no answer at the address.
2/18/2025 5:30 PM: There was no answer at the address.
2/20/2025 2:55 PM: There was no answer at the address.
2/21/2025 2:10 PM: There was no answer at the address.
2/22/2025 12:07 PM: There was no answer at the address.
2/24/2025 1:56 PM: There was no answer at the address.
2/26/2025 6:00 PM: There was no answer at the address.**




Tracking #: **0160042454**

# JUDICIAL NOTICE EXHIBIT M-11

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:24-CV-00808-JHC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Michael Clinton Tracy**
was recieved by me on **2/14/2025:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒  I returned the summons unexecuted because **No contact** after attempting service at **2230 Prescott Ave SW, Seattle, WA 98126**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.

Date:  03/01/2025

_____
*Server's signature*

**Marcus Dolan**
*Printed name and title*

**1628 sw 165th st
Burien, WA 98166**

_____
*Server's address*

Additional information regarding attempted service, etc:

**2/16/2025 6:55 PM: There was no answer at the address.  Quiet, lights completely off. No sign of anyone home.
2/17/2025 4:01 PM: There was no answer at the address.
2/21/2025 4:25 PM: There was no answer at the address.
2/24/2025 6:03 PM: There was no answer at the address.  Quiet, lights completely off again. Doesn't appear anyone is currently living there
2/24/2025 6:06 PM: I placed a phone call to number ending in 8979.  Automatically went to voicemail, unable to leave message
2/24/2025 6:08 PM: I placed a phone call to number ending in 1508 resulting in leaving voice mail.  Automatically went to voicemail**



Tracking #: **0160404012**



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.    **2:24-CV-00808-JHC**

**2/26/2025 10:05 AM: There was no answer at the address.**
**2/28/2025 4:09 PM: There was no answer at the address.  Still no sign of anyone being there**
**3/1/2025 3:28 PM: There was no answer at the address.**





# JUDICIAL NOTICE EXHIBIT M-12

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:24-CV-00808-JHC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Sarah E. Nelson Turner, WSBA #37748**
was recieved by me on **2/19/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because **Other contact** after attempting service at **9180 Moran Rd NE, Bainbridge Island, WA 98110**; or

☐    Other *(specify)*


My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.


Date:  03/22/2025

_____
*Server's signature*

**Aaron M Massey-Kao**
*Printed name and title*

**316 SE Pioneer Way**
**#1003**
**Oak Harbor, WA 98277**

_____
*Server's address*


Additional information regarding attempted service, etc:

**3/5/2025 2:30 PM: There was no answer at the address.**
**3/11/2025 1:28 PM: There was no answer at the address.**
**3/22/2025 11:35 AM: I spoke with an individual who identified themselves as the law firm lawyer works for and they stated service not permitted.  Active case with law firm i was instructed to defer service to law firm directly in seattle.**
**3/22/2025 11:37 AM: I was unable to deliver the documents due to a hostile environment.  Instructed by process serving company and law firm to not serve this address filing party knows where the law firm is that received service on behalf of the attorneys**



Tracking #: **0162930905**



# JUDICIAL NOTICE EXHIBIT M-13

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JESSICA SKELTON

was received by me on *(date)*  22 June 2024  .

☑ I personally served the summons on the individual at *(place)*  2322  N 52nd Street
Seattle, WA 98103        on *(date)* 6/22/2024  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 6/22/2024

_____
*Server's signature*

Molly Anderson
_____
*Printed name and title*

117 E Louisa St, No 333,
_____
*Server's address*
Seattle, WA 98102

Additional information regarding attempted service, etc:

# JUDICIAL NOTICE EXHIBIT N

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JOHN DUUS

was received by me on *(date)*        5/9/2025        .

☑ I personally served the summons on the individual at *(place)*  6322 185TH ST SW, LYNNWOOD, WA 98037

_____ on *(date)* 5/12/2025, 1936 Hours ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    5/13/2025        _____
                                            *Server's signature*

                                    JOSHUA RITTS, WA PI #4500
                                        *Printed name and title*

                                    PO BOX 23063
                                    SEATTLE, WA 98102

                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    JOHNATHAN MUSSEAU

was received by me on *(date)*        5/9/2025        .

☑ I personally served the summons on the individual at *(place)*   5420 163RD AVE SE, SNOHOMISH, WA 98290

on *(date)*  5/11/2025, 1212 Hours  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                        , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                  ; or

☐ I returned the summons unexecuted because                                                    ; or

☐ Other *(specify):*


My fees are $            for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    5/13/2025

*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   KATRINA OUTLAND

was received by me on *(date)*            5/9/2025            .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  MR. OUTLAND

_____ , a person of suitable age and discretion who resides there,

on *(date)*       5/11/2025       , and mailed a copy to the individual's last known address; or ☒

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ ____125____ for services, for a total of $ ____0.00____ .


I declare under penalty of perjury that this information is true.

Date:      5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

MR. OUTLAND said KATARINA OUTLAND was asleep, accepted service on 5/11/2025 at 1138 Hours,
at 20426 32ND DR SE, BOTHELL, WA 98012

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JULIE SALLE

was received by me on *(date)*            5/9/2025            .

☑ I personally served the summons on the individual at *(place)*  8865 42ND AVE SW, SEATTLE, WA 98136

on *(date)*  5/10/2025, 1822 Hours  ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                        , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)*                                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

❐ I returned the summons unexecuted because                                              ; or

❐ Other *(specify):*

My fees are $      0.00      for travel and $      125      for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025

*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ADAM LOSLEBEN

was received by me on *(date)*  5/9/2025  .

☑ I personally served the summons on the individual at *(place)*  32406 58TH AVE S, AUBURN, WA 98001

on *(date)* 5/10/2025, 1646 Hours ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 125 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/13/2025

*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   YVES LUC

was received by me on *(date)*        5/9/2025        .

    ❐ I personally served the summons on the individual at *(place)*

                                                 on *(date)*                               ; or

    ☑ I left the summons at the individual's residence or usual place of abode with *(name)*   JANE DOE

                                     , a person of suitable age and discretion who resides there,

    on *(date)*      5/11/2025      , ~~and mailed a copy to the individual's last known address)~~ or ☒

    ❐ I served the summons on *(name of individual)*                                                 , who is

    designated by law to accept service of process on behalf of *(name of organization)*

                                                  on *(date)*                              ; or

    ❐ I returned the summons unexecuted because                                                             ; or

    ❐ Other *(specify):*

    My fees are $                   for travel and $     125      for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025

                                                             *Server's signature*

                                       JOSHUA RITTS, WA PI #4500
                                             *Printed name and title*

                                             PO BOX 23063
                                             SEATTLE, WA 98102

                                                     *Server's address*

Additional information regarding attempted service, etc:



Spoke to a female at 1715 E MAIN #BB206, PUYALLUP, WA 98372 on 5/11/2025, 1621 Hours, who I heard inside talking. She refused to answer. I let her know I was leaving the binder and placed it outside the door before departing.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JACOB MASTERSON

was received by me on *(date)* _____5/9/2025_____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  SARAH MASTERSON

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____5/10/2025_____ , ~~and mailed a copy to the individual's last known address;~~ or ✗

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ ___125___ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date:   _____5/13/2025_____

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

✗ JACOB MASTERSON's wife, SAMANTHA MASTERSON, accepted service on his behalf at their residence, 17312 83RD AVENUE CT E, PUYALLUP, WA 98375, on 5/10/2025, 1551 Hours.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   GREGG CURTIS

was received by me on *(date)*            5/9/2025                .

☑ I personally served the summons on the individual at *(place)*   26710 198TH AVE SE, COVINGTON, WA 98042

                      on *(date)* 5/10/2025, 1452 Hours  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                            , a person of suitable age and discretion who resides there,

on *(date)*                                , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                              , who is

  designated by law to accept service of process on behalf of *(name of organization)*

                        on *(date)*                    ; or

☐ I returned the summons unexecuted because                                        ; or

☐ Other *(specify):*

My fees are $       0.00      for travel and $       125       for services, for a total of $       0.00      .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025

                                          *Server's signature*

                          JOSHUA RITTS, WA PI #4500
                              *Printed name and title*

                             PO BOX 23063
                             SEATTLE, WA 98102

                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    SPENCER KURZ

was received by me on *(date)*              5/9/2025              .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*   CAITLIN KURZ

_____ , a person of suitable age and discretion who resides there,

on *(date)*      5/10/2025      , ~~and mailed a copy to the individual's last known address;~~ or ☒

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:     5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

☒ SPENCER KURZ's wife, CAITLIN KURZ, accepted service on his behalf at their residence, 43209 SE 176TH ST,
NORTH BEND, WA 98045, on 5/10/2025, 1407 Hours.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    TY SELFRIDGE

was received by me on *(date)*    5/9/2025    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*   RJ SELFRIDGE

_____ , a person of suitable age and discretion who resides there,

on *(date)*    5/10/2025    , ~~and mailed a copy to the individual's last known address;~~ or ☒

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $   125   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____5/13/2025_____

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

☒ TY SELFRIDGE's father, RJ SELFRIDGE, accepted service on his behalf at their residence, 1338 BELLEVUE WAY SE BELLEVUE, WA 98004, on 5/10/2025, 1157 Hours.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    RYAN ELLIS

was received by me on *(date)*          5/9/2025          .

☑ I personally served the summons on the individual at *(place)*  724 203RD ST E, BOTHELL, WA 98012

_____ on *(date)*  5/10/2025, 1052 Hours  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $     0.00     for travel and $     125     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     5/13/2025

                                                        *Server's signature*

                                        JOSHUA RITTS, WA PI #4500
                                              *Printed name and title*

                                              PO BOX 23063
                                            SEATTLE, WA 98102

                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    RICHARD LIMA

was received by me on *(date)*            5/9/2025            .

☑ I personally served the summons on the individual at *(place)*  1927 ROCKEFELLER AVE #B

EVERETT, WA 98201                                    on *(date)*  5/10/2025, 0919 Hours  ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____                        on *(date)* _____    ; or

❐ I returned the summons unexecuted because _____    ; or

❐ Other *(specify):*


My fees are $     0.00     for travel and $     125     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     5/13/2025                          _____
                                                      *Server's signature*

                                            JOSHUA RITTS, WA PI #4500
                                                *Printed name and title*

                                                  PO BOX 23063
                                                SEATTLE, WA 98102

                                            _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    JONATHAN KIEHN

was received by me on *(date)*          5/9/2025          .

☑ I personally served the summons on the individual at *(place)*  18819 1ST PL W BOTHELL, WA 98012

on *(date)*  5/9/2025, 2008 Hours  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                          ; or

☐ I returned the summons unexecuted because                                              ; or

☐ Other *(specify):*


My fees are $      0.00      for travel and $      125      for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025

*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    BREHON NESS

was received by me on *(date)*            5/9/2025            .

☑ I personally served the summons on the individual at *(place)*  713 202ND PL SW LYNNWOOD, WA 98036

on *(date)*  5/9/2025, 2001 Hours  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*            , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*            ; or

☐ I returned the summons unexecuted because                                ; or

☐ Other *(specify):*


My fees are $    0.00    for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   DWAYNE PIRAK

was received by me on *(date)*          5/9/2025          .

☑ I personally served the summons on the individual at *(place)*  3509 184TH PL SE BOTHELL, WA 98012

_____  on *(date)*  5/9/2025, 1945 Hours  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____  ; or

☐ I returned the summons unexecuted because _____  ; or

☐ Other *(specify):*



My fees are $    0.00    for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:     5/13/2025                                      _____
                                                            *Server's signature*

                                                    JOSHUA RITTS, WA PI #4500
                                                    _____
                                                          *Printed name and title*

                                                          PO BOX 23063
                                                          SEATTLE, WA 98102
                                                    _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    KING COUNTY

was received by me on *(date)*           5/9/2025          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   YASMIN ANTONIO                                   , who is

designated by law to accept service of process on behalf of *(name of organization)*   KING COUNTY

_____ on *(date)*   5/9/2025, 1324 Hours   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $      0.00      for travel and $     125     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:       5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

Documents served at 201 S Jackson St, 2nd Floor, Seattle, WA 98104. Documents also emailed to
KCServiceOfSummons@kingcounty.gov on 5/12/2025, 0947 Hours

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   KING COUNTY

was received by me on *(date)*          5/9/2025          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   MOS_Legalservice@seattle.gov          , who is

designated by law to accept service of process on behalf of *(name of organization)*   CITY OF SEATTLE

_____ on *(date)*   5/9/2025, 1222 Hours  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $     0.00     for travel and $     125     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025                         _____
                                                             *Server's signature*

                                                      JOSHUA RITTS, WA PI #4500
                                                             *Printed name and title*

                                                            PO BOX 23063
                                                            SEATTLE, WA 98102

                                                            _____
                                                             *Server's address*

Additional information regarding attempted service, etc:

Per information found here:

https://seattle.gov/mayor/service-of-legal-documents

Personal service requirement by City of Seattle is waived, and service is accepted by emailing documents to:
MOS_Legalservice@seattle.gov

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CITY OF SEATTLE

was received by me on *(date)*          5/9/2025            ·

❐ I personally served the summons on the individual at *(place)*

                                                                        on *(date)*                      ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                                 , a person of suitable age and discretion who resides there,

on *(date)*                                    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   MOS_Legalservice@seattle.gov                    , who is

designated by law to accept service of process on behalf of *(name of organization)*   CITY OF SEATTLE

                                                          on *(date)*  5/9/2025, 1222 Hours  ; or

❐ I returned the summons unexecuted because                                                             ; or

❐ Other *(specify):*


My fees are $     0.00      for travel and $     125      for services, for a total of $     0.00      ·

I declare under penalty of perjury that this information is true.

Date:     5/13/2025

                                                         *Server's signature*

                                                  JOSHUA RITTS, WA PI #4500
                                                     *Printed name and title*

                                                       PO BOX 23063
                                                     SEATTLE, WA 98102

                                                       *Server's address*

Additional information regarding attempted service, etc:

Per information found here:

https://seattle.gov/mayor/service-of-legal-documents

Personal service requirement by City of Seattle is waived, and service is accepted by emailing documents to:
MOS_Legalservice@seattle.gov

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ▢

| | |
|---|---|
| Kurt Benshoof, et al., | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:24-cv-00808-JHC |
| Marshal Ferguson, et al., | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sarah Turner
9180 Moran Rd NE
Bainbridge Island WA 98110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Benshoof                 Urve Maggitti
22701 42nd Place West          244 Blackburn Drive, Berwymn, PA 19312
Mountlake Terrace, WA 98043    urve.maggitti@gmail.com
kurtbenshoof@gmail.com         (917)340-0561
(425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sarah Turner

was received by me on *(date)* 05/12/25 .

☑ I personally served the summons on the individual at *(place)* 9180 Moran Rd Ne Bainbridge Island WA 98110

at 4:30 P.M. on *(date)* 05/12/2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/12/2025

*Server's signature*

Christian Hanson Private Investigator
*Printed name and title*

8617 E. Carevay Rd Port Orchard
WA 98366
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Nicholas Evans

was received by me on *(date)*    5/11/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Conducted a Drop Service on the presumed individual at the front door of the defendant's
home. The presumed defendant observed me, the process server, from inside the home and
then left my line of sight. To attempt service, I notified the presumed defendant from the front
porch that I would be leaving the court documents on the front door.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

*Server's address*

Additional information regarding attempted service, etc:
Service was attempted at 15239 472nd PL SE, North Bend, WA 98045 @ 7:23pm on 5/12/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Nathan Shopay

was received by me on *(date)*  5/11/2025  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  Mrs. Shopay

_____ , a person of suitable age and discretion who resides there,

on *(date)*  5/11/2025  , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0  .

I declare under penalty of perjury that this information is true.

Date:  5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

*Server's address*

Additional information regarding attempted service, etc:
 Service was attempted at 9234 SE 70th Pl, Mercer Island, WA 98040 @ 8:47pm on 5/11/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Michael Fox

was received by me on *(date)*        5/11/2025         .

☑ I personally served the summons on the individual at *(place)*   3008 45th Ave. SW, Seattle, WA 98116

at 1:39 PM                                    on *(date)*        5/11/2025        ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date:     5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Catherine Cornwall

was received by me on *(date)* 5.10.2025         .

☐ I personally served the summons on the individual at *(place)* _____
_____        _____on_____ ; or

X  I left the summons at the individual's residence or usual place of abode with *(name)* _____
Mr. Cornwall and son                        , a person of suitable age and discretion who resides there,

on *(date)*       5.11.2025      , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____      _____ ; or

☐ I returned the summons unexecuted because    unable to reach over several visits        ; or

☐ Other *(specify):*
                                                                                                      .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.

Date:    5.15.2025
_____                        *Lael H*
                                       _____
                                       *Server's signature*

                                       Lael Henterly
                                       _____
                                       *Printed name and title*


                                       904 W. Highland Drive  Seattle, WA 98119
                                       _____
                                       *Server's address*

Additional information regarding attempted service, etc:

        Served at 5:11 p.m. on 5.11.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Jenny Durkan

was received by me on *(date)* 5.10.2025    .

☐ I personally served the summons on the individual at *(place)* _____

_____    on_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)*    5.11.2025    , and mailed a copy to the individual's last known address; or

X  I served the summons on *(name of individual)*  Jaize M. _____, who is

designated by law to accept service of process on behalf of *Ship Ship box holders* _____

_____    on *5.11.2025* _____    ; or

☐ I returned the summons unexecuted because    unable to reach over several visits _____ ; or

☐ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.

Date:    5.15.2025
_____

*Server's signature*

Lael Henterly
_____
*Printed name and title*


904 W. Highland Drive  Seattle, WA 98119
_____
*Server's address*


Additional information regarding attempted service, etc:

Served at 4616 25TH AVE NE # 422, SEATTLE, WA 98105 (Ship Ship) at 3:31 p.m. on 5.11.25

Also attempted service at the Olivian at 809 Olive Way, Unit 2401, Seattle, WA 98101 at 2:56 p.m. 5.11.25. The man who lived in unit 2401 said Durkan does not live there

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Sarah Macdonald

was received by me on *(date)* 5.10.2025          .

X  I personally served the summons on the individual at *(place)* 5941 CALIFORNIA AVE
SW APT 205, SEATTLE, WA, 98136                           on 5.12.2025          ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
                                      , a person of suitable age and discretion who resides there,

on *(date)*                  , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)*                            , who is

designated by law to accept service of process on behalf of *(name of organization)*

                           on *(date)*                  ; or

I returned the summons unexecuted because    unable to reach over several visits          ; or

❏  Other *(specify):*

                                                                                              .

My fees are $                  for travel and $                  for services, for a total of $                  .

I declare under penalty of perjury that this information is true.

Date:      5.15.2025

_Server's signature_

Lael Henterly

_Printed name and title_

904 W. Highland Drive  Seattle, WA 98119

_Server's address_

Additional information regarding attempted service, etc:

Served at 3:49 p.m. on 5.12.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*        Stephen Mitchell

was received by me on *(date)* 5.10.2025                    .

    X I personally served the summons on the individual at *(place)*        723 N 68TH ST, SEATTLE, WA, 98103

                             on        5.11.2025      ; or

    I left the summons at the individual's residence or usual place of abode with *(name)*

                       , a person of suitable age and discretion who resides there,

on *(date)*        5.11.2025        , and mailed a copy to the individual's last known address; or

    I served the summons on *(name of individual)*                                , who is

designated by law to accept service of process on behalf of

                        on                        ; or

    I returned the summons unexecuted because    unable to reach over several visits            ; or

    ❏ Other *(specify):*

                                        .

My fees are $                for travel and $                for services, for a total of $                .

I declare under penalty of perjury that this information is true.

Date:        5.15.2025

                                *Server's signature*

                        Lael Henterly

                                *Printed name and title*

                  904 W. Highland Drive  Seattle, WA 98119

                                *Server's address*

Additional information regarding attempted service, etc:

    Served at 7:56 p.m. on 5.11.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*       Daniel Schilling

was received by me on *(date)* 5.10.2025      .

X  I personally served the summons on the individual at *(place)* 2517 7TH AVE W,
SEATTLE, WA, 98119

on 5.10.2025      ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*      , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)*      , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*      ; or

I returned the summons unexecuted because      unable to reach over several visits      ; or

❏  Other *(specify):*

.

My fees are $      for travel and $      for services, for a total of $      .

I declare under penalty of perjury that this information is true.

Date:      5.15.2025

*Server's signature*

Lael Henterly

*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119

*Server's address*

Additional information regarding attempted service, etc:

Served at 7:32 p.m. on 5.10.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*        Melanie Tratnik
_____

was received by me on *(date)* 5.10.2025                        .

     X I personally served the summons on the individual at *(place)*        5048 Baker Ave NW, Seattle, WA 98107
_____
                                on        5.11.2025      ; or

     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,

on *(date)*        5.11.2025      , and mailed a copy to the individual's last known address; or

     I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of _____

_____ on _____ ; or

     I returned the summons unexecuted because    unable to reach over several visits    ; or

     ❑ Other *(specify):*

                                                         .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:        5.15.2025
                                                *Lael H* _____
                                                        *Server's signature*

                                          Lael Henterly
                                                   *Printed name and title*

                               904 W. Highland Drive  Seattle, WA 98119
                                                   *Server's address*

Additional information regarding attempted service, etc:

     Served at 5:21 p.m. on 5.11.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Sarah Turner

was received by me on *(date)* 5.10.2025          .

❑ I personally served the summons on the individual at *(place)*

on *(date)*          ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*          , and mailed a copy to the individual's last known address; or

❑X I served the summons on *(name of individual)* the receptionist at her law office, Gordon Rees Scully , who is

*Mansukhani, LLP, at 701 Fifth Ave Ste 2100 Seattle, WA 98104*

on *(date)*          5.12.2025          ; or

I returned the summons unexecuted because          ; or

designated by law to accept service of process on behalf of *(name of organization)*
❑ Other *(specify):*

.

My fees are $          for travel and $          for services, for a total of $          .

I declare under penalty of perjury that this information is true.

Date:          5.15.2025

_____
*Server's signature*

Lael Henterly

_____
*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119
_____
*Server's address*

Additional information regarding attempted service, etc:

At 2:57 p.m. 5.12.2025

.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Chad Zetner

was received by me on *(date)* 5.10.2025          .

X  I personally served the summons on the individual at *(place)* 3041 NE 103rd St, Seattle, WA 98125

                                                     on 5.12.2025          ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

           , a person of suitable age and discretion who resides there,

on *(date)*          , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)*          , who is

designated by law to accept service of process on behalf of *(name of organization)*

                    on *(date)*          ; or

I returned the summons unexecuted because     unable to reach over several visits          ; or

❑  Other *(specify):*

           .

My fees are $          for travel and $          for services, for a total of $          .

I declare under penalty of perjury that this information is true.

Date:     5.15.2025

                                              *Server's signature*

                                          Lael Henterly

                                          *Printed name and title*

                        904 W. Highland Drive  Seattle, WA 98119

                                          *Server's address*

Additional information regarding attempted service, etc:

              Served @ 4:48 p.m. on 5.12.2025, caught him in driveway as he arrived home with wife Megan Zetner

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Western District of Washington ▾

| | |
|---|---|
| Kurt Benshoof, et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  2:24-cv-00808-JHC |
| Marshal Ferguson, et al., | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Sarah Turner
9180 Moran Rd NE
Bainbridge Island WA 98110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kurt Benshoof                    Urve Maggitti
> 22701 42nd Place West          244 Blackburn Drive, Berwymn, PA 19312
> Mountlake Terrace, WA 98043   urve.maggitti@gmail.com
> kurtbenshoof@gmail.com       (917)340-0561
> (425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____        _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sarah Turner

was received by me on *(date)*        05/12/25      .

☑ I personally served the summons on the individual at *(place)*  9180 Moran Rd Ne Bainbridge Island WA 98110

at 4:30 P.M.                                                          on *(date)*      05/12/2025      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      05/12/2025

_____
*Server's signature*

Christian Hanson Private Investigator
*Printed name and title*

8617 E. Carevay Rd Port Orchard
WA 98366
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stephen Okruhlica

was received by me on *(date)* May 11, 25

☑ I personally served the summons on the individual at *(place)* 8432 63rd St. NE Marrysville WA 98270 Stephen opened the door of his house and accepted service on *(date)* May 11 25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ Ø for travel and $ Ø for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 11, 25

_____
*Server's signature*

Larisa Goldin, Process Server, volunteer
*Printed name and title*

22701 42nd Pl. w., Mountlake Terrace WA 98043
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Andrea Chin

was received by me on *(date)*  May 11, 25  .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*  Left at front

door at 4006 39th ave S.  , a person of suitable age and discretion who resides there,

Seattle WA 98118

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ ___∅___ for travel and $ ___∅___ for services, for a total of $ ( 0.00 ) .

I declare under penalty of perjury that this information is true.

Date:  5/11/25

_____
*Server's signature*

LARISA GOLDN , Process Server  volunteer
*Printed name and title*


22701 42nd Pl W. Mountlake Terrace
*Server's address*  WA 98043

Additional information regarding attempted service, etc:

Rang doorbell several times. Lights were on
and heard sounds in the house. It seemed
~~like~~ Andrea Chin was trying to avoid service.
I left the ~~packet~~ a her door.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pascal Herzer,

was received by me on *(date)*  May 12, 2025

☑ I personally served the summons on the individual at *(place)*  His home (garage)
23709 7th Ave SE, Bothell, WA  98021  on *(date)*  May 12, 2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  5/12/2025

Jason T. Colberg
*Server's signature*

Jason Colberg, Process Server/Volunteer
*Printed name and title*

17750 33rd Ave NE, LFP, WA 98155
*Server's address*

Additional information regarding attempted service, etc:  Served Pascal Herzer at his garage. Identified him by name, stated he was being served, handed him the Summons/Complaint, listened to him as I walked away.

[ Print ]    [ Save As... ]    [ Reset ]

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Judge Andree Chin

was received by me on *(date)*  May 12, 2025.

☑ I personally served the summons on the individual at *(place)*  Sidewalk in Front of her home, 4006 39th Ave S, Seattle, WA on *(date)* 5/12/2025 ; or
98118

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: May 12, 2025

Jason Colberg
*Server's signature*

Jason Colberg, Process Server/Volunteer
*Printed name and title*

17750 37th Ave NE LFP, WA 98155
*Server's address*

Additional information regarding attempted service, etc:

Knocked on front door 3rd times during three attempts to serve between 7:05 am and about 7:55 am. Dog barked at door during 2nd & 3rd attempts. Served Summons/Complaint about 8:11 am as Judge Chin was talking to another person on the sidewalk. I identified her, stated her name, placed the Summons/Complaint in a plastic bag for her as she requested, stated she had been served and walked away.

| Print | Save As... | Reset |

Case 2:24-cv-00808-JHC    Document 124-1    Filed 05/19/25    Page 64 of 99

Civil Action No.   2:24-cv-00808-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Magalie E. Lerman

was received by me on *(date)*   3/6/2025   .

☒ I personally served the summons on the individual at *(place)*  KC Superior Court's Hallway
5/6 3ᴿᴰ Ave, Seattle Wa 98104 on *(date)*  3/6/2025  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $  0  for travel and $  50  for services, for a total of $  50.00 .

I declare under penalty of perjury that this information is true.

Date:  3/8/2025

Benjamin Blanchard
Server's signature

Benjamin Blanchard
Printed name and title

3201 Avata De Zephyrhills FL 33541
Server's address

Additional information regarding attempted service, etc:

I Believe I served Ms. Lerman, who was accompanying
Jessica Owens while leaving K.C.S.C. and Served her
in Hallway of the 3rd floor, Outside of Judicial
Court Room 355.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Magalie E. Lerman

was received by me on *(date)*  3/6/2025 .

☒ I personally served the summons on the individual at *(place)*  KC Superior Court's Hallway
516 3rd Ave, Seattle Wa 98104 on *(date)*  3/6/2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____0_____ for travel and $ ____50____ for services, for a total of $ ___50.00___ .

I declare under penalty of perjury that this information is true.

Date: 3/8/2025

*Benjamin Blanchette*
Server's signature

Benjamin Blanchard
Printed name and title

3201 Aneta De Zephyrhills FL 33541
Server's address

Additional information regarding attempted service, etc:
I Believe I served Ms. Lerman, who was accompanying
Jessica Owens while Leaving K.C.SC. and served her
in Hallway of the 3rd floor, Outside of Judicial
Court Room 355.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Jessica Owen

was received by me on *(date)*    March 5, 2025 .

☑ I personally served the summons on the individual at *(place)*    King County Courthouse,
3rd Floor                                                      on *(date)* March 6, 2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____                    on *(date)*                ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $    0.00    for travel and $    0.00    for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  March 6, 2025

                            Jason T. Colberg
                                    *Server's signature*

                            Jason T. Colberg
                                    *Printed name and title*


                            17750 33rd Ave, NE Lake Forest Park, WA
                                    *Server's address*                  98155

Additional information regarding attempted service, etc:

Ms. Owens responded affirmatively to her name when I
recognized her walking down the hallway (with another woman).
When I stated she was being served and was handing her the
service documents, she said, "Oh no, not this bullshit again,"
turned her shoulders and folded arms away, and let the
documents fall to the floor. I had turned my body so as
not to intimidate her, and did not see if she picked them up.

# JUDICIAL NOTICE EXHIBIT O

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    BRIAN REES

was received by me on *(date)*          5/9/2025          .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW]                              ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 2238 100TH DR SE, LAKE STEVENS, WA 98258 on 5/10/2025, 0954 Hours. House vacant with "For Sale" sign outside.

2) 11519 88TH ST NE, LAKE STEVENS, WA, 98258 on 5/11/2025, 1304 Hours. House located in gated community, no access on foot, no intercom.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   NATHAN SHOPAY

was received by me on *(date)*          5/9/2025          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   [SEE BELOW]                                     ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $   125   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:     5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 9234 SE 70th Pl, Mercer Island, WA 98040 on 5/10/2025, 1225 Hours. No answer.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   GRANT MAYER

was received by me on *(date)*          5/9/2025          .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)*                            , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)*                                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW]                              ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $   125   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
_____
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102
_____
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 222 DUVALL AVE SE, RENTON, WA, 98059 on 5/10/2025, 1256 Hours. No answer.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    MICHAEL VIRGILIO

was received by me on *(date)*            5/9/2025            .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW] _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  _____5/13/2025_____

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 1015 IDYLWOOD DR SW, ISSAQUAH, WA 98027 on 5/10/2025, 1324 Hours. No answer.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    ANTHONY BELGARDE

was received by me on *(date)*                5/9/2025           .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW]                                    ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
_____
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102
_____
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 31420 8th Pl SW, Federal Way, WA on 5/10/2025, 1718 Hours. No answer.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ERNEST JENSEN

was received by me on *(date)* _____ 5/9/2025 _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   [SEE BELOW] _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ __125__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____ 5/13/2025 _____

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 220 SW 200TH ST, SEATTLE, WA, 98166 on 5/10/2025, 1548 Hours. Bad address-- Unit # needed.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  LILIYA NESTERUK

was received by me on *(date)*          5/9/2025          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW] _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:      5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*


Additional information regarding attempted service, etc:

Service attempts:

1) 1300 Alki Ave SW #202, Seattle, WA 98116 on 5/10/2025, 1843 Hours. Secure building, unable to access.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    MICHAEL TRACY

was received by me on *(date)*          5/9/2025          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW] _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____5/13/2025_____                    _____
                                                            *Server's signature*

                                             JOSHUA RITTS, WA PI #4500
                                             _____
                                                       *Printed name and title*

                                                       PO BOX 23063
                                                       SEATTLE, WA 98102
                                             _____
                                                       *Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 2230 Prescott Ave. SW, Seattle, WA 98126 on 5/10/2025, 1855 Hours. No answer.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  TREVOR TYLER

was received by me on *(date)*        5/9/2025                      .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   [SEE BELOW]                                       ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $   125   for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.

Date:      5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 3904 224Th Ave Ne, Granite Falls, WA, 98252 on 5/11/2025, 1237 Hours. House is located in gated community, no access. Spoke to a woman on the intercom who identified herself as TREVOR TYLER's wife, who refused to grant access.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    STEVEN STONE

was received by me on *(date)*        5/9/2025        .

◻ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW]                          ; or

◻ Other *(specify):*


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____5/13/2025_____                    _____
                                                            *Server's signature*

                                              JOSHUA RITTS, WA PI #4500
                                                    *Printed name and title*

                                                    PO BOX 23063
                                                    SEATTLE, WA 98102

                                              _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 820 123RD AVE NE, LAKE STEVENS, WA, 98258 on 5/11/2025, 1320 Hours. No answer.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Sarah Pendleton

was received by me on *(date)*    5/11/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    the defendant nor a person of suitable age was present  ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    5/12/2025

_____
*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

*Server's address*

Additional information regarding attempted service, etc:
Service was attempted at 9011127th St. Ct. E, Puyallup, WA 98373 at 6:29pm on 5/11/2025;
3:06pm on 5/12/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Michael Virgilio

was received by me on *(date)*   5/11/2025   .

❏ I personally served the summons on the individual at *(place)*

on *(date)*   ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*   , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*   , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*   ; or

☑ I returned the summons unexecuted because   the defendant nor a person of suitable age was present  ; or

❏ Other *(specify):*


My fees are $   for travel and $   for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date:   5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056
*Server's address*

Additional information regarding attempted service, etc:
  Service was attempted at 1015 Idlylwood Dr. SW, Issaquah, WA 98027 @ 7:54pm on 5/12/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Michael Tracy

was received by me on *(date)*    5/11/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    defendant nor a person of suitable age was present  ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    5/12/2025

_____
*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056
*Server's address*

Additional information regarding attempted service, etc:
Service was attempted at 2230 Prescott Ave. SW, Seattle, WA 98126 at 12:44pm on 5/11/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Liliya Nesteruk

was received by me on *(date)*    5/11/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   the defendant nor a person of suitable age was present  ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.


Date:    5/12/2025

_____
*Server's signature*

Christopher Frazier, Private Investigator
_____
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056
_____
*Server's address*

Additional information regarding attempted service, etc:
  Service was attempted at 1300 Alki Ave. SW, Apt. 202, Seattle WA 98116 at 2:15pm on 5/11/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*                Donovan Broussard

was received by me on *(date)* 5.10.2025                .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

X  I returned the summons unexecuted because    unable to reach                    ; or

❑ Other *(specify)*:

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    5.15.2025

*Server's signature*

Lael Henterly

*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119

*Server's address*

Additional information regarding attempted service, etc:

- 2635 NW NORTH BEACH DR, Seattle, WA 98117 is not an actual address, as confirmed after attempted service by King County Parcel Viewer

- Attempted service at 3625 BEACH DR SW APT 4, Seattle, WA, 98116 on 5.12.2025 at 3:59 p.m. No answer.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Andrea Chin

was received by me on *(date)* 5.10.2025                       .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

X I returned the summons unexecuted because    not at address/ no forwarding information

_____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____5.15.2025_____

_____
*Server's signature*

Lael Henterly
_____
*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119
_____
*Server's address*

Additional information regarding attempted service, etc:

Attempted at 528 16th Avenue East, Upper Unit, Seattle, WA 98112

Verified with current resident, Hannah Pohoff, that Chin doesn't live there at 3:12 p.m. on 5.11.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Tyler Goslin

was received by me on *(date)* 5.10.2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

X I returned the summons unexecuted because    unable to reach over several visits    ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    5.15.2025

_____
*Server's signature*

Lael Henterly
_____
*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119
_____
*Server's address*

Additional information regarding attempted service, etc:

Attempted service at his apartment at 10711 8th Ave NE Unit 318, Seattle, WA 98125:
- Intercom and door knock at 8:44 p.m. 5.10.2025
- Intercom at 3:57 p.m. 5.11.2025
- Door knock at 4:07 p.m. 5.11.2025
- Intercom and door knock at 6:01 p.m. 5.12.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    JULIE KLINE

was received by me on *(date)* 5.10.2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

X I returned the summons unexecuted because    not at address/ no forwarding information
_____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    5.15.2025

*Server's signature*

Lael Henterly

*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119

*Server's address*

Additional information regarding attempted service, etc:

Attempted at 11732 3RD AVE NW SEATTLE, WA, 98177 on 5.10.2025 at 8:21 p.m.

Kline doesn't live there, a different family occupies the home.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*            Magalie Lerman

was received by me on *(date)* 5.10.2025                        .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

X  I returned the summons unexecuted because    UPS refused service                    ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    5.15.2025
                                                    *Server's signature*

                                                    Lael Henterly
                                                    *Printed name and title*

                                                    904 W. Highland Drive  Seattle, WA 98119
                                                    *Server's address*

Additional information regarding attempted service, etc:

Attempted to serve her attorney, Moshe Admon, at his office address (300 Lenora St PMB 4008)
which was a UPS store. They refused to accept service at 2:31 p.m. 5.12.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Liliya Nesteruk

was received by me on *(date)* 5.10.2025          .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

X  I returned the summons unexecuted because      Nesteruk no longer lives at the listed adress    ; or

❒ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    5.15.2025

_____
*Server's signature*

Lael Henterly
_____
*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119
_____
*Server's address*

Additional information regarding attempted service, etc:

Attempted service at 3:30 p.m. on 5.12.2025 and spoke with a resident of the building who said she no longer lived there

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ▾

| | |
|---|---|
| Kurt Benshoof, et al., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Marshal Ferguson, et al., | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:24-cv-00808-JHC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ERNEST JENSEN
220 SW 200TH ST #2
NORMANDY PARK, WA 98166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Benshoof                          Urve Maggitti
22701 42nd Place West                  244 Blackburn Drive, Berwymn, PA 19312
Mountlake Terrace, WA 98043            urve.maggitti@gmail.com
kurtbenshoof@gmail.com                 (917)340-0561
(425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Ernest Jensen

was received by me on *(date)*    05/12/25    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    Service site building was no longer there/demolition    ; or

❒ Other *(specify):*    Attempted to serve Ernest Jensen at 633 Bay St Port Orchard WA 98366 at 5:45 P.M.
05/12/2025. Building no longer exist.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    05/12/2025

_____
*Server's signature*

Christian Hanson    Private Investigator
*Printed name and title*

8617 E Caravay Rd Port Orchard WA
*Server's address*                                98366

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Grant Mayer

was received by me on *(date)*    5/11/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    the defendant nor a person of suitable age was present ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

*Server's address*

Additional information regarding attempted service, etc:
  Service was attempted at 222 Duvall Ave. SE, Renton, WA 98027 @ 3:06pm on 5/11/2025; 5:11pm on 5/12/2025.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ⌄

| | |
|---|---|
| Kurt Benshoof, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:24-cv-00808-JHC |
| Marshal Ferguson, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ERNEST JENSEN
220 SW 200TH ST #2
NORMANDY PARK, WA 98166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Benshoof                      Urve Maggitti
22701 42nd Place West          244 Blackburn Drive, Berwymn, PA 19312
Mountlake Terrace, WA 98043   urve.maggitti@gmail.com
kurtbenshoof@gmail.com        (917)340-0561
(425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ernest Jensen__

was received by me on *(date)* __05/12/25__ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☑ I returned the summons unexecuted because __Service site building was no longer there/demolition__ ; or

❏ Other *(specify):* __Attempted to serve Ernest Jensen at 633 Bay St Port Orchard WA 98366 at 5:45 P.M.__
__05/12/2025. Building no longer exist.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __05/12/2025__

_____
*Server's signature*

Christian Hanson    Private Investigator
*Printed name and title*

8617 E Caraway Rd Port Orchard WA
98366
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Ernest Jensen

was received by me on *(date)*    5/11/2025    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    defendant nor a person of suitable age was present   ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .


I declare under penalty of perjury that this information is true.


Date:    5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

*Server's address*

Additional information regarding attempted service, etc:
Service was attempted at 220 SW 200th St. #2,Normandy Park, WA 98166 at 9:37pm on 5/11/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Donovan Broussard

was received by me on *(date)*   5/11/2025   .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   defendant nor a person of suitable age was present   ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .


I declare under penalty of perjury that this information is true.


Date:   5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

*Server's address*

Additional information regarding attempted service, etc:
  Service was attempted at 3625 Beach Dr. SW Apt. 4, Seattle, WA 98116 at 12:57pm on 5/11/2025;

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Anthony Belgard

was received by me on *(date)*   5/11/2025   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   the defendant nor a person of suitable age was present  ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .


I declare under penalty of perjury that this information is true.


Date:   5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

*Server's address*


Additional information regarding attempted service, etc:
Service was attempted at 31420 8th Pl SW, Apt. 205, Federal Way, WA 98023 at 5:51pm on 5/11/2025;
2:25pm on 5/12/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Andrew West

was received by me on *(date)*   5/11/2025   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   the defendant nor a person of suitable age was present  ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .


I declare under penalty of perjury that this information is true.


Date:   5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056
*Server's address*

Additional information regarding attempted service, etc:
  Service was attempted at 18430 SE Pl, Kent, WA 98042 @ 7:00pm on 5/11/2025; 3:30pm on 5/12/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jenny Durkan

was received by me on *(date)*   May 11, 25 .

☐ I personally served the summons on the individual at *(place)*
_____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   No one was home or   ; or
at least it so appeared.
☐ Other *(specify):*   The address was
2294 Shore Ave. Freeland WA 98249

My fees are $   0   for travel and $   0   for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/11/25

_____
Server's signature

Lansa Goldin, Process Server Volunteer
Printed name and title

22706 42nd Pl W. Mountlake Terrace, WA
Server's address

Additional information regarding attempted service, etc:

The house on the beach had a gate and several
entrances from the beach. No one answered after
knocking on the different doors and there were
no cars and no signs of activity.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)*  Julie E. Kline

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because  No one was home @  ; or

☐ Other *(specify):*  1577 Penn Cove Rd. Oak Harbor WA 98277

My fees are $ ___Ø___ for travel and $ ___Ø___ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date:  5/11/22

_____
*Server's signature*

Larisa Goldin, process server volunteer
*Printed name and title*

22701 42nd Pl W Seattle WA 98043
*Server's address*

Additional information regarding attempted service, etc:

Drove up to the house which was fenced in with a 2nd inner fence. Rang the doorbell at both fences. No one was home & the house was quiet with all the lights off.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-CV-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>MAGALIE LERMAN</u> was received by me on *(date)* <u>May 9, 2025,</u> <u>4:14 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>See the details below</u> ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/16/2025

_____
*Server's signature*

Giovan Gonez Valentin
_____
*Printed name and title*

Calle Lutz 316 Apt B Villa Palmeras, San Juan, PR 00915
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: May 10, 2025, 7:30 pm AST at 1367 CALLE LUCHETTI APT 2B,, SAN JUAN,, PR 009072005
I attempted to make contact by ringing the teleentry system several times but did not receive any answer. Since the building is secured, access is only granted by residents. I will make another attempt tomorrow.

2) Unsuccessful Attempt: May 15, 2025, 9:53 pm AST at 1367 CALLE LUCHETTI APT 2B,, SAN JUAN,, PR 009072005
I tried calling via teleprompter to apt 2B. But nobody answered. Tried several times, but no response.