JUDICIAL NOTICE EXHIBIT A

1
2
3
4
5
6

CERTIFIED
COPY

**FILED**
2024 JUL 09 02:18 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 24-0-62121-3 SEA

7                    SUPERIOR COURT, KING COUNTY, WASHINGTON

8   STATE OF WASHINGTON    )         SW NO: 24-0-62121-3
                           )
9   COUNTY OF KING         )         SEARCH WARRANT[1]

10

11   TO ANY PEACE OFFICER IN THE STATE OF WASHINGTON:

12        Upon the sworn complaint made before me, there is probable cause to believe that the crime(s)

13   of Stalking, RCW 9A.46.110, and Violation of a Court Order, RCW 26.50.110 has been

14   committed, in King County, and that evidence of that/those crime(s); or contraband, the fruits of

15   crime, or things otherwise criminally possessed; or weapons or other things by means of which a

16   crime has been committed or reasonably appears about to be committed; or a person for whose arrest

17   there is probable cause, or who is unlawfully restrained is concealed in or on certain premises, vehicles

18   or persons.

19        YOU ARE COMMANDED to:

20        1.  Search, within 10 Days, the premises, vehicle or person described as follows:

21

22        RESIDENCE:

23        1716 N 128th ST, Seattle, WA 98133 occupied by Kurt A BENSHOOF.

24

25        2.  Seize, if located, evidence of the above-listed crimes, including:

26        KK.        Evidence of those crimes; to include Kurt A BENSHOOF

27
28

SEARCH WARRANT - Basic
Page 1 of 2
KCPAO Rev. 01.01.21

Daniel T. Satterberg, Prosecuting Attorney
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

KK.    Contraband, the fruits of a crime, or things otherwise criminally possessed;

KK.    Weapons or other things by means of which a crime has been committed or reasonably appears about to be committed;

Promptly return this warrant to me or the clerk of this court; the return must include an inventory of all property seized.

A copy of the warrant and a receipt for the property taken shall be given to the person from whom or from whose premises property is taken. If no person is found in possession, a copy and receipt shall be conspicuously posted at the place where the property is found.

Date/Time: _6/27/2024 @ 1324 hours_____

[ X ] (Check if applicable) The Judge's signature, below, was placed by declarant, at the Judge's direction given by:
   [ ] telephone (preserve a recording of the authorization),
   [ X ] email (preserve and file the email), or by
   [ ] _____ (other reliable method).

Signature: _Judge Nicholas Straley_ _____
SUPERIOR/DISTRICT COURT JUDGE
Printed Judge's Name: _Nicholas Straley_____

SEARCH WARRANT - Basic
Page 2 of 2
KCPAO Rev. 01.01.21

Daniel T. Satterberg, Prosecuting Attorney
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

...E CORNWALL, Clerk of the Superior Court of the State of Washington... ...unty, do hereby certify that this copy is a true and perfect... ...inal as it appears on file and of record in my office and... ...N TESTIMONY WHEREOF, I have affixed this seal of... Superior of ...ny office at Kent on this date

JUL 1 6 2024

CATHERINE CORNWALL  Superior Court Clerk

By _____
Deputy Clerk

V. CHOUNRAMANY

JUDICIAL NOTICE EXHIBIT B

CERTIFIED
COPY

FILED

SUPERIOR COURT OF WASHINGTON
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 24-0-62121-3 SEA

STATE OF WASHINGTON )
) CASE #: 24-0-62121-3___
)

COUNTY OF KING ) APPLICATION FOR SEARCH WARRANT

## Declaration

I, Detective Ryan Ellis #7612, declare that I have personal knowledge of the matters herein and/or am relying on witness statements, information provided by my fellow officers, reports, and other material I have gathered in my investigation, and that I am competent to testify to the matters stated herein:

On the basis of the following, I believe there is probable cause that K urt A BENSHOOF, date of birth 7/18/1969, has committed the crime(s) of Stalking, RCW 9A.46.110, and Violation of a C ourt Order, RCW 26.50.110 in King County, and that:

KK Evidence of those crimes;

KK Contraband, the fruits of a crime, or things otherwise criminally possessed.

KK Weapons or other things by means of which a crime has been committed or reasonably appears about to be committed;

KK A person for whose arrest there is probable cause, or who is unlawfully restrained.

is located in, on, at, or about the following described premises, vehicle or person:
1716 N 128th ST, Seattle, Washington 98133 occupied by BENSHOOF

## Affiant

I, Ryan Ellis, Seattle Police Detective #7612, currently assigned to the Seattle Police Department, Domestic Violence Unit, have been employed by the City of Seattle since February 2012. I have twenty-five years ˜ total in law enforcement experience and training. I was previously employed by the Department of Corrections, during which time I was assigned as a Federal Task

APPLICATION FOR SEARCH WARRANT - Basic
Page 1 of 8
KCPAO Rev. 01.01.23

Leesa Manion (she/her)
Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

1  Force Officer with the Drug Enforcement Administration (DEA). I completed the basic law
2  enforcement academy at the Washington State Criminal Justice Training Center. I have completed
3  the basic Seattle Police Department Detective School. In doing so, I have written and executed
4  over two hundred search warrant affidavits. I am assigned the below-described case for follow-up
5  investigation. Since February 2018, I have been assigned as a Detective to the Domestic Violence
6  Protection Order Service and Firearms Surrender unit. During this time, I have obtained and
7  executed several search warrants related to the seizure of firearms as they pertain to Order to
   Surrender Weapon Court Orders. Since September 2023, I have been assigned to the DV Unit.
8
9  I, Ryan Ellis #7612 is a Detective with the Seattle Police Department and has reviewed the
10 investigation conducted in Seattle Police Department Case number(s) 2024-163058, 2024-
11 156684, 2024-152490, 2024-079368 and Exhibit 1. There is probable cause to believe that
12 Kurt A BENSHOOF, date of birth 7/18/69 committed the crime of Stalking, RCW
13 9A.46.110, and Violation of a Court Order, RCW 26.50.110, within the City of Seattle,
   County of King, State of Washington. This belief is predicated on the following facts and
14 circumstances.
15

16 ### The Investigation
17 The victim in this investigation, Jessica Owen, is the previous wife to suspect Benshoof. Ownes
18 is the current registered owner of the residence located at 1716 N 128th ST, Seattle, Washington
19 98133. Owen has had several no-contact and retraining orders against Benshoof in the past,
20 which have routinely been violated by Benshoof. Most recently, Owen obtained a Seattle
21 Municipal No Contact Order, OCA 223037 which was served on Benshoof on 11/16/2022 and
22 expires on 11/16/2027. In addition, Owen obtained a Restraining Order, OCA215006806, which
   was served on 11/15/2022 and expires on 9/28/2027. On 3/14/2023, a warrant for two counts of
23 Stalking, one count of Custodial Interference, and 83 counts of violation of a no-contact order
24 was issued in the amount of $250,000.00 for Benshoof, Warrant number 990435958. Since that
25 time, law enforcement officials have been unable to arrest Benshoof. See Exhibit 1, attached.
26
27 2024-079368
28

APPLICATION FOR SEARCH WARRANT - Basic
Page 2 of 8
KCPAO Rev. 01.01.23

Leesa Manion (she/her)
Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

1  On March 23, 2024, Victim Owen filed a police report for numerous violations of the protection
2  orders in place related to Benshoof. Officers spoke to Owen over the phone who stated that her
3  ex-husband who she verbally identified as Kurt, Benshoof had been calling and texting her
4  phone which is a violation of the no contact order that she has against Benshoof. Benshoof did
   not make any threats in the messages but was rambling about an ongoing litigation between the
5  two and telling her that he was right about the Covid-19 pandemic. Owens stated that the
6  suspect/Benshoof lives in their previous home at 1716 N 128th ST and drives an army green FJ
7  Crouser with a rack on the top. Owens advised that Benshoof is home most of the time but has
8  cameras and will not answer the door when police try to contact him.
9

10  2024-152490

11  On June 5, 2024, Victim Owen filed another police report, documenting the multiple violations
12  of the protection orders by Benshoof. Owen reported Benshoof has been violating the order by
   sending her text messages and emails daily. He sends over 40 messages per day. He has been
13  wishing her a slow and painful death. He called her a "lying cunt." He messages her tangents
14  about Covid and voter fraud by the Democratic party. He criticizes Owen for taking his son from
15  him and giving her a Covid shot. Owen had recently moved out of state to get away from
16  Benshoof but has returned to her residence in Seattle. She is concerned that things may escalate
17  if he finds out she lives in the area again.
18

19  2024-156684
20
21  On June 9, 2024, Victim Owen filed another police report, documenting the multiple protection
22  order violations by Benshoof. Owen stated that since her last report on 6/05/2024, Benshoof has
   been texting her, calling her, and emailing her nonstop despite there being an order in place.
23
24  When asked about the nature of the text messages, Owen stated that Benshoof has messaged
25  about several different topics. Some of his messages tell her that she "is toast" and that he is
26  coming for his son. Others tell her that "shit is going to hit the fan" and asks her what side of the
   fan she wants to be on. Other messages talk about random topics about Jesus and other non-
27  relevant topics.
28

APPLICATION FOR SEARCH WARRANT - Basic
Page 3 of 8
KCPAO Rev. 01.01.23

Leesa Manion (she/her)
Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

When asked about the content of his emails, Owen stated that they mainly concern lawsuits and other legal proceedings. Owen went on to explain that the court system has marked Benshoof as a "vexatious litigant." Benshoof has apparently tried to sue too many people too many times over nothing lawsuits and now the court system has flagged him as an abuser of the legal system. However, despite the court fining him for his overuse of the system, Benshoof continues to email her lawsuits. Some of these lawsuits' she is named in and others she was simply forwarded the information.

Owen also informed officers that this week she received a manila envelope in the mail, from Benshoof, containing more court paperwork. Owen showed officers the paperwork and the envelope. She informed officers that she knew it was from Benshoof himself because she recognizes his handwriting, and he would be the only one to write hearts next to her name as a way of mocking her. He also listed his current address as the return address on the envelop. The actual paperwork itself was more than a couple hundred pages so neither officer nor did Owen read through that. The front of the paperwork reads that it was a Petition for Writ of Habeas Corpus in which Benshoof is the petitioner and Owen is the respondent.

Officers photographed the envelope and the front page of paperwork.

Owen stated that she did not believe that Benshoof knew she was at the residence currently and did not think he would show up in the near future. She has been staying elsewhere that Benshoof does not know the address of. Her main concern is that Benshoof continues to harass her despite the order in place. He has made it very clear that he does not care about the orders in place, the fact that she has been granted full custody of their child, and that he has been ordered by the courts not to file any more lawsuits. Owen is fearful of Benshoof and scared of his blatant disregard for all of his court orders and the consequences.

2024-163058

On June 15, 2024, Victim Owen filed another police report, outlining the continued protection order violations. Owen stated that since her last report on 06/05/2024, Benshoof has been texting her, calling her, and emailing her nonstop despite there being an order in place. She

Leesa Manion (she/her)
Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

1  confirmed Benshoof uses a phone number (206) 460-4202) and email address
2  (kurtbenshoof@gmail.com) associated with his name as well as states it is Benshoof that is
3  contacting her.

4  In the recent communication, Benshoof has made statements like, "Justice is coming", "Wake the
5  fuck up" and "Where is my son you cunt."

6
7  Benshoof also sends Owen lengthy emails regarding lawsuits he is pursuing despite being
8  marked as a "vexatious litigant" by the court.

9  Owen stated Benshoof contacts her numerous times a day everyday despite the protective Orders
10  in place both clearly showing Owen as the protected party and Benshoof as the respondent. Both
11  orders state Benshoof is restrained from making any contact or communication with Owen.

12
13  Owen stated she avoids being at home and sometimes stays out of town in an attempt to keep
14  herself and her son safe. She went on to say she will continue to file police reports documenting
   the violations and feels Benshoof has reached stalking levels of behavior.
15

16  On June 26, 2024, I spoke to Victim Owen. She informed me that she would be filing another
17  police report outlining the continued violations since June 15, 2024. Owen told me, it's non-
   stop, every single day. Owen also told me the Courts awarded Owen ownership of the residence
18  located at 1716 N 128th ST, thus removing Benshoof. Owen said Benshoof never leaves the
19  residence and she's too afraid to confront him about the residence. In addition, during their last
20  hearing in Superior Court related to the ownership of the residence, Benshoof filed an appeal in
21  Superior Court, which was denied. During a protection order hearing on February 28, 2024,
22  Ownes told me she observed Benshoof via ZOOM within the residence located at 1716 N 128th
23  ST, Seattle, Washington.

24
25  It should be noted to the Court, as referenced in Exhibit 1, Benshoof has a history of non-
   compliance with Court Orders and law enforcement officials. As noted in the January 23, 2023,
26  incident, Benshoof convinced his son to leave Owen's residence and come to his house, which
27  was a direct violation of the protection orders. Subsequently, officers responded and were able
28

APPLICATION FOR SEARCH WARRANT - Basic
Page 5 of 8
KCPAO Rev. 01.01.23

Leesa Manion (she/her)
Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

to obtain short-term custody of the child and return him to Owens from Benshoof's residence. In addition, based on the protection order violations, officers spoke with Benshoof and attempted to arrest him at the residence. Benshoof, however, barricaded himself within the residence, refusing to exit. Through the use of a negotiator, officers attempted to gain compliance from Benshoof and resolve the incident peacefully. Benshoof refused to cooperate, maintaining his barricaded status and officers were ordered to leave the scene. On March 14, 2023, the City of Seattle Municipal Court issued an arrest warrant for Benshoof in the amount of $250,000.00, outlining two counts of Stalking, one count of Custodial Interference and 83 counts of Violation of a Court Order. Since that time, Benshoof has continued violating the Court Orders with total disregard for the Court mandated conditions.

Since that time, Benshoof has remained within the Target residence. Attempts to conduct surveillance on Benshoof and/or his residence have been unsuccessful due to Benshoof's lack of movement, and the surrounding terrain of the residence. Officers have attempted to install electronic surveillance equipment to assist in the investigation; however, the terrain and environment has made it impossible to do so. Benshoof was last seen via ZOOM within the residence on 2/29/24, under case number 22-2-1598-8, per victim Owens. On 6/27/24, officers observed Benshoof's Toyota FJ Cruiser parked in front of his house. Although officers did not observe Benshoof on the property, officers noted the residence appeared occupied and noted several on-going projects on the property.

Based on all the foregoing information, I believe that evidence of the above-listed crime(s) exists at the above-described location, and that there is probable cause to search that location for evidence of the above-listed crimes, including:

- ð  Handgun(s) within the residence and/or BENSHOOF persons.
- ð  Bills, receipts, mail and other items that evidence dominion and control of the premises, places, property, and/or person searched.
- ð  Electronic communication device(s), computers and cell phones
- ð  KURT A BENSHOOF

APPLICATION FOR SEARCH WARRANT - Basic
Page 6 of 8
KCPAO Rev. 01.01.23

Leesa Manion (she/her)
Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

1

2  [X ] (Check if applicable) Pursuant to RCW 10.79.035(2) and 5.50.010(3), this application

3  was signed and submitted to the issuing Judge using an electronic device that is owned,

4  issued, or maintained by the below-identified criminal justice agency.

5

6       I certify under penalty of perjury under the laws of the State of Washington that the
foregoing is true and correct.

7

8

9       Signed this _June 27, 2024, at Seattle, WA.

10

11

12             Declarant's Signature:   _____Ryan Ellis_____

13             OR, if submitted electronically:

14             Declarant's Full Name: _Detective Ryan Ellis_____

15             Agency Badge/Serial or Personnel #: _7612_____

           Agency Name: __Seattle Police Department_____

16

17

18  [X ] (Check if applicable) Pursuant to RCW 10.79.035(3), the Judge's signature below was

19  placed by declarant at the Judge's direction given by:

20          [ ] telephone (preserve a recording of the authorization),

21          [X ] email (preserve and file the email), or by

22          [ ] _____ (other reliable method).

23

24       On June 27, 2024, I reviewed and considered the above application, submitted to me

25  under penalty of perjury.

26

27

28
APPLICATION FOR SEARCH WARRANT - Basic
Page 7 of 8
KCPAO Rev. 01.01.23

Leesa Manion (she/her)
Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

Signature: _Judge Nicholas Straley_____

SUPERIOR/DISTRICT COURT JUDGE

Printed Judge's Name: _Nicholas Straley_____

Issuance of Warrant Approved:[1]

LEESA MANION (she/her)

Prosecuting Attorney

---

[1] If applicant is a Federal Agent, issuance of warrant is also requested by the signing King County Prosecuting Attorney.

APPLICATION FOR SEARCH WARRANT - Basic
Page 8 of 8
KCPAO Rev. 01.01.23

Leesa Manion (she/her)
Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

I CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed the seal of said Superior Court at my office at Kent on this date

JUL 1 6 2024

CATHERINE CORNWALL, Superior Court Clerk

By _____
Deputy Clerk

V. CHOUNRAMANY

JUDICIAL NOTICE EXHIBIT C

**Ellis, Ryan**

| | |
|---|---|
| **From:** | Straley, Nicholas <Nicholas.Straley@kingcounty.gov> |
| **Sent:** | Thursday, June 27, 2024 1:24:18 PM |
| **To:** | Ellis, Ryan |
| **Subject:** | RE: Search Warrant Application |

FILED
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 24-0-62121-3 SEA

| CAUTION: External Email |
|---|

Detective Ellis:

I have received your affidavit/declaration in support of your application for a search warrant, which was submitted electronically under the penalty of perjury and which bears your name, department/agency and badge number. Having sworn under oath, I have reviewed your sworn testimony that the attached affidavit/declaration is true and correct and that it has been electronically submitted to me from an electronic device that is owned, issued, or maintained by your agency.

I have reviewed your application for the Search Warrant in this matter. Based upon that review, I grant the request to search for items as listed in the attached Search Warrant within 10 days of the date and time listed below.

You are authorized to affix my signature to the affidavit/declaration and Search Warrant pursuant to RCW 10.79.035. You may file your return at the King County Superior Court Clerk's office. A printed copy of this authorization must be attached to your return.

Date: 6/27/24
Time: 1:24 p.m.

Judge Nicholas Straley
King County Superior Court

---

**From:** Ellis, Ryan <Ryan.Ellis2@seattle.gov>
**Sent:** Thursday, June 27, 2024 1:03 PM
**To:** Straley, Nicholas <Nicholas.Straley@kingcounty.gov>
**Subject:** Search Warrant Application

| [EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments. |
|---|

Good afternoon,
Judge Straley, please review the SW affidavit and Exhibit 1 application related to Suspect Kurt Benshoof, who currently has a $250k municipal arrest warrant for 89 counts of VNCO.

Thank you for your consideration,

Detective Ryan Ellis
MISD- DV Unit
Seattle Police Department
610 5th AVE, Seattle, WA 98124
206-386-1306

1

2

JUDICIAL NOTICE C: Email Authority for Seal Of Warrant

I CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed this seal of said Superior Court at my office at Kent on this date

JUL 16 2024

CATHERINE CORNWALL, Superior Court Clerk

By_____
Deputy Clerk

V. CHOUNRAMANY

JUDICIAL NOTICE EXHIBIT D

CERTIFIED
COPY

**FILED**
2024 JUL 09 02:18 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 24-0-62121-3 SEA

## SUPERIOR COURT, KING COUNTY, WASHINGTON

| STATE OF WASHINGTON | ) | SW NO. ___24-0-62121-3_____ |
| COUNTY OF KING | ) | INVENTORY AND RETURN OF |
| | ) | SEARCH WARRANT |

I, the undersigned states as follows:

1. I received a search warrant for the premises, vehicle or person specifically described as follows:

Kurt Benshoof; 1716 N 128th ST, Seattle, WA 98133

2. On the 3rd__ day of July_____, 2024_, I searched the above-described premises, vehicle or person and found and seized the items listed below in Item 7.

3. Name(s) of person(s) present when the property was seized:
__LT Monroe, Sgt Hatzenbuehler, Det Belgarde, Det Sanbeck_____

4. The inventory was made in the presence of:
☐   x  The person(s) named in (3) from whose possession the property was taken.
☐   _____

5. Name of person served with a copy or description of place where copy is posted:

____Kurt Benshoof_____

6. Place where property is now stored:
_____SPD Evidence_____

7. Property and person(s) seized (Indicate location of property when seized):

INVENTORY AND RETURN - Basic
Page 1 of 3
KCPAO Rev. 01.01.23

**Leesa Manion (she/her)**
Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

JUDICIAL NOTICE D - Inventory/Return of Service

1    _____Apple Iphone and charger_____

2    _____Apple Macbook Pro_____

3    _____Del Desktop computer_____

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

26   _____

27   _____

28

INVENTORY AND RETURN - Basic
Page 2 of 3
KCPAO Rev. 01.01.23

Leesa Manion (she/her)
**Prosecuting Attorney**
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20 Dated: 7/3/24

Signature of Peace Officer

21 Printed or Typed Name: Det Ryan Ellis

Agency and Personnel Number: 7c/2

22

23

24 Dated: 7/3/24

Signature of Witness

25 Printed or Typed Name: Sgt. Hatzenbuehler

26

27

28

INVENTORY AND RETURN - Basic
Page 3 of 3
KCPAO Rev. 01.01.23

**Leesa Manion (she/her)**
**Prosecuting Attorney**
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 477-3733, FAX (206) 296-9009

I CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed the seal of said Superior Court at my office at Kent on this date

JUL 16 2024

CATHERINE CORNWALL, Superior Court Clerk

By_____
Deputy Clerk

V. CHOUNRAMANY

JUDICIAL NOTICE EXHIBIT E

Case Number: 24-1-02680-7
Date: August 09, 2024
Serial ID: 24-452350-6131767G2M
Certified By: Catherine Cornwall
King County Clerk, Washington



**FILED**
KING COUNTY, WASHINGTON

AUG 06 2024

SUPERIOR COURT CLERK
BY Pilar Barton
DEPUTY

### SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

STATE OF WASHINGTON,

                                    Plaintiff,

vs.

KURT ALDEN BENSHOOF,

                                    Defendant,

**No.** 24-1-02680-7 SEA

**CONDITIONS OF RELEASE FOR DEFENDANT**

(ORECRP)
Clerk's action required

Defense ☐ reserved argument on conditions of release ☒ argued for less restrictive conditions of release:

IT IS HEREBY ORDERED that the above-named defendant shall be released from the King County jail on the following conditions until further order of the court:

☐ On personal recognizance
☐ On personal recognizance on condition that the defendant report to
    ☐ Community Center for Alternative Programs (CCAP) Basic and follow Conditions of Conduct.
    ☐ Community Center for Alternative Programs (CCAP) Enhanced and follow Conditions of Conduct.
☒ On execution of a surety bond or other surety or cash in the amount of $__ $ 250,000_____ ☐ already posted
☐ On execution of a surety bond or other surety in the amount of $_____ or on posting of cash in the amount of $_____. + victim notification
☒ Electronic Home Monitoring (EHM) ☒ with GPS monitoring, and follow Conditions of Conduct ☒ if bond posted
☐ South King County Pretrial Assessment and Linkage Services (PALS) and follow Conditions of Conduct
☒ Have no contact, directly, or indirectly in person, in writing, or by phone, personally or through another person, with:
Jessica Owen, Ms. Owen's children, and Magalie Lerman

☐ Above-named defendant is not to leave the State of Washington without specific approval by court order.
☒ On condition: **No new law violations; keep address updated with the court; appear at all future court hearings pursuant to CrR 3.4; maintain contact with counsel; abide by all no contact orders.**
_____
_____

In addition to the above conditions, the above-named defendant shall commit no crimes.

**Warning to defendant:** If you have been charged with a **serious offense as defined in RCW 9.41.010**\*\* or have other otherwise been prohibited from possessing firearms you may NOT legally possess, or control a firearm. If so, and you are free on bond or personal recognizance and own, possess, or control a firearm, you can be charged with a felony.

DATED this _____ day of _____, 20____.                    Judge Melinda J. Young

                                    Judge

AUG 06 2024

**Statement by the defendant:** My address and telephone number will be _____

**CONDITIONS OF RELEASE FOR DEFENDANT**
(ORECRP) - Page 1 of 3
Revised: 09/2022

I HAVE READ THIS ORDER. I understand that if I violate conditions of release, I may face consequences including but not limited to additional charges and or the issuance of bench warrant pursuant to CrR 3.2.

_declined to sign_
Defendant

The defendant appeared  ☐ In person; ☐ Through counsel; ☐ Remotely

I am fluent in the _____ language, and I have translated this entire document for the defendant from English into that language. I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Interpreter: _____        Date: _____

**CONDITIONS OF RELEASE FOR DEFENDANT**
*(ORECRP) - Page 2 of 3*
*Revised: 09/2022*

** **Serious Offenses include the following:**

Any Class A felony
Any Attempt to Commit a Class A felony
Any Solicitation or Conspiracy to Commit a Class A felony
Any Class B felony with a Sexual Motivation finding
Any felony with a Deadly Weapon finding

| | |
|---|---|
| Assault 2º | Assault of a Child 2º |
| Arson 2º | Burglary 2º |
| Extortion 1º | Child Molestation 2º |
| Indecent Liberties | Incest with victim under 14 |
| Kidnapping 2º | Leading Organized Crime |
| Manslaughter 1º and 2º | Promoting Prostitution 1º |
| Rape 3º | Drive-by Shooting |
| Residential Burglary | Robbery 2º |
| Sexual Exploitation | |

Vehicular Homicide and Assault (except DSO)
Felony violations of RCW 69.50 with a maximum sentence of at least 10 years.
These include:

1. Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver:
   a. A schedule I or schedule II narcotic (e.g. cocaine, heroin)
   b. Methamphetamine or amphetamine
   c. Flunitrazepam (Rohypnol)
2. Conspiracy to commit offense listed above
3. Delivery of a Controlled Substance to a Minor
4. Possession of Pseudoephedrine with Intent to Manufacture Methamphetamine

| Case Number: | 24-1-02680-7 |
|---|---|
| Date: | August 09, 2024 |
| Serial ID: | 24-452350-6131767G2M |
| Certified By: | Catherine Cornwall |
| | King County Clerk, Washington |

I, CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed this Seal of said Superior Court at my office at Seattle.



Catherine Cornwall, King County Clerk



**Instructions to recipient:** If you wish to verify the authenticity of the certified document that was transmitted by the Clerk, you must create and/or sign-in to your KC Script Portal account. Only e-certified documents that were directly ordered through the KC Script Portal can be verified through this tool.

Sign in to KC Script Portal:

**https://dja-prd-ecexap1.kingcounty.gov/**

After you login to your account, click Certified Copy Verification from the black ribbon menu at the top of the screen. There you will enter the following Serial ID.

Serial ID:     **24-452350-6131767G2M**

This document contains 3 page plus this sheet, and is a true and correct copy of the original that is of record in the King County Clerk's Office. The copy associated with Serial ID will be displayed by the Clerk.

JUDICIAL NOTICE EXHIBIT F

Case Number: 24-1-02680-7
Date: May 19, 2025
Serial ID: 25-095788-8945328C3D
Certified By: Catherine Cornwall
King County Clerk, Washington

ØŠÒÖ
Œ€ŒÍ•ÛÚÂ•Ì
SŒ•Õ•ÆÕˆUWÞŸ
ÙÛÚÒ•ÚÇÙÆÕˆUWÛÚˆŠÒÒÜŠ

ÔŒÏÒ•Â¥WÍÆˆ‡‡ŒÍ•Ì•ÌÆÍ•ŒŒ

---

## IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF KING

STATE OF WASHINGTON
,
                                        **Plaintiff**

vs.

Kurt Benshoof                NO. 24-1-02680-7 SEA
,
                                        **Defendant**

---

_____ Bond _____ **is attached.**

L:/forms/gr14coversheet

2 04 - 008067
20:41
11 EVB - 02L

| United States Fire Insurance Company | Bail Producer's Name, Address, Phone and Bail License # |
|---|---|
| **United States Fire Insurance Company**<br>**11490 Westheimer Rd., Suite 300  77077**<br>**P.O. Box 2807 • Houston, Texas 77252-2807**<br>**(713) 954-1800 • FAX (713) 954-8389**<br>**Email: CourtNotices@cfins.com** | ALL CITY BAIL BONDS<br>601 6th AVE<br>Seattle, WA 98104<br>206-622-9999<br>P.O BOX 24307 Seattle, WA 98124 |

Power of Attorney # ___U250-21826751___

In the ___King Co Superior___ Court, County of ___King___ Washington

The State of Washington                    No.___24.1.02680.7___

VS:

___Kurt Benshoof___
Defendant

Know All Men by These Presents:

That we ___Kurt Benshoof___ as Principal and United States Fire Insurance Company, a Delaware Corporation, as Surety are held and firmly bound to the ___King Co Superior___ Court in the Penal Sum of ___250,000.00___ Dollars ($ ___250,000.00___ ), for the payment of which will and truly to be made, we bind ourselves and our heirs, executors, and administrators firmly by these presents.

Now the conditions of the above obligation are such that if the above named principal shall be and appear before the ___King Co Superior___ Court, County of ___King___, State of Washington on this date: _____ at _____.M. to answer the charge of ___Stalking, Eluding Police x2___ and from day to day thereafter as ordered and not depart therefrom without permission of the court, then this obligation is void, otherwise to remain in full force and effect.

Signed this date: ___11/14/2024___

_____          _____
Defendant                                        Attorney in Fact

THIS BOND IS VOID IF WRITTEN FOR AN AMOUNT GREATER THAN THE POWER OF ATTORNEY ATTACHED HERETO, IF MORE THAN ONE SUCH POWER IS ATTACHED OR WRITTEN AFTER THE EXPIRATION DATE SPECIFIED ON THE ATTACHED.

Approved by me this date: _____  _____

NOTE: THIS IS AN APPEARANCE BOND AND CONNOT BE CONSIDERED AS A GUARANTEE FOR FAILURE TO PROVIDE PAYMENTS, BACK ALIMONY PAYMENTS, FINES, OR WAGE LAW CLAIMS, NOR CAN IT BE USED AS A BOND ON APPEAL.

APPROVED AS TO FORM BY
KC PROS. ATTORNEY
DATE  11 | 15 | 24

Washington Face Sheet USFIC

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A VOID PANTOGRAPH PRINTED ON SECURITY PAPER WITH A TRUE WATERMARK

UNITED STATES FIRE INSURANCE COMPANY
157 Main Street, Greenville, PA 16125
P.O. Box 806, Greenville, PA 16125
(800) 245-0366 | FAX (724) 588-8801
Email: CourtNotices@cfins.com

# POWER OF ATTORNEY

POWER NO.    ***U250-21826751***

POWER AMOUNT $ ***250,000.00***

This Power of Attorney is granted pursuant to Article IV of the By-Laws of UNITED STATES FIRE INSURANCE COMPANY as now in full force and effect.  Article IV, Execution of Instruments.  Except as the Board of Directors may authorize by resolution, the Chairman of the Board, President, Vice President, Assistant Vice President, Secretary or any Assistant Secretary shall have power on behalf of the Corporation:  (a) to execute, affix the corporate seal manually or by facsimile to, acknowledge, verify and deliver any contracts, obligations, instruments and documents whatsoever in connection with its business, including, without limiting the foregoing, any bonds, guarantees, undertakings, recognizances, powers of attorney or revocations of any powers of attorney, stipulations, policies of insurance, deeds, leases, mortgages, releases, satisfactions and agency agreements; (b) to appoint in writing, one or more persons for any or all of the purposes mentioned in the preceding paragraph (a) including affixing the seal of the Corporation.  Authority of such Attorney-In-Fact is limited to appearance bonds and cannot be construed to guarantee defendants future lawful conduct, adherence to travel limitations, fines, restitution, payments or penalties of any other condition imposed by a court not specifically related to court appearance.

This Power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Bonds or Immigration Bonds. This power void if altered or erased, void if used with other powers of this Company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once.

**The obligation of the Company shall not exceed the sum of**    ****Two Hundred Fifty Thousand Dollars and Zero Cents****
and provided this Power of Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power of Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, UNITED STATES FIRE INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this **14** of **nov**    **2024**

DAY     MONTH     YEAR

Bond Amount $ 250,000    Gross Premium $ _____

Defendant    Kurt Benshoof

Charges    Stalking, eluding police #2

Court    King Co Superior    By _____
Michael Ziemer
Senior Vice President

Case No.    24.1.02680.7

City    Seattle    State Wa    VOID IF NOT ISSUED BY:    03/31/2025

If rewrite, original No. _____

Executing agent    C. Puri    **FOR STATE USE ONLY**
NAME    **NOT VALID IF USED IN FEDERAL COURT**

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES A SECURITY BACKER

S-0075US  USFIC Bail Bond  REV (07/22)

COURT COPY

*UNITED STATES FIRE INSURANCE COMPANY*
*DELAWARE*

| Case Number: | 24-1-02680-7 |
| --- | --- |
| Date: | May 19, 2025 |
| Serial ID: | 25-095788-8945328C3D |
| Certified By: | Catherine Cornwall |
| | King County Clerk, Washington |

I, CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed this Seal of said Superior Court at my office at Seattle.



Catherine Cornwall, King County Clerk



**Instructions to recipient:** If you wish to verify the authenticity of the certified document that was transmitted by the Clerk, you must create and/or sign-in to your KC Script Portal account. Only e-certified documents that were directly ordered through the KC Script Portal can be verified through this tool.

Sign in to KC Script Portal:

**https://dja-prd-ecexap1.kingcounty.gov/**

After you login to your account, click Certified Copy Verification from the black ribbon menu at the top of the screen. There you will enter the following Serial ID.

Serial ID:     **25-095788-8945328C3D**

This document contains 3 page plus this sheet, and is a true and correct copy of the original that is of record in the King County Clerk's Office. The copy associated with Serial ID will be displayed by the Clerk.

JUDICIAL NOTICE EXHIBIT G

Case Number: 24-1-02680-7
Date: May 19, 2025
Serial ID: 25-095788-8945329U9I
Certified By: Catherine Cornwall
King County Clerk, Washington



**FILED**
KING COUNTY, WASHINGTON

NOV 2 6 2024

SUPERIOR COURT CLERK
BY Amal Ibrahim
DEPUTY

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### IN AND FOR THE COUNTY OF KING

|  |  |
|---|---|
| **STATE OF WASHINGTON,** | **CAUSE NO. 24-1-02680-7 SEA** |
| Plaintiff | **BA NO. 2024-008067** |
| | **UCN: 105180** |
| **vs.** | |
| | **Conditions of Conduct for Persons Ordered** |
| **KURT ALDEN BENSHOOF,** | **by the King County Superior Court into** |
| | **Electronic Home Detention** |
| Defendant | **(EHD)** |
| | **(ORDTLRA)** |
| | ☐ **An interpreter is needed.  Language:** |

The following are court-imposed conditions of conduct for participation in King County's Electronic Home Detention (EHD) Program.  Compliance with these conditions of conduct shall be monitored by the King County Department of Adult and Juvenile Detention (DAJD) as specified herein.  Your continued participation in EHD is subject to strict compliance with the following conditions:

1. **You shall commit no crimes.**  DAJD shall monitor bookings into the King County Correctional Facility and the Regional Justice Center for violations of any local, state, federal law, or court order.  Any booking will result in your removal from EHD and incarceration into secure confinement.

2. **You shall not use controlled substances without a valid prescription and shall not consume alcohol beginning from the date of this order.**  Any use of controlled substances, other than as prescribed by a physician, will be considered a violation.  You will submit to urinalysis testing as ordered, including a baseline urinalysis to determine the levels of THC within 5 days of beginning participation in EHD and if the THC level does not decrease in your next urinalysis test, this will be considered a violation.  DAJD shall monitor compliance with this condition by random urinalysis and breathalyzer testing [  ]1 or [  ]2 times every 30 days.  Violation of this condition or failure to submit to testing on demand will result in removal from EHD and incarceration into secure detention.

3. **You shall attend all court ordered therapy and treatment.  You must provide a Release of Information to DAJD to verify your compliance.**  DAJD shall make phone contact with the therapy and treatment providers [  ]1 or [  ]2 times every 30 days to verify compliance beginning 14 days from the date of this order.  Non-compliance will result in removal from EHD and incarceration into secure detention.

---

1
EHD  CONDITIONS OF CONDUCT                                                                                          Page 1
Revised 2/2024
White – Clerk's Office
Green – King County Jail
Canary – Prosecutor
Pink – Defendant

State of Washington v. Benshoof, No. 24-1-02680-7 SEA, (K. Cty. Sup. Ct. Nov. 26, 2024).          Judicial Notice G 1/4

4. **You shall attend work or school.  You must provide DAJD with a time sheet to be completed upon arrival and departure by a representative at your work or school.  You must present this time sheet to DAJD staff when requested.**  Also, DAJD shall monitor compliance with the terms of this condition by contacting the employer or school [x]1 or [ ]2 times every 30 days.  Non-compliance will result in removal of EHD and incarceration into secure detention.

5. **You shall be on time when reporting to meetings with DAJD staff.**  Sixty (60) minutes late or more will result in your removal from EHD and incarceration into secure detention.

6. **You must obtain pre-approval to work overtime.**  Failure to secure pre-approval for overtime work will result in removal from EHD and placement into secure detention.

7. **You shall not forge a document or provide false information to DAJD staff.**  Forging a document, or providing false information known to DAJD staff will result in removal from EHD and incarceration into secure detention.

8. **You shall maintain an active phone line.**  DAJD staff must be provided with a current phone number.

9. **You must not remove the EHD monitoring equipment that was placed on your person or in your home.  You must keep the monitoring equipment free of interference or physical damage. You must return the equipment upon termination or completion of EHD.**  Tampering with, interfering with, disabling, stealing, physically damaging, or destroying the EHD monitoring equipment will result in removal from EHD and incarceration into secure confinement.

10. **You must comply with the curfew and curfew conditions set by DAJD staff.**  The EHD monitoring equipment will monitor your daily adherence to the curfew.  Leaving your residence early or returning late without DAJD pre-authorization will violate the curfew.  Sixty (60) minutes late or more will result in your removal from EHD and incarceration into secure detention.

11. **You must obtain permission from DAJD staff prior to making a change in your residence. The court will need to approve any change in address if requested by DAJD.**

12. **You will be removed from EHD and placed in secure detention if you receive three written warnings in a 30-day period for being less than 60 minutes late in violation of conditions 5 and 11 above.**

DONE IN OPEN COURT this ___26th___ day of November, 2024

_____
SUZANNE PARISIEN, JUDGE

EHD  CONDITIONS OF CONDUCT                                                                                      Page 2
Revised 2/2024
White – Clerk's Office
Green – King County Jail
Canary – Prosecutor
Pink – Defendant

State of Washington v. Benshoof, No. 24-1-02680-7 SEA, (K. Cty. Sup. Ct. Nov. 26, 2024).                    Judicial Notice G 2/4

JUDICIAL NOTICE [Order of Detention / Less Restrictive Alternative

I, <u>KURT ALDEN BENSHOOF,</u> have read, or have had read to me, the above court ordered conditions of conduct for participation in the Electronic Home Detention Program monitored by the King County Department of Adult and Juvenile Detention. I understand what is required of me for participation in this program and agree to abide by the conditions as stated herein. I also understand that if I fail to comply with these conditions of conduct, I will be immediately returned to incarceration in secure detention or placed in the Work Education Release Program (WER).

_____
Signature of Defendant

November 26, 2024
_____
Date

**\*(This must be completed to transfer clients to EHD)**

My address and telephone number will be:   (425) 553-8112
(206) 321-5662
22701 42nd Place W, Mountlake Terrace, WA 98043

### Interpreter's Declaration

I am a certified interpreter or have been found otherwise qualified by the court to interpret in the _____ language, which the defendant understands, and I have translated the EHD Conditions of Conduct Order for the defendant from English into that language.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Interpreter Signature: _____   Dated: _____

3
EHD CONDITIONS OF CONDUCT
Revised 2/2024
White – Clerk's Office
Green – King County Jail
Canary – Prosecutor
Pink – Defendant

Page 3

State of Washington v. Benshoof, No. 24-1-02680-7 SEA, (K. Cty. Sup. Ct. Nov. 26, 2024).            Judicial Notice G 3/4

| Case Number: | 24-1-02680-7 |
|---|---|
| Date: | May 19, 2025 |
| Serial ID: | 25-095788-8945329U9I |
| Certified By: | Catherine Cornwall |
| | King County Clerk, Washington |

I, CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed this Seal of said Superior Court at my office at Seattle.




Catherine Cornwall, King County Clerk



**Instructions to recipient:** If you wish to verify the authenticity of the certified document that was transmitted by the Clerk, you must create and/or sign-in to your KC Script Portal account. Only e-certified documents that were directly ordered through the KC Script Portal can be verified through this tool.

Sign in to KC Script Portal:

**https://dja-prd-ecexap1.kingcounty.gov/**

After you login to your account, click Certified Copy Verification from the black ribbon menu at the top of the screen. There you will enter the following Serial ID.

Serial ID:     **25-095788-8945329U9I**

This document contains 3 page plus this sheet, and is a true and correct copy of the original that is of record in the King County Clerk's Office.  The copy associated with Serial ID will be displayed by the Clerk.

JUDICIAL NOTICE EXHIBIT H

Case Number: 24-1-02680-7
Date: May 19, 2025
Serial ID: 25-095788-8945330B4B
Certified By: Catherine Cornwell
King County Clerk, Washington

ØŠÒÖ
ŒŒĜ ÁþÛXÁĜ
SŒÕÃÕŪŴÞVŸ
ŪŴÚÛÕŌÜÃÕŪŴÜVÃÒŠÒÜS

ÒŒÜÒÃÀŒĜ ÊŒĜ Ì €ĔÁÜÒŒ



## SUPERIOR COURT OF THE STATE OF WASHINGTON COUNTY OF KING

| | |
|---|---|
| **STATE OF WASHINGTON,** | NO. 24-1-02680-7 SEA |
| Plaintiff, | |
| v. | ORDER on hearing 11/26/24 |
| Kurt Benshoof | |
| **Defendant.** | (ORCM) |
| | ☐ *Clerk's Action Required* |

☐ Plaintiff   ☐ Defendant moves the Court for an order _____

Hearing to sign release conditions and
EHD application packet for release ; now, therefore, it is hereby

ORDERED prior release conditions remain in
effect. Filings to be by his attorney
of record. Abide by all no contact orders.

DONE IN OPEN COURT this 26 day of November, 20 24.

_____
**JUDGE** Suzanne Parisien

_____, WSBA# 48975
Deputy Prosecuting Attorney

_____, WSBA# TN 026617
Attorney for the Defendant
PHV

ORDER ON CRIMINAL MOTION
REVISED 1-2013

| | |
|---|---|
| Case Number: | 24-1-02680-7 |
| Date: | May 19, 2025 |
| Serial ID: | 25-095788-8945330B4B |
| Certified By: | Catherine Cornwall |
| | King County Clerk, Washington |

I, CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed this Seal of said Superior Court at my office at Seattle.



Catherine Cornwall, King County Clerk



**Instructions to recipient:** If you wish to verify the authenticity of the certified document that was transmitted by the Clerk, you must create and/or sign-in to your KC Script Portal account. Only e-certified documents that were directly ordered through the KC Script Portal can be verified through this tool.

Sign in to KC Script Portal:

**https://dja-prd-ecexap1.kingcounty.gov/**

After you login to your account, click Certified Copy Verification from the black ribbon menu at the top of the screen. There you will enter the following Serial ID.

Serial ID:   **25-095788-8945330B4B**

This document contains 1 page plus this sheet, and is a true and correct copy of the original that is of record in the King County Clerk's Office.  The copy associated with Serial ID will be displayed by the Clerk.

JUDICIAL NOTICE EXHIBIT I

## IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE

THE CITY OF SEATTLE, PLAINTIFF

vs

_Kurt Benshoof_, Defendant

### Judgment & Sentence Order

Case # _671384_

☒ Suspended Sentence _60_ months
☐ Deferred Sentence _____ months
☐ Jail and Close
☐ Clerk's Action Required: DOL notice

The defendant has been found guilty of the following charges by ☐ plea of guilty ☒ verdict ☐ finding of the court. The court imposes the following sentence:

Count 1, charge of _See attachment A_ days in jail and suspends _____ days; and a fine of $ _____ with $ _____ suspended.
Count 2, charge of _____, _____ days in jail and suspends _____ days; and a fine of $ _____ with $ _____ suspended.
Count 3, charge of _____, _____ days in jail and suspends _____ days; and a fine of $ _____ with $ _____ suspended.
Count 4, charge of _____, _____ days in jail and suspends _____ days; and a fine of $ _____ with $ _____ suspended.
Count 5, charge of _____, _____ days in jail and suspends _____ days; and a fine of $ _____ with $ _____ suspended.

The jail time is ☐ concurrent ☒ consecutive with _all counts_ with credit for time served
_in 671384 to run consecutively_

Jail time to be served as follows:

Serve a total of _364_ days in jail with credit for time served. Defendant shall report by _____
Serve a total of _____ days Electronic Home Monitoring ☐ with BAC, ☐ with credit for time served
☐ other alternative means of confinement: _____

As a condition of deferred sentence, the defendant shall serve _____ days in jail and pay $ _____ in fines/court costs.

☐ For the crime(s) charged in count(s) _____, domestic violence – intimate partner was pled and proved. RCW 9A.36.041(4).

☒ For the crime(s) charged in count(s) _1-7_, domestic violence (other) was pled and proved. RCW 10.99

☐ This crime is an offense which requires sex or kidnapping offender registration, or is one of the following offenses, assault in the fourth degree domestic violence, assault in the fourth degree with sexual motivation, communication with a minor for immoral purposes, custodial sexual misconduct in the second degree, failure to register, harassment, patronizing a prostitute, sexual misconduct with a minor in the second degree, stalking, indecent exposure or violation of a sexual assault protection order. Therefore, the defendant shall have a biological sample collected for purposes of DNA identification analysis. This paragraph does not apply if it is established that the Washington State Patrol crime laboratory already has a sample from defendant for a qualifying offense. RCW 43.43.754. Failure to give a biological sample is a gross misdemeanor.

### CONDITIONS OF DEFERRED OR SUSPENDED SENTENCE

PROB. The Defendant is referred to the Seattle Municipal Court Probation/Pretrial Services. Defendant to abide by all their rules and regulations. The defendant shall report immediately following court or the next Court Day after release from jail/custody, whichever is sooner to: ☐ General (Active) Probation – 8th Floor
☐ ROI Only – 8th Floor    ☐ IID Only – 8th Floor
☐ Financial Compliance – 1st Floor    ☐ Community Service – 8th Floor

**All offices are in The Seattle Justice Center, 600 FIFTH AVENUE, SEATTLE, WA**
**Open Monday to Friday 8:00 AM – 4:30 PM (except Holidays)**

**JUDGMENT & SENTENCE ORDER**                                    Case # __671384__

| | | |
|---|---|---|
| NCLV | ☒ | Commit no criminal violations of law. |
| CADD | ☒ | Report changes of address to the Court within twenty-four hours of obtaining a new address. |
| NVOI | ☐ | Do not drive a motor vehicle without a valid license and proof of insurance. |
| NDRO | ☐ | Commit no alcohol/drug-related infractions. |
| ABST | ☐ | Use no alcoholic beverages or non-prescribed controlled drugs, including cannabis. |
| DON'T | ☐ | Not refuse to take a blood/breath test when asked to do so by a law enforcement officer. |
| NTSI | ☐ | Complete ☐ Level 1  ☐ Level 2 (Aggressive driving) traffic school per court orders |
| CDAT | ☐ | Obtain a substance use evaluation and complete follow up treatment as required by ☐ Treatment Agency  ☐ Probation |
| ADIS | ☐ | Complete Alcohol & Drug Information School within _____ days. |
| DWIV | ☐ | Complete Victim Panel within _____ days. |
| DVIP | ☐ | Enter and successfully complete Domestic Violence Intervention Project. |
| NCO | ☒ | No contact with _Jessica Owen, Magale Lerman, A.R.W._ or entry into _____ ☒ per written order. |
| NOWP | ☒ | Possess no weapons.   ☒ Forfeit weapons by _____ |
| | ☐ | **Department of Licensing Notice-Violation of RCW 9.41.270/9.41.280.** Count _____ is (a) violation of RCW9.41.270/9.41.280 (unlawful carrying or handling of weapons/knowingly possessing a dangerous weapon where prohibited), gross misdemeanors for which the penalty includes loss of the defendant's concealed pistol license, if any. **Clerk's action-** The clerk shall forward a Notice of Revocation of Concealed Pistol License to DOL. |
| ANGC | ☐ | Complete anger management class. |
| DNA | ☐ | Provide biological sample for DNA identification analysis. |
| SOAP | ☐ | Stay out of areas of prostitution. ☐ SODA Stay out of drug areas. |
| HIVT | ☐ | Complete an HIV test within _____ days. |
| SSEX | ☐ | Complete crime-related class within _____ days. _____ |
| | ☐ | Comply with mental health treatment at _____ |
| MHDT | ☐ | Mental health evaluation and complete follow-up treatment as required by ☐ treatment agency ☐ probation. |
| | ☐ | Defendant must have entered classes/treatment no later than _____ days from today. |
| CSHS | ☐ | Perform _____ Hours of Community Service within _____ days. |
| | ☐ | Complete parenting classes. _____ |
| | | Other: _____ |

_____

**Payment of financial obligations and timely reporting to jail/alternative confinement are conditions of suspended/deferred sentence. Failure to comply may result in additional jail time.**

☐ Fines and fees have been reduced or suspended pursuant to RCW 3.62.010 / 35.20.255
☒ The defendant is indigent as defined in RCW 10.101.010(3)(a)-(c). The defendant shall pay the following:

| FINE | $ | | | | |
|---|---|---|---|---|---|
| COST | CCFE | $ 43 | CRAS | $ | CLAF | $ |
| Other | | $ | | | CCF | $ |
| PROST | PPIA | $ | SIVF | $ | STDC | $ |
| DV | DVPR | $ 30.75 | DVOA | $ 100 | DVPA | $ 15 |
| REST | Emergency Response Restitution RCW 38.52.430   ☐TBD | | To: | | | $ |
| | Restitution | To: | | | ☐TBD | $ |
| ☐ Fines & Fees suspended except Restitution | | $ | Converted to ___ Community Service Hours | | | |
| **Total Due** | $ - 188.75 | | $ | Suspended | | |

31-011 Judgment and Sentence May 2022                                              2

City of Seattle v. KURT A BENSHOOF, No. 671384, (Sea. Muni. Ct. Feb. 24, 2025)                    Judicial Notice I 2/3

**JUDGMENT & SENTENCE ORDER**                                      Case # _671384_

| DEFENDANT TO PROVIDE INFORMATION IN BOX |
| --- |
| No defendant signature required pursuant to GAO 2023-01 |
| (Defendant's signature): First Name, MI, Last Name |
| DEFENDANT'S MAILING ADDRESS |
| CITY          ZIP          PHONE NUMBER |

_2-24-25_
DATED

JUDGE/PRO TEM

_54342_
PROSECUTING ATTORNEY      WSBA#

DEFENSE ATTORNEY      WSBA#

### RIGHTS, CONDITIONS AND WARNINGS

1. **PUNCTUAL APPEARANCES.** You must appear in court at any time requested by the court throughout the period of time you have been placed on a deferred sentence or suspended sentence. You must pay all fines, costs and assessments when due. You must appear at the date and time assigned by the court or jail ready to serve your commitment.

2. **ADDRESS CHANGES.** You must keep the court and probation advised of all address changes.

3. **PROBATION.** If you are placed on probation, you must contact the probation office after you are sentenced, immediately following court or within 36 hours (or next working day) after release from jail/custody per the Judgment and Sentence Order. If the court orders you to appear at a hearing regarding your compliance with probation and you fail to attend the hearing, your term of probation is tolled (the time does not count) until you appear on the record.

4. **EMPLOYMENT AND NEW VIOLATIONS.** You must keep the probation office informed of your employment status and any new violations of the law.

5. **UA, BA.** You must submit to a urinalysis or breath analysis upon request of your probation officer.

6. **PROOF OF COMPLIANCE.** In each instance where you are requested to file proof of a condition checked on the Judgment and Sentence, the proof must be in writing, signed by the person supervising the required program and written on the agency's letterhead. The proof of completion must be filed with the probation office.

7. **RESTITUTION.** Restitution must be paid as per this Judgment and Sentence Order. A check must include the case number. A restitution obligation may be enforced in the same way a civil judgment is enforced, including real property lien. A restitution obligation may be enforced up to 10 years following your release from confinement or from the date of Judgment and Sentence whichever is longer and may be extended an additional 10 years if the court finds that you did not make a good faith attempt to pay.

8. **FAILURE TO MEET CONDITIONS.** Failure to meet any of the conditions checked off on the Judgment and Sentence or any of the conditions numbered 1 through 8 above, to appear as scheduled, and/or to pay financial obligations as scheduled may result in the filing of additional criminal charges; the issuance of a bench warrant for your immediate arrest, the revocation of your suspended sentence, the imposition of warrant costs, the suspension of your driver's license and the referral of your fines to a collection agency. If the suspended sentence is revoked because of failure to meet conditions, you are subject to the imposition of the maximum sentence and fine as permitted by law or such portion thereof as the court deems appropriate. This order shall remain in effect through the period of the suspended sentence until and unless changed by further order of the court.

9. **APPEAL RIGHTS.** You have the right to appeal the conviction pursuant to the Rules for Appeal (RALJ) or Criminal Rule 9.1 (CrRLJ). Unless a Notice of Appeal is filed in this court within 30 days after entry of the Judgment and Sentence or order appealed from, the right to appeal is waived. The Notice of Appeal must be served on all other parties. The court clerk will, if requested, supply a Notice of Appeal form. You have the right to an attorney on appeal. If you are unable to pay the costs, you have the right to have a lawyer appointed and portions of the trial record necessary for review prepared at public expense for an appeal.

10. **COLLATERAL ATTACK.** You may not file petitions or motions for collateral attack on a Judgment and Sentence more than one year after the judgment becomes final. "Collateral attack" means any form of post conviction relief other than direct appeal and includes, but is not limited to, petitions for personal restraint or habeas corpus, or motions to vacate judgment, withdraw a guilty plea, arrest judgment or for a new trial.

JUDICIAL NOTICE EXHIBIT J



**The City of Seattle**, PLAINTIFF

vs

**BENSHOOF, KURT A**, DEFENDANT

DOB: 07-18-1969

**Order of Commitment**

☐ Amended

CASE: **671384**

Police Report Number - 23-021770

UCN: 10518097

BA NUMBER: 2024008067

| **Charge(s):** | # | Statute | Descriptions |
|---|---|---|---|
| | 1 | R9A.46.110 | STALKING    (DM) |
| | 2 | R9A.46.110 | STALKING    (DM) |
| | 3 | 12A.06.300 | CUSTODIAL INTERFERENCE   **(364/0)** |
| | 4 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 5 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 6 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 7 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 8 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 9 | R07.105.450 | Violation of a Vulnerable Adult Protection Order - Invalid **(364/156)** |
| | 10 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER **(364/156)** |
| | 11 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER **(364/156)** |
| | 12 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER **(364/156)** |
| | 13 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER **(364/156)** |
| | 14 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER **(364/156)** |
| | 15 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 16 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 17 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 18 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| | 19 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 20 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 21 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 22 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 23 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 24 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 25 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 26 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 27 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 28 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 29 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 30 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 31 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 32 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 33 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 34 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| | 35 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |

Court Information Line: (206) 684-5600                     http://www.seattle.gov/courts/
35-01 Order of Commitment (**5110**), Feb 2024                                    Page 1 of 3
Created on: 02-24-2025 at 15:25

City of Seattle v. KURT A BENSHOOF, No. 671384, (Sea. Muni. Ct. Feb. 24, 2025).                     Judicial Notice J 1/3

JUDICIAL NOTICE of Search Warrant for Kurt Benshoof



| | | |
|---|---|---|
| 36 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 37 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 38 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 39 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 40 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 41 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 42 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 43 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 44 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 45 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 46 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 47 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 48 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 49 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 50 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 51 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 52 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 53 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 54 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 55 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 56 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 57 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 58 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 59 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 60 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 61 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER(DM) |
| 62 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 63 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 64 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 65 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER(DM) |
| 66 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 67 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 68 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 69 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 70 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 71 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 72 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 73 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 74 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 75 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 76 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 77 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 78 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 79 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER  (DM) |
| 80 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 81 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 82 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 83 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |

Court Information Line: (206) 684-5600                    http://www.seattle.gov/courts/
35-01 Order of Commitment (**5110**), Feb 2024                                Page 2 of 3
Created on: 02-24-2025 at 15:25

City of Seattle v. KURT A BENSHOOF, No. 671384, (Sea. Muni. Ct. Feb. 24, 2025).                    Judicial Notice J 2/3



**Seattle**
Municipal Court

| 84 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER(DM) |
| 85 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER(DM) |
| 86 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER(DM) |
| 87 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 88 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER (DM) |
| 89 | R7.105.450 | VIOLATION OF A VULNERABLE ADULT PROTECTION ORDER(DM) |

It is hereby ordered that the defendant is:

**X** **Committed to King County Jail:**

☒ Sentenced to **724** days with credit for time served.

☒ To run **consecutively** with **each count**

☒ No Contact with: **A.R.W. DOB: 04/22/2009;  Jessica Owen DOB: 11/23/1975; Magalie Lerhman DOB: 01/31/1986.**

☒ Other: **To be given credit from 07/03/2024-11/27/2024 on BA 2024008067, 148 days**

**Next Hearing Date: – in .**

**This order supersedes all prior Orders of Release/Orders Setting Bail/Commitments on this case.**

**February 24, 2025**
Court Staff: **AA**

Courtroom: **10th Floor - 1003**                    Judge: **Andrea Chin**

Court Information Line: (206) 684-5600                    http://www.seattle.gov/courts/
35-01 Order of Commitment (**5110**), Feb 2024                    Page 3 of 3
Created on: 02-24-2025 at 15:25

City of Seattle v. KURT A BENSHOOF, No. 671384, (Sea. Muni. Ct. Feb. 24, 2025).                    Judicial Notice J 3/3

JUDICIAL NOTICE EXHIBIT K

Case Number: 24-1-02680-7
Date: May 19, 2025
Serial ID: 25-095709-8943964E1N
Certified By: Catherine Cornwall
King County Clerk, Washington



FILED
KING COUNTY, WASHINGTON

APR 1 1 2025

SUPERIOR COURT CLERK
BY Rebecca Gardner
DEPUTY

# SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

|  |  |  |
|---|---|---|
| STATE OF WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-1-02680-7 SEA |
| | ) | |
| vs. | ) | **JUDGMENT AND SENTENCE** |
| | ) | **FELONY (FJS)** |
| KURT ALDEN BENSHOOF, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## I. HEARING

I.1   The defendant, the defendant's lawyer, Jack Edward Ambrose, and the deputy prosecuting attorney were present at the sentencing hearing conducted today. Others present were: _____
_____
_____

## II. FINDINGS

There being no reason why judgment should not be pronounced, the court **finds**:
2.1   **CURRENT OFFENSE(S)**: The defendant was found guilty on 03/11/2025
 by Jury Verdict of:

Count No.: 1   Crime: Felony Stalking
RCW: 9A.46.110(1), (5)(b)                    Crime Code: 02230
Date of Crime: 11/03/2021 through 07/08/2024

☐ Additional current offenses are attached in **Appendix A**

Rev. 6/20/23                                    1

**SPECIAL VERDICT or FINDING(S):**

(a) ☐ While armed with a **firearm** in count(s) _____ RCW 9.94A.533(3).

(b) ☐ While armed with a **deadly weapon** other than a firearm in count(s) _____ RCW 9.94A.533(4).

(c) ☐ With a **sexual motivation** in count(s) _____ RCW 9.94A.835.

(d) ☐ A V.U.C.S.A offense committed in a **protected zone** in count(s) _____ RCW 69.50.435.

(e) ☐ **Vehicular homicide** ☐ Violent traffic offense ☐ DUI ☐ Reckless ☐ Disregard.

(f) ☐ **Vehicular homicide** by DUI with _____ prior conviction(s) for offense(s) defined in RCW 46.61.5055, RCW 9.94A.533(7).

(g) ☐ **Non-parental kidnapping** or unlawful imprisonment with a minor victim. RCW 9A.44.128, .130.

(h) ☑ **Domestic violence – intimate partner** as defined in RCW 10.99.020, RCW 7.105.010, and RCW 9A.36.041(3) was pled and proved for count(s)  1 .

(i) ☐ Crime before 7/28/19:  **Domestic violence (other)** as defined in former RCW 10.99.020 was pled and proved for count(s)_____.

(j) ☐ Crime on or after 7/28/19:  **Domestic violence – family or household member** as defined in RCW 10.99.020 and RCW 7.105.010 was pled and proved for count(s)_____.

(k) ☐ Current offenses **encompassing the same criminal conduct** in this cause are count(s)_____ RCW 9.94A.589(1)(a).

(l) ☑ **Aggravating circumstances** as to count(s)  1 :  ongoing pattern of abuse

**2.2  OTHER CURRENT CONVICTION(S)**: Other current convictions listed under different cause numbers used in calculating the offender score are (list offense and cause number): _____

**2.3  CRIMINAL HISTORY**: Prior convictions constituting criminal history for purposes of calculating the offender score are (RCW 9.94A.525):

☒ Criminal history is attached in **Appendix B**.

☐ One point added for offense(s) committed while under community placement for count(s) _____

**2.4  SENTENCING DATA**:

| Sentencing Data | Offender Score | Seriousness Level | Standard Range | Enhancement | Total Standard Range | Maximum Term |
|---|---|---|---|---|---|---|
| 1 | 82 | 5 | 72-96 months | | 72-96 months | 10 YRS and/or $20,000 |

☐ Additional current offense sentencing data is attached in **Appendix C**.

**2.5  EXCEPTIONAL SENTENCE**

☑ Findings of Fact and Conclusions of Law as to sentence above the standard range:

   Finding of Fact:  The jury found or the defendant stipulated to aggravating circumstances as to Count(s) _____.

   Conclusion of Law:  These aggravating circumstances constitute substantial and compelling reasons that justify a sentence above the standard range for Count(s) _____.  ☐ The court would impose the same sentence on the basis of any one of the aggravating circumstances.

☐ An exceptional sentence above the standard range is imposed pursuant to RCW 9.94A.535(2) (including free crimes or the stipulation of the defendant).  Findings of Fact and Conclusions of Law are attached in Appendix D.

☐ An exceptional sentence below the standard range is imposed.  Findings of Fact and Conclusions of Law are attached in Appendix D.

## III.  JUDGMENT

IT IS ADJUDGED that defendant is guilty of the current offenses set forth in Section 2.1 above and **Appendix A**.

☐ The Court DISMISSES Count(s) _____.

Rev. 6/20/23                                      2

## IV. ORDER

IT IS ORDERED that the defendant serve the determinate sentence and abide by the other terms set forth below.

[ ] This offense is a **felony firearm offense** (defined in RCW 9.41.010; includes any felony committed while armed with a firearm, unlawful possession of a firearm, theft of a firearm, and possession of a stolen firearm). **Registration is required** because this offense or an offense committed in conjunction with this offense: involved sexual motivation; was committed against a child under 18; or was a serious violent offense.  As mandated by RCW 9.41.330(3), the Court requires that the defendant register as a firearm offender, in compliance with RCW 9.41.333.  The registration requirements are explained in the attached **Appendix L**.

[ ] This offense is a **felony firearm offense** (defined in RCW 9.41.010; includes any felony committed while armed with a firearm, unlawful possession of a firearm, theft of a firearm, and possession of a stolen firearm) but does not fall within a category mandating registration.  Having considered relevant factors, including criminal history, propensity for violence endangering persons, and any prior NGRI findings, the **Court orders that the defendant register** as a firearm offender, in compliance with RCW 9.41.333.  The registration requirements are explained in the attached **Appendix L**.

4.1 **RESTITUTION**:

☐ Defendant shall pay restitution to the Clerk of this Court as set forth in attached **Appendix E**.

☐ Defendant shall not pay restitution because the Court finds that extraordinary circumstances exist, and the court, pursuant to RCW 9.94A.753(5), sets forth those circumstances in attached Appendix E.

☐ Restitution (or interest on restitution) owing to insurers or State agencies is reduced or waived, pursuant to RCW 9.94A.753(3), as set out in attached Appendix E.

☑ Restitution to be determined at future restitution hearing on (Date) _____ at _____ _____m.

☐ Date to be set.

☐ Defendant waives right to be present at future restitution hearing(s).

☐ Restitution is not ordered.

4.2 **OTHER FINANCIAL OBLIGATIONS**: Having considered the defendant's present and likely future financial resources, the Court concludes that the defendant has the present or likely future ability to pay the financial obligations imposed.  Defendant shall pay the following to the Clerk of this Court:

(a) ☑ $_____, Court costs (RCW 10.01.160), defendant is not indigent; ☐ Court costs are waived;

(b) ☐ $_____, Recoupment for attorney's fees to King County Public Defense Programs (RCW 9.94A.030); ☐ Recoupment is waived;

(c) ☐ $_____, Fine ; ☐ $_____, assessment for:_____.

(d) ☑ $500 Victim Penalty Assessment (RCW 7.68.035), mandatory if defendant is not indigent.

☐ Defendant has stipulated to his or her ability to pay legal financial obligations ordered.

4.3 **PAYMENT SCHEDULE**: The **TOTAL FINANCIAL OBLIGATION** set in this order is $ 500 Restitution may be added in the future.  As to these obligations, including restitution later set, the payments shall be made to the King County Superior Court Clerk according to the rules of the Clerk and the following terms:  on a schedule established by the defendant's Community Corrections Officer or Department of Judicial Administration (DJA) Collections Officer; or ☐ Not less than $_____ per month. Restitution shall bear interest pursuant to RCW 10.82.090, unless waived by the Court in Appendix E or a later order of the Court.  Defendant shall remain under the Court's jurisdiction to assure payment of restitution:  for crimes committed before 7/1/2000,  for up to ten years from the date of sentence or release from total confinement, whichever is later; for crimes committed on or after 7/1/2000, until the obligation is completely satisfied.  Pursuant to RCW 9.94A.7602, if the defendant is more than 30 days past due in payments, a notice of payroll deduction may be issued without further notice to the offender.  Pursuant to RCW 9.94A.760(7)(b), the defendant shall report as directed by DJA and provide financial information as requested.

Rev. 6/20/23                                             3

4.4 **CONFINEMENT OVER ONE YEAR:** Defendant is sentenced to a term of total confinement in the custody of the **Department of Corrections** as follows, commencing immediately:

_120_ months/days on count _1_; _____ months/days on count _____; _____ months/days on count _____;

_____ months/days on count _____; _____ months/days on count _____; _____ months/days on count _____;

The above terms for counts _1 and 2_ are ☑ consecutive ☐ concurrent.

The above terms shall run ☐ consecutive ☑ concurrent to cause No.(s) _Seattle Municipal Cases_
_676492, 676463, 676216, 676207 676175, 671384_
The above terms shall run ☐ consecutive ☐ concurrent to any previously imposed sentence not referred to in this order.

☐ The defendant was under the age of 18 when these crimes were committed and is now under the age of 25, and shall be initially transferred to and placed in a facility operated by the **Department of Children, Youth, and Families** pursuant to RCW 72.01.410.

☐ In addition to the above term(s) the court imposes the following mandatory terms of confinement for any special **WEAPON** finding(s) in section 2.1:_____

_____ which term(s) shall run <u>consecutive</u> with each other and with all base term(s) above and terms in any other cause.  (Use this section only for crimes committed after 6-10-98.)

☐ The enhancement term(s) for any special **WEAPON** findings in section 2.1 is/are <u>included</u> within the term(s) imposed above. (Use this section when appropriate, but for <u>crimes before 6-11-98</u> only, per <u>In Re Charles</u>.)

[  ] On the conviction for <u>aggravated murder in the first degree</u>, the defendant was under 18 at the time of that offense.  Having considered the factors listed in RCW 10.95.030, a minimum term of _____ years of total confinement and a maximum term of life imprisonment is imposed.

☐ <u>Motor vehicle felonies sentence alternative</u>.  As to Count(s) _____, which are Theft (or Attempted Theft) of a Motor Vehicle (RCW 9A.56.065), Possession (or Attempted Possession) of a Stolen Vehicle (RCW 9A.56.068), or Taking a Motor Vehicle Without Permission in the First or Second Degree, occurring on or after 7-28-2019, the midpoint of the standard sentence range is greater than one year, and the court imposes sentence on this/ these count(s) pursuant to RCW 9.94A.711.  (Confinement may not exceed the midpoint of the standard range reduced by one-third of the ordered term of community custody.)  As to these counts, the defendant is not eligible for earned release time under RCW 9.94A.729 in excess of one-third of the total sentence on that count.

The **TOTAL** of all terms imposed in this cause is _____ months.

**Credit** is given for time served in King County Jail, ☑ and EHD if eligible, solely for confinement under this cause number pursuant to RCW 9.94A.505: ☐ _____ day(s)  or  ☑ days determined by the King County Jail.

4.5 ☒ **NO CONTACT**:  For the maximum term of _____ years, defendant shall have no contact with_____
      Jessica Owen and Magalie Lerman _____

4.6 **DNA TESTING.**  The defendant shall have a biological sample collected for purposes of DNA identification analysis and the defendant shall fully cooperate in the testing, as ordered in  **APPENDIX G.**

4.7 (a) ☐ **COMMUNITY CUSTODY** for **qualifying crimes committed before 7-1-2000**, is ordered for
   ☐ one year (drug offense, assault 2, assault of a child 2, crime against a person with a finding that defendant
   or accomplice was armed with deadly weapon); ☐ 18 months (any vehicular homicide; vehicular assault by
   being under the influence or by operation in a reckless manner); ☐ two years (serious violent offense).

   (b) ☐ **COMMUNITY CUSTODY** for any **SEX OFFENSE committed after 6-5-96 but before 7-1-2000,**
   is ordered for a period of 36 months.

   (c) ☐ **COMMUNITY CUSTODY - for qualifying crimes committed after 6-30-2000** is ordered for the
   following established range or term:

   Count(s) _____, 36 months each (Serious Violent Offense, RCW 9.94A.030, committed on or after
   8-1-09; or Sex Offense, RCW 9.94A.030, when not sentenced under RCW 9.94A.507)

   Count(s) _____, 18 months each (Violent Offense, RCW 9.94A.030)

   Count(s) _____, 12 months each (Crime Against Person, RCW 9.94A.411, or Felony Violation of
   RCW 69.50/52, committed on or after 8-1-09).

   Crimes prior to 8-01-09:  Count(s) _____, 24-36 months each (serious violent offense); Count(s) ____,
   9-12 months each (crime against person, RCW 9.94A.411, or felony violation of RCW 69.50/52).

   Count(s) _____, a term of _____ months on each count pursuant to RCW 9.94A.711 (Motor-vehicle
   Related Felonies alternative).  (The term imposed must be between 6 and 12 months.)

   On Count(s) _____, _____ months each (applicable mandatory term reduced so that the total amount
   of incarceration and community custody does not exceed the maximum term of sentence).

   ☐ The community custody terms on Counts _____ shall be served consecutively (serious violent
   or exceptional sentence). ☐ The community custody terms in this sentence shall run consecutively with
   the community custody term(s) in cause number(s): _____.

Sanctions and punishments for non-compliance will be imposed by the Department of Corrections or the court.

☐ **APPENDIX H** for Community Custody conditions is attached and incorporated herein.
☐ **APPENDIX J** for sex offender registration is attached and incorporated herein.

**The defendant shall report to an assigned Community Corrections Officer upon release from confinement for
monitoring of the remaining terms of this sentence.**

Date: _____4.11.25_____

_____
JUDGE
Print Name:_____Suzanne Parisien

Presented by:

_____ 57503
Deputy Prosecuting Attorney, WSBA#
Print Name:__Kelton Jenkins__

Approved as to form:

_____
Attorney for Defendant, WSBA #
Print Name:__Robert Barnes__

FINGER PRINTS



RIGHT HAND
FINGERPRINTS OF:
KURT ALDEN BENSHOOF

DEFENDANT'S SIGNATURE: _____
DEFENDANT'S ADDRESS: _King County Jail_

Dated: _4/12/2025_

ATTESTED BY: CATHERINE CORNWALL,
SUPERIOR COURT CLERK

By: _____

_____
JUDGE

DEPUTY CLERK

CERTIFICATE

I, _____
CLERK OF THIS COURT, CERTIFY THAT THE
ABOVE IS A TRUE COPY OF THE JUDGMENT AND
SENTENCE IN THIS ACTION ON RECORD IN MY
OFFICE.
DATED: _____

OFFENDER IDENTIFICATION

S.I.D. NO.  WA24032615

DOB: 07/18/1969

SEX:  Male

RACE:  White/Caucasian

_____
CLERK
By: _____
DEPUTY CLERK

# SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-1-02680-7 SEA |
| | ) | |
| vs. | ) | JUDGMENT AND SENTENCE, |
| | ) | (FELONY) - APPENDIX B, |
| KURT ALDEN BENSHOOF, | ) | CRIMINAL HISTORY |
| | ) | |
| Defendant. | ) | |
| | ) | |

**2.2 The defendant has the following criminal history used in calculating the offender score (RCW 9.94A.525):**

| Crime | Sentencing Date | Adult or Juv. Crime | Cause Number | Location |
|---|---|---|---|---|
| violation of a vulnerable adult protection order (14 counts) | 02-24-2025 | AM | 676492 | Seattle Municipal Court WA |
| violation of a vulnerable adult protection order (15 counts) | 02-24-2025 | AM | 676463 | Seattle Municipal Court WA |
| violation of a vulnerable adult protection order (15 counts) | 02-24-2025 | AM | 676216 | Seattle Municipal Court WA |
| violation of a vulnerable adult protection order (15 counts) | 02-24-2025 | AM | 676207 | Seattle Municipal Court WA |
| violation of a vulnerable adult protection order (15 counts) | 02-24-2025 | AM | 676175 | Seattle Municipal Court WA |
| custodial interference | 02-24-2025 | AM | 671384 | Seattle Municipal Court WA |
| violation of a vulnerable adult protection order-invalid | 02-24-2025 | AM | 671384 | Seattle Municipal Court WA |
| violation of a vulnerable adult protection order (5 counts) | 02-24-2025 | AM | 671384 | Seattle Municipal Court WA |

**[  ] The following prior convictions were counted as one offense in determining the offender score (RCW 9.94A.525(5)):**

Date:  _4•11•25_ _____

_____
JUDGE, KING COUNTY SUPERIOR COURT

Suzanne Parisien

Appendix B—Rev. 09/02

## SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

STATE OF WASHINGTON,              )
                                  )
                      Plaintiff,  )     No. 24-1-02680-7 SEA
                                  )
        vs.                       )     APPENDIX G
                                  )     ORDER FOR DNA TESTING
KURT ALDEN BENSHOOF,              )
                                  )
                      Defendant.  )
                                  )
                                  )

### DNA IDENTIFICATION (RCW 43.43.754)

The Court orders the defendant to cooperate with the King County Department of Adult Detention, King County Sheriff's Office, local police, and/or the State Department of Corrections in providing a biological sample for DNA identification analysis. The defendant, if out of custody, shall promptly contact the King County Sheriff's Office to make arrangements for the test to be conducted within 15 days. Refusal to provide a biological sample as required is a gross misdemeanor under RCW 43.43.754.

Date: 4.1.25

_____
JUDGE, King County Superior Court

Suzanne Parisien

State of Washington v. Benshoof, No. 24-1-02680-7 SEA, (K. Cty. Sup. Ct. Apr. 11, 2025).            Judicial Notice K 8/10

# SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

|  |  |  |
|---|---|---|
| STATE OF WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-1-02680-7 SEA |
| | ) | |
| vs. | ) | JUDGMENT AND SENTENCE (FELONY) |
| | ) | APPENDIX H |
| KURT ALDEN BENSHOOF, | ) | COMMUNITY CUSTODY |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant shall comply with the following conditions of community custody, effective as of the date of sentencing unless otherwise ordered by the court.

1) Report to and be available for contact with the assigned community corrections officer as directed;
2) Work at Department of Corrections-approved education, employment, and/or community restitution;
3) Not possess or consume controlled substances except pursuant to lawfully issued prescriptions;
4) Receive prior approval for living arrangements and residence location; and
5) Not own, use, or possess a firearm or ammunition. (RCW 9.94A.706)
6) Notify community corrections officer of any change in address or employment;
7) Upon request of the Department of Corrections, notify the Department of court-ordered treatment;
8) Remain within geographic boundaries, as set forth in writing by the Department of Corrections Officer or as set forth with SODA order.

[  ] The defendant shall not consume any alcohol.
[✓] Defendant shall have no contact with: ___Jessica Owen___
[  ] Defendant shall remain  [  ] within    [  ] outside of a specified geographical boundary, to wit:
_____

[  ] The court finds that the defendant has a chemical dependency ([  ] alcohol  [  ] other substance) that has contributed to his or her offense.  Treatment is reasonably related to the circumstances of this crime and reasonably necessary or beneficial to the defendant and the community.  (RCW 9.94A.607)  Therefore, the defendant shall participate in the following treatment:

_____

_____

[✓] The defendant shall comply with the following crime-related prohibitions:
The defendant shall enter into, make reasonable progress in, and successfully complete Domestic Violence Batterer's Treatment per WAC 388-60, a cognitive behavioral therapy alternative such as Domestic Violence Moral Reconation Therapy (DV-MRT), Strength at Home, or Thinking for a Change.  The defendant shall begin that treatment within 30 days of sentencing or release from custody, whichever is later.
Other conditions may be imposed by the court or Department during community custody.

Community Custody shall begin upon completion of the term(s) of confinement imposed herein, or at the time of sentencing if no term of confinement is ordered. The defendant shall remain under the supervision of the Department of Corrections and follow explicitly the instructions and conditions established by that agency. The Department may require the defendant to perform affirmative acts deemed appropriate to monitor compliance with the conditions and may issue warrants and/or detain defendants who violate a condition.

Date: ___4/11/25___                    _____
                                        JUDGE
                                        Suzanne Parisien

| | |
|---|---|
| Case Number: | 24-1-02680-7 |
| Date: | May 19, 2025 |
| Serial ID: | 25-095709-8943964E1N |
| Certified By: | Catherine Cornwall |
| | King County Clerk, Washington |

I, CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed this Seal of said Superior Court at my office at Seattle.



Catherine Cornwall, King County Clerk



**Instructions to recipient:** If you wish to verify the authenticity of the certified document that was transmitted by the Clerk, you must create and/or sign-in to your KC Script Portal account. Only e-certified documents that were directly ordered through the KC Script Portal can be verified through this tool.

Sign in to KC Script Portal:

**https://dja-prd-ecexap1.kingcounty.gov/**

After you login to your account, click Certified Copy Verification from the black ribbon menu at the top of the screen. There you will enter the following Serial ID.

Serial ID:     **25-095709-8943964E1N**

This document contains 9 page plus this sheet, and is a true and correct copy of the original that is of record in the King County Clerk's Office. The copy associated with Serial ID will be displayed by the Clerk.

JUDICIAL NOTICE EXHIBIT L

Case Number: 24-1-02680-7
Date: May 19, 2025
Serial ID: 25-095709-8943965C4K
Certified By: Catherine Cornwall
King County Clerk, Washington

FILED
KING COUNTY, WASHINGTON

APR 11 2025

SUPERIOR COURT CLERK
BY Rebecca Gardner
DEPUTY

# SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

STATE OF WASHINGTON,

           Plaintiff,

  v.

KURT ALDEN BENSHOOF,

           Defendant.

No. 24-1-02680-7 SEA

**JUDGMENT AND SENTENCE,
NON-FELONY -- Count(s) 1**

☐ DEFERRING Imposition of
Sentence/Probation

☐ SUSPENDING Sentence

☑ 364 days Imposed

☐ Clerk's Action Required: DOL Notice

The Prosecuting Attorney, the above-named defendant and counsel Jack Edward Ambrose being present in Court, the defendant having been found guilty of the crime(s) charged in the Amended information on 03/11/2025 by Jury Verdict and there being no reason why judgment should not be pronounced;

    IT IS ADJUDGED that the defendant is guilty of the crime(s) of:

Count No.: 4   Crime: Harassment
RCW: 9A.46.020(1)                 Crime Code: 00496
Date of Crime: 03/23/2024

☐ For the crimes charged in Counts _____, **domestic violence – intimate partner** (RCW 9A.36.041(3), RCW 10.99.020, RCW 7.105.010, and RCW 9.94A.030) was pled and proved.
☐ For the crimes charged in Counts _____, (committed before 7/28/19) **domestic violence (other)** (as defined in former RCW 10.99.020 and RCW 9.94A.030) was pled and proved.
☐ For the crimes charged in Counts _____, (committed on or after 7/28/19) **domestic violence -family or household member (**as defined in RCW 10.99.020, RCW 7.105.010, and RCW 9.94A.030) was pled and proved.

    IT IS ORDERED pursuant to RCW 9.95.200 and 9.95.210 that:
☐ the imposition of sentence against the defendant is hereby **DEFERRED** for a period of _____ months from this date upon the following terms and conditions:
  **OR**
☑ the defendant is sentenced to imprisonment in the King County Jail, Department of Adult Detention, for 364 days days on each count (maximum 364 days for gross misdemeanor), said term(s) to run ☐ concurrently ☐ consecutively with each other, and to run ☐ concurrently ☑ consecutively with ☑ count(s) **1** ☐ Cause No(s). _____ and the sentence (less any days of confinement imposed below) ~~is hereby SUSPENDED upon the following terms and conditions:~~

(1)  The defendant shall serve a term of confinement of 364 days _____ ☑ in the King County Jail, Department of Adult Detention, ☐ in King County Work/Education Release subject to conditions of conduct ordered

JUDGMENT AND SENTENCE, NON-FELONY - Rev. 6/5/24 - 1

this date, ☑ in King County Electronic Home Detention subject to conditions of conduct ordered this date, with credit for time served in King County Jail, ☐ and EHD if eligible, of ☐ _____ days ☑ days as determined by the King County Jail, solely on this cause, to commence no later than _____. This term shall run ☑ concurrently ☐ consecutively with *SMC 676492, 676463, 676216, 676207, 676175* 676138↗ This term shall run consecutive to any other term not specifically referenced in this order.

☐ Jail term is satisfied; defendant shall be released under this cause.

(2)      ☐ The defendant shall serve _____months of probation, the first 12 months of which will be supervised by the Washington State Department of Corrections (DOC), and comply with the standard rules and regulations of supervision. Probation shall commence immediately but is tolled during any period of confinement. The defendant shall report for supervision within 72 hours of this date or release date if in custody. If DOC declines to supervise, defendant shall be on unsupervised probation.

   ☐ The defendant shall be on unsupervised probation for _____ months, subject to the conditions of this sentence. ☐ A review hearing is set for _____ at _____ a.m./p.m. in this courtroom.

   For the following crimes, if probation is ordered, DOC supervision is mandatory: (a) sexual misconduct with a minor in the second degree, custodial sexual misconduct in the second degree, communication with a minor for immoral purposes, or failure to register pursuant to RCW 9A.44.132(2); (b) a repetitive domestic violence offense after 8/1/2011, if the defendant has a prior conviction for either a felony domestic violence offense or a repetitive domestic violence offense after 8/1/2011. RCW 9.94A.501.

   DOC will not supervise any other nonfelony probation. RCW 9.94A.501(6).

(3) Defendant shall pay to the clerk of this Court:
   (a)  ☐ Order of Restitution is attached;          ☐ Restitution is not ordered;
        ☐ Restitution (or interest on restitution) owing to insurers or State agencies is reduced or waived, pursuant to RCW 9.94A.753(3), as set out in attached Appendix E.
        ☑ Restitution to be determined at a restitution hearing on (Date) _____ at _____ ___.m.;
           ☑ Date to be set;
           ☐ The defendant waives presence at future restitution hearing(s);
   (b)  ✓_____, Court costs, defendant is not indigent;

   (c)  $ _500_, Victim penalty assessment, $500 for gross misdemeanors and $250 for misdemeanors (mandatory if defendant is not indigent);
   (d)  $_____, Fine; $ _____ of this fine is suspended upon the terms and conditions herein;
   (e)  $_____, Other: _____;

   (f) **TOTAL financial obligation set in this order is $** _500_ _____; restitution may be added in the future. As to these obligations, including restitution later set, the payments shall be made to the King County Superior Court Clerk according to the rules of the Clerk and the following terms: on a schedule established by DOC if it has active supervision of the defendant, or by the county clerk; or ☐ not less than $_____ per month. Pursuant to RCW 9.94A.7602, if the defendant is more than 30 days past due in payments, a notice of payroll deduction may be issued without further notice to the offender. The defendant shall report as directed by the Department of Judicial Administration and provide financial information as requested.

(4)  ☐ Defendant shall complete _____ community service hours ☐ at a rate of not less than _____ hours per month ☐ to be completed by (Date) _____. If DOC supervision is not ordered, this will be monitored by this court. ☐ A review hearing is set on _____, 20_____, at _____a.m./ p.m. in this courtroom.

(5)  ☐ The defendant shall complete _____ days of Community Work Program (CWP) subject to conditions of conduct ordered this date. (Communication with a minor for immoral purposes is not eligible.)

(6)  ☐ The defendant shall attend the King County Supervised Community Option (**Enhanced CCAP**) subject to conditions of conduct ordered this date for a period of _____days.

(7)  ☐ The defendant shall not purchase, possess, or use any ☐ alcohol ☐ controlled substance (without lawful prescription). The defendant shall submit to urinalysis and breath testing as required by DOC and submit to search of person, vehicle or home by a Community Corrections Officer upon reasonable suspicion of violation;

JUDGMENT AND SENTENCE, NON-FELONY - Rev. 6/5/24 - 2

(8) ☐ The defendant shall obtain a substance abuse evaluation and follow all treatment recommendations; _____
_____

(9) ☑ The defendant shall enter into, make reasonable progress in, and successfully complete Domestic Violence Batterer's Treatment per WAC 388-60, a cognitive behavioral therapy alternative such as Domestic Violence Moral Reconation Therapy (DV-MRT), Strength at Home, or Thinking for a Change. The defendant shall begin that treatment within 30 days of sentencing or release from custody, whichever is later.

(10) ☒ The defendant shall have **no contact** with_____
_____ Magalie Lerman_____

(11) ☐ The defendant shall have no unsupervised contact with minors.

(12) ☐ The defendant shall have a biological sample collected for DNA identification analysis and shall fully cooperate in the testing (for assault in the fourth degree with domestic violence pled and proved or with sexual motivation, harassment, stalking, communicating with a minor for immoral purposes, failure to register, custodial sexual misconduct in the second degree, patronizing a prostitute, sexual misconduct with a minor in the second degree, violation of a sexual assault protection order, or any other offense requiring registration under RCW 9A.44.130). The defendant, if out of custody, shall promptly contact the King County Sheriff's Office to make arrangements for the test to be conducted within 15 days. Refusal to provide a biological sample as required is a gross misdemeanor under RCW 43.43.754.

(13) ☐ The defendant shall register as a sex offender.

(14) The defendant shall commit no criminal offenses.

(15) ☐ Additional conditions of probation are: _____
_____

(16) ☐ Additional conditions are attached to and incorporated as Appendix _____.

(17) ☐ The court dismisses Count(s) _____.

(18) ☐ **Department of Licensing Notice – Violation of RCW 9.41.270.** Count _____ is a violation of RCW 9.41.270 (unlawful display of weapons), a gross misdemeanor for which the penalty includes loss of the defendant's concealed pistol license, if any. **Clerk's action: The clerk shall notify DOL.**

Date: _____4·11·25_____         _____
                                                       Judge, King County Superior Court
                                                       Print Name:_____

Presented by:

_____
Deputy Prosecuting Attorney, WSBA # 57503
Print Name: Kelton Jenkins

Form Approved for Entry:                               Defendant's current address:

_____             King County Jail
Attorney for Defendant, WSBA # PHV                     _____
Print Name: Robert Barnes

| | |
|---|---|
| Case Number: | 24-1-02680-7 |
| Date: | May 19, 2025 |
| Serial ID: | 25-095709-8943965C4K |
| Certified By: | Catherine Cornwall |
| | King County Clerk, Washington |

I, CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed this Seal of said Superior Court at my office at Seattle.



Catherine Cornwall, King County Clerk



**Instructions to recipient:** If you wish to verify the authenticity of the certified document that was transmitted by the Clerk, you must create and/or sign-in to your KC Script Portal account. Only e-certified documents that were directly ordered through the KC Script Portal can be verified through this tool.

Sign in to KC Script Portal:

**https://dja-prd-ecexap1.kingcounty.gov/**

After you login to your account, click Certified Copy Verification from the black ribbon menu at the top of the screen. There you will enter the following Serial ID.

Serial ID:      **25-095709-8943965C4K**

This document contains 3 page plus this sheet, and is a true and correct copy of the original that is of record in the King County Clerk's Office. The copy associated with Serial ID will be displayed by the Clerk.

# JUDICIAL NOTICE EXHIBIT M-1



Archive USPS Tracking Plus™ Statement
As of May 17, 2025

Tracking Number: 9505514178694178148326
Destination Address: 17353 92ND AVE NE

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 26, 2024 1:34 pm | ACCEPT OR PICKUP | 981339998 |
| Jun 26, 2024 9:37 pm | PROCESSED THROUGH USPS FACILITY | KENT, WA 98035 |
| Jun 26, 2024 9:37 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 27, 2024 12:47 am | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 27, 2024 12:47 am | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 27, 2024 1:16 am | DEPART USPS FACILITY | KENT, WA 98035 |
| Jun 27, 2024 1:43 am | ARRIVE USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 1:47 am | ARRIVE USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 2:08 am | DEPART USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 2:15 am | DEPART USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 2:55 am | ARRIVE USPS FACILITY | 980526744 |
| Jun 27, 2024 6:39 am | ARRIVAL AT UNIT | BOTHELL, WA 98011 |
| Jun 27, 2024 6:40 am | SORTING/PROCESSING COMPLETE | BOTHELL, WA 98011 |
| Jun 27, 2024 6:50 am | OUT FOR DELIVERY | BOTHELL, WA 98011 |
| Jun 27, 2024 3:24 pm | DELIVERED | BOTHELL, WA 98011 |

# JUDICIAL NOTICE EXHIBIT M-2



Archive USPS Tracking Plus™ Statement
As of May 17, 2025

Tracking Number: 9505514178694178148401

Destination Address: 2215 234TH AVE NE

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 26, 2024 1:37 pm | ACCEPT OR PICKUP | 981339998 |
| Jun 26, 2024 8:58 pm | PROCESSED THROUGH USPS FACILITY | KENT, WA 98035 |
| Jun 26, 2024 8:58 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 26, 2024 9:32 pm | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 26, 2024 9:32 pm | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 26, 2024 9:46 pm | DEPART USPS FACILITY | KENT, WA 98035 |
| Jun 26, 2024 10:09 pm | DEPART USPS FACILITY | KENT, WA 98035 |
| Jun 26, 2024 10:16 pm | ARRIVE USPS FACILITY | SEATTLE, WA 98168 |
| Jun 26, 2024 10:26 pm | ARRIVE USPS FACILITY | SEATTLE, WA 98168 |
| Jun 26, 2024 10:33 pm | DEPART USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 12:28 am | DEPART USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 1:06 am | ARRIVE USPS FACILITY | 980526744 |
| Jun 27, 2024 1:06 am | ARRIVE USPS FACILITY | 980526744 |
| Jun 27, 2024 1:27 am | ARRIVE USPS FACILITY | 980526744 |
| Jun 27, 2024 2:22 am | PROCESSED THROUGH USPS FACILITY | REDMOND, WA 98052 |
| Jun 27, 2024 6:23 am | ARRIVAL AT UNIT | REDMOND, WA 98052 |
| Jun 27, 2024 6:24 am | SORTING/PROCESSING COMPLETE | SAMMAMISH, WA 98074 |
| Jun 27, 2024 6:34 am | OUT FOR DELIVERY | SAMMAMISH, WA 98074 |
| Jun 27, 2024 11:03 am | DELIVERED | SAMMAMISH, WA 98074 |

# JUDICIAL NOTICE EXHIBIT M-3



Archive USPS Tracking Plus™ Statement
As of May 17, 2025

Tracking Number: 9505514178694178148340
Destination Address: 2230 PRESCOTT AVE SW

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 26, 2024 1:35 pm | ACCEPT OR PICKUP | 981339998 |
| Jun 26, 2024 8:59 pm | PROCESSED THROUGH USPS FACILITY | KENT, WA 98035 |
| Jun 26, 2024 8:59 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 26, 2024 9:32 pm | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 26, 2024 9:32 pm | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 26, 2024 11:08 pm | DEPART USPS FACILITY | KENT, WA 98035 |
| Jun 27, 2024 12:10 am | ARRIVE USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 12:49 am | PROCESSED THROUGH USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 12:49 am | MAIL PIECE NESTED TO CONTAINER | |
| Jun 27, 2024 1:03 am | CONTAINER CLOSE | SEATTLE, WA 98168 |
| Jun 27, 2024 3:26 am | DEPART USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 3:50 am | ARRIVE USPS FACILITY | 981269998 |
| Jun 27, 2024 3:50 am | ARRIVE USPS FACILITY | 981269998 |
| Jun 27, 2024 4:15 am | ARRIVAL AT UNIT | SEATTLE, WA 98126 |
| Jun 27, 2024 6:00 am | SORTING/PROCESSING COMPLETE | SEATTLE, WA 98126 |
| Jun 27, 2024 6:10 am | OUT FOR DELIVERY | SEATTLE, WA 98126 |
| Jun 27, 2024 4:53 pm | DELIVERED | SEATTLE, WA 98126 |

# JUDICIAL NOTICE EXHIBIT M-4

**UNITED STATES POSTAL SERVICE** ®

Archive USPS Tracking Plus™ Statement
As of May 17, 2025

Tracking Number: 9505514178694178148364
Destination Address: 9180 MORAN RD NE

| Date & Time | Status of Item | Location |
| --- | --- | --- |
| Jun 26, 2024 1:36 pm | ACCEPT OR PICKUP | 981339998 |
| Jun 26, 2024 8:58 pm | PROCESSED THROUGH USPS FACILITY | KENT, WA 98035 |
| Jun 26, 2024 8:58 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 26, 2024 9:32 pm | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 26, 2024 9:32 pm | CONTAINER CLOSE | KENT, WA 98035 |
| Jun 26, 2024 11:08 pm | DEPART USPS FACILITY | KENT, WA 98035 |
| Jun 27, 2024 12:10 am | ARRIVE USPS FACILITY | SEATTLE, WA 98168 |
| Jun 27, 2024 6:48 am | ARRIVAL AT UNIT | BAINBRIDGE ISLAND, WA 98110 |
| Jun 27, 2024 6:49 am | SORTING/PROCESSING COMPLETE | BAINBRIDGE ISLAND, WA 98110 |
| Jun 27, 2024 6:59 am | OUT FOR DELIVERY | BAINBRIDGE ISLAND, WA 98110 |
| Jun 27, 2024 11:47 am | DELIVERED | BAINBRIDGE ISLAND, WA 98110 |

# JUDICIAL NOTICE EXHIBIT M-5

**UNITED STATES POSTAL SERVICE** ®

Archive USPS Tracking Plus™ Statement
As of May 17, 2025

Tracking Number: 9505514178694178148388
Destination Address: 700 STEWART ST

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 26, 2024 1:36 pm | ACCEPT OR PICKUP | 981339998 |
| Jun 27, 2024 4:27 am | ARRIVAL AT UNIT | SEATTLE, WA 98101 |
| Jun 27, 2024 6:00 am | SORTING/PROCESSING COMPLETE | SEATTLE, WA 98101 |
| Jun 27, 2024 6:10 am | OUT FOR DELIVERY | SEATTLE, WA 98101 |
| Jun 27, 2024 8:51 am | ON ROUTE | SEATTLE, WA 98101 |
| Jun 27, 2024 2:38 pm | DELIVERED | SEATTLE, WA 98101 |

# JUDICIAL NOTICE EXHIBIT M-6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **2:24-CV-00808-JHC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Blair M. Russ**
was recieved by me on  **2/14/2025:**

[X]   I personally served the summons on the individual at **2215 234th Ave NE, Sammamish, WA 98074** on **02/16/2025** at **2: 23 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.

Date:  02/16/2025

_____
*Server's signature*

**Hillary Hitz**
*Printed name and title*

**11410 NE 124th St
#711
Kirkland, WA 98034**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; FIRST AMENDED COMPLAINT,  to Blair M. Russ with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.  A man answered the door and identified himself as the subject.  I told him I had Legal documents for him.  I presented and he accepted.**




Tracking #: **0158797065**

# JUDICIAL NOTICE EXHIBIT M-7

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **2:24-CV-00808-JHC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Nathan L. Cliber**
was recieved by me on   **2/14/2025:**

☐     I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒     I left the summons at the individual's residence or usual place of abode with **Jane Doe**, a person of suitable age and discretion who resides at **11008 Crestwood Dr S, Seattle, WA 98178**, on **02/24/2025 at 2:05 PM**, and mailed a copy to the individual's last known address; or

☐     I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐     I returned the summons unexecuted because ; or

☐     Other *(specify)*

My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.

Date:  02/24/2025

_____
*Server's signature*

**Keegan Lewis**
*Printed name and title*

**312 2nd ave west
unit 527
Seattle, WA 98119**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; FIRST AMENDED COMPLAINT,  to an individual who refused to give their name who identified themselves as the co-resident. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**




Tracking #: **0159702957**

# JUDICIAL NOTICE EXHIBIT M-9

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:24-CV-00808-JHC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Jessica Rae Owen**
was recieved by me on  **2/17/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒    I returned the summons unexecuted because **No contact** after attempting service at **849 NE 130th St, Seattle, WA 98125**; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.

Date:  02/26/2025

_____
*Server's signature*

**David Gardoni**
*Printed name and title*

**7511 32 Ave NW
Seattle, WA 98117**

_____
*Server's address*

Additional information regarding attempted service, etc:

**2/17/2025 10:33 AM: There was no answer at the address.
2/18/2025 5:30 PM: There was no answer at the address.
2/20/2025 2:55 PM: There was no answer at the address.
2/21/2025 2:10 PM: There was no answer at the address.
2/22/2025 12:07 PM: There was no answer at the address.
2/24/2025 1:56 PM: There was no answer at the address.
2/26/2025 6:00 PM: There was no answer at the address.**



Tracking #: **0160042435**



# JUDICIAL NOTICE EXHIBIT M-10

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:24-CV-00808-JHC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Magalie E. Lerman**
was recieved by me on  **2/17/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name
of  organization)*; or

☒    I returned the summons unexecuted because **No contact** after attempting service at **849 NE 130th St, Seattle, WA
98125**; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.

Date:  02/26/2025

_____
*Server's signature*

**David Gardoni**
*Printed name and title*

**7511 32 Ave NW
Seattle, WA 98117**

_____
*Server's address*

Additional information regarding attempted service, etc:

**2/17/2025 10:33 AM: There was no answer at the address.
2/18/2025 5:30 PM: There was no answer at the address.
2/20/2025 2:55 PM: There was no answer at the address.
2/21/2025 2:10 PM: There was no answer at the address.
2/22/2025 12:07 PM: There was no answer at the address.
2/24/2025 1:56 PM: There was no answer at the address.
2/26/2025 6:00 PM: There was no answer at the address.**




Tracking #: **0160042454**

# JUDICIAL NOTICE EXHIBIT M-11

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **2:24-CV-00808-JHC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Michael Clinton Tracy**
was recieved by me on **2/14/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **No contact** after attempting service at **2230 Prescott Ave SW, Seattle, WA 98126**; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.


Date:   03/01/2025

_____
*Server's signature*

**Marcus Dolan**
*Printed name and title*

**1628 sw 165th st**
**Burien, WA 98166**

_____
*Server's address*


Additional information regarding attempted service, etc:

**2/16/2025 6:55 PM: There was no answer at the address.  Quiet, lights completely off. No sign of anyone home.**
**2/17/2025 4:01 PM: There was no answer at the address.**
**2/21/2025 4:25 PM: There was no answer at the address.**
**2/24/2025 6:03 PM: There was no answer at the address.  Quiet, lights completely off again. Doesn't appear anyone is currently living there**
**2/24/2025 6:06 PM: I placed a phone call to number ending in 8979.  Automatically went to voicemail, unable to leave message**
**2/24/2025 6:08 PM: I placed a phone call to number ending in 1508 resulting in leaving voice mail.  Automatically went to voicemail**



Tracking #: **0160404012**


AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.    **2:24-CV-00808-JHC**

**2/26/2025 10:05 AM: There was no answer at the address.**
**2/28/2025 4:09 PM: There was no answer at the address.  Still no sign of anyone being there**
**3/1/2025 3:28 PM: There was no answer at the address.**





# JUDICIAL NOTICE EXHIBIT M-12

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **2:24-CV-00808-JHC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Sarah E. Nelson Turner, WSBA #37748**
was recieved by me on  **2/19/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name
of  organization)*; or

☒   I returned the summons unexecuted because **Other contact** after attempting service at **9180 Moran Rd NE,
Bainbridge Island, WA 98110**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 108.55** for services, for a total of **$ 108.55**.

I declare under penalty of perjury that this information is true.

Date:  03/22/2025

_____
*Server's signature*

**Aaron M Massey-Kao**
*Printed name and title*

**316 SE Pioneer Way
#1003
Oak Harbor, WA 98277**

_____
*Server's address*

Additional information regarding attempted service, etc:

**3/5/2025 2:30 PM: There was no answer at the address.
3/11/2025 1:28 PM: There was no answer at the address.
3/22/2025 11:35 AM: I spoke with an individual who identified themselves as the law firm lawyer works for and they
stated service not permitted.  Active case with law firm i was instructed to defer service to law firm directly in seattle.
3/22/2025 11:37 AM: I was unable to deliver the documents due to a hostile environment.  Instructed by process
serving company and law firm to not serve this address filing party knows where the law firm is that received service
on behalf of the attorneys**




Tracking #: **0162930905**

# JUDICIAL NOTICE EXHIBIT M-13

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JESSICA SKELTON
was received by me on *(date)*  22 June 2024  .

☑ I personally served the summons on the individual at *(place)*  2322  N 52nd Street
Seattle, WA 98103         on *(date)*  6/22/2024  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 6/22/2024

_____
*Server's signature*

Molly  Anderson
*Printed name and title*

117 E Louisa St, No 333,
Seattle, WA 98102
*Server's address*

Additional information regarding attempted service, etc:

# JUDICIAL NOTICE EXHIBIT N

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JOHN DUUS

was received by me on *(date)*        5/9/2025        .

☑ I personally served the summons on the individual at *(place)*  6322 185TH ST SW, LYNNWOOD, WA 98037

_____  on *(date)*  5/12/2025, 1936 Hours  ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____  , a person of suitable age and discretion who resides there,

on *(date)*                        , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)*  _____  , who is

designated by law to accept service of process on behalf of *(name of organization)*  _____

_____  on *(date)*  _____  ; or

❒ I returned the summons unexecuted because  _____  ; or

❒ Other *(specify):*



My fees are $  _____  for travel and $  125  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JOHNATHAN MUSSEAU

was received by me on *(date)*          5/9/2025          .

☑ I personally served the summons on the individual at *(place)*  5420 163RD AVE SE, SNOHOMISH, WA 98290

on *(date)* 5/11/2025, 1212 Hours ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                     , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                ; or

☐ I returned the summons unexecuted because                                                     ; or

☐ Other *(specify):*


My fees are $              for travel and $    125    for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:     5/13/2025

*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   KATRINA OUTLAND

was received by me on *(date)*         5/9/2025         .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  MR. OUTLAND

_____ , a person of suitable age and discretion who resides there,

on *(date)*      5/11/2025      , and mailed a copy to the individual's last known address; or ☒

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ ____125____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date:      5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

MR. OUTLAND said KATARINA OUTLAND was asleep, accepted service on 5/11/2025 at 1138 Hours,
at 20426 32ND DR SE, BOTHELL, WA 98012

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    JULIE SALLE

was received by me on *(date)*              5/9/2025              .

☑ I personally served the summons on the individual at *(place)*  8865 42ND AVE SW, SEATTLE, WA 98136

on *(date)*  5/10/2025, 1822 Hours  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                        , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                  ; or

☐ I returned the summons unexecuted because                                          ; or

☐ Other *(specify):*


My fees are $      0.00      for travel and $      125      for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025

*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ADAM LOSLEBEN

was received by me on *(date)* _____5/9/2025_____  .

☑ I personally served the summons on the individual at *(place)*  562406 58TH AVE S, AUBURN, WA 98001

_____  on *(date)* 5/10/2025, 1646 Hours ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____  ; or

☐ I returned the summons unexecuted because _____  ; or

☐ Other *(specify):*


My fees are $ _____0.00_____ for travel and $ _____125_____ for services, for a total of $ _____0.00_____  .

I declare under penalty of perjury that this information is true.

Date: _____5/13/2025_____                    _____
                                                              *Server's signature*

                                             JOSHUA RITTS, WA PI #4500
                                             *Printed name and title*

                                             PO BOX 23063
                                             SEATTLE, WA 98102

                                             _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   YVES LUC

was received by me on *(date)*         5/9/2025         .

☐ I personally served the summons on the individual at *(place)*

_____                          on *(date)* _____     ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*   JANE DOE

_____ , a person of suitable age and discretion who resides there,

on *(date)*      5/11/2025      , ~~and mailed a copy to the individual's last known address;~~ or ☒

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____                          on *(date)* _____     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $   125   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

*Server's address*



Additional information regarding attempted service, etc:

Spoke to a female at 1715 E MAIN #BB206, PUYALLUP, WA 98372 on 5/11/2025, 1621 Hours, who I heard inside talking. She refused to answer. I let her know I was leaving the binder and placed it outside the door before departing.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    JACOB MASTERSON

was received by me on *(date)* _____ 5/9/2025 _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*   SARAH MASTERSON

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ 5/10/2025 _____ , ~~and mailed a copy to the individual's last known address;~~ or ☒

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ ____125____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____ 5/13/2025 _____


_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
_____
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102
_____
*Server's address*

Additional information regarding attempted service, etc:

☒ JACOB MASTERSON's wife, SAMANTHA MASTERSON, accepted service on his behalf at their residence, 17312 83RD AVENUE CT E, PUYALLUP, WA 98375, on 5/10/2025, 1551 Hours.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  GREGG CURTIS

was received by me on *(date)*        5/9/2025          .

☑ I personally served the summons on the individual at *(place)*  26710 198TH AVE SE, COVINGTON, WA 98042

on *(date)*  5/10/2025, 1452 Hours  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $    0.00    for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    SPENCER KURZ

was received by me on *(date)*            5/9/2025        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*   CAITLIN KURZ

_____ , a person of suitable age and discretion who resides there,

on *(date)*      5/10/2025      , ~~and mailed a copy to the individual's last known address;~~ or ☒

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    5/13/2025

_____
Server's signature

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
Server's address

Additional information regarding attempted service, etc:

☒ SPENCER KURZ's wife, CAITLIN KURZ, accepted service on his behalf at their residence, 43209 SE 176TH ST, NORTH BEND, WA 98045, on 5/10/2025, 1407 Hours.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TY SELFRIDGE

was received by me on *(date)*          5/9/2025           .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*   RJ SELFRIDGE

_____ , a person of suitable age and discretion who resides there,

on *(date)*      5/10/2025      , ~~and mailed a copy to the individual's last known address;~~ or ✗

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $   125   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:     5/13/2025                     _____
                                                *Server's signature*

                                        JOSHUA RITTS, WA PI #4500
                                        _____
                                                *Printed name and title*

                                              PO BOX 23063
                                              SEATTLE, WA 98102
                                        _____
                                                *Server's address*

Additional information regarding attempted service, etc:

✗ TY SELFRIDGE's father, RJ SELFRIDGE, accepted service on his behalf at their residence, 1338 BELLEVUE WAY SE BELLEVUE, WA 98004, on 5/10/2025, 1157 Hours.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  RYAN ELLIS

was received by me on *(date)*          5/9/2025          .

☑ I personally served the summons on the individual at *(place)*  724 203RD ST E, BOTHELL, WA 98012

on *(date)*  5/10/2025, 1052 Hours  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                              , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                           , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                                              ; or

☐ Other *(specify):*

My fees are $    0.00    for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    5/13/2025

*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    RICHARD LIMA

was received by me on *(date)*          5/9/2025          .

☑ I personally served the summons on the individual at *(place)*  1927 ROCKEFELLER AVE #B

EVERETT, WA 98201                              on *(date)* 5/10/2025, 0919 Hours  ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)*                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____            on *(date)*                 ; or

❒ I returned the summons unexecuted because                                        ; or

❒ Other *(specify):*


My fees are $      0.00      for travel and $      125      for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:     5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    JONATHAN KIEHN

was received by me on *(date)*          5/9/2025          .

☑ I personally served the summons on the individual at *(place)*  18819 1ST PL W BOTHELL, WA 98012

_____ on *(date)*   5/9/2025, 2008 Hours  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $     0.00     for travel and $     125     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    BREHON NESS

was received by me on *(date)*          5/9/2025          .

☑ I personally served the summons on the individual at *(place)*  713 202ND PL SW LYNNWOOD, WA 98036

_____    on *(date)*  5/9/2025, 2001 Hours  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____    on *(date)* _____    ; or

☐ I returned the summons unexecuted because _____    ; or

☐ Other *(specify):*


My fees are $    0.00    for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    5/13/2025          _____
                                          *Server's signature*

                                          JOSHUA RITTS, WA PI #4500
                                          _____
                                          *Printed name and title*

                                          PO BOX 23063
                                          SEATTLE, WA 98102

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    DWAYNE PIRAK

was received by me on *(date)*            5/9/2025            .

☑ I personally served the summons on the individual at *(place)*   3509 184TH PL SE BOTHELL, WA 98012

_____ on *(date)*   5/9/2025, 1945 Hours   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $     0.00     for travel and $     125     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025                        _____
                                                            *Server's signature*

                                            JOSHUA RITTS, WA PI #4500
                                            _____
                                                            *Printed name and title*

                                            PO BOX 23063
                                            SEATTLE, WA 98102
                                            _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    KING COUNTY

was received by me on *(date)*         5/9/2025         .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ☑ I served the summons on *(name of individual)*    YASMIN ANTONIO                              , who is

designated by law to accept service of process on behalf of *(name of organization)*    KING COUNTY

on *(date)*    5/9/2025, 1324 Hours   ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $     0.00     for travel and $     125     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     5/13/2025          _____
                                                      *Server's signature*

                                        JOSHUA RITTS, WA PI #4500
                                        _____
                                                *Printed name and title*

                                                PO BOX 23063
                                                SEATTLE, WA 98102
                                        _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

Documents served at 201 S Jackson St, 2nd Floor, Seattle, WA 98104. Documents also emailed to
KCServiceOfSummons@kingcounty.gov on 5/12/2025, 0947 Hours

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   KING COUNTY

was received by me on *(date)*          5/9/2025          .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   MOS_Legalservice@seattle.gov          , who is

designated by law to accept service of process on behalf of *(name of organization)*   CITY OF SEATTLE

on *(date)*   5/9/2025, 1222 Hours  ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $     0.00     for travel and $     125     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

Per information found here:

https://seattle.gov/mayor/service-of-legal-documents

Personal service requirement by City of Seattle is waived, and service is accepted by emailing documents to:
MOS_Legalservice@seattle.gov

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CITY OF SEATTLE

was received by me on *(date)*         5/9/2025

❏ I personally served the summons on the individual at *(place)*

                                                              on *(date)*                    ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

                                                 , a person of suitable age and discretion who resides there,

on *(date)*                         , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   MOS_Legalservice@seattle.gov                , who is

designated by law to accept service of process on behalf of *(name of organization)*   CITY OF SEATTLE

                                                   on *(date)*  5/9/2025, 1222 Hours  ; or

❏ I returned the summons unexecuted because                                                    ; or

❏ Other *(specify):*

My fees are $      0.00      for travel and $      125      for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date:     5/13/2025

*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

*Server's address*

Additional information regarding attempted service, etc:

Per information found here:

https://seattle.gov/mayor/service-of-legal-documents

Personal service requirement by City of Seattle is waived, and service is accepted by emailing documents to:
MOS_Legalservice@seattle.gov

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Western District of Washington  ▾

| | |
|---|---|
| Kurt Benshoof, et al., | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Marshal Ferguson, et al., | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   2:24-cv-00808-JHC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sarah Turner
9180 Moran Rd NE
Bainbridge Island WA 98110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kurt Benshoof                Urve Maggitti
        22701 42nd Place West      244 Blackburn Drive, Berwymn, PA 19312
        Mountlake Terrace, WA 98043  urve.maggitti@gmail.com
        kurtbenshoof@gmail.com     (917)340-0561
        (425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sarah Turner

was received by me on *(date)*         05/12/25          .

☑ I personally served the summons on the individual at *(place)*  9180 Moran Rd Ne Bainbridge Island WA 98110

at 4:30 P.M.                                                          on *(date)*      05/12/2025       ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    05/12/2025

_____
*Server's signature*

Christian Hanson Private Investigator
*Printed name and title*

8617 E. Converse Rd Port Orchard
WA 98366
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Nicholas Evans

was received by me on *(date)*      5/11/2025      .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Conducted a Drop Service on the presumed individual at the front door of the defendant's home. The presumed defendant observed me, the process server, from inside the home and then left my line of sight. To attempt service, I notified the presumed defendant from the front porch that I would be leaving the court documents on the front door.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date:      5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

*Server's address*

Additional information regarding attempted service, etc:
Service was attempted at 15239 472nd PL SE, North Bend, WA 98045 @ 7:23pm on 5/12/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Nathan Shopay

was received by me on *(date)*        5/11/2025        .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  Mrs. Shopay

_____ , a person of suitable age and discretion who resides there,

on *(date)*        5/11/2025        , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:        5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

*Server's address*

Additional information regarding attempted service, etc:
Service was attempted at 9234 SE 70th Pl, Mercer Island, WA 98040 @ 8:47pm on 5/11/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Michael Fox

was received by me on *(date)*        5/11/2025        .

☑ I personally served the summons on the individual at *(place)*    3008 45th Ave. SW, Seattle, WA 98116

at 1:39 PM                                on *(date)*        5/11/2025        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.


Date:    5/12/2025

_____

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

*Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Catherine Cornwall

was received by me on *(date)* 5.10.2025      .

I personally served the summons on the individual at *(place)*

_____ on _____ ; or

X  I left the summons at the individual's residence or usual place of abode with *(name)*

Mr. Cornwall and son _____ , a person of suitable age and discretion who resides there,

on *(date)*      5.11.2025      , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

I returned the summons unexecuted because      unable to reach over several visits      ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:      5.15.2025

*Server's signature*

Lael Henterly

*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119

*Server's address*

Additional information regarding attempted service, etc:

Served at 5:11 p.m. on 5.11.2025

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Jenny Durkan

was received by me on *(date)* 5.10.2025    .

☐ I personally served the summons on the individual at *(place)* _____ on _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* 5.11.2025    , and mailed a copy to the individual's last known address; or

X I served the summons on *(name of individual)* Jaize M. _____ , who is

designated by law to accept service of process on behalf of *Ship Ship box holders* _____

on *5.11.2025* _____ ; or

☐ I returned the summons unexecuted because    unable to reach over several visits _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    5.15.2025

*Server's signature*

Lael Henterly

*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119

*Server's address*

Additional information regarding attempted service, etc:

Served at 4616 25TH AVE NE # 422, SEATTLE, WA 98105 (Ship Ship) at 3:31 p.m. on 5.11.25

Also attempted service at the Olivian at 809 Olive Way, Unit 2401, Seattle, WA 98101 at 2:56 p.m. 5.11.25. The man who lived in unit 2401 said Durkan does not live there

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Sarah Macdonald

was received by me on *(date)* 5.10.2025    .

X  I personally served the summons on the individual at *(place)* 5941 CALIFORNIA AVE
SW APT 205, SEATTLE, WA, 98136                              on 5.12.2025          ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____
on *(date)* _____                              ; or

I returned the summons unexecuted because    unable to reach over several visits          ; or

❏  Other *(specify):*

                                                                                    .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    5.15.2025

                                          *Server's signature*

                                          Lael Henterly
                                          *Printed name and title*

                                          904 W. Highland Drive  Seattle, WA 98119
                                          *Server's address*

Additional information regarding attempted service, etc:

        Served at 3:49 p.m. on 5.12.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Stephen Mitchell

was received by me on *(date)* 5.10.2025          .

    X I personally served the summons on the individual at *(place)*     723 N 68TH ST, SEATTLE, WA, 98103

_____     on          5.11.2025    ; or

    I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)*          5.11.2025       , and mailed a copy to the individual's last known address; or

    I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of _____

_____     on    _____ ; or

    I returned the summons unexecuted because     unable to reach over several visits          ; or

    ❏ Other *(specify):*

                                                               .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:     5.15.2025
_____          _____
                                                    *Server's signature*

                                          Lael Henterly
                                     _____
                                            *Printed name and title*

                        904 W. Highland Drive  Seattle, WA 98119
                                       *Server's address*

Additional information regarding attempted service, etc:

Served at 7:56 p.m. on 5.11.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Daniel Schilling

was received by me on *(date)* 5.10.2025          .

X  I personally served the summons on the individual at *(place)* 2517 7TH AVE W,
SEATTLE, WA, 98119
                                                      on 5.10.2025          ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*
                              , a person of suitable age and discretion who resides there,
on *(date)*                    , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)*                              , who is

designated by law to accept service of process on behalf of *(name of organization)*
                                   on *(date)*                    ; or

I returned the summons unexecuted because     unable to reach over several visits          ; or

❒  Other *(specify):*
                                                                                            .

My fees are $              for travel and $              for services, for a total of $              .

I declare under penalty of perjury that this information is true.

Date:     5.15.2025
                                        _Lael H_____
                                              *Server's signature*

                                              Lael Henterly
                                        _____
                                              *Printed name and title*

                                        904 W. Highland Drive  Seattle, WA 98119
                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:



Served at 7:32 p.m. on 5.10.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Melanie Tratnik

was received by me on *(date)* 5.10.2025          .

    X I personally served the summons on the individual at *(place)*          5048 Baker Ave NW, Seattle, WA 98107

    on          5.11.2025    ; or

    I left the summons at the individual's residence or usual place of abode with *(name)*

    , a person of suitable age and discretion who resides there,

    on *(date)*          5.11.2025    , and mailed a copy to the individual's last known address; or

    I served the summons on *(name of individual)*          , who is

    designated by law to accept service of process on behalf of

    on          ; or

    I returned the summons unexecuted because    unable to reach over several visits    ; or

    ❑ Other *(specify):*

    .

My fees are $          for travel and $          for services, for a total of $          .

I declare under penalty of perjury that this information is true.

Date:    5.15.2025

    *Server's signature*

    Lael Henterly

    *Printed name and title*

    904 W. Highland Drive  Seattle, WA 98119

    *Server's address*

Additional information regarding attempted service, etc:

    Served at 5:21 p.m. on 5.11.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sarah Turner

was received by me on *(date)* 5.10.2025          .

❏  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏X  I served the summons on *(name of individual)* the receptionist at her law office, Gordon Rees Scully , who is

*Mansukhani, LLP, at 701 Fifth Ave Ste 2100 Seattle, WA 98104*

on *(date)*      5.12.2025                  ; or

I returned the summons unexecuted because                                      ; or
designated by law to accept service of process on behalf of *(name of organization)*
❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:     5.15.2025

_____
Server's signature

Lael Henterly

_____
Printed name and title

904 W. Highland Drive  Seattle, WA 98119

_____
Server's address

Additional information regarding attempted service, etc:

At 2:57 p.m. 5.12.2025

.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Chad Zetner

was received by me on *(date) 5.10.2025* .

X  I personally served the summons on the individual at *(place) 3041 NE 103rd St, Seattle, WA 98125*
on 5.12.2025 ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

I returned the summons unexecuted because    unable to reach over several visits ; or

❏  Other *(specify):*
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    5.15.2025

*Server's signature*

Lael Henterly

*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119

*Server's address*

Additional information regarding attempted service, etc:

Served @ 4:48 p.m. on 5.12.2025, caught him in driveway as he arrived home with wife Megan Zetner

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ▼

| | |
|---|---|
| Kurt Benshoof, et al., | )<br>)<br>)<br>) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  2:24-cv-00808-JHC |
| Marshal Ferguson, et al., | )<br>)<br>) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sarah Turner
9180 Moran Rd NE
Bainbridge Island WA 98110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Benshoof                          Urve Maggitti
22701 42nd Place West        244 Blackburn Drive, Berwymn, PA 19312
Mountlake Terrace, WA 98043     urve.maggitti@gmail.com
kurtbenshoof@gmail.com          (917)340-0561
(425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sarah Turner

was received by me on *(date)*          05/12/25          .

☑ I personally served the summons on the individual at *(place)*  9180 Moran Rd Ne Bainbridge Island WA 98110

at 4:30 P.M.                                                       on *(date)*        05/12/2025          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      05/12/2025

_____
*Server's signature*

Christian Hanson Private Investigator
*Printed name and title*

8617 E. Caveway Rd Port Orchard
*Server's address*    WA 98366

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-JHC

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stephen Okruhlica

was received by me on *(date)* May 11, 25

☑ I personally served the summons on the individual at *(place)* 8432 63rd St. NE Marrysville WA 98270 stephen opened the door of his house and accepted service on *(date)* May 11 25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ ∅ for travel and $ ∅ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 11, 25 _____

_____
*Server's signature*

Larisa Goldin, Process Server, volunteer
*Printed name and title*

22701 42nd Pl. W., Mountlake Terrace WA 98043
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Andrea Chin

was received by me on *(date)*    May 11, 25    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*    Left at front
door at 4006 39th Ave S. , a person of suitable age and discretion who resides there,
Seattle WA 98118
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ø_____ for travel and $ _____ø_____ for services, for a total of $ ⟨ 0.00 ⟩ .

I declare under penalty of perjury that this information is true.

Date:  5/11/25

_____
*Server's signature*

LARISA GOLDN , Process server volunteer
*Printed name and title*

22701 42nd Pl W. Mountlake Terrace
*Server's address*    WA 98043

Additional information regarding attempted service, etc:

Rang doorbell several times. Lights were on
and heard sounds in the house. It seemed
~~like~~ Andrea Chin was trying to avoid service.
I left the packet at her door.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pascal Herzer,

was received by me on *(date)*  May 12, 2025

☑ I personally served the summons on the individual at *(place)*  His home (garage)
23709 7th Ave SE, Bothell, WA 98021  on *(date)*  May 12, 2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  5/12/2025

Jason T. Colberg
*Server's signature*

Jason Colberg, Process Server/Volunteer
*Printed name and title*


17750 33rd Ave NE, LFP, WA 98155
*Server's address*

Additional information regarding attempted service, etc:  Served Pascal Herzer at his garage. Identified him by name, stated he was being served, handed him the summons/complaint, listened to him as I walked away.

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Judge Andree Chin

was received by me on *(date)*  May 1₂, 2025.

☑ I personally served the summons on the individual at *(place)*  Sidewalk in Front of her
home, 4006 39ᵀᴴ Ave S, Seattle, WA  on *(date)*  5/12/2025  ; or
98118

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  0⁰⁰  for travel and $  0⁰⁰  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: May 12, 2025

Jason Colberg
*Server's signature*

Jason Colberg, Process Server / Volunteer
*Printed name and title*


17750 37ʳᵈ Ave NE LFP, WA 98155
*Server's address*

Additional information regarding attempted service, etc:

Knocked on front door 3 times during three attempts to serve between 7:05 am and about 7:55am. Dog barked at door during 2ⁿᵈ & 3ʳᵈ attempts. Served Summons / Complaint about 8:11 am as Judge Chin was talking to another person on the sidewalk. I identified her, stated her name, placed the Summons / Complaint in a plastic bag for her as she requested, stated she had been served and walked away.

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Magalie E. Lerman

was received by me on *(date)*  3/6/2025 .

☒ I personally served the summons on the individual at *(place)*  KC Superior Courts Hallway
516 3ʳᵈ Ave, Seattle Wa 98104 on *(date)*  3/6/2025  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $  0  for travel and $  50  for services, for a total of $  50.00 .

I declare under penalty of perjury that this information is true.

Date:  3/8/2025

_Benjamin Blanchard_
Server's signature

_Benjamin Blanchard_
Printed name and title


3201 Anita De Zephyrhills FL 33541
Server's address

Additional information regarding attempted service, etc:

I Believe I served Ms. Lerman, who was accompanying
Jessica Owens while Leaving K.C.S.C. and Served her
in Hallway of the 3rd floor, Outside of Judicial
Court Room 355.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Magalie E. Lerman_

was received by me on *(date)* _3/6/2025_ .

☒ I personally served the summons on the individual at *(place)* _KC Superior Court's Hallway_
_516 3rd Ave, Seattle Wa 98104_ on *(date)* _3/6/2025_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _0_ for travel and $ _50_ for services, for a total of $ _50.00_ .

I declare under penalty of perjury that this information is true.

Date: _3/8/2025_

_Benjamin Blanchuuue_
Server's signature

_Benjamin Blanchard_
Printed name and title

_3201 Aneta De  Zephyrhills FL 33541_
Server's address

Additional information regarding attempted service, etc:
I Believe I served Ms. Lerman, who was accompanying
Jessica owens while leaving K.C.S.C. and Served her
in Hallway of the 3rd floor, outside of Judicial
Court Room 355.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jessica Owen

was received by me on *(date)*   March 5, 2025 .

☑ I personally served the summons on the individual at *(place)*   King Cont, Courthouse,
3rd Floor                                                                    on *(date)* March 6, 2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                                , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                          ; or

☐ I returned the summons unexecuted because                                                            ; or

☐ Other *(specify):*

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  March 6, 2025

                                            Jason T. Colberg
                                            *Server's signature*

                                            Jason T. Colberg
                                            *Printed name and title*

                                            17750 33rd Ave, NE, Lake Forest Park, WA
                                            *Server's address*                    98155

Additional information regarding attempted service, etc:

Ms. Owen responded affimatively to her name when I
recognized her walking down the hallway (with another woman).
When I stated she was being served and was handing her the
service documents, she said, "Oh no, not This bullshit again,"
turned her shoulders and folded arms away, and let the
documents fall to the floor. I had turned my body so as
not to intimidate her, and did not see if she picked them up.

# JUDICIAL NOTICE EXHIBIT O

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    BRIAN REES

was received by me on *(date)*          5/9/2025          .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW]                          ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    5/13/2025          _____
                                              *Server's signature*

                                    JOSHUA RITTS, WA PI #4500
                                    _____
                                        *Printed name and title*

                                        PO BOX 23063
                                        SEATTLE, WA 98102
                                    _____
                                        *Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 2238 100TH DR SE, LAKE STEVENS, WA 98258 on 5/10/2025, 0954 Hours. House vacant with "For Sale" sign outside.

2) 11519 88TH ST NE, LAKE STEVENS, WA, 98258 on 5/11/2025, 1304 Hours. House located in gated community, no access on foot, no intercom.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   NATHAN SHOPAY

was received by me on *(date)*         5/9/2025         .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW] _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025                    _____
                                                          *Server's signature*

                                        JOSHUA RITTS, WA PI #4500
                                        _____
                                                          *Printed name and title*

                                                PO BOX 23063
                                                SEATTLE, WA 98102
                                        _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 9234 SE 70th Pl, Mercer Island, WA 98040 on 5/10/2025, 1225 Hours. No answer.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    GRANT MAYER

was received by me on *(date)*          5/9/2025          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW]                              ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025

*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 222 DUVALL AVE SE, RENTON, WA, 98059 on 5/10/2025, 1256 Hours. No answer.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   MICHAEL VIRGILIO

was received by me on *(date)*          5/9/2025          .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW] _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
_____
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102
_____
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 1015 IDYLWOOD DR SW, ISSAQUAH, WA 98027 on 5/10/2025, 1324 Hours. No answer.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ANTHONY BELGARDE

was received by me on *(date)*            5/9/2025            .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW]                    ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 31420 8th Pl SW, Federal Way, WA on 5/10/2025, 1718 Hours. No answer.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ERNEST JENSEN

was received by me on *(date)*          5/9/2025          .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   [SEE BELOW] _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $   125   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:     5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 220 SW 200TH ST, SEATTLE, WA, 98166 on 5/10/2025, 1548 Hours. Bad address-- Unit # needed.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   LILIYA NESTERUK

was received by me on *(date)*            5/9/2025            .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   [SEE BELOW]                    ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:      5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 1300 Alki Ave SW #202, Seattle, WA 98116 on 5/10/2025, 1843 Hours. Secure building, unable to access.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    MICHAEL TRACY

was received by me on *(date)*          5/9/2025                    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    [SEE BELOW] _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025                                   _____
                                                              *Server's signature*

                                                       JOSHUA RITTS, WA PI #4500
                                                       *Printed name and title*

                                                       PO BOX 23063
                                                       SEATTLE, WA 98102

                                                       _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 2230 Prescott Ave. SW, Seattle, WA 98126 on 5/10/2025, 1855 Hours. No answer.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TREVOR TYLER

was received by me on *(date)*          5/9/2025          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   [SEE BELOW] _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:     5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 3904 224Th Ave Ne, Granite Falls, WA, 98252 on 5/11/2025, 1237 Hours. House is located in gated community, no access. Spoke to a woman on the intercom who identified herself as TREVOR TYLER's wife, who refused to grant access.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   STEVEN STONE

was received by me on *(date)*            5/9/2025            .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   [SEE BELOW] _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $    125    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      5/13/2025

_____
*Server's signature*

JOSHUA RITTS, WA PI #4500
*Printed name and title*

PO BOX 23063
SEATTLE, WA 98102

_____
*Server's address*

Additional information regarding attempted service, etc:

Service attempts:

1) 820 123RD AVE NE, LAKE STEVENS, WA, 98258 on 5/11/2025, 1320 Hours. No answer.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Sarah Pendleton

was received by me on *(date)*    5/11/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    the defendant nor a person of suitable age was present  ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056
*Server's address*

Additional information regarding attempted service, etc:
Service was attempted at 9011127th St. Ct. E, Puyallup, WA 98373 at 6:29pm on 5/11/2025;
3:06pm on 5/12/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Michael Virgilio

was received by me on *(date)*    5/11/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    the defendant nor a person of suitable age was present  ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    5/12/2025

_____
*Server's signature*

Christopher Frazier, Private Investigator
_____
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056
_____
*Server's address*

Additional information regarding attempted service, etc:
  Service was attempted at 1015 Idlylwood Dr. SW, Issaquah, WA 98027 @ 7:54pm on 5/12/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Michael Tracy

was received by me on *(date)*        5/11/2025        .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    defendant nor a person of suitable age was present    ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.


Date:        5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056
*Server's address*

Additional information regarding attempted service, etc:
 Service was attempted at 2230 Prescott Ave. SW, Seattle, WA 98126 at 12:44pm on 5/11/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Liliya Nesteruk

was received by me on *(date)*    5/11/2025    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    the defendant nor a person of suitable age was present  ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056
*Server's address*

Additional information regarding attempted service, etc:
 Service was attempted at 1300 Alki Ave. SW, Apt. 202, Seattle WA 98116 at 2:15pm on 5/11/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*        Donovan Broussard

was received by me on *(date)* 5.10.2025              .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

X  I returned the summons unexecuted because    unable to reach _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____5.15.2025_____

_____
*Server's signature*

Lael Henterly
_____
*Printed name and title*

_____904 W. Highland Drive  Seattle, WA 98119_____
*Server's address*

Additional information regarding attempted service, etc:

　- 2635 NW NORTH BEACH DR, Seattle, WA 98117 is not an actual address, as confirmed after attempted service by King County Parcel Viewer

　- Attempted service at 3625 BEACH DR SW APT 4, Seattle, WA, 98116 on 5.12.2025 at 3:59 p.m. No answer.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*        Andrea Chin

was received by me on *(date)* 5.10.2025                          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

X I returned the summons unexecuted because    not at address/ no forwarding information
_____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____5.15.2025_____

_____
*Server's signature*

Lael Henterly
_____
*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119
_____
*Server's address*

Additional information regarding attempted service, etc:

Attempted at 528 16th Avenue East, Upper Unit, Seattle, WA 98112

Verified with current resident, Hannah Pohoff, that Chin doesn't live there at 3:12 p.m. on 5.11.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Tyler Goslin

was received by me on *(date)* 5.10.2025      .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

X  I returned the summons unexecuted because   unable to reach over several visits      ; or

❏ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.

Date:      5.15.2025      _____
                                                        *Server's signature*

                                                        Lael Henterly
                                        _____
                                                        *Printed name and title*


                                        904 W. Highland Drive  Seattle, WA 98119
                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

        Attempted service at his apartment at 10711 8th Ave NE Unit 318, Seattle, WA 98125:
        - Intercom and door knock at 8:44 p.m. 5.10.2025
        - Intercom at 3:57 p.m. 5.11.2025
        - Door knock at 4:07 p.m. 5.11.2025
        - Intercom and door knock at 6:01 p.m. 5.12.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*        JULIE KLINE

was received by me on *(date)* 5.10.2025                    .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

X I returned the summons unexecuted because     not at address/ no forwarding information

_____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    5.15.2025
_____

*Server's signature*

Lael Henterly
_____

*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119
_____

*Server's address*

Additional information regarding attempted service, etc:

Attempted at 11732 3RD AVE NW SEATTLE, WA, 98177 on 5.10.2025 at 8:21 p.m.

Kline doesn't live there, a different family occupies the home.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Magalie Lerman

was received by me on *(date)* 5.10.2025                              .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

X  I returned the summons unexecuted because    UPS refused service                    ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    5.15.2025

*Server's signature*

Lael Henterly

*Printed name and title*

904 W. Highland Drive  Seattle, WA 98119

*Server's address*

Additional information regarding attempted service, etc:

Attempted to serve her attorney, Moshe Admon, at his office address (300 Lenora St PMB 4008)
which was a UPS store. They refused to accept service at 2:31 p.m. 5.12.2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Liliya Nesteruk

was received by me on *(date)* 5.10.2025           .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

X I returned the summons unexecuted because    Nesteruk no longer lives at the listed adress ; or

❏ Other *(specify):*

                                                                                        .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    5.15.2025

                                   *Server's signature*

                              Lael Henterly
                              _____
                                   *Printed name and title*

                    904 W. Highland Drive  Seattle, WA 98119
                              _____
                                   *Server's address*

Additional information regarding attempted service, etc:

         Attempted service at 3:30 p.m. on 5.12.2025 and spoke with a resident of the building who said she no
         longer lived there

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington  ▼

| | |
|---|---|
| Kurt Benshoof, et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Marshal Ferguson, et al., | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.   2:24-cv-00808-JHC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ERNEST JENSEN
220 SW 200TH ST #2
NORMANDY PARK, WA 98166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Benshoof                    Urve Maggitti
22701 42nd Place West            244 Blackburn Drive, Berwymn, PA 19312
Mountlake Terrace, WA 98043      urve.maggitti@gmail.com
kurtbenshoof@gmail.com           (917)340-0561
(425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Ernest Jensen

was received by me on *(date)*           05/12/25            .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  Service site building was no longer there/demolition ; or

❏ Other *(specify):*  Attempted to serve Ernest Jensen at 633 Bay St Port Orchard WA 98366 at 5:45 P.M.
05/12/2025. Building no longer exist.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: ___05/12/2025___

_____
*Server's signature*

Christian Hanson   Private Investigator
*Printed name and title*

8617 E Caraway Rd Port Orchard WA 98366
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Grant Mayer

was received by me on *(date)*      5/11/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   the defendant nor a person of suitable age was present  ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0    .

I declare under penalty of perjury that this information is true.

Date:     5/12/2025

_____
*Server's signature*

Christopher Frazier, Private Investigator
_____
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056
_____
*Server's address*

Additional information regarding attempted service, etc:
  Service was attempted at 222 Duvall Ave. SE, Renton, WA 98027 @ 3:06pm on 5/11/2025; 5:11pm on 5/12/2025.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington 🔽

| | |
|---|---|
| Kurt Benshoof, et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Marshal Ferguson, et al., | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  2:24-cv-00808-JHC

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  ERNEST JENSEN
220 SW 200TH ST #2
NORMANDY PARK, WA 98166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Benshoof                              Urve Maggitti
22701 42nd Place West                      244 Blackburn Drive, Berwymn, PA 19312
Mountlake Terrace, WA 98043                urve.maggitti@gmail.com
kurtbenshoof@gmail.com                     (917)340-0561
(425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____                _____
                                             _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Ernest Jensen

was received by me on *(date)*  05/12/25  .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  Service site building was no longer there/demolition  ; or

❐ Other *(specify)*:  Attempted to serve Ernest Jensen at 633 Bay St Port Orchard WA 98366 at 5:45 P.M. 05/12/2025. Building no longer exist.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  05/12/2025

*Server's signature*

Christian Hanson   Private Investigator
*Printed name and title*

8617 E Caravay Rd Port Orchard WA
*Server's address*
98366

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Ernest Jensen

was received by me on *(date)*    5/11/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    defendant nor a person of suitable age was present    ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056
*Server's address*

Additional information regarding attempted service, etc:
  Service was attempted at 220 SW 200th St. #2,Normandy Park, WA 98166 at 9:37pm on 5/11/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Donovan Broussard

was received by me on *(date)*        5/11/2025        .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    defendant nor a person of suitable age was present    ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.


Date:        5/12/2025

*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056
*Server's address*

Additional information regarding attempted service, etc:
  Service was attempted at 3625 Beach Dr. SW Apt. 4, Seattle, WA 98116 at 12:57pm on 5/11/2025;

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Anthony Belgard

was received by me on *(date)*    5/11/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    the defendant nor a person of suitable age was present  ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    5/12/2025

_____
*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

_____
*Server's address*

Additional information regarding attempted service, etc:
  Service was attempted at 31420 8th Pl SW, Apt. 205, Federal Way, WA 98023 at 5:51pm on 5/11/2025;
  2:25pm on 5/12/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Andrew West

was received by me on *(date)*    5/11/2025    .

❏ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

☑ I returned the summons unexecuted because    the defendant nor a person of suitable age was present  ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .


I declare under penalty of perjury that this information is true.


Date:    5/12/2025

_____
*Server's signature*

Christopher Frazier, Private Investigator
*Printed name and title*

4004 NE 4th St.
Ste. 107-372
Renton, WA 98056

_____
*Server's address*

Additional information regarding attempted service, etc:
  Service was attempted at 18430 SE Pl, Kent, WA 98042 @ 7:00pm on 5/11/2025; 3:30pm on 5/12/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jenny Durkan

was received by me on *(date)*  . May 11, 25 .

☐ I personally served the summons on the individual at *(place)*
_____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  No one was home or ; or
at least it so appeared.
☐ Other *(specify)*:  The address was
2294 Shore Ave. Freeland WA 98249

My fees are $ ___0___ for travel and $ ___0___ for services, for a total of $ ( 0.00 ) .

I declare under penalty of perjury that this information is true.

Date:  5/11/25

_____
*Server's signature*

Lansa Godwin, Process Server Volunteer
*Printed name and title*

2270L 42nd Pl W. Mountlake Terrace, WA
*Server's address*

Additional information regarding attempted service, etc:

The house on the beach had a gate and several
entrances from the beach. No one answered after
knocking on the different doors and there were
no cars and no signs of activity.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Julie E. Kline

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*
_____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because  No one was home @  ; or
☐ Other *(specify):*  1577 Penn Cove Rd.  Oak Harbor  WA 98277

My fees are $ ____0____ for travel and $ ____0____ for services, for a total of $ (0.00) .

I declare under penalty of perjury that this information is true.

Date:  5/11/22

_____
*Server's signature*

Larisa Goldin, process server volunteer
*Printed name and title*

22701 42nd Pl W. Seattle WA 98043
*Server's address*

Additional information regarding attempted service, etc:

Drove up to the house which was fenced in with
a 2nd inner fence. Rang the doorbell at
both fences. No one was home @ the house was
quiet with all the lights off.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-CV-00808-JHC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>MAGALIE LERMAN</u> was received by me on *(date)* <u>May 9, 2025,</u> <u>4:14 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>See the details below</u> ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/16/2025

_____
*Server's signature*

Giovan Gonez Valentin
_____
*Printed name and title*

Calle Lutz 316 Apt B Villa Palmeras, San Juan, PR 00915
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: May 10, 2025, 7:30 pm AST at 1367 CALLE LUCHETTI APT 2B,, SAN JUAN,, PR 009072005
I attempted to make contact by ringing the teleentry system several times but did not receive any answer. Since the building is secured, access is only granted by residents. I will make another attempt tomorrow.

2) Unsuccessful Attempt: May 15, 2025, 9:53 pm AST at 1367 CALLE LUCHETTI APT 2B,, SAN JUAN,, PR 009072005
I tried calling via teleprompter to apt 2B. But nobody answered. Tried several times, but
no response.