Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Mr. Kurt A. Benshoof, A.R.W. By and Through His Father, Mr. Kurt A. Benshoof, Brett Fountain, Urve Maggitti,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, | No.   2:24-CV-00808-JHC<br><br>**CITY OF SEATTLE'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE** |

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE - 1
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, In Their Individual Capacities, CITY OF SEATTLE, KING COUNTY, |
|---|
| Defendants. |

MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, In Their Individual Capacities, CITY OF SEATTLE, KING COUNTY,

          Defendants.

Comes now Defendant City of Seattle ("City"), by special appearance to contest service, without waiving any objections to jurisdiction and files this Reply to Plaintiff's Response to Order to Show Cause and Objection to Proofs of service. In support thereof the City states as follows:

## ARGUMENT AND CITATION TO AUTHORITY

The Complaint is properly dismissed for failure to comply with the requirements of Federal Rules of Civil Procedure Rule 4. The Plaintiffs' Response to the Order to Show Cause (Dkt. 120) has not raised any new allegations of good cause not already found insufficient by this Court in ruling on the Plaintiff's Motion for Extension of Time to Serve Defendants. (Dkts. 114, 118). Further, the Proofs of Service do not reflect actual service as the Plaintiff failed to meet the requirements of Rule 4, namely the Summons failed to bear the Court Seal and failed to include the signature of the Court Clerk. (*See Ex.* A*, Declaration of Attorney Dallas LePierre* (*"LePierre Decl."*))

**I.    The Plaintiffs Failed to Show Good Cause for Failing to Serve the City Defendants.**

The Plaintiffs raised the same issues regarding the confinement of Plaintiff Benshoof as good cause for failure to comply with FRCP Rule 4. As this Court has already held, this is not sufficient to excuse compliance by the Plaintiff with that Rule. (*See* Dkts. 114, 118.) The only new issue is that Plaintiffs allege to have made attempts to serve the City Defendants in the 11th hour after this Court denied both Motions for Extension of Time. *Id.* This effort, particularly as there was no effort to serve in accordance with the FRCP Rule 4 as demonstrated below, does not constitute good cause or

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE - 2
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

excusable neglect. The First Amendment Complaint should be dismissed.[1]

## II. Plaintiffs' Attempt at Service Failed to Comply with Federal Rules Of Civil Procedure Rule 4.

Rule 4 requires that a plaintiff serve each defendant with a summons and copy of the complaint in the case. Fed. R. Civ. P. 4. Rule 4 also lays out how a plaintiff gets a summons issued, which must be signed and sealed by the Clerk. Fed. R. Civ. P. 4(b). Rule 4 requires that the summons be signed by the clerk and bear the Court's seal. *Id.* While minor or technical defects in a summons are not typically grounds for dismissal, "failure to use a signed and sealed summons, as Plaintiffs did here, represents a "flagrant disregard" for the requirements of Rule 4(a)-(b) and is grounds for dismissal. *Clancy v. Allstate Ins. Co.*, No. 20-CV-08668-BLF, 2021 WL 3861421, at *3 (N.D. Cal. Aug. 30, 2021). This issue is jurisdictional. For this Court to obtain personal jurisdiction over a defendant, that defendant must be served a valid, properly signed, summons and complaint. *Silbaugh v. Chao*, 942 F.3d 911, 915 (9th Cir. 2019).

Plaintiffs allege that service of the First Amended Complaint has been completed on City Defendants Andrea Chin, Jenny Durkin, John Duus, Nicholas Evans, Ryan Ellis, Johnathan Kiehn, Spencer Kurz, Richard Lima, Adam Losleben, Yves Luc, Sarah Macdonald, Jacob Masterson, Johnathan Musseau, Brehon Ness, Stephen Okrulica, Katrina Outland, Dwayne Pirak, Daniel Schilling, Ty Selfridge, Nathan Shopay, Malanie Tratnik, Chad Zetnick, and the City of Seattle (collectively "City Defendants"). Plaintiffs Urve Maggitti and Bret Fountain have never sought to have properly signed and sealed Summons issued by this Court. As shown by the Plaintiffs' own

---

[1] While dismissal for failure to comply with Rule 4 is without prejudice, any new complaint filed would be subject to the standing Vexatious Litigant Order against Plaintiff Kurt Benshoof entered in case number 2:23-cv-1392-JNW (W.D. Wash., Feb. 11, 2025).

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE - 3
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

exhibits, and the exhibits to this Reply, the Plaintiffs have not served a single City Defendant with a valid, signed and sealed Summons and Complaint. (LePierre Dec., Ex. A) Each City Defendant listed by Plaintiff as served was *not* served a signed and sealed Summons and Complaint. *Id.* The failure of the Plaintiffs to serve the City Defendants as required by Rule 4 is further evidenced in Plaintiffs' own Response filing — each Proof of Service that is included in their Response as exhibits that have copies of the summons, plainly shows that the Summons used to allegedly "serve" City Defendants were unsigned and unsealed. (Dkt. 125-1, pp. 110-11, 123-24, 153-54, 156-57.) Having "flagrantly disregard[ed]" the requirements of FRCP Rule 4, the Court should dismiss the First Amended Complaint. *Clancy*, 2021 WL 3861421, at *3; *Silbaugh*, 942 F.3d at 915. As a result of the Vexatious Litigant Order entered against Plaintiff Benshoof (*see* FN.1, *supra*), Plaintiffs must refile their Complaint in Compliance with that order.

## CONCLUSION

The Plaintiffs have failed to comply with the requirements of FRCP Rule 4 and have failed to show good cause therefore. As of the date of this filing, no City Defendant has been properly served in accordance with the requirements of FRCP Rule 4, and the time to do so has passed. The Court should enter an Order dismissing the First Amended Complaint.

///

///

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE - 4
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**CERTIFICATE OF COMPLIANCE**

I certify that this Reply to Plaintiff's Response to Order to Show Cause and Objection to Proofs of Service contains 829 words in compliance with the Local Civil Rules.

DATED this 23rd day of May, 2025.

ANN DAVISON
Seattle City Attorney

By:  /s/ Dallas LePierre
Dallas LePierre, WSBA# 47391
Carson W. Canonie, WSBA# 62464
Assistant City Attorney
E-Mail: Dallas.LePierre@seattle.gov
E-Mail: Carson.Canonie@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorney for Defendant City of Seattle*

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE - 5
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on the 23rd day of May, 2025, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| | |
|---|---|
| Kurt Alden Benshoof, DOC #448305<br>Washington Corrections Center (WCC)<br>PO Box 900<br>Shelton, WA 98584<br><br>*[Pro Se Plaintiff]* | (X)  U.S. Mail<br>(X)  CM/ECF<br>( )  ABC Legal Messengers<br>( )  Faxed<br>( )  Via Email: kurtbenshoof@gmail.com;<br>kurtbenshoof1@gmail.com<br>DOCWCCInmateFederal@DOC1.WA.GOV |
| Brett Fountain<br>2100 West Northwest Highway<br>114 #1115<br>Grapevine, TX 76051-7808<br><br>*[Pro Se Plaintiff]* | (X)  U.S. Mail<br>(X)  CM/ECF<br>( )  ABC Legal Messengers<br>( )  Faxed<br>( )  Via Email:<br>kb407@exposelegalcorruption.com |
| Urve Maggitti<br>244 Blackburn Drive<br>Berwyn, PA 19312<br>917-340-0561<br><br>*[Pro Se Plaintiff]* | ( )  U.S. Mail<br>(X)  CM/ECF<br>( )  ABC Legal Messengers<br>( )  Faxed<br>( )  Via Email: urve.maggitti@gmail.com |
| Matthew Coughlan<br>Darren Anthony Feider<br>Monica Ghosh<br>SEBRIS BUSTO JAMES<br>15375 SE 30TH Pl, Ste 310<br>Bellevue, WA 98007<br>425-450-3382<br><br>*[Attorney for Fox, Goslin, Mitchell]* | ( )  U.S. Mail<br>(X)  CM/ECF<br>( )  ABC Legal Messengers<br>( )  Faxed<br>( )  Via Email: mcoughlan@sbj.law |
| Arick S. Bonsztyk<br>1000 Second Avenue, Suite 3660<br>Seattle, WA 98104<br>206-621-1871<br><br>*[Jessica Owen]* | ( )  U.S. Mail<br>(X)  CM/ECF<br>( )  ABC Legal Messengers<br>( )  Faxed<br>( )  Via Email: asb@tbr-law.com |

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE - 6
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| Peggy C. Wu<br>KING COUNTY PROSECUTING<br>ATTORNEY'S OFFICE<br>701 Fifth Avenue, Suite 600<br>Seattle, WA 98104<br>206-263-4008<br><br>*[King County, Catherine Cornwall, and Pascal Herzer]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: pwu@kingcounty.gov |
|---|---|
| Howard Brown<br>1003 West Michigan Street<br>Hammon, LA 70401<br><br>*[Pro Se Interested Party]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: |

*/s/ Grace Selsor*_____
Grace Selsor, Legal Assistant

CITY OF SEATTLE'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER
TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE - 7
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200