Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Mr. Kurt A. Benshoof, A.R.W. By and Through His Father, Mr. Kurt A. Benshoof, Brett Fountain, Urve Maggitti,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, In Their | No.  2:24-CV-00808-JHC<br><br>DECLARATION OF DALLAS LEPIERRE |

DECLARATION OF DALLAS LEPIERRE - 1
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Individual Capacities, CITY OF SEATTLE, KING COUNTY,

                  Defendants.

I, DALLAS LEPIERRE, being familiar with the facts set forth herein based on my personal knowledge, and being competent to testify, hereby declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 and am competent to make this declaration.
2. All of the summons and complaints purportedly served on the City Defendants are being collected at this time.
3. Attached hereto as **Exhibit A** are true and correct copies of all such summons and complaints as have been currently gathered.
4. I am aware of no summons and complaint served on any City Defendant that had the summons properly signed and sealed.

Further the declarant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of May, 2025.

        By:   */s/ Dallas LePierre*
              Dallas LePierre, WSBA# 47391
              Assistant City Attorney
              E-mail: Dallas.LePierre@seattle.gov

              Seattle City Attorney's Office
              701 Fifth Avenue, Suite 2050
              Seattle, WA 98104
              Phone: (206) 684-8200

        *Attorney for Defendant City of Seattle*

DECLARATION OF DALLAS LEPIERRE - 2
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on the 23rd day of May, 2025, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| | |
|---|---|
| Kurt Alden Benshoof, DOC #448305<br>Washington Corrections Center (WCC)<br>PO Box 900<br>Shelton, WA 98584<br><br>*[Pro Se Plaintiff]* | (X) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: kurtbenshoof@gmail.com;<br>kurtbenshoof1@gmail.com<br>DOCWCCInmateFederal@DOC1.WA.GOV |
| Brett Fountain<br>2100 West Northwest Highway<br>114 #1115<br>Grapevine, TX 76051-7808<br><br>*[Pro Se Plaintiff]* | (X) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email:<br>kb407@exposelegalcorruption.com |
| Urve Maggitti<br>244 Blackburn Drive<br>Berwyn, PA 19312<br>917-340-0561<br><br>*[Pro Se Plaintiff]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: urve.maggitti@gmail.com |
| Matthew Coughlan<br>Darren Anthony Feider<br>Monica Ghosh<br>SEBRIS BUSTO JAMES<br>15375 SE 30TH Pl, Ste 310<br>Bellevue, WA 98007<br>425-450-3382<br><br>*[Attorney for Fox, Goslin, Mitchell]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: mcoughlan@sbj.law |
| Arick S. Bonsztyk<br>1000 Second Avenue, Suite 3660<br>Seattle, WA 98104<br>206-621-1871<br><br>*[Jessica Owen]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: asb@tbr-law.com |

DECLARATION OF DALLAS LEPIERRE - 3
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| | |
|---|---|
| Peggy C. Wu<br>KING COUNTY PROSECUTING ATTORNEY'S OFFICE<br>701 Fifth Avenue, Suite 600<br>Seattle, WA 98104<br>206-263-4008<br><br>*[King County, Catherine Cornwall, and Pascal Herzer]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: pwu@kingcounty.gov |
| Howard Brown<br>1003 West Michigan Street<br>Hammon, LA 70401<br><br>*[Pro Se Interested Party]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: |

*/s/ Grace Selsor*_____
Grace Selsor, Legal Assistant

DECLARATION OF DALLAS LEPIERRE - 4
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200