# EXHIBIT A

To the Declaration of Dallas LePierre in support of Reply to
Plaintiffs' Response to Order to Show Cause

Benshoof, et al v. Ferguson, et al
(2:24-CV-00808-JHC)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington ▼

| | | |
|---|---|---|
| Kurt Benshoof, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00808-JHC |
| | ) | |
| Marshal Ferguson, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CITY OF SEATTLE
c/o City Clerk Sheereen Dedman
600 4th Ave, 3rd Floor
Seattle, WA, 98104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Benshoof                                Urve Maggitti
22701 42nd Place West                        244 Blackburn Drive, Berwymn, PA 19312
Mountlake Terrace, WA 98043                  urve.maggitti@gmail.com
kurtbenshoof@gmail.com                       (917)340-0561
(425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

Kurt Benshoof, et al., )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:24-cv-00808-JHC
Marshal Ferguson, et al., )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Andrea T. Chin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Benshoof
22701 42nd Place West
Mountlake Terrace, WA 98043
kurtbenshoof@gmail.com
(425) 553-8112

Urve Maggitti
244 Blackburn Drive, Berwymn, PA 19312
urve.maggitti@gmail.com
(917)340-0561

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington ▼

Kurt Benshoof, et al., )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:24-cv-00808-JHC
)
Marshal Ferguson, et al., )
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Andrea T. Chin
███
███

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kurt Benshoof                                             Urve Maggitti
    22701 42nd Place West                    244 Blackburn Drive, Berwymn, PA 19312
    Mountlake Terrace, WA 98043         urve.maggitti@gmail.com
    kurtbenshoof@gmail.com                   (917)340-0561
    (425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                  CLERK OF COURT

Date: _____                             _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

Kurt Benshoof, et al.,

*Plaintiff(s)*

v.

Marshal Ferguson, et al.,

*Defendant(s)*

Civil Action No. 2:24-cv-00808-JHC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JENNY DURKAN,
███████████████

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Benshoof
22701 42nd Place West
Mountlake Terrace, WA 98043
kurtbenshoof@gmail.com
(425) 553-8112

Urve Maggitti
244 Blackburn Drive, Berwymn, PA 19312
urve.maggitti@gmail.com
(917)340-0561

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington ▼

Kurt Benshoof, et al., )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:24-cv-00808-JHC
)
Marshal Ferguson, et al., )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JOHN DUUS,
███████████████████████

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kurt Benshoof                        Urve Maggitti
        22701 42nd Place West            244 Blackburn Drive, Berwymn, PA 19312
        Mountlake Terrace, WA 98043    urve.maggitti@gmail.com
        kurtbenshoof@gmail.com        (917)340-0561
        (425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                              CLERK OF COURT

Date: _____                                            _____
                                                                            *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

Kurt Benshoof, et al.,

Plaintiff(s)

v.                                    Civil Action No. 2:24-cv-00808-JHC

Marshal Ferguson, et al.,

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ryan G. Ellis

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Benshoof
22701 42nd Place West
Mountlake Terrace, WA 98043
kurtbenshoof@gmail.com
(425) 553-8112

Urve Maggitti
244 Blackburn Drive, Berwyn, PA 19312
urve.maggitti@gmail.com
(917) 340-0561

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington ▼

Kurt Benshoof, et al., )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:24-cv-00808-JHC
)
Marshal Ferguson, et al., )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ADAM LOSLEBEN
[redacted]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kurt Benshoof          Urve Maggitti
22701 42nd Place West        244 Blackburn Drive, Berwymn, PA 19312
Mountlake Terrace, WA 98043  urve.maggitti@gmail.com
kurtbenshoof@gmail.com       (917)340-0561
(425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington ▼

Kurt Benshoof, et al.,

*Plaintiff(s)*

v.                                    Civil Action No. 2:24-cv-00808-JHC

Marshal Ferguson, et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BREHON NESS
███████████████████████

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Benshoof
22701 42nd Place West
Mountlake Terrace, WA 98043
kurtbenshoof@gmail.com
(425) 553-8112

Urve Maggitti
244 Blackburn Drive, Berwymn, PA 19312
urve.maggitti@gmail.com
(917)340-0561

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington ▼

Kurt Benshoof, et al., )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:24-cv-00808-JHC
)
Marshal Ferguson, et al., )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Daniel J. Schilling
    ███████████████████████

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kurt Benshoof            Urve Maggitti
    22701 42nd Place West    244 Blackburn Drive, Berwymn, PA 19312
    Mountlake Terrace, WA 98043    urve.maggitti@gmail.com
    kurtbenshoof@gmail.com    (917)340-0561
    (425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington ▼

| | |
|---|---|
| Kurt Benshoof, et al., | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:24-cv-00808-JHC |
| Marshal Ferguson, et al., | ) |
| | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Melanie A. Tratnik
███████████████

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kurt Benshoof                              Urve Maggitti
    22701 42nd Place West           244 Blackburn Drive, Berwymn, PA 19312
    Mountlake Terrace, WA 98043  urve.maggitti@gmail.com
    kurtbenshoof@gmail.com       (917)340-0561
    (425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                             CLERK OF COURT

Date: _____                       _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington ▼

Kurt Benshoof, et al., )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:24-cv-00808-JHC
)
Marshal Ferguson, et al., )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHAD ZENTNER
████████████████████████

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Kurt Benshoof            Urve Maggitti
22701 42nd Place West        244 Blackburn Drive, Berwymn, PA 19312
Mountlake Terrace, WA 98043    urve.maggitti@gmail.com
kurtbenshoof@gmail.com       (917)340-0561
(425) 553-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                      *Signature of Clerk or Deputy Clerk*