UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREA CHIN et al., <br><br> Defendants. | CASE NO. 2:24-cv-00808-JHC <br><br> ORDER |

This matter comes before the Court on Plaintiffs' Emergency Motion for Telephonic Motion with Chambers. Dkt. # 122. Plaintiffs have responded to the order to show cause, rendering the motion moot. Dkt. ## 124, 125. Furthermore, Plaintiff Benshoof telephoned the Court on May 19, 2025. Accordingly, the Court DENIES the motion.

Dated this 23rd day of May, 2025.

John H. Chun
United States District Judge

ORDER - 1