UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF et al.,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREA CHIN et al.,<br>　　　　　　　Defendants. | CASE NO. 2:24-cv-00808-JHC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

　　　　(1)　Defendant City of Seattle has filed a Reply, Dkt. # 126, to the Court's Order to Show Cause, Dkt. # 120.  Plaintiffs may file a response to the City's Reply by **May 30, 2025**.

　　　　(2)　The Clerk is directed to forward a copy of this Order to all counsel of record.

　　　　Dated this 23rd day of May, 2025.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　*/s/Ashleigh Drecktrah*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1