HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT A. BENSHOOF, A.R.W. by and
through his father, KURT A. BENSHOOF,
BRETT FOUNTAIN, URVE MAGGITTI,
                    Plaintiffs,
        v.
ANDREA CHIN, ANTHONY BELGARD,
DONOVAN BROUSSARD, NATHAN
CLIBER, CATHERINE CORNWALL,
GREGG CURTIS, JANE DOE, JENNY
DURKAN, JOHN DUUS, NICHOLAS
EVANS, PASCAL HERZER, RYAN ELLIS,
MICHAEL FOX, TYLER GOSLIN, JULIE
KLINE, ERNEST JENSEN, JONATHAN
KIEHN, SPENCER KURZ, MAGALIE
LERMAN, RICHARD LIMA, ADAM
LOSLEBEN, YVES LUC, SARAH
MACDONALD, JACOB MASTERSON,
GRANT MAYER, STEVEN MITCHELL,
JOHNATHAN MUSSEAU, BREHON NESS,
LILIYA NESTERUK, STEPHEN
OKRUHLICA, KATRINA OUTLAND,
JESSICA OWEN, SARAH PENDLETON,
DWAYNE PIRAK, BRIAN REES, BLAIR
RUSS, JULIE SALLE, DANIEL
SCHILLING, TY SELFRIDGE, NATHAN
SHOPAY, STEVEN STONE, MICHAEL
TRACY, MELANIE TRATNIK, SARAH
TURNER, TREVOR TYLER, MICHAEL
VIRGILIO, ANDREW WEST, CHAD
ZENTNER, in their individual capacities,
CITY OF SEATTLE, KING COUNTY,
                    Defendants.

NO.  2:24-cv-00808-JHC

**DEFENDANTS SARAH TURNER AND
MICHAEL TRACY'S JOINDER TO
CITY OF SEATTLE'S REPLY TO
PLAINTIFF'S RESPONSE TO ORDER
TO SHOW CAUSE**

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

1    Defendants Sarah Turner and Michael Tracy, by and through their counsel of record,

2    Todd A. Bowers of Gordon Rees Scully Mansukhani, LLP, hereby join in all of the arguments

3    made in Defendant City of Seattle's Reply to Plaintiff's Response to Order to Show Cause and

4    Objection to Proofs of Service filed by Defendant (Dkt. No. 126). Defendants Turner and Tracy

5    incorporate by reference the arguments made in Defendant City of Seattle Reply as though said

6    arguments have been made herein.

7    Based upon the foregoing, Defendants Turner and Tracy have not been properly served

8    with a copy of the Summons and Complaint in this matter.

9    Dated:  May 23, 2025                          GORDON REES SCULLY MANSUKHANI,
                                                    LLP
10
11                                                 By:    *s/ Todd A. Bowers*
                                                          Todd A, Bowers, WSBA No. 24638
12
13                                                 701 5th Avenue, Suite 2100
                                                   Seattle, WA 98104
14                                                 Phone: (206) 695-5178
                                                   Fax: (206) 689-2822
15                                                 Email:  tbowers@grsm.com

16                                                 *Attorneys for Defendants Sarah Turner and*
                                                   *Michael Tracy*
17
18
19
20
21
22
23
24
25

DEFENDANTS SARAH TURNER AND                          **GORDON REES SCULLY**
MICHAEL TRACY'S JOINDER TO CITY OF                   **MANSUKHANI, LLP**
SEATTLE'S REPLY  TO PLAINTIFF'S                      701 5th Avenue, Suite 2100
RESPONSE TO ORDER TO SHOW CAUSE- 2                   Seattle, WA  98104
2:24-cv-00808-JHC                                    Telephone: (206) 695-5112
                                                     Facsimile: (206) 689-2822

1

**CERTIFICATE OF SERVICE**

2      The undersigned certifies under penalty of perjury under the laws of the United States

3  and the State of Washington that on May 23, 2025, the foregoing document was served upon the

4  following parties in the manner indicated below:

5  Kurt Benshoof                          ☐ U.S. Mail, Postage Prepaid
   22701 42nd Place W                     ☐ Legal Messenger
6  Mount lake Terrace, WA 98043           ☐ E-Mail
   Tel: (206) 460-4202                    ☑ CM/ECF
7  Email: docwccinmatefederal@doc1.wa.gov

8  Pro Se Plaintiff

9
   Monica Ghosh                           ☐ U.S. Mail, Postage Prepaid
10 Darren Anthony Feider                  ☐ Legal Messenger
   Sebris Busto James                     ☐ E-Mail
11 15375 SE 30th Place, Suite 310         ☑ CM/ECF
   Bellevue, WA 98007
12 Email: mghosh@sbj.law

13 Attorneys for Defendants Michael Fox, Tyler
   Goslin, and Steven Mitchell
14

15 Howard Brown                           ☑ U.S. Mail, Postage Prepaid
   1003 West Michigan Street              ☐ Legal Messenger
16 Hammon, LA 70401                       ☐ E-Mail
                                          ☑ CM/ECF
17 Pro Se Interested Party

18
   Catherine E. Riedo                     ☐ U.S. Mail, Postage Prepaid
19 Carson W. Canonie                      ☐ Legal Messenger
   Assistant City Attorneys               ☐ E-Mail
20 701 5th Avenue, Suite 2050             ☑ CM/ECF
   Seattle, WA 98104
21 Email:    catherine.riedo@seattle.gov
             Carson.canonie@seattle.gov
22

23 Attorneys for Defendant City of Seattle

      Dated:  May 23, 2025
24
                                    *s/ Marry Marze*
25                                  Marry Marze, Legal Assistant

DEFENDANTS SARAH TURNER AND
MICHAEL TRACY'S JOINDER TO CITY OF
SEATTLE'S REPLY  TO PLAINTIFF'S
RESPONSE TO ORDER TO SHOW CAUSE- 3
2:24-cv-00808-JHC

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822