HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, A.R.W. by and through his father, KURT A. BENSHOOF, BRETT FOUNTAIN, URVE MAGGITTI,<br>　　　　　　　　Plaintiffs,<br>v.<br>ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, in their individual capacities, CITY OF SEATTLE, KING COUNTY,<br>　　　　　　　　Defendants. | NO. 2:24-cv-00808-JHC<br><br>**DECLARATION OF TODD A. BOWERS IN SUPPORT OF DEFENDANTS JOINDER TO CITY OF SEATTLE'S REPLY TO ORDER TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE** |

DECLARATION OF TODD A. BOWERS IN SUPPORT OF DEFENDANTS JOINDER TO CITY OF SEATTLE'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE - 1
2:24-cv-00808-JHC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

1  I, Todd Bowers, declare under penalty of perjury pursuant to the laws of the United States and the State of Washington, as follows:

   1.  I am over the age of 18 and am competent to testify to the facts stated in this declaration. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

   2.  I am the attorney of record for Defendant Sarah Turner and Defendant Michael Tracy.

   3.  This Declaration provides factual information in support of Defendants Turner and Tracy's joinder to Defendant City of Seattle's Reply to Plaintiff's Response to Order to Show Cause and Objection to Proofs of Service, dated May 23, 2025 and filed as Docket No. 126 in this matter.

   4.  Attached as **Exhibit A** is a true and correct copy of a document entitled "Summons in a Civil Action". Said document was received by Defendant Sarah Turner on or around May 12, 2025. Said "Summons" does not include a date or signature of the Clerk of the Court.

   I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

   Signed on this 23rd day of May, 2025, at Seattle, King County, Washington.


                                           *s/ Todd A. Bowers*
                                           Todd A. Bowers, WSBA No. 24638

---

DECLARATION OF TODD A. BOWERS IN SUPPORT OF DEFENDANTS JOINDER TO CITY OF SEATTLE'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE - 2
2:24-cv-00808-JHC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States and the State of Washington that on May 23, 2025, the foregoing document was served upon the following parties in the manner indicated below:

| | |
|---|---|
| Kurt Benshoof<br>22701 42nd Place W<br>Mount lake Terrace, WA 98043<br>Tel: (206) 460-4202<br>Email: docwccinmatefederal@doc1.wa.gov<br><br>Pro Se Plaintiff | ☐ U.S. Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ E-Mail<br>☒ CM/ECF |
| Monica Ghosh<br>Darren Anthony Feider<br>Sebris Busto James<br>15375 SE 30th Place, Suite 310<br>Bellevue, WA 98007<br>Email: mghosh@sbj.law<br><br>Attorneys for Defendants Michael Fox, Tyler Goslin, and Steven Mitchell | ☐ U.S. Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ E-Mail<br>☒ CM/ECF |
| Howard Brown<br>1003 West Michigan Street<br>Hammon, LA 70401<br><br>Pro Se Interested Party | ☒ U.S. Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ E-Mail<br>☒ CM/ECF |
| Catherine E. Riedo<br>Carson W. Canonie<br>Assistant City Attorneys<br>701 5th Avenue, Suite 2050<br>Seattle, WA 98104<br>Email:    catherine.riedo@seattle.gov<br>            Carson.canonie@seattle.gov<br><br>Attorneys for Defendant City of Seattle | ☐ U.S. Mail, Postage Prepaid<br>☐ Legal Messenger<br>☐ E-Mail<br>☒ CM/ECF |

Dated: May 23, 2025

*s/ Marry Marze*
Marry Marze, Legal Assistant

DECLARATION OF TODD A. BOWERS IN SUPPORT OF DEFENDANTS JOINDER TO CITY OF SEATTLE'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE - 3
2:24-cv-00808-JHC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822