Honorable John H. Chun

1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7

KURT A. BENSHOOF, et al.,

8                                              No. 2:24-cv-00808-JHC
                    Plaintiffs,

9           v.                                 NOTICE OF APPEARANCE

10   CHIN, et al.,

11                       Defendants.

12

**TO:          Clerk of the Court**

13   **AND TO:       All Other Parties and Their Attorneys of Record**

14

        YOU AND EACH OF YOU, will please take notice that PEGGY WU hereby appears on

15

behalf of GREGG CURTIS in the above-entitled action, without waiving the question of:

16

        1.     Lack of jurisdiction over the subject matter;

17      2.     Lack of jurisdiction over the person;
        3.     Improper venue;

18      4.     Insufficiency of process;
        5.     Insufficiency of service of process;

19      6.     Failure to state a claim upon which relief may be granted;
        7.     Failure to join a party under Rule 19; and

20      8.     Statute(s) of limitation.

21

22

23

NOTICE OF APPEARANCE - 1
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

1    You are also hereby notified that all further papers and pleadings herein, except for original

2  process, shall be served upon the undersigned attorneys at the address below stated.

3    DATED this 27th day of May, 2025.

4                                        LEESA MANION (she/her)
                                         King County Prosecuting Attorney
5
                                         By:    s/ Peggy Wu
6                                        Peggy Wu, WSBA #35941
                                         Senior Deputy Prosecuting Attorney
7                                        King County Prosecuting Attorney's Office, Civil
                                         Division
8                                        701 5th Ave, Suite 600
                                         Seattle, WA 98104
9                                        Phone: (206) 477-1120 / Fax: (206) 296-0191
                                         Email: pwu@kingcounty.gov
10                                       *Attorney for Gregg Curtis, King County, Catherine*
                                         *Cornwall, Pascal Herzer, and Julie Salle*
11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE - 2
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on May 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using the electronic filing system and sent the same through the e-service application to the following:

*Pro Se Plaintiff*
Kurt Benshoof
Prisoner ID: 448305
Washington Corrections Center
PO BOX 900
SHELTON, WA 98584
Email:
DOCWCCInmateFederal@DOC1.WA.GOV
kurtbenshoof@gmail.com
Kurtbenshoof1@gmail.com

*Attorneys for Defendant City of Seattle*
Dallas LePierre, WSBA# 47391
Email: dallas.lepierre@seattle.gov
Carson Canonie, WSBA #62464
Email: Carson.Canonie@seattle.gov
City of Seattle Attorney's Office
701 5th Avenue, Suite 2050
Seattle, WA 98104
Ph: (206) 684-8200

*Pro Se Plaintiff*
Brett Fountain
2100 W NW HWY
114 #1115
Grapevine, TX 76051-78708
kb407@exposelegalcorruption.com

*Pro Se Plaintiff*
Urve Maggitti
244 Blackburn DR
Berwyn, PA 19312
917-340-0561
Email: urve.maggitti@gmail.com

*Attorneys for Fox, Goslin, Mitchell*
Darren A. Feider, WSBA #22430
Email: dfeider@sbj.law
Monica Ghosh, WSBA #56589
Email: mghosh@sbj.law
SEBRIS BUSTO JAMES
15375 SE 30th Place, Suite 310
Bellevue, WA 98007
(425) 454-4233

Howard Brown
1003 West Michigan Street
Hammond, LA 70401
*[Pro Se Interested Party]*

*Attorney for Jessica Owen*
Aric S. Bomsztyk, WSBA #38020
Tomlinson Bomsztyk Russ
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
Telephone: 206.621.1871
Email: asb@tbr-law.com

*Attorney for Sarah N. Turner and Michael C. Tracy*
Todd Bowers, WSBA No. 24638
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5178
Fax: (206) 689-2822
Email: tbowers@grsm.com

NOTICE OF APPEARANCE - 3
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

1   I declare under penalty of perjury under the laws of the State of Washington that the foregoing is

2   true and correct.

3         DATED this 27th day of May, 2025.

4

5                                   By:   s/ Katie Wilson
                                        KATIE WILSON
6                                        Paralegal, Civil Division
                                        King County Prosecuting Attorney's Office

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE - 4
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191