Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, A.R.W. by and through his father, KURT A. BENSHOOF, BRETT FOUNTAIN, URVE MAGGITTI,<br><br>               Plaintiffs,<br><br>  v.<br><br>ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, in their individual capacities, CITY OF SEATTLE, KING COUNTY,<br>                             Defendants. | No. 2:24-cv-00808-JHC<br><br>DEFENDANT GREGG CURTIS' NOTICE OF JOINDER IN CITY OF SEATTLE'S REPLY TO PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE |

DEFENDANT CURTIS' NOTICE OF JOINDER TO CITY OF SEATTLE'S REPLY TO ORDER TO SHOW CAUSE - 1
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

Defendant Gregg Curtis joins in defendant City of Seattle's Reply to Plaintiffs' Response to Order to Show Cause and Objection to Proofs of Service (Dkt. 126). Defendant Curtis concurs and incorporates the City's arguments stated therein. A summons properly signed and sealed by the clerk was never issued against Mr. Curtis in this matter and he has not been properly served with a summons containing the Clerk's seal in this matter.

For the reasons and authority stated in the City's motion, Defendant Gregg Curtis also requests that this Court dismiss the First Amended Complaint against him.

I certify that this notice of joinder contains 95 words, in compliance with Local Civil Rule 65(b)(5).

DATED this 27th day of May, 2025.

> LEESA MANION (she/her)
> King County Prosecuting Attorney
>
> By:  *s/ Peggy Wu*
> Peggy Wu, WSBA #35941
> Senior Deputy Prosecuting Attorney
> King County Prosecuting Attorney's Office, Civil Division
> 701 5th Ave, Suite 600
> Seattle, WA 98104
> Phone: (206) 477-1120 / Fax: (206) 296-0191
> Email: pwu@kingcounty.gov
> *Attorney for Gregg Curtis, King County, Catherine Cornwall, Pascal Herzer, and Julie Salle*

DEFENDANT CURTIS' NOTICE OF JOINDER TO CITY OF SEATTLE'S REPLY TO ORDER TO SHOW CAUSE - 2
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on May 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using the electronic filing system and sent the same through the e-service application to the following:

*Pro Se Plaintiff*
Kurt Benshoof
Prisoner ID: 448305
Washington Corrections Center
PO BOX 900
SHELTON, WA 98584
Email:
DOCWCCInmateFederal@DOC1.WA.GOV
kurtbenshoof@gmail.com
Kurtbenshoof1@gmail.com

*Attorneys for Defendant City of Seattle*
Dallas LePierre, WSBA# 47391
Email: dallas.lepierre@seattle.gov
Carson Canonie, WSBA #62464
Email: Carson.Canonie@seattle.gov
City of Seattle Attorney's Office
701 5th Avenue, Suite 2050
Seattle, WA 98104
Ph: (206) 684-8200

*Pro Se Plaintiff*
Brett Fountain
2100 W NW HWY
114 #1115
Grapevine, TX 76051-78708
kb407@exposelegalcorruption.com

*Pro Se Plaintiff*
Urve Maggitti
244 Blackburn DR
Berwyn, PA 19312
917-340-0561
Email: urve.maggitti@gmail.com

*Attorneys for Fox, Goslin, Mitchell*
Darren A. Feider, WSBA #22430
Email: dfeider@sbj.law
Monica Ghosh, WSBA #56589
Email: mghosh@sbj.law
SEBRIS BUSTO JAMES
15375 SE 30th Place, Suite 310
Bellevue, WA 98007
(425) 454-4233

Howard Brown
1003 West Michigan Street
Hammond, LA 70401
*[Pro Se Interested Party]*

*Attorney for Jessica Owen*
Aric S. Bomsztyk, WSBA #38020
Tomlinson Bomsztyk Russ
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
Telephone: 206.621.1871
Email: asb@tbr-law.com

*Attorney for Sarah N. Turner and Michael C. Tracy*
Todd Bowers, WSBA No. 24638
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5178
Fax: (206) 689-2822
Email: tbowers@grsm.com

DEFENDANT CURTIS' NOTICE OF JOINDER TO CITY OF SEATTLE'S REPLY TO ORDER TO SHOW CAUSE - 3
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

1  I declare under penalty of perjury under the laws of the State of Washington that the foregoing is
2  true and correct.
3        DATED this 27th day of May, 2025.

                                            By:  *s/ Katie Wilson*
                                                 KATIE WILSON
                                                 Paralegal, Civil Division
                                                 King County Prosecuting Attorney's Office

DEFENDANT CURTIS' NOTICE OF JOINDER TO CITY OF SEATTLE'S REPLY TO ORDER TO SHOW CAUSE - 4
2:24-CV-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191