Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, A.R.W. by and through his father, KURT A. BENSHOOF, BRETT FOUNTAIN, URVE MAGGITTI,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, in their individual capacities, CITY OF SEATTLE, KING COUNTY,<br>Defendants. | No. 2:24-cv-00808-JHC<br><br>DECLARATION OF GREGG CURTIS IN SUPPORT OF JOINDER TO CITY OF SEATTLE'S REPLY TO ORDER TO SHOW CAUSE AND OBJECTION TO PROOFS OF SERVICE |

DECLARATION OF GREGG CURTIS
IN SUPPORT OF JOINDER TO CITY'S REPLY
TO SHOW CAUSE - 1
2:24-cv-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

I, Gregg Curtis, declare as follows:

1. I am over the age of 18 and competent to testify in this matter. I make this declaration based on my personal knowledge.

2. I have not been personally served with a summons and complaint in this matter.

3. I do not live at the Covington, Washington address listed on the proof of service on page 99 of Dkt. 125-1.

I declare under the penalty of perjury under the laws of the State of Washington that the forgoing is true and correct.

Dated this 27th day of May, 2025, at  Seattle , Washington.

*Gregg Curtis*
Gregg Curtis (May 27, 2025 14:56 PDT)

Gregg Curtis

DECLARATION OF GREGG CURTIS
IN SUPPORT OF JOINDER TO CITY'S REPLY
TO SHOW CAUSE - 2
2:24-cv-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191