UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

---

Mr. Kurt A. Benshoof,
A.R.W. By and Through His Father,
Mr. Kurt A. Benshoof, Brett
Fountain, Urve Maggitti,

                                    Plaintiffs,

v.                                                        Case No.  2:24-cv-00808-JHC

ANDREA CHIN, et al.

                                    Defendants.

---

### REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Plaintiffs, Urve Maggitti and Brett Fountain, are hereby requesting an extension of time to respond to court Order [Dkt #129], issued on 23rd day of May, 2025, which set the time to file responsive pleading by May 30, 2025.[1]

Due to the holiday weekend and being out of state, Plaintiffs Maggitti and Fountain, are requesting extension of time to file our  responses to the City's Reply [Dkt. #126], to the Court's Order to Show Cause [Dkt #120].

The incommunicado nature of Co-Plaintiff Benshoof's confinement undermines the Plaintiffs Maggitti and Fountain ability to respond in this civil matter, violating our due process right to access courts. Federal courts recognize that inmates have a constitutional right of access to courts— and that Co-Plaintiffs have the right to association and conferral with their co-plaintiffs particularly relevant when a pending court deadline are involved.

We would request two week extension from May 30, 2025 to June 13, 2025.

Plaintiffs Maggitti and Fountain  have conferred via email with opposing Counsel(s), Assistant City Attorney Mr. LaPierre stated that " *The City cannot consent to any such motion at this time*."

Plaintiffs have not heard from anyone else and assume that all served Defendants oppose this

---

[1] "(1) Defendant City of Seattle has filed a Reply, Dkt. #126, to the Court's Order to Show Cause, Dkt. #120. Plaintiffs may file a response to the City's Reply by May 30, 2025."

instant motion.

WHEREFORE, Plaintiffs Maggitti and Fountain respectfully move the Court to grant this request for extension of time to file their responsive pleading - to City's Reply to the Court's Order to Show Cause - from May 30, 2025 to June 13, 2025.

Respectfully submitted,

Brett Fountain, Co-Plaintiff
kb407@exposelegalcorruption.com

Urve Maggitti, Co-Plaintiff
urve.maggitti@gmail.com

## CERTIFICATE OF SERVICE

KURT BENSHOOF - Held Inocmmunicado
Washington Corrections Center
DOC # 448305, R Units
PO Box 900, Shelton, WA 98584

Brett Fountain
2100 West Northwest Highway
114 #1115
Grapevine, TX 76051-7808
kb407@exposelegalcorruption.com

Matthew Coughlan
Darren Anthony Feider
SEBRIS BUSTO JAMES
15375 SE 30TH Pl, Ste 310
Bellevue, WA 98007
425-450-3382
[Attorney for Fox, Goslin, Mitchell]
mcoughlan@sbj.law

Peggy C. Wu
King County Prosecuting Attorney's
Office
701 Fifth Avenue, Suite 600
Seattle, WA 98104
206-263-4008
[King County, Catherine Cornwall, and
Pascal Herzer]
pwu@kingcounty.gov

Arick S. Bonsztyk
1000 Second Avenue, Suite 3660
Seattle, WA 98104
206-621-1871
asb@tbr-law.com
[Jessica Owen]

Howard Brown
1003 West Michigan Street
Hammon, LA 70401

Sarah Spierling Mack
PACIFICA LAW GROUP LLP
1191 SECOND AVENUE

SUITE 2000
SEATTLE, WA 98101
206-245-1700
sarah.mack@pacificalawgroup.com

Catherine E Riedo
SEATTLE CITY ATTORNEY'S OFFICE
701 FIFTH AVENUE
SUITE 2050
SEATTLE, WA 98104-7097
206-684-7782
catherine.riedo@seattle.go

Sarah N Turner
GORDON REES SCULLY MANSUKHANI LLP (SEATTLE)
701 FIFTH AVE STE 2100
SEATTLE, WA 98104
206-695-5100
sturner@grsm.com

Peggy C Wu
KING COUNTY PROSECUTING ATTORNEY'S OFFICE (FIFTH AVE)
701 FIFTH AVE
STE 600
SEATTLE, WA 98104
206-263-4008
pwu@kingcounty.gov

Urve Maggitti
244 Blackburn drive
Berwyn, PA 19312
urve.maggitti@gmail.com
917-340-0561