UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF et al.,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA CHIN et al.,<br><br>Defendant. | CASE NO. 2:24-cv-00808-JHC<br><br>ORDER |

  This matter comes before the Court on Plaintiffs' Motion for Extension of Time to File Responsive Pleading. Dkt. # 136. Plaintiffs ask for additional time "[d]ue to the holiday weekend and being out of state," and because Plaintiff Benshoof remains incarcerated. *Id.* at 1. They ask for a two-week extension to file their motion—from May 30, 2025 to June 13, 2025. *Id.*

  These reasons do not justify a two-week extension. But the Court also recognizes that federal holidays like Memorial Day serve important goals, such as "promoting goodwill and a common day of rest[.]" *Lynch v. Donnelly*, 465 U.S. 668, 710 (1984) (Brennan, J., dissenting). Accordingly, the Court GRANTS IN PART Plaintiffs' motion and Plaintiffs may file a response to the City's Reply by June 2, 2025.

ORDER - 1

Dated this 28th day of May, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2