UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

Mr. Kurt A. Benshoof,
A.R.W. By and Through His Father,
Mr. Kurt A. Benshoof, Brett
Fountain, Urve Maggitti,
                    Plaintiffs,

v.                                    Case No. 2:24-cv-00808-JHC

ANDREA CHIN, et al.
                    Defendants.

## EMERGENCY REQUEST FOR UNSEALING OF DOCKET NOS 8, 67, 70 NEEDED FOR REPLY TO COURT ORDER Dkt # 129.

Plaintiffs, Urve Maggitti and Brett Fountain, are hereby requesting immediate unsealing of following Docket Entries Dkt.# 8, Dkt #67, Dkt #70.

| 06/17/2024 | 8 | **SEALED** Summons(es) Electronically Issued as to defendant(s) Marshall Ferguson, Blair M Russ, Jessica Skelton, Michael Tracy, Sarah Turner, Jamal Whitehead. (CJS) Modified on 12/10/2024 to seal (SB). (Entered: 06/17/2024) |
|---|---|---|
| 01/30/2025 | 67 | **SEALED** PRAECIPE TO ISSUE SUMMONS re 63 MOTION for Leave to File *First Amended Complaint* by Plaintiff Kurt Benshoof (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Summons, # 15 Summons, # 16 Summons, # 17 Summons, # 18 Summons, # 19 Summons, # 20 Summons)(Benshoof, Kurt) Modified on 3/13/2025 (MJV). (Entered: 01/30/2025) |
| 02/11/2025 | 70 | **SEALED** Summons(es) Electronically Issued as to defendant(s) Anthony Belgard, Andrea Chin, City of Seattle, Nathan Cliber, Catherine Cornwall, Ryan Ellis, Tyler Goslin, Pascal Herzer, Jonathan Kiehn, King County, Julie Kline, Magalie Lerman, Richard Lima, Sarah |

|  | MacDonald, Katrina Outland, Jessica Owen, Julie Salle, Daniel Schilling, Nathan Shopay, Melanie Tratnik. (MJV) Modified to seal on 3/13/2025 (MJV). (Entered: 02/11/2025) |
|---|---|

REASON for unsealing: Plaintiffs Maggitti and Fountain are Co-Plaintiffs on this action and have the right to access all of the records filed in this case. Their Co-Plaintiff Mr. Benshoof is incarcerated incommunicado, without access to his computer. Plaintiffs Maggitti and Fountain require access to the sealed docket entries which are Summons(es) issued by the clerk to the defendants listed in the caption of this case.

Considering the fact that court has ordered [Dkt #129, Dkt #137] the Plaintiffs to respond to City Defendant's motion [Dlt#. 126] where the subject matter is the Sealed documents - it is essential for court to immediately grant this request so Plaintiffs can submit their response on June 2, 2025, as the new Order [Dkt # 137] demands.

The incommunicado nature of Co-Plaintiff Benshoof's confinement undermines the Plaintiffs Maggitti and Fountain ability to access the sealed documents in this civil matter, violating our due process right to access courts. Co-Plaintiffs have the right to association and conferral with their co-plaintiffs including the right to access all necessary filings in the case, and if the co-plaintiff can not provide access to sealed documents based on the unusual situation of his confinement it falls upon the court upon the petition of parties to rectify the situation.

**WHEREFORE,** Plaintiffs Maggitti and Fountain respectfully move the Court to grant this request and immediately unseal Docket entries Dkt.# 8, Dkt #67, Dkt #70.

Respectfully submitted,

Brett Fountain, Co-Plaintiff
kb407@exposelegalcorruption.com

Urve Maggitti, Co-Plaintiff
urve.maggitti@gmail.com

2

## **CERTIFICATE OF SERVICE**

KURT BENSHOOF - Held Inocmmunicado
Washington Corrections Center
DOC # 448305, R Units
PO Box 900, Shelton, WA 98584

Brett Fountain
2100 West Northwest Highway
114 #1115
Grapevine, TX 76051-7808
kb407@exposelegalcorruption.com

Matthew Coughlan
Darren Anthony Feider
SEBRIS BUSTO JAMES
15375 SE 30TH Pl, Ste 310
Bellevue, WA 98007
425-450-3382
[Attorney for Fox, Goslin, Mitchell]
mcoughlan@sbj.law

Peggy C. Wu
King County Prosecuting Attorney's Office
701 Fifth Avenue, Suite 600
Seattle, WA 98104
206-263-4008
[King County, Catherine Cornwall, and Pascal Herzer]
pwu@kingcounty.gov

Arick S. Bonsztyk
1000 Second Avenue, Suite 3660
Seattle, WA 98104
206-621-1871
asb@tbr-law.com
[Jessica Owen]

Howard Brown
1003 West Michigan Street
Hammon, LA 70401

Sarah Spierling Mack
PACIFICA LAW GROUP LLP
1191 SECOND AVENUE

3

SUITE 2000
SEATTLE, WA 98101
206-245-1700
sarah.mack@pacificalawgroup.com

Catherine E Riedo
SEATTLE CITY ATTORNEY'S OFFICE
701 FIFTH AVENUE
SUITE 2050
SEATTLE, WA 98104-7097
206-684-7782
catherine.riedo@seattle.go

Sarah N Turner
GORDON REES SCULLY MANSUKHANI LLP (SEATTLE)
701 FIFTH AVE STE 2100
SEATTLE, WA 98104
206-695-5100
sturner@grsm.com

Peggy C Wu
KING COUNTY PROSECUTING ATTORNEY'S OFFICE (FIFTH AVE)
701 FIFTH AVE
STE 600
SEATTLE, WA 98104
206-263-4008
pwu@kingcounty.gov

Urve Maggitti
244 Blackburn drive
Berwyn, PA 19312
urve.maggitti@gmail.com
917-340-0561