UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA CHIN et al.,<br><br>Defendants. | CASE NO. 2:24-cv-00808-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Emergency Request for Unsealing, Dkt. # 138. Plaintiffs ask the Court to unseal docket entries 8, 67, and 70. *Id.* at 1. According to Plaintiffs, this is necessary to respond to Defendant City of Seattle's Reply to the Court's Order to Show Cause, Dkt. # 126.

But Plaintiffs themselves filed these documents. *See* Dkt. ## 8, 67, 70. And the City's motion does not mention these docket entries. *See* Dkt. # 126. Instead, the City references the unsealed summonses that Plaintiffs filed in response to the Court's Order to Show Cause. *Id.*; *see* Dkt. # 125-1. Plaintiffs have not offered a compelling reason that these docket entries should be unsealed. Nor can the Court see how having access to form summonses—which include home addresses of Defendants—is needed to respond to the Order to Show Cause. Moreover,

ORDER - 1

Plaintiffs' claim that Plaintiff Benshoof is "incommunicado" is undermined by the fact that Benshoof himself recently telephoned the Court. Dkt. # 128.

The Court also adds that it does not "demand[]" Plaintiffs reply to the City's motion; rather, the Court has afforded Plaintiffs an opportunity to do so. Dkt. # 138 at 2; *see* Dkt. # 129 ("Plaintiffs may file a response to the City's Reply . . . .").

Accordingly, the Court DENIES Plaintiffs' motion.

Dated this 30th day of May, 2025.

John H. Chun
United States District Judge

ORDER - 2