Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, A.R.W. by and through his father, KURT A. BENSHOOF, BRETT FOUNTAIN, URVE MAGGITTI,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY, MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, in their individual capacities, CITY OF SEATTLE, KING COUNTY,<br>Defendants. | No. 2:24-cv-00808-JHC<br><br>[PROPOSED]<br><br>ORDER GRANTING DEFENDANTS KING COUNTY, CORNWALL, CURTIS, HERZER, AND SALLE'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)<br><br>NOTED ON MOTION CALENDAR: July 7, 2025 |

ORDER GRANTING DEFENDANTS KING COUNTY, CORNWALL, CURTIS, HERZER, AND SALLE'S RULE 12 MOTION TO DISMISS - 1
2:24-cv-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191

This matter came before the Court on Defendants King County, Catherine Cornwall, Gregg Curtis, Pascal Herzer, and Jule Salle's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). The Court, having considered the files and records herein, including:

1. Defendants' Motion to Dismiss;
2. Plaintiffs' Response, if any; and
3. Defendants' Reply, if any.

Being fully advised on the matter, the COURT HEREBY ORDERS that Defendants' Motion to Dismiss is GRANTED. Plaintiff's claims against King County, Cornwall, Curtis, Herzer and Salle are dismissed with prejudice.

DATED this _____ day of _____, 2025.

_____
HONORABLE JOHN H. CHUN

Presented by:

LEESA MANION (she/her)
Prosecuting Attorney

By: _s/ Peggy Wu_____
Peggy Wu, WSBA #35941
Senior Deputy Prosecuting Attorney
King County Prosecuting Attorney's Office
701 5th Ave, Suite 600
Seattle, WA 98104
pwu@kingcounty.gov
Attorney for King County, Catherine Cornwall, Gregg Curtis, Pascal Herzer, and Julie Salle

ORDER GRANTING DEFENDANTS KING COUNTY, CORNWALL, CURTIS, HERZER, AND SALLE'S RULE 12 MOTION TO DISMISS - 2
2:24-cv-00808-JHC

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 Fax (206) 296-0191