Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Mr. Kurt A. Benshoof, A.R.W. By and Through His Father, Mr. Kurt A. Benshoof, Brett Fountain, Urve Maggitti,

    Plaintiffs,

vs.

ANDREA CHIN, ANTHONY BELGARD, DONOVAN BROUSSARD, NATHAN CLIBER, CATHERINE CORNWALL, GREGG CURTIS, JANE DOE, JENNY DURKAN, JOHN DUUS, NICHOLAS EVANS, PASCAL HERZER, RYAN ELLIS, MICHAEL FOX, TYLER GOSLIN, JULIE KLINE, ERNEST JENSEN, JONATHAN KIEHN, SPENCER KURZ, MAGALIE LERMAN, RICHARD LIMA, ADAM LOSLEBEN, YVES LUC, SARAH MACDONALD, JACOB MASTERSON, GRANT MAYER, STEVEN MITCHELL, JOHNATHAN MUSSEAU, BREHON NESS, LILIYA NESTERUK, STEPHEN OKRUHLICA, KATRINA OUTLAND, JESSICA OWEN, SARAH PENDLETON, DWAYNE PIRAK, BRIAN REES, BLAIR RUSS, JULIE SALLE, DANIEL SCHILLING, TY SELFRIDGE, NATHAN SHOPAY, STEVEN STONE, MICHAEL TRACY,

No.   2:24-CV-00808-JHC

[PROPOSED] ORDER ON CITY OF SEATTLE'S MOTION TO SEAL

[PROPOSED] ORDER ON CITY OF SEATTLE'S MOTION TO SEAL - 1
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

|   |   |
|---|---|
| 1 | MELANIE TRATNIK, SARAH TURNER, TREVOR TYLER, MICHAEL VIRGILIO, ANDREW WEST, CHAD ZENTNER, In Their Individual Capacities, CITY OF SEATTLE, KING COUNTY, |
| 2 | |
| 3 | |
| 4 |       Defendants. |

THIS MATTER having come before the undersigned judge of the above-entitled Court pursuant to City of Seattle's Motion to Seal in the above-entitled cause, and the Court has read and considered the following:

1. City of Seattle's Motion to Seal,

2. Response from Plaintiff, if requested,

Based on the foregoing, it is hereby ORDERED that City of Seattle's Motion to Seal is GRANTED.

DONE and ORDERED:

DATED this ___ day of _____, 2025.

_____
Hon. John H. Chun
United States District Court Judge

///

///

[PROPOSED] ORDER ON CITY OF SEATTLE'S MOTION TO SEAL - 2
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Presented by:

ANN DAVISON
Seattle City Attorney


*/s/ Dallas LePierre*
Dallas LePierre, WSBA # 47391
Carson W. Canonie, WSBA # 62464
Assistant City Attorney
E-Mail:  Dallas.LePierre@seattle.gov
E-Mail:  Carson.Canonie@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorneys for Defendant City of Seattle*

[PROPOSED] ORDER ON CITY OF SEATTLE'S MOTION TO SEAL - 3
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on the 10th day of June, 2025, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| | |
|---|---|
| Kurt Alden Benshoof, DOC #448305<br>Washington Corrections Center (WCC)<br>PO Box 900<br>Shelton, WA 98584<br><br>*[Pro Se Plaintiff]* | (X)  U.S. Mail<br>(X)  CM/ECF<br>( )  ABC Legal Messengers<br>( )  Faxed<br>( )  Via Email: kurtbenshoof@gmail.com;<br>kurtbenshoof1@gmail.com<br>DOCWCCInmateFederal@DOC1.WA.GOV |
| Brett Fountain<br>2100 West Northwest Highway<br>114 #1115<br>Grapevine, TX 76051-7808<br><br>*[Pro Se Plaintiff]* | (X)  U.S. Mail<br>(X)  CM/ECF<br>( )  ABC Legal Messengers<br>( )  Faxed<br>( )  Via Email:<br>kb407@exposelegalcorruption.com |
| Urve Maggitti<br>244 Blackburn Drive<br>Berwyn, PA 19312<br>917-340-0561<br><br>*[Pro Se Plaintiff]* | ( )  U.S. Mail<br>(X)  CM/ECF<br>( )  ABC Legal Messengers<br>( )  Faxed<br>( )  Via Email: urve.maggitti@gmail.com |
| Matthew Coughlan<br>Darren Anthony Feider<br>Monica Ghosh<br>SEBRIS BUSTO JAMES<br>15375 SE 30TH Pl, Ste 310<br>Bellevue, WA 98007<br>425-450-3382<br><br>*[Attorney for Fox, Goslin, Mitchell]* | ( )  U.S. Mail<br>(X)  CM/ECF<br>( )  ABC Legal Messengers<br>( )  Faxed<br>( )  Via Email: mcoughlan@sbj.law |
| Arick S. Bonsztyk<br>1000 Second Avenue, Suite 3660<br>Seattle, WA 98104<br>206-621-1871<br><br>*[Jessica Owen]* | ( )  U.S. Mail<br>(X)  CM/ECF<br>( )  ABC Legal Messengers<br>( )  Faxed<br>( )  Via Email: asb@tbr-law.com |

[PROPOSED] ORDER ON CITY OF SEATTLE'S MOTION TO SEAL - 4
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| | |
|---|---|
| Peggy C. Wu<br>KING COUNTY PROSECUTING ATTORNEY'S OFFICE<br>701 Fifth Avenue, Suite 600<br>Seattle, WA 98104<br>206-263-4008<br><br>*[King County, Catherine Cornwall, Pascal Herzer, and Gregg Curtis]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: pwu@kingcounty.gov |
| Howard Brown<br>1003 West Michigan Street<br>Hammon, LA 70401<br><br>*[Pro Se Interested Party]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: |

*/s/ Grace Selsor*_____
Grace Selsor, Legal Assistant

[PROPOSED] ORDER ON CITY OF SEATTLE'S MOTION TO SEAL - 5
2:24-CV-00808-JHC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200