## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF et al.<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>ANDREA CHIN et al.<br><br>　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:24-cv-00808-JHC |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　This matter be dismissed without prejudice under Rule 4(m). The Court DENIES the motion at Dkt. # 142 and STRIKES the motions pending at Dkt. ## 140, 141, 143 as moot.

　　Dated June 10, 2025.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　*/s/Ashleigh Drecktrah*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk