# EXHIBIT  T- 1

May 19, 2025, – Call to Chambers at  11:10 a.m

Case# 2:24-cv-00808-JHC

1              UNITED STATES DISTRICT COURT

2          WESTERN DISTRICT OF WASHINGTON AT SEATTLE

3   Mr. Kurt A. Benshoof,                  )  The Honorable John H. Chun
                                           )  United States Courthouse
4   A.R.W. By and Through His Father, Mr. Kurt)  700 Stewart Street, Suite 14134
                                           )  Seattle, WA 98101-9906
5   A. Benshoof, Brett Fountain, Urve Maggitti)
                                           )  Chambers: (206) 370-8590
6              Plaintiffs,                  )  Courtroom Deputy: (206) 370-8520
                                           )  Case Administrator: (206) 370-8457
7        vs.                               )
                                           )
8   ANDREA CHIN, et al                     )
                                           )
9              Defendant.

10  Call on May 19, 2025, at 11:11 am

11  Party 1: Kurt Benshoof

12  Party 2: Case ADMINISTRATOR Ashley  voicemail at: Case Administrator: (206) 370-8457

13        MR. BENSHOOF:  Hello. [00:00:03] This is Kurt Benshoof. I'm co-plaintiff in

14  [00:00:06] case number 2:24 [00:00:09] -cv-00808 [00:00:12] -JHC [00:00:15] This is an

15  emergency, and I'm calling pursuant [00:00:18] to LCR7(i) for a telephonic conference

16  [00:00:21] petition for a writ [00:00:24] *habeas ad testificandum* so that I can

17  [00:00:27] be brought from prison [00:00:30] where I'm being held in [00:00:33]

18  *incommunicado*, meaning I can't [00:00:36], I have no access to pencils, paper,

19  envelopes, or stamps [00:00:39] so that I can be brought into court to [00:00:42]

20  testify regarding judge Chun's [00:00:45] show cause order that I believe [00:00:48]

21  was issued last [00:00:51] Monday, May 12, and the response [00:00:54] is due today.

22  And I have not received [00:00:57] the show cause order. I, I have heard about it

23  [00:01:00] third hand because none of the pleadings [00:01:03] from either defendant

24  or [00:01:06] any of the orders from the court have made it to me [00:01:09] in prison

25  here where I'm being held *Incommunicado* [00:01:12], which according to LR BIRB B

26  Burns, [00:01:15] US 1972, lots of [indistinct 00:01:17] [00:01:18] minimal period of

27  time constitutes [00:01:21] irreparable harm. [00:01:24]

28

1    MALE SPEAKER:  Okay. Wait one moment. [silence 00:01:27 - 00:02:52] Mr.

2  Benshoof, are you there? [00:02:53]

3    MR. BENSHOOF:  Yes, Sir.

4    MALE SPEAKER:  The [00:02:57] Judge does not believe that this is the

5  circumstance that warrants [00:03:00] for telephonic conference. Is there anything

6  else [00:03:03] I can do for you?

7    MR. BENSHOOF:  Well, [00:03:06] his belief is [00:03:09] is without

8  substantiation [00:03:12] because the fact is I have no way to [00:03:15] respond. I

9  have no way to [00:03:18] to actually petition [00:03:21] for redress of grievances

10  when my [00:03:24] only access is by calling Chambers. So [00:03:27] the court's

11  belief about [00:03:30] something, can you please substantiate what this belief is

12  [00:03:33] counted upon? Because the [00:03:36] readings that I've heard from sections

13  of the order, [00:03:39] such as the show cause order, the court [00:03:42] keeps

14  claiming that I have an ability [00:03:45] to to respond. But [00:03:48] I'm *prose*. I

15  don't have an attorney. [00:03:51] I don't have any way to email the court, to mail a

16  letter, [00:00:35] 00:03:54] or send smoke signal. [00:03:57] So can you please

17  provide me [00:04:00] with information substantiating the court's position? [00:04:03]

18    MALE SPEAKER:  [00:04:06] Sir, you know, we we cannot *ex parte* [00:04:09]

19  communications with you. I understand your position. [00:04:12] If if that is your

20  position, you're welcome to file a motion on [00:04:15] the docket, but I we can't do

21  this [overlap]

22    MR. BENSHOOF:  How would I file a motion? [00:04:18] How would I file a motion

23  when I have access [00:04:21] to neither pencil, paper, postage or envelopes? Can you

24  [00:04:24] please explain that? [00:04:27]

25    MALE SPEAKER:  I I [00:04:30] you know, like I explained to you, the judge

26  [00:04:33] doesn't believe this is appropriate for telephonic conference. [00:04:36]

27  That's what you're trying to engage in. [00:04:39] You are welcome to file a motion on

28  the docket. You know, [00:04:42] you've you've heard it several times you're being

Case# 2:24-cv-00808-JHC

1   held in [overlap] [00:04:45] You're having a conversation with me on the phone

2   [00:04:48] I'm not going to engage in an argument with you, Sir. I [00:04:51]

3   appreciate your time. You're welcome to file a motion [00:04:54]

4        RECORDING:  The caller has hung up. [silence 00:04:57 - 00:05:07]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



## Vanan Online Services, Inc.
### Think Service Think Vanan

### <u>Certificate of Transcription</u>

Transcription of **"May192025at11_10amcalltoChunchambers1.mp3".**

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript. Transcription was done in the regular course of business.

A copy of the transcription is attached to this certification

**Saravanan Nagaraj, CEO**
Date: 17th day of June 2025

Vanan Online Services, Inc.
ATA Member #101387
ISO 9001:2015

Certificate of Acknowledgment:

Commonwealth of Virginia County of Spotsylvania

The foregoing instrument was acknowledged before me this
17 day of June , 2025
By Saravanan Nagaraj,
Notary Public's signature Kayla Vega
My registration number: 7694825
My commission expires: 12/31/2028

Kayla Ann Vega
NOTARY PUBLIC
REGISTRATION # 7694825
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 12/31/2028



**10711 Spotsylvania Ave., Suite A**
**Fredericksburg VA 22408**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**

1408

# EXHIBIT  T- 2

May 19, 2025, – Call to Chambers call 1:15 p.m

Case# 2:24-cv-00808-JHC

1          UNITED STATES DISTRICT COURT

2      WESTERN DISTRICT OF WASHINGTON AT SEATTLE

3   Mr. Kurt A. Benshoof,                    ) The Honorable John H. Chun
                                             ) United States Courthouse
4   A.R.W. By and Through His Father, Mr. Kurt) 700 Stewart Street, Suite 14134
                                             ) Seattle, WA 98101-9906
5   A. Benshoof, Brett Fountain, Urve Maggitti)
                                             )
6                 Plaintiffs,                )
                                             )
7        vs.                                 )
                                             )
8   ANDREA CHIN, et al                       )
                                             )
9   _____
                  Defendant.

10  Call on May 19, 2025,

11  Party 1: Kurt Benshoof

12  Party 2: Case ADMINISTRATOR Ashley  voicemail at: Case Administrator: (206) 370-8457

13

14       MS. ASHLEY:  Number, case number, and a brief message, and I'll get back to

15  you.[00:00:03]

16       RECORDING:  Record your message at the tone. When you are finished, [00:00:06]

17  hang up, or press pound for more options. [00:00:09]

18       MR. BENSHOOF:  Hi, [00:00:12] Ashley. My name is Kurt Benshoof, I'm calling

19  from prison. [00:00:15] This call is being recorded, and you have no way of getting

20  [00:00:18] back to me because I'm being held in *Incommunicado* [00:00:21] with no

21  access to pencil, paper, [00:00:24] envelopes, or stamps to fix the file, anything

22  [00:00:27] into case number 2:24-cv [00:00:30] -00808-JHC, [00:00:33] in which I'm the

23  lead co-plaintiff, I have sent you. [00:00:36] I also have no access to the Internet.

24  [00:00:39] I also don't have any money [indistinct 00:00:41] so I can't [00:00:42]

25  hire an attorney. Therefore, I am being held in [00:00:45] *Incommunicado*. I called

26  Chambers earlier this morning,.[00:00:48] and they said that that I couldn't

27  [00:00:51] have a telephonic hearing pursuant [00:00:54] to LCR7(i) because [00:00:57]

28  judge Chun didn't believe it was warranted [00:01:00] and because they weren't going

Case# 2:24-cv-00808-JHC

1   to entertain any [00:01:03] *ex parte* hearings. However, I would like to [00:01:06]

2   inform you and remind the court that my [00:01:09] petition for *habeas corpus* at

3   [indistinct 00:01:12] is itself [00:01:15] *ex parte*. The petition [00:01:18] first

4   needs to hear everything that I have to say [00:01:21] under oath, at which point he

5   [00:01:24] must forthwith two one of three things. [00:01:27] One, say that there is

6   no merit [00:01:30] to [indistinct 00:01:31] Two, issue [00:01:33] the writ without

7   allowing the state [00:01:36] of Washington to respond to the [indistinct 00:01:38]

8   writ [00:01:39] allowing the state of Washington [00:01:42] to respond. The *habeas*

9   [00:01:45] *corpus* [indistinct 00:01:46] is required for [00:01:48] me to be able to

10  respond [00:01:51] in any meaningful way [00:01:54] to the show cause of order, which

11  the court issued [00:01:57] directed towards me because [00:02:00] I've been held in

12  *Incommunicado* since I was stuck in the solitary [00:02:03] confinement on February 24th

13  this year [00:02:06] with no way to serve the [indistinct 00:02:08] [00:02:09] So you

14  can't call me back, but this is [00:02:12] has all been recorded, and I will try

15  [00:02:15] Chamber once again regarding this issue. Thank you [00:02:18] very much and

16  have a great day. And for the record, [00:02:21] it's approximately 11:15 AM

17  [00:02:24] on Monday, May 19, [00:02:27] 2025. Thank you. [00:02:30]

18      RECORDING:  The [00:02:33] caller has hung up. [00:02:36]

19

20

21

22

23

24

25

26

27

28



## Vanan Online Services, Inc.
### Think Service Think Vanan

**<u>Certificate of Transcription</u>**


**Transcription of "May192025CallAshleyinChuncourtat1_15pmRecording1.mp3"**


We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript.

A copy of the transcription is attached to this certification.


**Saravanan Nagaraj, CEO**
Date: 16th day of June 2025

Certificate of Acknowledgment:

Commonwealth of Virginia County of Spotsylvania

The foregoing instrument was acknowledged before me this

16 day of June _____, 20 25

By Saravanan Nagaraj

Notary Public's signature Kayla Vega

My registration number: 7694825

My commission expires: 12/31/2028


Vanan Online Services, Inc.
ATA Member #101387
ISO 9001:2015





Kayla Ann Vega
NOTARY PUBLIC
REGISTRATION # 7694825
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 12/31/2028

**10711 Spotsylvania Ave., Suite A**
**Fredericksburg VA 22408**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**

# EXHIBIT  T- 3

May 19, 2025, – Call to Chambers 1:31 p.m.

Case# 2:24-cv-00808-JHC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Mr. Kurt A. Benshoof,                    )  The Honorable John H. Chun
                                         )  United States Courthouse
A.R.W. By and Through His Father, Mr. Kurt)  700 Stewart Street, Suite 14134
                                         )  Seattle, WA 98101-9906
A. Benshoof, Brett Fountain, Urve Maggitti)
                                         )
            Plaintiffs,                  )
                                         )
        vs.                              )
                                         )
ANDREA CHIN, et al                       )
                                         )
_____Defendant._____

Phone call: Date May 19, 2025, at 1:31 pm

Party 1: Kurt Benshoof

Party 2: Judge Chun Chambers

        MALE SPEAKER:   Chun chambers. [00:00:03]

        MR. BENSHOOF:   Hi. This is Kurt Benshoof, I called Ashley, [00:00:06] the case

administrator, and I got [00:00:09] her voice mail. And her voice mail said that

she'll call [00:00:12] me back, but there's no way to call me because I'm being held

[00:00:15] *incommunicado*. So I'm requesting [00:00:18] I'm calling specifically and

solely because [00:00:21] I'm requesting a [00:00:24] demanding a *viva vote* petition

[00:00:27] for *habeas corpus* that test the [indistinct 00:00:29] [00:00:30] because I

have no access [00:00:33] to any filings in this case. Neither the court [00:00:36]

nor defendants have sent any documents to me [00:00:39] since I was stuck in solitary

consignment in [00:00:42] February of this year. I have no access to Caselaw,

[00:00:45] and I have no access to the Internet, pencils, [00:00:48] paper, envelopes,

or stamps. And [00:00:51] so I need the judge on the phone so that the court is in

session. [00:00:54] He has three options with a *habeas* petition. [00:00:57] One is if

there's absolutely no merit [00:01:00] in his claim, he denies the court writ. Two,

[00:01:03] without allowing a [00:01:06] response, he can issue the writ [00:01:09] to

bring you to court. Or three, if he thinks that there's [00:01:12] still issues in

1  contention after hearing my [00:01:15] sworn testimony, he can send a return

2  [00:01:18] to the state of Washington, and they [00:01:21] can reply as to why they

3  think that [00:01:24] I shouldn't be brought before the court about these due process

4  [00:01:27] violations which are ongoing. [00:01:30]

5       MALE SPEAKER:  [00:01:33] Sir, you are welcome to call Ms. Richter again,

6  [00:01:36] but I cannot continue to have this conversation [00:01:39] with you. I'm

7  going to hang up the phone now.

8       MR. BENSHOOF:  I'm not asking to talk to you. [00:01:42] I'm asking to talk to

9  the court.

10      MALE SPEAKER:  [indistinct 00:01:44] The court [00:01:45] has denied your

11 request for a telephonic conference, [00:01:48] and you're welcome to ...

12      MR. BENSHOOF:  I'm not requesting a telephonic [00:01:51] conference. I am

13 work, I am petitioning [00:01:54] *viva vote* for a *habeas corpus* at [00:01:57]

14      MALE SPEAKER:  I'm going to put the phone down ...



**Vanan Online Services, Inc.**
Think Service Think Vanan

### Certificate of Transcription

**Transcription of file name:**

**1. transcriptofmay192025CallAshleyinChuncourtat1-31pmCUT.mp3**

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript. Transcription was done in the regular course of business.

A copy of the transcription is attached to this certification.

**Saravanan Nagaraj, CEO**
Date: 16th day of June 2025

Certificate of Acknowledgment:

Commonwealth of Virginia County of Spotsylvania

The foregoing instrument was acknowledged before me this

16 day of June , 2025

By Saravanan Nagaraj

Notary Public's signature Kayla Vega

My registration number: 7694825

My commission expires: 12/31/2028

Vanan Online Services, Inc.
ATA Member #101387
ISO 9001:2015



Kayla Ann Vega
NOTARY PUBLIC
REGISTRATION # 7694825
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 12/31/2028

**10711 Spotsylvania Ave., Suite A**
**Fredericksburg VA 22408**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**

1416

# EXHIBIT  T- 4

May 19, 2025, – Call to Chambers call 1:41 p.m.

Case# 2:24-cv-00808-JHC

<table>
<tr><td>1</td><td colspan="2" align="center">UNITED STATES DISTRICT COURT</td></tr>
<tr><td>2</td><td colspan="2" align="center">WESTERN DISTRICT OF WASHINGTON AT SEATTLE</td></tr>
</table>

| | |
|---|---|
| Mr. Kurt A. Benshoof, | ) |
| | ) The Honorable John H. Chun |
| A.R.W. By and Through His Father, Mr. Kurt | ) United States Courthouse |
| | ) 700 Stewart Street, Suite 14134 |
| A. Benshoof, Brett Fountain, Urve Maggitti | ) Seattle, WA 98101-9906 |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANDREA CHIN, et al | ) |
| | ) |
| Defendant. | |

Phone call: May 19, 2025, at 1:41 pm

Party 1: Kurt Benshoof

Party 2: Ashley at Case Administrator

        MR. BENSHOOF:  Hi. Is this Ashley?

        MS. ASHLEY:  Yes. [00:00:03]

        MR. BENSHOOF:  Yeah. I am the lead [indistinct 00:00:06] Benshoof in case 2: [00:00:09] 24-cv-00 [00:00:12] 808-JHC [00:00:15] And the reason I'm calling is I tried speaking with Chamber [00:00:18] to petition [indistinct 00:00:21] telephonically for a writ of *habeas corpus* [00:00:24] *ad testificandum* so that [00:00:27] I can be brought into court. Because [00:00:30] since February, I have been held *incommunicado* [00:00:33] with no access to caselaw. Currently, [00:00:36] I have no access to pencils, paper, and notes or stamps. [00:00:39] No access to the Internet. No ability to have private [00:00:42] calls with my co plaintiffs or [00:00:45] no access to [00:00:48] any of the documents filed in the case. [00:00:51] No access to any of the evidence that I previously submitted [00:00:54] to the case. And neither the court [00:00:57] nor any defendant to date has has [00:01:00] served me with any documents filed. [00:01:03] So I was told to contact [00:01:06] you about that [00:01:09] petition before Judge Chun because [00:01:12] the gentleman that was answering the phone [00:01:15] without without allowing me [00:01:18] to speak to the

Page **1** of **5**

1418

1  court, which is required for a petition [00:01:21] for *habeas corpus,* he repeatedly

2  [00:01:24] just said that he wouldn't let me speak to [00:01:27] the judge, which I

3  believe [00:01:30] is interfering with my right to due process [00:01:33] because the

4  court is supposed to be open. [00:01:36] And at least according to Washington state

5  law, the writ of *habeas corpus* [00:01:39] can be issued even on a Sunday. [00:01:42]

6  So how do I how do I get [00:01:45] a hearing *viva vote* over the phone [00:01:48] with

7  the judge is my question. [00:01:51]

8       MS. ASHLEY:  Well, [00:01:54] you did call Chambers, and they can't have *ex*

9  *parte* communication, [00:01:57] and typically don't ...

10      MR. BENSHOOF:  I'm gonna [00:02:00] stop right there. That that's irrelevant,

11  [00:02:03] Ashley, because a petition a *habeas corpus* [00:02:06] I know they're not

12  common, but let me just break it down for [00:02:09] you. A *habeas* petition [00:02:12]

13  is *ex parte*. It goes directly from the petitioner [00:02:15] to the judge.

14      MS. ASHLEY:  But in writing, Sir. [00:02:18] [overlap] Typically, they're in

15  writing. Right? Isn't that how you've always ... [00:02:21]

16      MR. BENSHOOF:  Right.

17      MS. ASHLEY:  But you are able to file pleadings. You filed ... [00:02:24]

18      MR. BENSHOOF:  Ashley, please. [overlap]

19      MS. ASHLEY:  Since [00:02:27] you're interrupting me already. Go ahead.

20      MR. BENSHOOF:  Well, [00:02:30] you're saying things that we've already been

21  over multiple times. I've already established [00:02:33] well, I and I should remind

22  you this call from prison [00:02:36]  is being recorded. I've already established

23  [00:02:39]

24      MS. ASHLEY:  Understood.

25      MR. BENSHOOF:  I have no act I have no access to the Internet, [00:02:42] to

26  the pencil, paper, stamps, or envelope. [00:02:45] I've already told you multiple

27  times [00:02:48] that there is no way for me to file something [00:02:51] by no means.

28  I can't efile it. [00:02:54] I can't email it. I can't mail it. I can't even

1    [00:02:57] hand the document to somebody and ask them [00:03:00] even if I could write

2    a document, [00:03:03] I can't even meet somebody in person [00:03:06] to hand the

3    document for them to go file. So there is literally [00:03:09] no way other than *viva*

4    *vote* [00:03:12] telephonically. So I would appreciate it [00:03:15] if you don't

5    repeatedly say that that [00:03:18] I'm welcome to file something either [00:03:21]

6    efiling or mailing because that's not a possibility. [00:03:24]  Okay? It's like, if

7    it's ridiculous, [00:03:27] then you told me that I'm welcome to travel to the moon.

8    [00:03:30] Not a possibility. So as [00:03:33] I was saying, the the [00:03:36] *ex*

9    *parte* issue is a moot issue because [00:03:39] with the *habeas corpus*, I [00:03:42] I

10   have every right to petition [00:03:45] directly to the judge. [00:03:48] And at that

11   point, the judge has three choices. The judge [00:03:51] either one, say, well, based

12   upon your sworn testimony here, [00:03:54] statements of issue, I'm not gonna

13   [00:03:57] issue the writ because there's absolutely no merit. [00:04:00] Option two

14   is, the judge issues the writ. Option three, [00:04:03] the judge issues a return

15   [00:04:06] that goes to the state of Washington, which is responsible [00:04:09] for

16   my imprisonment right now, and the judge gives [00:04:12] the state the option of

17   filing [00:04:15] return as to why the writ [00:04:18] should not be granted. Those

18   are the three options. [00:04:21] But isn't an option out of that is that [00:04:24]

19   the judge just refuses to hear my petition. [00:04:27] The great writ must be heard.

20   [00:04:30] [00:04:33] So how do I get a hearing, Ashley? [00:04:36]

21        MS. ASHLEY:  Do you have your current [00:04:39] address?

22        MR. BENSHOOF:  Do I have what? [00:04:42]

23        MS. ASHLEY:  Your current address? [00:04:45]

24        MR. BENSHOOF:  I am no. [00:04:48] Nobody provides me with that. I'm somewhere

25   in Shelton [00:04:51] at a prison run by the Department [00:04:54] of Corrections.

26        MS. ASHLEY:  What's your DOC number? [00:04:57]

27        MR. BENSHOOF:  448 [00:05:00] 305. [00:05:03]

28        MS. ASHLEY:  And you said Shelton? [00:05:06]

1    MR. BENSHOOF:  Yes, ma'am. [00:05:09]

2    MS. ASHLEY:  All right. [00:05:12] I'm just thinking for a moment. [00:05:15]

3    MR. BENSHOOF:  Thank you. [00:05:18] [00:05:21]

4    MS. ASHLEY:  Typically, [00:05:24] when you have a change of address, you need

5    [00:05:27] to notify the court in writing. I hear what you have said [00:05:30]

6    countless times. You cannot provide anything in writing. [00:05:33] I'm gonna notify

7    the court of your change of address [00:05:36] and see if they will have me update the

8    docket to reflect [00:05:39] your current address. And beyond that, I don't [00:05:42]

9    have any other answers for you at the moment. [00:05:45] I will pass along what you've

10    said to me and what you left in a message, [00:05:48] I think, earlier while I was in

11    another hearing. [00:05:51] I will share this with the court, and [00:05:54] then it's

12    up to the court to decide [00:05:57] what action I need to take. [00:06:00] But ...

13    MR. BENSHOOF:  I agree.

14    MS. ASHLEY:  At a minimum, I will [00:06:03]

15    MR. BENSHOOF:  I appreciate that.

16    MS. ASHLEY:  At a minimum, I'm at least going to see if [00:06:06] we can

17    locate a mailing address [00:06:09] for you that so that if anything else is filed in

18    the case, at least [00:06:12] on the court's end, it would go to your current

19    [00:06:15] address. [00:06:18]

20    MR. BENSHOOF:  Well, I appreciate [00:06:21] whatever you can do today, Ashley.

21    MS. ASHLEY:  All right. [00:06:24] So let me start there. Again, [00:06:27] I

22    don't know you know, I'll pass along everything you said. [00:06:30] That's what I can

23    do.

24    MR. BENSHOOF:  Yeah. [00:06:33]

25    MS. ASHLEY:  And then I will let the court [00:06:36] take it from there. All

26    right? [00:06:39]

27    MR. BENSHOOF:  Okay, thank you, Ashley.

28    MS. ASHLEY:  Okay. Take care.

1    MR. BENSHOOF:  Have a good day.

2    MS. ASHLEY:  You too. Bye. [00:06:42]

3    MR. BENSHOOF;  Bye-bye. [00:06:45]

4    RECORDING:  The caller has hung up



**Vanan Online Services, Inc.**
Think Service Think Vanan

## Certificate of Transcription

### Transcription of file name:

**1. may192025CallAshleyinChuncourtat1_41pm.mp3**

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript. Transcription was done in the regular course of business.

A copy of the transcription is attached to this certification.

**Saravanan Nagaraj, CEO**
Date: 16th day of June 2025

Certificate of Acknowledgment:

Commonwealth of Virginia County of Spotsylvania

The foregoing instrument was acknowledged before me this

16 day of June, 2025

By Saravanan Nagaraj

Notary Public's signature Kayla Vega

My registration number: 7694825

My commission expires: 12/31/2028

Vanan Online Services, Inc.
ATA Member #101387
ISO 9001:2015



Kayla Ann Vega
NOTARY PUBLIC
REGISTRATION # 7694825
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 12/31/2028

**10711 Spotsylvania Ave., Suite A**
**Fredericksburg VA 22408**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**

# EXHIBIT  T- 5

June 6, 2025, – Call to Chambers 1:03 pm

Case# 2:24-cv-00808-JHC

1          UNITED STATES DISTRICT COURT

2        WESTERN DISTRICT OF WASHINGTON AT SEATTLE

3  Mr. Kurt A. Benshoof,              )  The Honorable John H. Chun
                                      )  United States Courthouse
4  A.R.W. By and Through His Father, Mr. Kurt)  700 Stewart Street, Suite 14134
                                      )  Seattle, WA 98101-9906
5  A. Benshoof, Brett Fountain, Urve Maggitti)
                                      )
6          Plaintiffs,               )
                                      )
7        vs.                          )
                                      )
8  ANDREA CHIN, et al                 )
                                      )
9  _____Defendant.

10 Phone call: Date June 6, 2025,

11 Party 1: Kurt Benshoof

12 Party 2: Judge John Chun chambers

13      MALE SPEAKER:  Hello. Chun Chambers. [00:00:03]

14      MR. BENSHOOF:  Hi. [00:00:06] This is Kurt Benshoof. DLC number [00:00:09]

15 448305. I'm calling [00:00:12] regarding case number 2:24- [00:00:15] cv-00808-JHC

16 [00:00:18] That's Kurt Benshoof et al versus [00:00:21] Andrea Chin et al. And I would

17 [00:00:24] like to say thank you. [00:00:27] I have been receiving filings [00:00:30]

18 since I called a couple weeks ago. [00:00:33] There are a couple of concerns,

19 [00:00:36] one of which is I still don't have [00:00:39] access to anything that was

20 filed [00:00:42] prior to around [00:00:45] May 20th. So [00:00:48] I'm I'm flying

21 blind on that. I I still haven't [00:00:51] even seen a copy of the show cause order

22 [00:00:54] issued by the honorable John H Chun [00:00:57] And another [00:01:00]

23 objection I would like to note for the record [00:01:03] is that defendants [00:01:06]

24 Nathan Fiber and Blair Russ through their counsel [00:01:09] filed motions to dismiss.

25 [00:01:12] Those were effectively [00:01:15] filed *ex parte* because I never received

26 [00:01:18] the documentation. I know their [00:01:21] their attorneys, Michael Tracy

27 and Sarah Turner, [00:01:24] have been well aware that I've been ...

28

1    MALE SPEAKER:  I'm sorry to interrupt [00:01:27] Sir, at this point I just want

2  to say if you want to [00:01:30] raise any objections, this phone call doesn't,

3  [00:01:33] you know, serve as any record, so you'd have to file something with the

4  court. I can't, [00:01:36] you know, just take what you're telling me on the phone and

5  [00:01:39] bring it to ...

6    MR. BENSHOOF:  This is, this is my means of communicating [00:01:42] with the

7  court, and that's what the court already acknowledged [00:01:45] in its last order

8  that I that I [00:01:48] was that I communicated with the court by the phone.

9    MALE SPEAKER:  Okay. [00:01:51]

10    MR. BENSHOOF:  And ...

11    MALE SPEAKER:  Well ...

12    MR. BENSHOOF:  In one of the orders, [00:01:54] judge Chun says plaintiff

13  [00:01:57] responded. The only the thing I've done [00:02:00] to respond is to make

14  phone calls. [00:02:03] So are you saying that when judge Chun [00:02:06] said

15  plaintiff responded, he was making [00:02:09] an incorrect statement?

16    MALE SPEAKER:  I am not familiar with this case, [00:02:12] so I can't speak to

17  anything.

18    MR. BENSHOOF:  Okay.

19    MALE SPEAKER:  [00:02:15] If you leave a message, I [00:02:18] think that we

20  can get back to you on that possibly. I'm not sure. [00:02:21]

21    MR. BENSHOOF:  Well, that's the problem. You can't call me. I can't receive

22  calls [00:02:24] in prison. I can't I can't even [00:02:27] reach any of the opposing

23  counsel. I've tried calling them. [00:02:30] They won't answer the phone, and

24  [00:02:33] I have no way of leaving a phone message [00:02:36] because the prison

25  phones prohibit me from [00:02:39] accessing anybody's voice mail. So and I [00:02:42]

26  have no access to caselaw here, and so [00:02:45] I don't know what to do.

27    MALE SPEAKER:  Okay.

28

Case# 2:24-cv-00808-JHC

1      MR. BENSHOOF:  I'm being [00:02:48] unlawfully incarcerated by the very

2   [00:02:51] people I'm suing. [00:02:54] So do you have a suggestion [00:02:57] on what

3   I should do?

4      MALE SPEAKER:  I will just make a note that you called, [00:03:00] sir, and

5   [00:03:03] yeah. I I that's all I can do at this point. Sorry. I'm not familiar

6   [00:03:06] with your case right now. I can just make a note that you called,

7   [00:03:09] and that's all I can do right now. [00:03:12]

8      MR. BENSHOOF:  Okay. Yeah. If you could just pass [00:03:15] the message on to

9   judge Chun [00:03:18] that I'm effectively held *incommunicado*, [00:03:21] and the only

10  way I can communicate with the court is *ex parte* [00:03:24] via phone calls. And that

11  I look forward to [00:03:27] actually being able to [00:03:30] litigate this case

12  without being effectively [00:03:33] blindfolded and duct taped [00:03:36] it over my

13  mouth. Thank you.

14     MALE SPEAKER:  Okay. [00:03:39] Thank you for your call.

15     MR. BENSHOOF:  Bye-bye. [00:03:42]

16

17

18

19

20

21

22

23

24

25

26

27

28



**Vanan Online Services, Inc.**
Think Service Think Vanan

### Certificate of Transcription

Transcription of file name:

**1. June63025-ChunChambers1.mp3**

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript. Transcription was done in the regular course of business.

A copy of the transcription is attached to this certification.

**Saravanan Nagaraj, CEO**
Date: 16th day of June 2025

Certificate of Acknowledgment:

Commonwealth of Virginia County of Spotsylvania

The foregoing instrument was acknowledged before me this

16 day of June , 20 25

By Saravanan Nagaraj

Notary Public's signature Kayla Vega

My registration number: 7694825

My commission expires: 12/31/2028

Vanan Online Services, Inc.
ATA Member #101387
ISO 9001:2015



Kayla Ann Vega
NOTARY PUBLIC
REGISTRATION # 7694825
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 12/31/2028

10711 Spotsylvania Ave., Suite A
Fredericksburg VA 22408
Office: (888) 535-5668
Email: support@vananservices.com
Website: www.vananservices.com

1428

# EXHIBIT  T- 6

June  6, 2025, – Call to Chambers 4:35 pm

Case# 2:24-cv-00808-JHC

1        UNITED STATES DISTRICT COURT

2    WESTERN DISTRICT OF WASHINGTON AT SEATTLE
                                    )
3  Mr. Kurt A. Benshoof,           )  The Honorable John H. Chun
                                    )  United States Courthouse
4  A.R.W. By and Through His Father, Mr. Kurt)  700 Stewart Street, Suite 14134
                                    )  Seattle, WA 98101-9906
5  A. Benshoof, Brett Fountain, Urve Maggitti)
                                    )
6            Plaintiffs,            )
                                    )
7       vs.                         )
                                    )
8  ANDREA CHIN, et al               )

9            Defendant.

10

11    MALE SPEAKER:  [00:00:03] Chun Chambers.

12    MR. BENSHOOF:  Hi, this is Kurt [00:00:06] Benshoof. I spoke with Ashley a

13  couple hours ago, [00:00:09] and she said that, she would [00:00:12] relay the message

14  to Chambers [00:00:15] that I was petitioning *viva voce* [00:00:18] for a writ of

15  *habeas corpus ad* [00:00:21] *testificandum*. Did you get that [00:00:24] message from

16  Ashley?

17    MALE SPEAKER:  Yes. [00:00:27]

18    MR. BENSHOOF:  Okay. And what is the court [00:00:30] willing to hear my

19  petition *vivo vote*? [00:00:33]

20    MALE SPEAKER:  No. [00:00:36]

21    MR. BENSHOOF:  Okay. And this is directly [00:00:39] from the honorable John

22  Chun? Is that correct? [00:00:42]

23    MALE SPEAKER:  The judge has denied your request for telephonic [00:00:45]

24  conference. That's correct.

25    MR. BENSHOOF:  No. [00:00:48] I'm specifically asking, has the honorable John

26  Chun [00:00:51] expressly denied [00:00:54] my right to petition for habeas corpus ad

27  [00:00:57] *testificandum*, *vivo vote* [00:01:00] over the phone, given the fact

28  [00:01:03] that it is the only way I can contact the court. [00:01:06] Is that true?

Page **1** of **2**

1430

Case# 2:24-cv-00808-JHC

1    MALE SPEAKER:  Wait one second. [silence 00:01:09 – 00:02:35]] Sir, are you

2  there? [00:02:36]

3    MR. BENSHOOF:  Yes, Sir.

4    MALE SPEAKER:  Yes. That request [00:02:39] is denied. The judge also asked

5  that you please [00:02:42] stop calling Chambers. [00:02:45]

6    MR. BENSHOOF:  Great. Well, [00:02:48] this has been the only way for me to

7  [00:02:51] exercise my right to petition [00:02:54] for *habeas corpus*. And the fact

8  [00:02:57] of the matter is based upon the evidence is that [00:03:00] the court has

9  is administratively [00:03:03] suspending the writ of *habeas corpus*, which violates

10  [00:03:06] the Federal Constitution Article 1 [00:03:09] Section 9 clause 2, as well

11  as Article 1 [00:03:12] Section 13 of the State Constitutions. This [00:03:15] call

12  has been recorded. Thank you for the evidence and have a great day. [00:03:18]

13    RECORDING:  [00:03:21] The caller has hung up.



## Vanan Online Services, Inc.
### Think Service Think Vanan

<u>**Certificate of Transcription**</u>

**Transcription of "may192025CallinChunchamberscourtat6_02pm.mp3"**

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript.

A copy of the transcription is attached to this certification.

**Saravanan Nagaraj, CEO**
Date: 16ᵗʰ day of June 2025

Certificate of Acknowledgment:

Commonwealth of Virginia County of Spotsylvania

The foregoing instrument was acknowledged before me this

16 day of June _____, 20 25

By Saravanan Nagaraj

Notary Public's signature Kayla Vega

My registration number: 7694825

My commission expires: 12/31/2028

Vanan Online Services, Inc.
ATA Member #101387
ISO 9001:2015





Kayla Ann Vega
NOTARY PUBLIC
REGISTRATION # 7694825
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 12/31/2028

**10711 Spotsylvania Ave., Suite A**
**Fredericksburg VA 22408**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**

1432