**From:** Lackey, Thomas S. (DOC) <tslackey@DOC1.WA.GOV>
**Sent:** Tuesday, June 24, 2025 9:25 AM
**To:**
**Subject:** Benshoof DOC#448305, 2:24-cv-00808-JHC

**CAUTION - EXTERNAL:**

Good morning. Please be aware, Benshoof DOC#448305, 2:24-cv-00808-JHC, is no longer at WCC and has been transferred to CRCC. Thank you.

Thomas Lackey
Library/Archival Professional 4
WCC Law Library
(360)426-4433 ext 5503
tslackey@DOC1.WA.GOV

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.