UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT BENSHOOF et al.,

              Plaintiffs,

     v.

ANDREA CHIN et al.,

              Defendants.

CASE NO. 2:24-cv-00808-JHC

ORDER

      This matter comes before the Court on Defendant City of Seattle's Motion to Seal, Dkt. # 144.  The City asks the Court to seal summonses filed by Plaintiffs that show the home addresses of individual Defendants.  *Id.*  The Court has previously sealed the same information and FINDS the City has again stated compelling reasons to seal the requested material.  *See* Dkt. ## 74, 88.

      Accordingly, the Court GRANTS the City's motion without prejudice to any future motion to unseal and DIRECTS the Clerk to seal Dkt. ## 124-1, 125-1.

      Dated this 1st day of July, 2025.

//

//

//

ORDER - 1

1

2          John H. Chun
           United States District Judge
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24