



Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

JUL 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-4669 |
| Originating Case Number: | 2:24-cv-00808-JHC |
| Short Title: | Benshoof, et al. v. Chin, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:            25-4669
Originating Case Number:  2:24-cv-00808-JHC

Case Title:               Benshoof, et al. v. Chin, et al.

**Wednesday, September 3, 2025**

| | |
|---|---|
| Kurt Benshoof | Appeal Opening Brief (No Transcript Due) |
| Brett Fountain | Appeal Opening Brief (No Transcript Due) |
| Urve Maggitti | Appeal Opening Brief (No Transcript Due) |

**Friday, October 3, 2025**

| | |
|---|---|
| Andrea Chin | Appeal Answering Brief (No Transcript Due) |
| Anthony Belgard | Appeal Answering Brief (No Transcript Due) |
| Donovan Broussard | Appeal Answering Brief (No Transcript Due) |
| Nathan Cliber | Appeal Answering Brief (No Transcript Due) |
| Catherine Cornwall | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| Gregg Curtis | Appeal Answering Brief (No Transcript Due) |
| Jane Does | Appeal Answering Brief (No Transcript Due) |
| Jenny Durkan | Appeal Answering Brief (No Transcript Due) |
| John Duus | Appeal Answering Brief (No Transcript Due) |
| Nicholas Evans | Appeal Answering Brief (No Transcript Due) |
| Pascal Herzer | Appeal Answering Brief (No Transcript Due) |
| Ryan Ellis | Appeal Answering Brief (No Transcript Due) |
| Michael Fox | Appeal Answering Brief (No Transcript Due) |
| Tyler Goslin | Appeal Answering Brief (No Transcript Due) |
| Julie Kline | Appeal Answering Brief (No Transcript Due) |
| Ernest Jensen | Appeal Answering Brief (No Transcript Due) |
| Jonathan Kiehn | Appeal Answering Brief (No Transcript Due) |
| Spencer Kurz | Appeal Answering Brief (No Transcript Due) |
| Magalie Lerman | Appeal Answering Brief (No Transcript Due) |
| Richard Lima | Appeal Answering Brief (No Transcript Due) |
| Adam Losleben | Appeal Answering Brief (No Transcript Due) |
| Yves Luc | Appeal Answering Brief (No Transcript Due) |
| Sarah MacDonald | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| Jacob Masterson | Appeal Answering Brief (No Transcript Due) |
| Grant Mayer | Appeal Answering Brief (No Transcript Due) |
| Steven Mitchell | Appeal Answering Brief (No Transcript Due) |
| Johnathan Musseau | Appeal Answering Brief (No Transcript Due) |
| Brehon Ness | Appeal Answering Brief (No Transcript Due) |
| Liliya Nesteruk | Appeal Answering Brief (No Transcript Due) |
| Stephen Okruhlica | Appeal Answering Brief (No Transcript Due) |
| Katrina Outland | Appeal Answering Brief (No Transcript Due) |
| Jessica Owen | Appeal Answering Brief (No Transcript Due) |
| Sarah Pendleton | Appeal Answering Brief (No Transcript Due) |
| Dwayne Pirak | Appeal Answering Brief (No Transcript Due) |
| Brian Rees | Appeal Answering Brief (No Transcript Due) |
| Blair Russ | Appeal Answering Brief (No Transcript Due) |
| Julie Salle | Appeal Answering Brief (No Transcript Due) |
| Daniel Schilling | Appeal Answering Brief (No Transcript Due) |
| Ty Selfridge | Appeal Answering Brief (No Transcript Due) |
| Nathan Shopay | Appeal Answering Brief (No Transcript Due) |
| Steven Stone | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| Michael Tracy | Appeal Answering Brief (No Transcript Due) |
| Melanie Tratnik | Appeal Answering Brief (No Transcript Due) |
| Trevor Tyler | Appeal Answering Brief (No Transcript Due) |
| Sarah Turner | Appeal Answering Brief (No Transcript Due) |
| Michael Virgilio | Appeal Answering Brief (No Transcript Due) |
| Andrew West | Appeal Answering Brief (No Transcript Due) |
| Chad Zentner | Appeal Answering Brief (No Transcript Due) |
| City of Seattle | Appeal Answering Brief (No Transcript Due) |
| County of King | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**