UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF et al., | CASE NO. 2:24-cv-00808-JHC |
| Plaintiff, | ORDER |
| v. | |
| ANDREA CHIN et al., | |
| Defendant. | |

This matter comes before the Court on pro se Plaintiff Kurt Benshoof's "Motion for Order to Provide Record at Public Expense, Motion for Order of Indigency." Dkt. # 155. He moves "for an order directing the clerk of the United States District Court for the Western District of Washington to provide Benshoof with a complete and certified copy of the record at public expense." *Id.* at 1. Benshoof also says he is indigent and unable to prosecute his appeal due to a lack of funds. *Id.* at 3.

Federal Rule of Appellate Procedure 30-1.7 provides:

> In cases involving appeals by prisoners not represented by counsel, the clerk of the district court shall, within 21 days from the receipt of the prisoner's written request, forward to the prisoner copies of the documents comprising the Excerpts of Record so that the prisoner can prepare the briefs on appeal. If the prisoner was granted

ORDER - 1

leave to proceed in forma pauperis at the district court or on appeal, the copies will be produced at no charge to the prisoner.

This is a case involving an appeal by an unrepresented prisoner, so Benshoof should be provided with a copy of the record. But Benshoof will not be provided with a certified copy of the record because Fed. R. App. P. 30-1.7 does not entitle him to the documents in this form, and because he provides no explanation for why he would need certified copies of these documents. The Court further notes that Benshoof was not granted leave to proceed in forma pauperis at the district court. Nor has he apparently been granted leave to proceed in forma pauperis on appeal. *See generally* Dkt. # 155. Nevertheless, Benshoof's motion shows that he lacks the appropriate funds to pay for these documents, so they should be provided at public expense.

Thus, the Court DIRECTS the Clerk of Court to provide Plaintiff Benshoof with a complete copy of the record at no charge.

Dated this 2nd day of October, 2025.

John H. Chun
United States District Judge

ORDER - 2