UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

---

Mr. Kurt A. Benshoof,
A.R.W. By and Through His Father, Mr.
Kurt A. Benshoof, Brett Fountain, Urve
Maggitti,

                          Plaintiffs,

v.                                      Case No. 2:24-cv-00808-JHC

                                      Ninth Circuit No. 25-4669

ANDREA CHIN, et al.

                        Defendants.

---

## MOTION FOR ORDER TO CLERK TO COMPLY WITH COURT ORDER
### [ECF#156]

### I. RELIEF REQUESTED.

Plaintiff Kurt Benshoof ("Benshoof") moves this court for another order directing the US District Court, Office of the Clerk to provide Benshoof with a ***complete record.***

### II. STATEMENT OF FACT.

1. On October 2, 2025, this Court granted Benshoof's motion (Dkt#155) for an order directing the US District Court Clerk to provide the indigent and incarcerated "*Benshoof with a complete copy of the record at no charge.*" (DKT# 156 page 2, paragraph 3).

2. On October 13, 2025, Benshoof received an ***incomplete*** copy of the record at Coyote Ridge Correctional Center.

3. Dozens of pages of Plaintiffs' first amended complaint have text whited out (see Exhibit A. [1])

4. Several docket entries including all 40-pages of docket entry ECF #70 arrived missing.

---

[1] Reproduced by Maggitti as per Mr. Benshoof's description, and to the best of Maggitti's understanding.

5. Benshoof personally filed docket entry ECF # 70.

6. Benshoof is an unrepresented indigent prisoner.

### III. ARGUMENT AND AUTHORITY

This Court noted in its order (Dkt # 155) Fed. R. App. P. 30-1.7 which provides:

" In cases involving appeals by prisoners not represented by counsel, the clerk of the district court shall, within 21 days from the receipt of the prisoner's written request, forward to the prisoner copies of the documents comprising the Excerpts of Record so that the prisoner can prepare the briefs on appeal."

A complete copy of Plaintiff's First Amendment Complaint is essential to Benshoof composing his appellate brief. Docket number ECF#70 is germane to the service issues being brought on appeal. And then that's it, um, you know, sign it, date it.

### IV. CONCLUSION

WHEREFORE, Plaintiff respectfully request that the Court grant the MOTION and order the district clerk's office to provide indigent incarcerated Plaintiff with the full record reproduced in its original format without any missing text.

### VERIFICATION

I, Kurt Benshoof, do hereby declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury in the State of Washington. Executed this 29th day of October in the year 2025, in the city of Connell, in the state of Washington.

_____

Kurt Benshoof, Pro Se Plaintiff
Washington Department of Corrections,
Coyote Ridge Corrections Center (CRCC)
DOC# 448305, Unit BF01, PO Box 769,
Connell, WA 99326

The foregoing statements of fact were typed up by the undersigned, upon Mr. Kurt Benshoof's request and to the best of the undersigned's understanding.

/URVE MAGGITTI /

See *Faretta v. California* and Section 35 of the Judiciary Act of 1789, 1 Stat. 73, 92

# CERTIFICATE OF SERVICE

Kurt Benshoof, Pro Se Plaintiff/Apellant
Washington Department of Corrections,
Coyote Ridge Corrections Center (CRCC)
DOC# 448305, Unit BF01, PO Box 769,
Connell, WA 99326

Brett Fountain
2100 West Northwest Highway
114 #1115
Grapevine, TX 76051-7808
kb407@exposelegalcorruption.com

Matthew Coughlan
Darren Anthony Feider
SEBRIS BUSTO JAMES
15375 SE 30TH Pl, Ste 310
Bellevue, WA 98007
425-450-3382
[Attorney for Fox, Goslin, Mitchell]
mcoughlan@sbj.law

Peggy C. Wu
King County Prosecuting Attorney's Office
701 Fifth Avenue, Suite 600
Seattle, WA 98104
206-263-4008
[King County, Catherine Cornwall, and Pascal Herzer]
pwu@kingcounty.gov

Arick S. Bonsztyk
1000 Second Avenue, Suite 3660
Seattle, WA 98104
206-621-1871
asb@tbr-law.com
[Jessica Owen]

Howard Brown
1003 West Michigan Street
Hammon, LA 70401

Sarah Spierling Mack
PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WA 98101
206-245-1700
sarah.mack@pacificalawgroup.com

Catherine E Riedo
SEATTLE CITY ATTORNEY'S OFFICE
701 FIFTH AVENUE
SUITE 2050
SEATTLE, WA 98104-7097
206-684-7782
catherine.riedo@seattle.gov

Sarah N Turner
GORDON REES SCULLY MANSUKHANI LLP (SEATTLE)
701 FIFTH AVE STE 2100
SEATTLE, WA 98104
206-695-5100
sturner@grsm.com

Peggy C Wu
KING COUNTY PROSECUTING ATTORNEY'S OFFICE (FIFTH AVE)
701 FIFTH AVE
STE 600
SEATTLE, WA 98104
206-263-4008
pwu@kingcounty.gov

**Urve Maggitti**
1131 Westhaven Boulevard,
Franklin, TN 37064
urve.maggitti@gmail.com
917-340-0561

# EXHIBIT A

| | | |
|---|---|---|
| 1 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 49 |
| 2 | ▬▬▬▬▬▬▬▬ | 49 |
| 3 | ▬▬▬▬▬▬ | 51 |
| 4 | *3)* ▬▬▬▬▬▬▬ | 52 |
| 5 | ▬▬▬▬▬▬▬ | 53 |
| 6 | ▬▬▬▬▬▬▬▬▬▬ | 54 |
| 7 | ▬▬▬▬▬▬▬▬▬▬▬ | 54 |
|  | ▬▬▬▬▬▬▬▬▬▬▬ | 55 |
| 8 | *1)* ▬▬▬▬▬▬ | 55 |
| 9 | ▬▬▬▬▬▬▬▬▬ | 56 |
| 10 | ▬▬▬▬▬▬▬▬▬▬ | 57 |
| 11 | ▬▬▬▬▬▬▬▬ | 58 |
|  | *5)* ▬▬▬▬▬▬▬▬▬▬▬ | 59 |
| 12 | ▬▬▬▬▬▬▬▬▬ | 60 |
| 13 | ▬▬▬▬▬▬ | 61 |
| 14 | ▬▬▬▬▬▬▬▬▬ | 62 |
| 15 | ▬▬ | 64 |
|  | ▬▬▬ | 65 |
| 16 | ▬▬▬▬▬ | 65 |
| 17 | ▬▬▬▬▬▬ | 65 |
|  | ▬▬▬▬▬▬ | 67 |
| 18 | *4)* | 68 |
| 19 | ▬▬▬▬▬▬▬▬▬▬ | 69 |
| 20 | ▬▬▬▬▬▬▬▬ | 70 |
|  | ▬▬ | 70 |
| 21 | ▬▬▬▬▬ | 72 |
| 22 | ▬ | 73 |
|  | ▬▬▬▬▬▬▬ | 73 |
| 23 | ▬▬▬▬▬ | 79 |
| 24 | ▬▬▬▬▬▬ | 79 |
| 25 | *4)* ▬▬▬ | 81 |
|  | ▬▬▬▬▬▬▬ | 82 |

26   FIRST AMENDED COMPLAINT FOR DAMAGES                Kurt Benshoof, Co-Plaintiff

WAWD No. 2:24-cv-00808-JHC

Page 15 of 255

22701 42ⁿᵈ Place West
Mountlake Terrace, WA 98043
Phone: (425) 553-8112
Email: kurtbenshoof@gmail.com

rights of, and discriminating against, Benshoof's class for shopping at public accommodations.

"In addition, it is critical to note that ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ If you experience or witness harassment or an act of bias, report it to the Seattle Office for Civil Rights Anti-Bias hotline at 206-233-7100. You can also report online at seattle.gov/reportbias. If it is an emergency, please call 9-1-1 immediately." ▊▊ https://durkan.seattle.gov/2020/05

9. Face covering policies enforced under the authority of the City allowed for anyone to wear a face shield in lieu of a disposable mask. On November 24, 2020, doh.wa.gov stated, "the ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ from the transmission of COVID-19 in the courtroom work environment." (Exhibit 0859 ¶3)

10. July Kline, as advisor to Seattle Mayor Junny Durkan during 2020-2021, developed and implemented face covering policies for Seattle, including the Seattle Police Department, Seattle Fire Department, and courts. (Exhibit #0948 ¶4)

11. Upon Benshoof's information and belief, Durkan and Kline knew or should have known that the City's face covering practice was arbitrary and capricious.

12. City officials have not provided Benshoof evidence that City officials could allow, enable, facilitate, or perpetrate discrimination against Benshoof's class

| FIRST AMENDED COMPLAINT FOR DAMAGES | Kurt Benshoof, Co-Plaintiff |
|---|---|
| WAWD No. 2:24-cv-00808-JHC | 22701 42nd Place West<br>Mountlake Terrace, WA 98043 |
| Page 21 of 255 | Phone: (425) 553-8112<br>Email: kurtbenshoof@gmail.com |

65. Benshoof informed the marshal that as an executive officer of a municipal corporation, Durkan could not delegate power that Durkan did not possess: Benshoof requested the marshal obtain a lawful substantiation from Lynch for her denial of Benshoof's courtroom access.

66. Benshoof pointed out Gregory's GAO No. 2020-08 stated that Seattle Municipal Court requirements are "consistent with mayor Durkan's guidance….and Washington Department of Health ("DoH") recommendations" yet the state government's website stated that face shields serve ▮▮▮▮▮▮ (Ex. #0859 ¶3)

67. The marshal informed Benshoof that Lynch would allow Benshoof to enter courtroom 1102 if Benshoof would agree to wear a face shield.

68. Benshoof informed the marshal that Washington state guidelines explicitly stated that a face shield ▮▮▮▮▮▮ in mitigating the transmission of viruses. The marshal smiled and shrugged.

69. The marshal later returned with more photocopies. Pursuant to these documents, Lynch asserted her authority to deny Benshoof's maskless entrance to the courtroom as ▮▮▮▮▮▮ the holdings of ▮▮▮▮▮▮, 906 P.2d 325, Wash (1995), and ▮▮▮▮▮▮ 97 Wn.2d 30 (1982).

70. Benshoof read ▮▮▮▮▮▮ and concluded that neither case authorized Lynch to violate Wash. Const. art I, § 22: both cases related to whether the press and members of the public could be prohibited under specific conditions from entering a courtroom to watch a trial.

FIRST AMENDED COMPLAINT FOR DAMAGES                     Kurt Benshoof, Co-Plaintiff

WAWD No. 2:24-cv-00808-JHC                              22701 42nd Place West
                                                        Mountlake Terrace, WA 98043
Page 31 of 255                                          Phone: (425) 553-8112
                                                        Email: kurtbenshoof@gmail.com

191. Cliber also claimed that Benshoof perpetrated ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ against Owen. (Ex. #0798 ¶32) Owen has only ever claimed that Benshoof caused a tiny bruise on her right bicep, which was a lie, *supra* at ¶125-127.

192. Benshoof's First Amended Counterclaim documented Magalie Lerman's ("Lerman") kidnapping of A.R.W., and stealing Benshoof's FJ Cruiser. Benshoof documented Owen Hermsen's ("Hermsen") coercive attempts to extort Benshoof on behalf of Owen. Benshoof cited text messages from Hermsen which explicitly threatened to sell Benshoof's FJ Cruiser if Benshoof did not pay Owen $19,107.80. (Ex. #0437)

193. Benshoof documented Cliber's conspiratorial acts, in joint action with Hermsen, Owen, and Lerman under the City's practices related to the kidnapping of A.R.W., the theft of Benshoof's 2011 Toyota FJ Cruiser, and the attempted extortion of Benshoof. Benshoof cited the coercive emails from Cliber. (Ex. #0796-0797)

194. On January 27, 2023, King County Superior Court Judge Marshall Ferguson ("Ferguson") denied Benshoof's right to appear in court in person because Benshoof's beliefs proscribed wearing a face covering to enter the courtroom.

195. At the time, the King County Court website stated that "You will not be required to wear a mask if you need to keep your mouth or nose clear for medical or mental health reasons." (Ex. #1047)

FIRST AMENDED COMPLAINT FOR DAMAGES

WAWD No. 2:24-cv-00808-JHC

Page 56 of 255

Kurt Benshoof, Co-Plaintiff

22701 42nd Place West
Mountlake Terrace, WA 98043
Phone: (425) 553-8112
Email: kurtbenshoof@gmail.com