UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF et al., | CASE NO. 2:24-cv-00808-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ANDREA CHIN et al., | |
| Defendants. | |

The following Minute Order is made at direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Court DIRECTS the Clerk to provide Plaintiff Benshoof with Dkt. # 70 and the pages he identifies as misprinted (Dkt. # 69 at 15; *id* at 21; *id.* at 31; *id.* at 56). *See* Dkt. # 156.

(2) The Court DIRECTS the Clerk to terminate Plaintiff's Motion for Order to Clerk to Comply with Court Order, Dkt. # 157.

(3) The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER - 1

Dated this 31st day of October, 2025.

<u>Ravi Subramanian</u>
Clerk

<u>*/s/Ashleigh Drecktrah*</u>
Deputy Clerk

MINUTE ORDER - 2